AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bryon's Home Improvement Corp
was received by me on *(date)* 1-9-17.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jose Loha , who is
designated by law to accept service of process on behalf of *(name of organization)* Bryon's Home
Improvement Corp on *(date)* 1-12-16 at 10:11 Am or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1-13-17

*Server's signature*

William E. Wittenhagen
*Printed name and title*

2600 South Rd #44-187 Poughkeepsie NY 12601
*Server's address*

Additional information regarding attempted service, etc: