# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 7:16-cv-07552-VB

STATE OF NEW YORK        SUPREME COURT

Purchased/Filed: September 27, 2016

SOUTHERN DISTRICT

*Daniel Rivera*

against

*Home Depot U.S.A. Inc.*

Plaintiff

Defendant

STATE OF NEW YORK  } SS.:
COUNTY OF ALBANY

____James Perone____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __January 19, 2017__, at __3:45pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action with Civil Cover Sheet and Complaint and Jury Demand and Attorney Letter with DOS Receipt on __Bryan's Home Improvement Corp.__, the Defendant in this action, by delivering to and leaving with __Amy Lesch__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __46__  Approx. Wt: __195__  Approx. Ht: __5'9"__
Color of skin: __White__  Hair color: __Lt. Brown__  Sex: __Female__  Other: _____

Sworn to before me on this

__19th__ day of __January, 2017__

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

*James Perone*
James Perone
**Attny's File No.**
Invoice•Work Order # SP1618307