

# Ginarte Gallardo González Winograd L.L.P.

JOSEPH A. GINARTE✶
MICHAEL A. GALLARDO ◻
RICHARD M. WINOGRAD I◻
MANUEL GONZALEZ ▵
ELLEN RADIN ▵ 3
MARK MAURER ◻
LEWIS ROSENBERG ◊ 3
STEVEN R. PAYNE ◻ ○
ROBERT H. BAUMGARTEN ◻
JOHN J. RATKOWITZ ▵
PATRICK M. QUINN +
JAMES P. KRUPKA ▵
MATTHEW V. VILLANI ▵
RICHARD J. ISOLDE ◻
JOHN M. PIRO ◻
CHRISTOPHER IAVARONE ▵
DANIEL L. MAISEL ▵
MICHAEL L. EDELMAN ◻
TIMOTHY BARTZOS ▵
DENNIS M. BAPTISTA 2▵3
JACQUELINE CLEVELAND SANDY▵
NICHOLAS BLATTI +
TIMOTHY NORTON +
JONATHAN SAKS +
PATRICK ANDREWS +
DOREEN E. WINN ◻ 2

ATTORNEYS AT LAW
225 BROADWAY, 13th FLOOR
NEW YORK, NY 10007

(212) 601-9700
FAX: (212) 267-4262

WWW.GINARTE.COM
Ginarte ® is a registered trademark in the U.S. Patent and Trademark Office

NEWARK
NEW YORK
UNION CITY
ELIZABETH
CLIFTON
PERTH AMBOY
QUEENS

1 CERTIFIED CIVIL TRIAL ATTORNEY
2 CERTIFIED WORKERS
COMPENSATION ATTORNEY
3 OF COUNSEL
+ ADMITTED TO NY
◻ ADMITTED TO NJ & NY
✶ ADMITTED TO NJ, NY & DC
◊ ADMITTED TO NY & MA
▵ ADMITTED TO NJ
○ ADMITTED TO CALIFORNIA

ROGER GUARDA, CLAIMS MGR.

EDELMAN & EDELMAN 3
JOSEPH P. CARFORA 3

October 11, 2017

**_VIA ECF_**

The Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

    Re:   **Daniel Rivera v. Home Depot U.S.A., Inc., et. al.**
           <u>**Case Number: 1:16-cv-07552-KBF**</u>

Dear Judge Forrest:

    We represent the Plaintiff, Mr. Daniel Rivera, in connection with the above-referenced matter.

    We are in receipt of yesterday's Notice of Electronic Filing stating that a telephonic status conference with Your Honor has been scheduled in this matter for Friday, October 13, 2017 at 12:00 p.m.

    On Friday, October 13th (and Saturday, October 14th), both days from 9:00 a.m. to 5:00 p.m., I am enrolled to attend the New York State Trial Lawyers Association - Labor Law Seminar held at the Hotel Pennsylvania at 401 7th Avenue, New York, NY.

    As I will be engaged at the seminar on Friday and upon mutual consent of all parties after speaking with the attorneys (counsel for Defendant, Home Depot U.S.A., Inc., Henry Dieudonne, Esq. of D'Amato & Lynch and

The Hon. Katherine B. Forrest
United States District Court
Southern District of New York
*Re: Case Number: 1:16-cv-07552-KBF*
Page -2-

counsel for Third-Party Defendant, Bryan's Home Improvement Corp., Mike DeCarlo, Esq. of Connors & Connors, P.C.), we respectfully request of Your Honor, if possible, that a new date be selected for the status conference.

We would propose any of the below dates for the conference if these are amenable to Your Honor and the Court, in addition to any other dates that the Court selects:

**October 20, 26, 27, 30; November 1, 3, 7**

Thank you for Your Honor's consideration in this regard.

Respectfully submitted,

*[signature]*

Michael L. Edelman (MLE6838)
Ginarte Gallardo Gonzalez Winograd LLP.
225 Broadway, 13th Floor
New York, New York 10007
T: 212-601-9700

MLE/as

cc:   *VIA ECF*

Henry Dieudonne, Esq. of D'Amato & Lynch, counsel for Home Depot

Mike DeCarlo, Esq. of Connors & Connors, P.C., counsel for Third-Party Defendant, Bryan's Home Improvement Corp.