UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL RIVERA, | Civil No.: 16cv7552 |
| Plaintiff, | |
| -against- | **Hon. Judge Katherine B. Forrest** |
| HOME DEPOT U.S.A., INC., | |
| Defendant. | |

HOME DEPOT U.S.A., INC.,

                Third-Party Plaintiff,

-against-

BRYAN'S HOME IMPROVEMENT CORP.,

                Third-Party Defendant.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the ____ day of February 6, 2018, at ___ a.m. or as soon thereafter as counsel may be heard, attorneys for Plaintiff DANIEL RIVERA , shall move, before the Honorable Judge Katherine B. Forrest, U.S.D.J., United States Courthouse, Room ___, 500 Pearl Street, New York, New York, 10007, for the case 16-cv-7552, granting to Plaintiff partial summary judgment.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs shall rely upon the this Notice of Motion, Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment, the Statement of Material Facts Not in Dispute and the Declaration of STEVEN PAYNE together with its Exhibits, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that counsel for Plaintiffs hereby request oral argument.

Dated:

New York, New York

January 5, 2018  /s/Steve R. Payne

---------------------------

**GINARTE GALLARDO GONZALEZ WINOGRAD, LLP.**

By: Steven R. Payne

Attorneys for Plaintiff
**DANIEL RIVERA**
225 Broadway, 13th Floor
New York, New York 10007-3772
(212) 601-9700

**D'AMATO & LYNCH, LLP**
Attorneys for Defendant/Third-Party Plaintiff
**HOME DEPOT U.S.A., INC.**
225 Liberty Street
New York, New York 10281
(212) 269-0927

**CONNORS & CONNORS, P.C.**
Attorneys for Third-Party Defendant
**BRYAN'S HOME IMPROVEMENT CORP.**
766 Castleton Avenue
Staten Island, New York 10310
(718) 442-1700