# EXHIBIT D

DEFENDANT'S EXHIBIT D