```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
DANIEL RIVERA,                       :
                                     :
                Plaintiff,           :
                                     :      16 Civ. 7552 (KBF) (AJP)
        -against-                    :
                                     :      MEDIATION REFERRAL ORDER
HOME DEPOT U.S.A. INC.,              :
                                     :
                Defendant.           :
                                     :
------------------------------------ x
```

**ANDREW J. PECK, United States Magistrate Judge:**

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by Judge Forrest without her leave.

SO ORDERED:

Dated: New York, New York
       January 9, 2018

_____
**Andrew J. Peck**
**United States Magistrate Judge**

Copies **by ECF** to:   All Counsel
                        S.D.N.Y. Mediation Office (ECF & Fax)
                        Judge Forrest