# EXHIBIT E

```
 1

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ----------------------------------------X
      DANIEL RIVERA,
 4
                                 PLAINTIFF,
 5

 6          -against-           Case No.:
                                16cv7552
 7

 8    HOME DEPOT USA, INC.,

 9                               DEFENDANT,
      ----------------------------------------X
10    HOME DEPOT USA, INC.,

11               THIRD-PARTY PLAINTIFF,

12          -against-

13    BRYAN'S HOME IMPROVEMENT, CORP.,

14               THIRD-PARTY DEFENDANT.
15    ----------------------------------------X

16

17               DATE: October 10, 2017

18               TIME: 10:35 A.M.

19

20

21

22

23

24          (DEPOSITION OF JORGE PALACIOS.)

25
```

```
 1
 2                    DATE: October 10, 2017
 3                    TIME: 10:35 A.M.
 4
 5          DEPOSITION of the Defendant and
 6   Third-Party Plaintiff, HOME DEPOT USA,
 7   INC., by a witness, JORGE PALACIOS, taken
 8   by the respective parties, pursuant to a
 9   Court Order and to the Federal Rules of
10   Civil Procedure, held at the offices of
11   D'Amato & Lynch, LLP, Two World Financial
12   Center, 225 Liberty Street, New York,
13   New York 10281, before Karen R. Aniboli,
14   a Notary Public of the State of New York.
15
16
17
18
19
20
21
22
23
24
25
```

1

2      A P P E A R A N C E S:

3

4      GINARTE GALLARDO GONZALEZ WINOGRAD, LLP
         Attorneys for the Plaintiff
5      DANIEL RIVERA
       225 Broadway, 13th Floor
6      New York, New York 10007
       BY: MICHAEL L. EDELMAN, ESQ.

7

8

       D'AMATO & LYNCH, LLP
9        Attorneys for the Defendant,
         Third-Party Plaintiff
10     HOME DEPOT USA, INC.
       Two World Financial Center
11     225 Liberty Street
       New York, New York 10281
12     BY: HENRY C. DIEUDONNE, JR., ESQ.
       File #: 930-83092

13

14

       CONNORS & CONNORS, PC
15       Attorneys for the Third-Party Defendant
       BRYAN'S HOME IMPROVEMENT, CORP.
16     766 Castleton Avenue
       Staten Island, New York 10310
17     BY: MICHAEL P. DeCARLO, ESQ.
       File #: SIF26263

18                    *          *          *

19

20

21

22

23

24

25

1

2       F E D E R A L   S T I P U L A T I O N S

3

4

5       IT IS HEREBY STIPULATED AND AGREED by and

6    between the counsel for the respective

7    parties herein that the sealing, filing and

8    certification of the within deposition be

9    waived; that the original of the deposition

10   may be signed and sworn to by the witness

11   before anyone authorized to administer an

12   oath, with the same effect as if signed

13   before a Judge of the Court; that an

14   unsigned copy of the deposition may be used

15   with the same force and effect as if signed

16   by the witness, 30 days after service of

17   the original & 1 copy of same upon counsel

18   for the witness.

19

20      IT IS FURTHER STIPULATED AND AGREED that

21   all objections except as to form, are

22   reserved to the time of trial.

23

24              *      *      *      *

25

```
1                      PALACIOS
2     J O R G E   P A L A C I O S, called as a
3     witness, having been first duly sworn by a
4     Notary Public of the State of New York, was
5     examined and testified as follows:
6     EXAMINATION BY
7     MR. EDELMAN:
8          Q.     Please state your name for the
9     record.
10         A.     Jorge Palacios.
11         Q.     What is your address?
12         A.     40 Oser Avenue, Suite 17,
13    Hauppauge, New York 11788.
14         Q.     Good morning, sir.
15         A.     Good morning.
16         Q.     My name is Mike Edelman.   I'm
17    an attorney representing the Plaintiff in
18    connection with a lawsuit that was
19    commenced.   It's a Federal Court case.
20    Today is a deposition.
21                Your name is Jorge Palacios?
22         A.     Yes.
23         Q.     Do you ever go by any other
24    names?
25         A.     No.
```

```
 1                    PALACIOS
 2        Q.    What is your date of birth?
 3        A.    1/22/76.
 4        Q.    Have you ever been convicted of
 5   or pled guilty to any crimes?
 6        A.    No.
 7        Q.    Sir, have you been deposed
 8   before in this kind of a setting for a
 9   deposition?
10        A.    Yes.
11        Q.    So you're familiar with the
12   procedure?
13        A.    Yes.
14        Q.    How many times have you been
15   deposed?
16             MR. DIEUDONNE:  Please, note my
17        objection.   You can answer.
18        A.    Once.
19        Q.    When was that?
20             MR. DIEUDONNE:  Please, again,
21        note my objection.   You can answer.
22        A.    Probably I'll say three years
23   ago.
24        Q.    Was that in your capacity of
25   employment or was that personal or
```

```
 1                    PALACIOS
 2   something else?
 3        A.    Capacity of employment.
 4        Q.    With which company?
 5        A.    The Home Depot.
 6        Q.    You probably received
 7   instructions three years ago, the same, I
 8   will give you another set of instructions,
 9   I guarantee they will be the same.
10             We have a court reporter
11   transcribing a record of testimony, try to
12   keep your responses to my questions verbal,
13   only because she cannot record a hand
14   gesture, movements like that.  If you want
15   me to rephrase or clarify a question I'll
16   be happy to do so.  For any reason you need
17   to take a break that's fine, I just ask
18   that no question is pending at the moment.
19   Please, don't give a blind guess, if you
20   are able to comfortably provide an
21   approximation of measurement, distance,
22   that's fine, just don't give a blind guess
23   if you don't know the answer.
24             You understood the terms of the
25   oath?
```

```
 1                    PALACIOS
 2       A.    Yes.
 3       Q.    Any questions amongst us before
 4  we begin?
 5       A.    No questions.
 6       Q.    All right.  Sir, you provided
 7  an address of 40 Oser Avenue, Suite 17,
 8  Hauppauge, New York?
 9       A.    Yes.
10       Q.    What is there?
11       A.    That's our central office for
12  the Home Depot exterior installations for
13  the Long Island branch.
14       Q.    One last instruction.  You may
15  anticipate what I'm asking you, just let me
16  get the full question out for the reporter.
17            So, could you give me your
18  educational background?
19       A.    Educational background as far
20  as?
21       Q.    Any schooling you may have
22  done?
23       A.    High school and then started
24  working pretty much in the construction
25  field.
```

```
1                          PALACIOS
2          Q.     Did you finish high school?
3          A.     No.
4          Q.     What year?
5          A.     11th.
6          Q.     Do you hold any certifications
7    in construction or any other fields?
8          A.     Just basic OSHA certification,
9    EPA, lead certifications.
10         Q.     Is the OSHA from a course that
11   you took?
12         A.     It's from a course, yes.
13         Q.     Do you remember whether it was
14   five or ten --
15         A.     It was a ten-hour course.
16         Q.     When did you complete the
17   course?
18         A.     I'll have to say about seven
19   years ago.
20         Q.     Did you receive a certificate
21   or card?
22         A.     Both.
23         Q.     Do you know if the certificate
24   is still valid?
25         A.     That I don't know.
```

PALACIOS

1

2       Q.      Do you know if the card is

3   still valid?

4       A.      I don't think so, no.

5       Q.      Have you had any refresher

6   courses in the last seven years since then?

7       A.      No, not as of yet.

8       Q.      When did you obtain the EPA in

9   lead certifications?

10      A.      It was just renewed about two

11  years ago.

12      Q.      Can you describe what the EPA

13  certification is about?

14      A.      It's regarding lead

15  renovations, safety and working with lead.

16      Q.      Can you describe your work

17  history?

18      A.      With the Home Depot?

19      Q.      I'm sorry.  Starting off when

20  you finished high school and you started

21  working.

22      A.      Correct.  So, I worked with the

23  Home Depot back in 1998, started with Home

24  Depot at the store level, remained with the

25  Home Depot for, for about three years.

                          PALACIOS

1

2    Then I moved on and worked with a home

3    builder for about ten years.  And with the

4    crash of the home building industry

5    actually came back to the Home Depot to

6    work for their exterior division.

7          Q.    When did you start up with the

8    exterior division?

9          A.    It was about seven years ago.

10   I don't recall what the year was.

11         Q.    Approximately, 2010?

12         A.    '10 around.

13         Q.    Did you go for the OSHA

14   training after starting up with the

15   exterior division?

16         A.    Yes.

17         Q.    Did they require you to do so?

18         A.    Yes.

19         Q.    And have you been based at the

20   office in Hauppauge, Long Island or

21   elsewhere?

22         A.    We're actually assigned

23   separate territories.  So my territory is

24   the Bronx and Westchester locations.

25         Q.    I know we're conducting this

                    PALACIOS

1

2     deposition in English, do you speak any

3     other languages?

4          A.     Spanish.

5          Q.     Are you fluent in Spanish?

6          A.     Yes.

7          Q.     Any other languages?

8          A.     No.

9          Q.     When you worked in the home

10    building business you mentioned --

11         A.     Yes.

12         Q.     -- were you performing actual

13    construction work?

14         A.     No.  I was actually a service

15    manager for a service department.

16         Q.     Where was that?

17         A.     I'm sorry?

18         Q.     Which company?

19         A.     WCI Communities.

20         Q.     What were your job duties

21    there?

22         A.     Service manager in the warranty

23    department.

24         Q.     What did that work involve?

25         A.     It involved any repairs

1                          PALACIOS

2    reported by the clients so.

3          Q.    Was that in a territory?

4          A.    That was, yes, that was in

5    service territories throughout.

6          Q.    All throughout?

7          A.    Yes.   Throughout New York and

8    New Jersey.

9          Q.    And that was all residential?

10         A.    All residential homes, yes.

11         Q.    What is your current title?

12         A.    Installation service manager.

13         Q.    How long has that been your

14   title?

15         A.    For about I'll say three years

16   now.

17         Q.    What was your title prior to

18   that?

19         A.    Field supervisor.

20         Q.    How long were you that?

21         A.    About two years.

22         Q.    Prior to that?

23         A.    Field inspector.

24         Q.    And that was about two years?

25         A.    Two years.

```
 1                      PALACIOS
 2          Q.       What were your job duties as
 3   field inspector?
 4          A.       Inspection of jobs,
 5   coordinating jobs, recruitment for
 6   installers and measurements.
 7          Q.       What do you mean by
 8   measurements?
 9          A.       Measuring whatever product was
10   sold such as roofs, sidings, windows,
11   doors.
12          Q.       Were those manufactured by Home
13   Depot or outside?
14          A.       The materials are manufactured
15   outside of Home Depot.
16          Q.       And then Home Depot puts them
17   together?
18          A.       Home Depot then -- we'll order
19   materials and then installers will put them
20   together.
21          Q.       Your measurements are to make
22   sure that the materials are the proper size
23   and shape?
24          A.       That's correct, yes.
25          Q.       What were your duties as a
```

```
1                          PALACIOS
2    field supervisor?
3           A.      To supervise the field
4    inspectors and to assist in whatever any
5    measurements were required to be done,
6    making sure that all of the install revenue
7    was reported back on a weekly basis.  Also
8    responsible for recruitment of installers.
9           Q.      Currently, sir, I believe you
10   are a field inspector?
11          A.      Currently, now, installation
12   service manager.
13          Q.      Okay.  Sorry.  You were
14   promoted.
15                  Now you are an installation
16   service manager?
17          A.      That's correct.
18          Q.      What are your duties as
19   installation service manager?
20          A.      Recruitment of installers,
21   responsible for install revenue.
22          Q.      Anything else?
23          A.      And any additional duties that
24   are given by the branch manager.
25          Q.      Who is the branch manager?
```

PALACIOS

1

2      A.      Randy Singleton (phonetic).

3      Q.      And Home Depot has an office in

4  Hauppauge?

5      A.      Yes.

6      Q.      How often are you in the

7  Hauppauge office?

8      A.      Every other day.

9      Q.      Where are you the other days?

10     A.      I'm sorry?

11     Q.      Where are you the other days

12  when you are not in the Hauppauge office?

13     A.      I'm out in the field.

14     Q.      When you say out in the field,

15  at different projects --

16     A.      Yes, different projects

17  contracted to be done.

18     Q.      In preparation for appearing

19  today, did you review any paperwork or

20  documents?

21     A.      No.

22     Q.      Aside from speaking to your

23  attorney, have you discussed the matter of

24  this action with anyone else?

25     A.      No.

```
 1                    PALACIOS
 2          Q.      Home Depot exterior
 3   installation, what kind of installation do
 4   they perform?
 5          A.      They offer roofing, gutters,
 6   windows, attic insulation, siding and
 7   doors.
 8          Q.      Are these exclusively for
 9   residential homes or for also commercial
10   properties, both or something else?
11          A.      Both.   More for residential.
12          Q.      Does Home Depot have devoted
13   like sales teams or individuals who go out
14   to sell to clients you service?
15          A.      Yes, there is a sales force.
16          Q.      When generally do you first
17   learn of a project?
18          A.      Shortly after it is sold,
19   contracted.
20          Q.      How is that communicated to
21   you?
22          A.      Via e-mail.
23          Q.      Generally, what kind of content
24   is in the e-mail that you get?
25          A.      It states that the project is
```

PALACIOS

1
2  actually ready for permit procedures and
3  measurements.
4      Q.     What does the permit procedure
5  entail?
6      A.     We have a permit expeditor who
7  actually deals with the towns directly and
8  the officers in the towns, and they
9  actually file for a permit for the
10  property.
11     Q.     And the permit is to authorize
12  the installation process?
13     A.     That's correct.  And also to
14  see exactly what is going to be done based
15  on the contract.
16     Q.     And then the message to you
17  indicates it's ready for measurements?
18     A.     Correct.
19     Q.     Then what do you do?
20     A.     Then we'll contact the
21  customer, advise them, introduce ourselves
22  and advise them that we're -- want to make
23  an appointment to actually come by and
24  retake the measurements from the sales
25  consultant and to go over any questions and

```
 1                    PALACIOS
 2    scope of work with the customer.
 3         Q.     When you have these discussions
 4    with customers and take the measurements,
 5    that's actually in the field at the
 6    properties with the installation work?
 7         A.     That's correct.
 8         Q.     Generally, did you go on your
 9    own to these projects?
10         A.     That's correct, yes.
11         Q.     Are you ever accompanied by
12    anyone else from the company for these
13    projects?
14         A.     At times.  If there is any,
15    any --
16         Q.     And who, generally, who
17    generally have you gone with?
18         A.     The actual sales consultant or
19    an installer.
20         Q.     In those instances when you
21    refer to the installer, is that someone
22    from Home Depot or someone from a different
23    contractor?
24         A.     It's a different contractor,
25    subcontractor.
```

PALACIOS

1

2     Q.      Do you know who from Home Depot

3  enters into the agreements with the

4  customers, the client, for this work?

5     A.      There is various sales

6  consultants, they are assigned a certain

7  territory and they are the ones that go

8  into contract with the customers.

9     Q.      And does Home Depot exterior

10  installation also have an advertisement

11  department and marketing department?

12     A.      They do.

13     Q.      And that's advertising the

14  different installation services that you

15  mentioned?

16     A.      That's correct.

17     Q.      Do you personally have any role

18  in the negotiations of agreement with the

19  customers, clients?

20     A.      Only if the job presents itself

21  not so correctly.

22     Q.      Can you describe an instance of

23  that?

24     A.      For example, if, if we go in

25  there and take measurements and read the

PALACIOS

1

2    contract and there is additional work that

3    needs to be done and the customer isn't

4    expecting that, then we'll explain to them

5    it's not listed on the contract.   And we'll

6    then contact the sales consultant and bring

7    them in and so we can make an amendment to

8    the contract if the customer is willing to

9    move forward with that.

10        Q.    And you recall this happened

11    while you've been at the job at Home Depot?

12        A.    Yes.

13        Q.    Do you know how many times?

14        A.    About every day.   There is a

15    lot of discrepancies.

16        Q.    I'm sorry.   Before you take

17    your measurements is there anyone else that

18    takes a preliminary measurement?

19        A.    That's correct.   The sales

20    consultant.

21        Q.    The sales consultant is out in

22    the field taking the measurements and in

23    the process an agreement is drawn up, and

24    then you find out about it and take a new

25    measurement?

1                    PALACIOS

2       A.      That's correct.

3       Q.      When the company will perform a

4  roofing installation, could you describe

5  how you do the measurements?

6       A.      So, when we arrive to the job

7  site and we tend to see how many stories

8  the home is, the neighboring houses to the

9  left and right, and what is obviously in

10  front of the house.  We'll then do length

11  times width, and we'll use multipliers in

12  order to determine the pitch and add a

13  waste factor multiplier.  So we take the

14  length and use a pitch multiplier and a

15  waste factor multiplier and that will give

16  us what the area should be.

17      Q.      Were you working off of plans?

18      A.      No, no plans.  Just an eagle

19  view drawing, if you would.

20      Q.      Who generates the drawing?

21      A.      Sales consultants and then

22  there is one that's revised by myself.

23      Q.      Is there an eagle view drawing

24  prepared for each property that Home Depot

25  performs an installation?

```
 1                    PALACIOS
 2        A.     Yes.
 3        Q.     Does Home Depot generally
 4   perform the installation of the services
 5   that you mentioned or do they subcontract
 6   work out to other entities?
 7        A.     They subcontract to other
 8   entities.
 9        Q.     Are you involved in the bidding
10   process of those subcontractors?
11        A.     No.   Only when it's a
12   commercial application.
13        Q.     What do you mean by that?
14        A.     Generally, the -- you'll have
15   to put everything together as far as the
16   scope of work is concerned and materials
17   will be used on a commercial application,
18   and then also with input from the
19   subcontractor as to how much labors is
20   going to be involved, the difficulty with
21   relating to height or just getting to, you
22   know, set up or getting to the actual
23   property itself.
24        Q.     Is there a list of contractors
25   that Home Depot generally uses for the
```

```
 1                    PALACIOS
 2   residential home installations?
 3         A.     Yes, there is.  And it's
 4   actually broken down by territories and by
 5   licensing.
 6         Q.     When you say territories, the
 7   township or county or something else?
 8         A.     It would be, yeah, counties.
 9         Q.     All of the contractors that
10   Home Depot retains for these installations,
11   are they licensed contractors?
12         A.     Yes.
13         Q.     Within the State of New York?
14         A.     Yes.  And with other counties.
15         Q.     Do you know if Home Depot also
16   has a contractor's license with the State
17   of New York?
18         A.     Yes.
19         Q.     How many contractors does Home
20   Depot retain in Westchester County to
21   perform such home installations currently?
22         A.     Currently, I'll say about five.
23         Q.     How many about back in August
24   of 2015?
25         A.     I'll have to say about eight.
```

```
 1                    PALACIOS
 2        Q.    Did you have a, back in and
 3   around August 2015, did you have any role
 4   in deciding the subcontractors to work at
 5   these projects?
 6        A.    Yes.
 7        Q.    Can you describe your
 8   involvement in that?
 9        A.    The way that it's determined is
10   basically where the home is actually
11   located and how close or nearby the
12   subcontract actually resides.
13        Q.    So, in addition to the
14   proximity, how are the subcontractors
15   evaluated to see if they could work for you
16   guys back in 2015?
17        A.    That they are, their licensing
18   and -- licensing is checked and we ask them
19   for several different addresses of projects
20   that they have actually worked for or have
21   done in the past so we can go and evaluate
22   their work.
23        Q.    Then did you participate in the
24   approval process for those subs?
25        A.    That's correct.
```

PALACIOS

1

2      Q.   And was Bryan's Home

3   Improvement one of the subcontractors that

4   you approved to perform work in 2015?

5      A.   Yes.

6      Q.   I know you mentioned before

7   some different services that Home Depot

8   provides --

9      A.   Yes.

10     Q.   -- roofing, windows, attic,

11   gutters, things like that?

12     A.   Yes.

13     Q.   Did Home Depot retain Bryan's

14   Home Improvement to perform all the

15   different services on different occasions

16   or just some of them or not others, if you

17   remember?

18     A.   He was on board for roofing,

19   installation -- I'm sorry, roofing, gutters

20   and siding.

21     Q.   Is Home Depot still retaining

22   Bryan's Home Improvement to work on

23   projects?

24     A.   No.

25     Q.   Do you know when they stopped

```
 1                    PALACIOS
 2   retaining them?
 3         A.    I will have to say six months
 4   after this, this last project.
 5         Q.    Which last project?
 6         A.    The 2015 project.
 7         Q.    The one where there was an
 8   accident involved in?
 9         A.    Correct, yes.
10         Q.    After working at the
11   residential project where the accident
12   occurred, did Bryan's Home Improvement
13   continue to work for Home Depot and on
14   other houses before that six-month period
15   afterward?
16         A.    Before the six-month period?
17         Q.    After the accident happened,
18   did they continue to work on other homes
19   for six months?
20         A.    Yes. They had several jobs.
21         Q.    Do you have an understanding as
22   to why the relationship ended?
23              MR. DIEUDONNE:   Please, note my
24         objection.   You can answer.
25         A.    I would have to say I heard it
```

```
 1                    PALACIOS
 2   was from the -- this big problem with this
 3   accident that occurred.
 4        Q.    Are you familiar with a
 5   residential project at a home located at 58
 6   Cook Avenue in Yonkers, New York?
 7        A.    Yes.
 8        Q.    Do you remember, approximately,
 9   when that project took place?
10        A.    I know it was around the
11   summertime, mid summer.
12        Q.    Of 2015?
13        A.    Yes.
14        Q.    And at the time were you an
15   installation service manager?
16        A.    Yes.
17        Q.    And Yonkers was part of your
18   territory, correct?
19        A.    Yes.
20        Q.    At the time did you have a
21   direct person you reported to like a
22   supervisor?
23        A.    Yes.
24        Q.    Who was that?
25        A.    Randy Singleton.
```

```
 1                    PALACIOS
 2        Q.    What was his title again?
 3        A.    Branch installation manager.
 4        Q.    What was your first involvement
 5   with that project?
 6        A.    Once it was actually contracted
 7   and sold I went out and conducted the
 8   second measurement on the home, placed the
 9   materials on order and then waited for
10   permits to be approved.
11        Q.    And it would have been your
12   understanding it was Home Depot's sales
13   team that would of made this initial
14   arrangement with the customer in this case?
15        A.    That's correct, yes.
16        Q.    It's your understanding the
17   customer was the owner of the property at
18   Yonkers?
19        A.    Yes.
20        Q.    What was the scope of work for
21   that project?
22        A.    Scope of work was to remove all
23   of the roofing layers and install the ice
24   and water leak barrier, 30-pound felt
25   paper, install a ridge vent and any other
```

```
 1                    PALACIOS
 2    ventilation that the roof required.
 3    Cleaning up of all debris and removal from
 4    the job site.
 5              MR. DeCARLO:   Can you read that
 6         back?
 7              (Whereupon, the referred to
 8         answer was read back by the
 9         Reporter.)
10         Q.     To your understanding, were
11    those the services and work that was
12    purchased by the homeowner?
13         A.     Yes.
14         Q.     Do you know the homeowner?
15         A.     Personally, no.
16         Q.     By name?
17         A.     I don't recall the name.
18         Q.     After the sale is made a
19    contract would have been generated with the
20    homeowner and Home Depot?
21         A.     Yes.
22         Q.     Is that contract given to you?
23         A.     There was a copy that was
24    furnished when the measurements were, when
25    it was advised that the job was ready for
```

```
 1                     PALACIOS
 2   the measurement.
 3          Q.     And then someone from the sales
 4   team reached out to you to let you know it
 5   was your turn?
 6          A.     No.
 7          Q.     How did you first start working
 8   on this?
 9          A.     We, we receive an e-mail that
10   informs us that the job is ready for
11   measurement and permit processing.
12          Q.     And you received an e-mail for
13   this home?
14          A.     Yes.
15          Q.     Who sent that e-mail, do you
16   know?
17          A.     It's a generated e-mail.
18          Q.     Is that a corporate database or
19   something else?
20          A.     Yes.   The sales consultant once
21   they generate a contract it is then entered
22   by a data processing in our corporate
23   office, and that automatically then
24   triggers an e-mail to go out.
25          Q.     For the servicing that you
```

PALACIOS

1

2    mentioned for this home, how long is it

3    supposed to take to accomplish all of that

4    work?

5        A.    Between three to four business

6    days.

7        Q.    Three to four?

8        A.    Three to four business days.

9        Q.    You went out and took the

10   measurements for this property?

11       A.    Yes.

12       Q.    Did anyone accompany you?

13       A.    No.

14       Q.    I know you talked a little bit

15   before, had you taken the measurement for

16   this specific home?

17       A.    Length and width.  Then we use

18   a pitch multiplier and a waste factor

19   multiplier and that gives you the square

20   area of the roof.

21       Q.    Was an eagle eye drawing

22   prepared for the home?

23       A.    There was a hand drawing done,

24   yes.

25       Q.    Was that by you or the sales

PALACIOS

1
2  consultant or someone else?

3        A.    Both.

4        Q.    So there were two separate

5  drawings?

6        A.    Yes.

7        Q.    Do you remember making any

8  modifications to the initial drawing that

9  the sales consultant had for the home?

10       A.    That I don't recall.

11       Q.    How much time elapsed between

12  the time when you conducted the

13  measurements to when the work began?

14       A.    I'll have to say two weeks.

15       Q.    After you performed the

16  measurements, is that when you did your

17  drawing?

18       A.    Say again.

19       Q.    After you did measurements, is

20  that when you prepared your drawings?

21       A.    Yes.

22       Q.    Who was that drawing circulated

23  to?

24       A.    The drawing is just made for

25  file purposes.

```
 1                      PALACIOS
 2          Q.     Then who at Home Depot procured
 3    the permit?
 4          A.     We have a permit expeditor.
 5          Q.     Do you know who that is?
 6          A.     The name of the company is Go
 7    Permit.
 8          Q.     Did you contact them to get the
 9    permit?
10          A.     No.   They are actually notified
11    as well once the data entry is entered and
12    done.
13          Q.     Do you know anyone there at
14    that company who you dealt with --
15          A.     Yes.
16          Q.     -- for this?
17          A.     Yes.
18          Q.     Who was that?
19          A.     His name is Scott.
20          Q.     Last name?
21          A.     I don't remember his last name.
22          Q.     Did Scott deliver the permit
23    for you for this home?
24          A.     Yes.
25          Q.     Was it a permit, what was the
```

```
1                          PALACIOS
2   permit for, if you know?
3          A.     The permit is a -- to clarify
4   the scope of work that's going to be
5   conducted on the home.
6          Q.     Was it only one permit required
7   for this home?
8          A.     Yes.
9          Q.     And the permit expeditor got
10  the permit cleared through the township in
11  order to do the job on the home?
12         A.     Correct, yes.
13         Q.     And that was, was it for
14  roofing work or did it specify each
15  specific service?
16         A.     For just the roofing work.
17         Q.     What was next in the process,
18  did you then go try to retain a contractor
19  to work on this --
20         A.     We --
21         Q.     -- or something else?
22         A.     After the permits are approved
23  and, and the permit company advises that
24  they obtained the permit, they are in
25  contact with the schedulers who actually
```

PALACIOS

1
2 work out of the corporate office, and they
3 actually do all of the scheduling for the
4 jobs.
5      Q.    Where is the corporate office
6 based, in Hauppauge?
7      A.    In Atlanta, Georgia.
8      Q.    What is the role of the
9 schedulers?
10      A.    They, they go over the scope of
11 work, briefly go over the scope of work,
12 and they allocate an installer in the
13 nearby area, and they coordinate the
14 project with the customer and the
15 installer. They also then place the order,
16 the confirmation for the order, for the
17 materials actually to be shipped to the
18 home.
19      Q.    And the new roofing materials
20 for this home in Yonkers were Home Depot
21 products, is that correct?
22      A.    Correct, yes.
23      Q.    Do you know where that order
24 was shipped from of the roofing materials?
25      A.    I don't know. I don't remember

```
1                    PALACIOS
2    what supply house.   No.
3         Q.    So for this home in Yonkers,
4    Home Depot scheduling department contacted
5    Bryan's Home Improvement to perform the
6    work?
7         A.    That's correct.
8         Q.    Do you remember any of the
9    individuals working in the scheduling
10   department at that time?
11        A.    No, I don't know.
12        Q.    To your understanding, was
13   Bryan's Home Improvement contacted for this
14   particular home because of the proximity,
15   where they were located in relation to the
16   home?
17        A.    Yes.
18        Q.    Was the scheduling done a few
19   days in advance of this home or a week or
20   something else?
21        A.    It's normally done either a few
22   days or a week or so in advance.
23        Q.    On the first day that this
24   project was going to be begin, had Home
25   Depot already delivered the roofing
```

PALACIOS

1

2  materials?

3       A.    Yes. The same morning.

4       Q.    Were you present at the site

5  when the roofing materials were delivered?

6       A.    No.

7       Q.    Do you know where the materials

8  were staged?

9       A.    In the front of the house on

10  the sidewalk.

11       Q.    Were they exposed to the

12  elements, were they kept in a box or

13  something else?

14       A.    They were on a skid and wrapped

15  with plastic.

16       Q.    And they had been left there by

17  the driver for Home Depot?

18       A.    The driver from the supply

19  house.

20       Q.    Prior to the project, did you

21  have any discussions with anyone from

22  Bryan's Home Improvement about it?

23       A.    No.

24       Q.    Around that time of August of

25  2015, do you know how many different

```
1                    PALACIOS
2    projects Home Depot was involved in in the
3    Yonkers, in the Westchester area?
4         A.     In the Westchester area, no, I
5    don't recall.
6         Q.     Generally, is Home Depot
7    involved in multiple projects at the same
8    time?
9         A.     Yes.
10        Q.     You mentioned before when you
11   are out and not in the office of Hauppauge
12   and out in the field, are you visiting each
13   of the projects that Home Depot is involved
14   in?
15        A.     Yes.
16        Q.     I will show you what was marked
17   Defendant's Exhibit A at a different
18   deposition, this is a photograph.
19        A.     Yes.
20        Q.     Do you recognize the home in
21   that photograph?
22        A.     Yes.
23        Q.     What do you recognize it to be?
24        A.     The contracted roofing that
25   when -- that was contracted to be done.
```

```
 1                    PALACIOS
 2        Q.    Where the accident happened?
 3        A.    Where the accident happened,
 4  yes.
 5        Q.    Back in and around August 2015,
 6  did you know any of the individuals of
 7  Bryan's Home Improvement?
 8        A.    Yes.
 9        Q.    Who did you know?
10        A.    Alonzo Loja, Fidel Loja.
11  L-O-J-A.
12        Q.    Anyone else?
13        A.    There were a couple of other
14  guys, but by name I don't recall them, just
15  face recognize.
16        Q.    Do you remember the name
17  Carlos?
18        A.    There was a Carlos, yes.
19        Q.    Do you remember there being
20  multiple Carloses?
21        A.    No.  Just one Carlos.
22        Q.    Do you remember a gentleman by
23  the name of Daniel Rivera?
24        A.    No, by name, no.
25        Q.    Is Fidel Alonzo's son?
```

1                    PALACIOS

2        A.      Yes.

3        Q.      Do you know for how many months

4    or years prior to August 2015 that Bryan's

5    Home Improvement was one of the contractors

6    for Home Depot?

7        A.      I'll have to say five years

8    prior.

9        Q.      Approximately, how many

10   projects a year do you think Bryan's Home

11   Improvement performed before this accident

12   for Home Depot?

13       A.      If I have to put a number I'll

14   have to say at least 50 if not more.

15       Q.      Approximately, 50 or more per

16   year?

17       A.      Uh-huh.

18            MR. DeCARLO:   50 per year or 50

19       total?

20            THE WITNESS:   50 or more per

21       year.

22       Q.      And those are approximately

23   three-day projects?

24       A.      Some two, some three.

25       Q.      Of the projects that they

```
 1              PALACIOS
 2  worked on previously, were some of them
 3  like residential projects such as the
 4  Yonkers home where this accident happened?
 5       A.    Yes.
 6       Q.    And on those prior projects,
 7  did you deal with Alonzo and Fidel?
 8       A.    Yes.
 9       Q.    Were you aware of any
10  complaints made regarding the way Bryan's
11  Home Improvement performed their work
12  before this accident happened?
13       A.    No.
14       Q.    Had you ever yourself made any
15  complaints verbally or in writing about the
16  way that Bryan's Home Improvement did their
17  work at the project, at other projects
18  before this one?
19       A.    No.
20       Q.    If you don't mind, sir, looking
21  at the home in Exhibit A in front of you,
22  how would you characterize that, a
23  two-story home and a roof above that or is
24  there a different way you'd describe it?
25       A.    I would describe this as a
```

<pre>
 1                      PALACIOS
 2   three-story home.
 3           Q.     Three story?
 4           A.     Uh-huh.
 5           Q.     What level was the roof that
 6   was being removed and then newly installed?
 7           A.     The third story, main roof.
 8           Q.     Was the window shown in the
 9   center top portion of the roof also going
10   to be repaired or replaced, if you know?
11           A.     Not the window just the roof
12   around the dormer.
13           Q.     And the roof material was that
14   shingles?
15           A.     Yes.
16           Q.     How was Bryan's Home
17   Improvement supposed to remove the
18   shingles?
19           A.     So, they actually remove the
20   layers of shingle with a roofing shovel.
21   They strip it down to the bare wood and
22   remove any loose nails.
23           Q.     And then what?
24           A.     Once all of the nails are
25   removed then the decking it's checked for
</pre>

```
1                        PALACIOS
2    any wood rot.
3         Q.    And then what?
4         A.    Then they prepare for the
5    ridge.  They prepare also any openings for
6    any additional ventilations or for
7    modifications for ventilation, adequate
8    ventilation.
9         Q.    What is next?
10        A.    Thereafter they start prepping
11   the area with the leak, ice and water
12   shield.  They install the drip edge, which
13   is the perimeter flashing that goes all
14   around.
15        Q.    Any other steps before they
16   start putting the new roofing materials?
17        A.    Then they put in the starter
18   course.  They prepare the flashing around
19   the walls of where the roof and the walls
20   meet on the dormers.  The ice and shield
21   leak water barrier is installed, the felt
22   paper is installed, and then the shingle
23   roof, roofing shingle material is brought
24   upstairs, brought up to the roof.
25        Q.    To access the roof area were
```

1                           PALACIOS

2      ladders acquired?

3           A.     Yes.

4           Q.      Were there any scaffolds or

5      mechanical booms or any other way to get up

6      there?

7           A.     No.   Just ladders.

8           Q.      When portions of the existing

9      roof were removed, were they deposited or

10     thrown out into the garage or dumpsters?

11          A.      They are actually, they start

12     on one section of the roof and they

13     actually -- they drop it down to the

14     ground.   Then they are removed from the,

15     from the ground area.

16          Q.      Where in the ground are the

17     materials dropped?

18          A.      Right either to the left or to

19     the right of the house and to the front of

20     the house and back as well.

21          Q.      Who cleans up that debris?

22          A.      The subcontractor.

23          Q.      Were there any like cautionary

24     signs or ropes put around where the debris

25     would be dropped from the roof?

```
 1                    PALACIOS

 2        A.    No.

 3        Q.    Now, all of the different work

 4   that you mentioned for the roofing process,

 5   was that written into a purchase order or

 6   contract?

 7        A.    No

 8        Q.    Do you know if Bryan's Home

 9   Improvement submitted a proposal outlining

10   the work that they performed?

11        A.    No.

12        Q.    Do you know or they did not?

13        A.    No, they don't.

14        Q.    Was it your expectation that

15   they would perform all of the services and

16   work that you mentioned?

17        A.    Yes.

18        Q.    Would they have been paid if

19   they did not perform that work and services

20   for you?

21        A.    I'm sorry?

22        Q.    Would they have been paid if

23   they did not perform that work and services

24   for you?

25        A.    No.
```

```
 1                    PALACIOS
 2        Q.    Were they fully paid for this
 3   project, Bryan's Home Improvement?
 4        A.    Yes.
 5        Q.    When did you arrive at the
 6   project?
 7             MR. DIEUDONNE:   Please, note my
 8        objection.   Initially?
 9             MR. EDELMAN:   Yes, initially.
10        A.    About several hours after the
11   job actually started.
12        Q.    Do you have a uniform when you
13   are out in the field?
14        A.    Either an apron or a vest.
15        Q.    That says Home Depot?
16        A.    Home Depot, yes.
17        Q.    When you got there, did you
18   check on the materials that were provided
19   by Home Depot?
20        A.    Yes, we check the materials.
21        Q.    What else?
22        A.    And check in with the customer
23   to make sure that everything is going as
24   described.
25        Q.    Was the customer present at the
```

PALACIOS

2  time?

3       A.     Yes.

4       Q.     You were there, can you

5  describe what he or she looked like?

6       A.     It was a young man, I believe

7  he had glasses.

8       Q.     Do you remember any discussion

9  with him?

10      A.     Other than good day and, you

11 know, if they had any additional questions

12 and all, that the project was underway and

13 the only thing they asked was how long is

14 it going to take. I told them between three

15 to four days as long as the weather was

16 cooperative and we didn't find any

17 unforeseen issues once the roof was fully

18 stripped.

19      Q.     When you got to the project,

20 did you talk with Alonzo or Fidel?

21      A.     I spoke with Alonzo.

22      Q.     And what did he say?

23      A.     Same thing, good day, asked him

24 what would be the proximity of him

25 completing the job.  Also asked him if he

```
 1              PALACIOS
 2   reviewed the materials and made sure he had
 3   enough quantity of materials.   Also advised
 4   to be careful with the surrounding
 5   properties being that it was extremely
 6   tight.
 7        Q.     When you spoke with Alonzo was
 8   it in English or Spanish?
 9        A.     English.
10             MR. EDELMAN:   Read back the
11         last answer.
12             (Whereupon, the referred to
13         answer was read back by the
14         Reporter.)
15        Q.    Was Bryan's Home Improvement
16   only scheduled to work on this one home
17   during this time period or other homes as
18   well?
19             MR. DIEUDONNE:   Please, note my
20         objection.   You can answer.
21        A.     He was actually working on this
22   particular home only.
23        Q.     At the time Home Depot had
24   scheduled Bryan's Home Improvement to work
25   for approximately three to four days at
```

```
 1                      PALACIOS
 2    this home?
 3         A.    Yes.
 4         Q.    When you told Alonzo to be
 5    careful regarding the surrounding
 6    properties because it was close to other
 7    homes --
 8         A.    Yes.
 9         Q.    -- do you remember anything
10    else about that discussion?
11         A.    No.
12         Q.    So to your recollection was the
13    homeowner present in that home at the time
14    that this accident happened?
15         A.    Yes.
16         Q.    How do you know that?
17         A.    I was actually informed by the
18    police officer who took the record.  Also I
19    received a phone call from the customer.
20         Q.    Did you observe the crew from
21    Bryan's working when you were there for the
22    first time?
23         A.    Yes.
24         Q.    What were they doing?
25         A.    They were on the roof stripping
```

PALACIOS

1
2  the roof, the right side of the roof.
3          Q.      Why did they start on the right
4  side?
5          A.      Because of easier access.
6          Q.      Why was it easier access?
7          A.      There is a, there was a -- the
8  next neighboring home was several feet
9  away, and there was actually an alleyway
10  that you could actually walk toward the
11  back of the house, a small little --  on
12  the side of the house.
13          Q.      At the right of it?
14          A.      On the right of it, yes.
15          Q.      When did you first observe
16  that?
17          A.      I actually saw that originally
18  when I measured the job because that was
19  the access I used to get around to the
20  house.
21          Q.      Do you recall how many members
22  of the crew were working at that time?
23          A.      No, I don't recall.
24          Q.      Did Home Depot provide any
25  safety equipment to those workers such as

PALACIOS

1

2  harnesses, lanyards, hard hats, goggles?

3      A.    The only thing Home Depot

4  provides for them would be a vest to show

5  that they are representatives from Home

6  Depot.

7      Q.    Were they wearing the vest?

8      A.    Yes.

9      Q.    Is that a protocol that workers

10  on Home Depot projects have to wear the

11  Home Depot vest?

12      A.    There is a protocol, yes, a

13  vest or either an orange shirt.

14      Q.    The first time that you were

15  there at the project, how long did you

16  stay?

17      A.    About half an hour to

18  45 minutes.

19      Q.    Did you observe the crew doing

20  any work that was not proper at the time?

21      A.    No.

22      Q.    If you saw them doing improper

23  work, could you stop them from doing so?

24      A.    Yes.

25      Q.    When you were there for 40,

```
 1                        PALACIOS
 2     45 minutes, did you observe any unsafe
 3     conditions at that time?
 4            A.     No.
 5            Q.     If you had observed them, do
 6     you have the authority to stop unsafe
 7     conditions?
 8            A.     Yes.
 9            Q.     Did you observe the crew
10     working from ladders at the right side of
11     the house?
12            A.     I observed --
13            Q.     The right or rear side of the
14     house?
15            A.     The rear side of the house with
16     ladders.
17            Q.     And the work that they were
18     performing on the rear side with the
19     ladders when you were there, was what they
20     were supposed to be doing to your
21     understanding?
22            A.     Yes.  It was actually the
23     easiest, one of the easiest points to
24     actually reach the house because the levels
25     of planes on the house transferred from a
```

PALACIOS

2  three-story to a two-story.   So they were

3  able to use a 40-foot ladder to get onto

4  the roof from the back, and then harness

5  themselves in and work from either

6  direction.   Obviously, they chose the right

7  side because it was the easiest side to

8  work from.

9       Q.    How do you know they were

10  harnessed in when you say that?

11       A.    When I walked around the house

12  I could see that they had their harness

13  equipment and their tie offs.

14       Q.    Would they tie off to anchor

15  points or something else?

16       A.    So, what they do they remove

17  the ridge and they anchor themselves to the

18  ridge.   There is an actual tool that they

19  anchor themselves in with.

20       Q.    Is there a requirement at Home

21  Depot that their subs working on roofs are

22  supposed to be tied off?

23       A.    There is not a requirement, but

24  it's safety first as a practice.

25       Q.    That's Home Depot's practice?

PALACIOS

1

2        A.      That's best practice.

3        Q.      If you would observe a worker

4   not tied off working at the top roof level,

5   would you have said something to them to go

6   tie off and wear a harness?

7        A.      Yes.

8        Q.      The ladders that Bryan's Home

9   Improvement used at the home, did they

10  bring their own ladders?

11       A.      Yes.

12       Q.      And the harnesses that they

13  use, it's your understanding they brought

14  their own harnesses?

15       A.      Yes.

16            MR. EDELMAN:   Off the record.

17            (Whereupon, an off-the-record

18        discussion was held.)

19       Q.      Do you remember anything else

20  that you spoke to Alonzo and Fidel about

21  that first day?

22       A.      No.

23       Q.      How did you leave it with them

24  when you left the site that day?

25       A.      I always tell them to give me a

```
 1                    PALACIOS
 2   call anything else that's unforeseen,
 3   presents itself or they have a question
 4   regarding something that they may not be
 5   sure of and to just give me a call.
 6        Q.    What would be an example of
 7   something that's unforeseen?
 8        A.    Excessive wood rot, you know,
 9   something, something that's structurally
10   not sound.
11        Q.    On other projects had they
12   called you when they saw stuff like that?
13        A.    Yes.
14        Q.    What happened did you go back
15   to the site to inspect it?
16        A.    I would ask them to send me
17   pictures if I was too far away.  And then
18   normally nine times out of ten they have
19   already spoken to the customer and
20   explained and showed the customer as well,
21   so when I make that phone call to the
22   customer they are already aware of, you
23   know, the additional work that will take
24   place that was not contracted that is
25   unforeseen.
```

1                        PALACIOS

2        Q.    And would you involve yourself

3    in those discussions in terms of what to

4    do?

5        A.    Yes.  This way they could obtain

6    the material list would be, what the scope

7    of work would be and also the pricing on

8    labor.

9        Q.    Because Home Depot had worked

10   with Bryan's Home Improvement so many times

11   before, was there like a familiarity that

12   you guys had with the company for these

13   projects?

14       A.    Can you --

15       Q.    Oh, yeah, no problem.  I mean,

16   because like Home Depot retained Bryan's

17   Home Improvement prior to this accident to

18   work on all other other residential homes?

19       A.    Uh-huh.

20       Q.    Would you say that you

21   personally felt it was a familiarity with

22   the company in terms of the work, how it

23   would be performed?

24       A.    Yes.  We had a great rapport,

25   they'd report back anything that was not

```
 1                    PALACIOS
 2   sound and fit.   And we'll definitely -- we
 3   work and agree to how we'll get things
 4   repaired and where it wouldn't be a burden
 5   as far as labor is concerned or anything of
 6   that nature toward the customer, and
 7   something that we know is a fair price to
 8   pay them for the work.
 9        Q.    Did Bryan's Home Improvement on
10   other projects before this one ever take
11   too long to do the work?
12        A.    No.
13        Q.    Do you have an understanding as
14   to when the accident happened in terms of
15   which day?
16        A.    No, what day, no.
17        Q.    It didn't happen when you were
18   there that first day, right?
19        A.    No.
20        Q.    When you left the site that
21   first day, did anyone call you from Bryan's
22   Home Improvement to talk about any
23   conditions of the job site that were
24   unforeseen or any additional work issues?
25        A.    No.
```

```
 1                    PALACIOS
 2        Q.    Other homes that Bryan's Home
 3   Improvement worked on before this one when
 4   they finished their roofing work, would you
 5   go to check it out to make sure that they
 6   did it?
 7        A.    We'll do what is called a post
 8   inspection, yes.
 9        Q.    What does that entail?
10        A.    To make sure that the property
11   is clean, to make sure that all of the
12   ventilation that's required is installed,
13   we check to make sure that all of the
14   flashing is installed, and make sure that
15   the customer has any additional questions
16   at that point that we answer them.
17        Q.    If you observed that some part
18   of that work had not been performed or was
19   not performed properly, would you then ask
20   Bryan's to finish up the work?
21        A.    That's correct, yes.
22        Q.    Were any records kept of those
23   post inspections?
24        A.    Not that I recall.
25        Q.    Is that similar to like a
```

PALACIOS

1
2   punchlist that you are talking about, if
3   you understand the term?
4       A.    No.
5       Q.    Do you understand what, what a
6   punchlist is?
7       A.    Yes.
8       Q.    Was a punchlist maintained for
9   these residential projects like this?
10      A.    No.
11      Q.    Did Home Depot maintain any
12  records for the residential home projects
13  like this one?
14      A.    Yes.
15      Q.    What kind of record?
16      A.    Contracts, any addendums,
17  permits, the drawings that are made by the
18  sales consultants and personnel like
19  myself.  And any invoicing, additional
20  invoicing that's actually submitted by the
21  subcontractors.
22      Q.    Anything else?
23      A.    No.   Pictures.
24      Q.    The Home Depot's financial
25  department pays out the invoices to the

PALACIOS

1   contractors?

2       A.    Yes.

3       Q.    What kind of pictures?

4       A.    Job site pictures such as the

5   ones prior, during and after, if

6   applicable.

7       Q.    Do you take the photographs?

8       A.    At times.

9       Q.    For what purpose?

10      A.    Just for record maintaining.

11      Q.    Is it also to demonstrate the

12  good craftsmanship or work done to a home?

13      A.    At times it's used for that,

14  yes.

15      Q.    Do you take any pictures of

16  homes?

17      A.    I believe I did.

18      Q.    Before --

19      A.    Before, yes.

20      Q.    And do you remember taking them

21  during or after?

22      A.    I don't recall that now.

23      Q.    Did Bryan's Home Improvement

24  submit time sheets?

1                          PALACIOS

2          A.     No.

3          Q.     Did they submit any records to

4     your company?

5          A.     No.   Other than the completion

6     of signature that's supposed to be followed

7     through at the end of the project.

8          Q.     What does that entail?

9          A.     So once the job is completed

10    the subcontractor will meet with the

11    customer, they will do their own

12    walk-around before they actually walk off

13    the property, and any questions or concerns

14    the customer can point it out, give the

15    subcontractor the opportunity to fix,

16    repair or to make things esthetically look

17    right.   They obtain what we call a COC,

18    which is a complete, completion -- a

19    signature completion basically.

20         Q.     Does the customer sign off on

21    that?

22         A.     Yes.

23         Q.     And Bryan's signs off?

24         A.     Bryan's also signs off on it.

25         Q.     Is it submitted to Home Depot

PALACIOS

2  to keep?

3     A.     Yes, uh-huh.

4     Q.     When did you first learn that
5  there was an accident?

6     A.     I actually received a call, it
7  was a Saturday, I received a call from the
8  local police department.  They asked me for
9  my name to confirm my identity, they asked
10 me if I was aware that there was a project
11 going on at the residence, they provided me
12 with the address.  And they advised that
13 there has been a, an accident and my
14 presence was required.

15    Q.     Why did they call you?

16    A.     After speaking to the police
17 officer he said that he couldn't get no
18 information from the personnel that was on
19 site, no one would respond to him.  So he
20 asked who was the person in charge and they
21 said Home Depot, and they said who at Home
22 Depot, and they gave my name and my number,
23 and that's how they got in contact with me.

24    Q.     Where were you at the time?

25    A.     I was off site.

1                        PALACIOS

2          Q.      In Westchester somewhere?

3          A.      No.   I was in the Bronx.

4          Q.      Did you have a discussion with

5     the officer at the time or did you come to

6     the site or something else?

7          A.      I actually had the discussion

8     over the phone with him and then I met him

9     at the precinct.

10         Q.      Do you remember, approximately,

11    what time of the day it was?

12         A.      I met with the officer I want

13    to say anywhere between 2:00 and 3:00.

14         Q.      Okay.   What was said to you in

15    the phone discussion, if you remember?

16         A.      He said that he asked me to

17    confirm my identity, he asked if I worked

18    for Home Depot, he asked if I was familiar

19    with the address that he provided me with.

20    Then he just advised there was an accident

21    and that the person that had the accident

22    had been taken to the hospital.

23         Q.      Do you remember if the

24    individual that he mentioned was Daniel

25    Rivera?

```
 1                    PALACIOS
 2        A.    He did not mention a name.
 3        Q.    Did the officer mention
 4   anything else in that phone call to you
 5   about how the accident happened?
 6        A.    No.
 7        Q.    Then you made arrangements with
 8   him to go to the precinct?
 9        A.    Yes.
10        Q.    When you got to the precinct,
11   was anyone else with you --
12        A.    No.
13        Q.    -- affiliated with the project?
14        A.    No.   Just myself.
15        Q.    Do you remember the name of the
16   officer?
17        A.    No.
18        Q.    And what was the discussion
19   that you had with him?
20        A.    So, he basically said that he
21   would have not needed me to come down to
22   the precinct, but because the personnel
23   that was on the job site didn't provide
24   enough information he thought it would be
25   important that he met at least with someone
```

1                        PALACIOS

2     to finish filling out his report.

3          Q.     Did the officer mention if he

4     or she had been at the project site?

5          A.     Yes.  He said he was at the job

6     site, he responded, and that he questioned

7     the personnel that was on site.  And also

8     waited for the ambulance to make sure they

9     came by and took the person to the

10    hospital.

11         Q.     Did the officer mention

12    anything about the injuries that the

13    gentleman may have sustained?

14         A.     He didn't mention the injuries,

15    he just mentioned how it -- what he -- what

16    information he received on how it happened.

17         Q.     And what did the officer

18    mention to you?

19         A.     He said that there was, they

20    were climbing up a ladder and that the --

21    the gentleman was carrying a ladder going

22    up a ladder and he then made contact with

23    the live wire that feeds the electric to

24    the home and that he received a -- he

25    received a jolt from the live wire.

```
1                        PALACIOS
2              MR. DIEUDONNE:   Read the last
3         question and answer for me, please.
4                   (Whereupon, the referred to
5         question and answer was read back by
6         the Reporter.)
7              MR. DIEUDONNE:   Thank you.
8         Q.     Did the officer mention who was
9    the source of that information?
10        A.     I'm sorry?
11        Q.     Did the officer mention who was
12   the source of that information to him?
13        A.     He said after asking and asking
14   he said it was actually Alonzo that gave
15   him that information.
16        Q.     When you mentioned that the
17   officer said that it was contact with a
18   live wire, is it your understanding that
19   there was a live wire in some proximity to
20   the home that the roofing work was being
21   performed at?
22        A.     Yes.
23        Q.     Where in relation to the home,
24   if you remember?
25        A.     What I remember was facing the
```

PALACIOS

1

2      home it would be on the left side.

3            Q.    Had you observed those wires by

4      the left side prior to the project?

5            A.    Yes.

6            Q.    When you mentioned earlier that

7      you had a discussion with Alonzo or maybe

8      his son about this surrounding property --

9            A.    That's correct.

10           Q.    -- and the closeness of it to

11     this home, was it to be careful because

12     there was live wires in the area?

13                 MR. DIEUDONNE:  Again, please,

14           note my objection to form.

15           Q.    Or something else?

16           A.    Yes.  I didn't mention actually

17     wires, I just mentioned just the

18     surrounding areas.

19           Q.    Did you signal or show him the

20     wires around there?

21                 MR. DIEUDONNE:  Please, not my

22           objection again.

23           A.    No.

24           Q.    Do you have an understanding

25     why the gentleman was carrying a ladder

PALACIOS

1

2 while climbing a different ladder at the

3 time?

4     A.    Yes.  It was because the home

5 is actually on a three tier, a three-story

6 tier, he had one ladder set up and was

7 taking the other ladder to actually reach

8 the top of the main roof.

9     Q.    On prior projects that at Home

10 Depot worked with by Bryan's Home

11 Improvement, had you observed crew members

12 from Bryan's carrying ladders and holding

13 other ones?

14     A.   No.

15     Q.    If you had seen a worker that

16 day, you know, attempting to climb a ladder

17 while carrying a different ladder, would

18 you say something?

19     A.    Yes.

20     Q.    What would you have said?

21     A.    Told him not to do that, get

22 off, get off of the ladder.

23     Q.    Why is that?

24     A.    Because they make different

25 height ladders for different height homes.

1                    PALACIOS

2        Q.    And what do you mean by that?

3        A.    So if they required a 40-foot

4   ladder to reach, let's say, a second story

5   or a third story, they could use a 40-foot

6   ladder, and if there was not another one

7   available then they couldn't create a

8   40-foot ladder of the remaining ladders

9   that they had.   They had to actually use

10  the right sized height ladders, so.

11       Q.    Again, at the time this

12  accident occurred, you were not present?

13       A.    No.

14       Q.    You did not observe them

15  actually, you did not observe the gentleman

16  that was injured climbing one ladder while

17  carrying a different one, right?

18       A.    No.

19       Q.    If you were there at the time

20  you would of told him not to do that,

21  right?

22              MR. DIEUDONNE:   Objection.

23       Asked and answered.

24       A.    Yes.

25       Q.    What happened after you got

1                    PALACIOS

2    that information from the precinct, did you

3    go to the site or call Alonzo or anything

4    else?

5         A.    So, after I met with the

6    officer at the precinct I did speak to

7    Alonzo, I met him at the job site, but at

8    that time the job site was actually closed

9    down because they got OSHA involved.   And I

10   asked them where was the -- how was the

11   condition of the person who got hurt, I

12   asked him to clarify what had happened.

13   And then I spoke with the customer,

14   explained that the person who got hurt is

15   currently at the hospital, we were waiting

16   to hear back, because they were concerned

17   as well as to the condition of the person

18   who got injured.

19              MR. DeCARLO:   Read that back,

20         please.   Thank you.

21              (Whereupon, the referred to

22         answer was read back by the

23         Reporter.)

24         Q.    When Alonzo was at the site

25   when you got there that day, there was also

```
1                         PALACIOS

2   an OSHA representative?

3        A.      No, an OSHA representative, no.

4        Q.      How do you know the site was

5   closed down?

6        A.      The officer told me that he was

7   putting a complaint into OSHA.  They work

8   in conjunction.

9        Q.      Did he say why he was doing

10  that?

11       A.      He felt that because of safety

12  issues.

13       Q.      And at any time after this

14  accident happened, did you speak with

15  anyone from OSHA?

16       A.      Yes, I did.  They gave me the

17  rep's name, I contacted the office, which

18  is in the local vicinity of where the house

19  is, actually located in the Yonkers area.

20  They had said that the, that they opened up

21  a case and that the subcontractor was under

22  review, and the job will be halted until

23  they completed their findings.

24       Q.      Did you have any other

25  involvement in speaking with OSHA besides
```

1                    PALACIOS

2    that one time with the rep?

3         A.    I kept in constant

4    communication just to find out what was

5    going to happen, when the job will be

6    released and what, and will Alonzo still be

7    able to complete his responsibility, his

8    commitment to the job.

9         Q.    Do you know how long,

10   approximately, the investigation was?

11        A.    About two weeks.

12        Q.    Did anyone tell you the

13   findings of the investigation?

14        A.    No.  They just, they wanted

15   Alonzo and his crew members to actually be

16   OSHA certified so they issued him a fine.

17        Q.    They were not OSHA certified,

18   Alonzo's crew?

19        A.    Doesn't seem like they were.

20        Q.    As of August 2015 of the

21   different contractors Home Depot worked

22   with, were the other contractors OSHA

23   certified?

24             MR. DIEUDONNE:  Please, not my

25        objection.  You can answer.

PALACIOS

1

2      A.      They are not required to.

3      Q.      Because of the law --

4      A.      Home Depot doesn't require them

5  to be OSHA certified.

6      Q.      What did Alonzo say to you when

7  you spoke to him at the scene?

8      A.      He said that he took the

9  gentleman over down to the hospital and he

10  was waiting to hear back to see, they were

11  doing some testing on him to make sure

12  everything was fine, and that he will be in

13  the hospital for the next couple of days.

14  And he'll let me know what the status, what

15  condition he was in once they released him

16  from the, from the hospital.

17      Q.      Did you have any discussions

18  with Alonzo to follow up after this one,

19  after that discussion?

20      A.      After, yes, we did, we had a

21  follow-up afterwards.  He had mentioned

22  that the gentleman was released, we

23  received some documents from the hospital

24  stating that everything checked out fine.

25  There was some bruising but nothing

PALACIOS

 1   catastrophic or anything where he had any

 2   broken limbs or anything like that.

 3        Q.    Did Alonzo mention that the

 4   injured person was going to be returning to

 5   work or anything --

 6        A.    No, they did not say.

 7        Q.    And was it Alonzo's crew that

 8   ultimately finished the project?

 9        A.    Yes.

10        Q.    Were you present when they

11   finished the project?

12        A.    No.

13        Q.    To your understanding, all of

14   the work was completed and they were paid

15   for it, correct?

16        A.    That's correct, yes.

17        Q.    Did you take any photographs

18   when you arrived at the scene after the,

19   after learning of this accident?

20        A.    No.

21        Q.    Did Home Depot generate an

22   incident report or accident report?

23        A.    I believe they did.

24        Q.    Do you know what was the

1                          PALACIOS

2      contents of the report, what was said about

3      it?

4            A.      No.

5            Q.      Which department would maintain

6      such a report, like the risk management

7      department or something else?

8            A.      Our risk management, yes.

9            Q.      Aside from coming to this

10     deposition today, speaking with OSHA,

11     speaking to your attorney, were you asked

12     to speak to anyone else about this?

13           A.      No.

14           Q.      Was there any discussion had

15     with Alonzo about getting the appropriate

16     size ladders?

17           A.      No.

18           Q.      At other projects following

19     this accident that Bryan's worked on, did

20     you ever see any other crew members

21     climbing up one ladder while carrying

22     another ladder at those projects?

23           A.      No.

24           Q.      Did Home Depot retain any site

25     safety consultants to go to the different

```
 1                    PALACIOS
 2   projects?
 3        A.    No.
 4        Q.    Were any safety meetings held
 5   at the projects?
 6        A.    No.
 7        Q.    Did Home Depot retain any other
 8   contractor to work at this home in Yonkers?
 9        A.    No.
10            MR. EDELMAN:   Do you have a
11        copy of the contract?
12            MR. DIEUDONNE:   No.
13            MR. EDELMAN:   Mark this
14        contract as Plaintiff's 1.
15            (Whereupon, aforementioned
16        contract was marked as Plaintiff's
17        Exhibit 1 for identification as of
18        this date by the Reporter.)
19        Q.    Sir, I just marked a document
20   that's been marked Plaintiff's Exhibit 1,
21   it was annexed to a discovery response
22   disclosure provided by your attorneys, it
23   appears to be some sort of agreement or
24   contract but I want to show it to you to
25   talk about.   You can hold onto that
```

```
 1                    PALACIOS
 2              Sir, have you had an
 3    opportunity to review that document?
 4         A.    Yes.
 5         Q.    Have you ever seen this before?
 6         A.    Yes.
 7         Q.    What do you understand it to
 8    be?
 9         A.    This is the actual contract
10    agreement that a service provider and the
11    Home Depot will actually agree on before,
12    before they are on board.
13         Q.    Could you turn to the last
14    page, number 19 at the bottom?
15         A.    Okay.
16         Q.    Do you see an area under
17    service provider with a signature?
18         A.    Yes.
19         Q.    Do you recognize the name
20    that's written in there?
21         A.    Yes.
22         Q.    Who is that?
23         A.    Jesus A. Loja.
24         Q.    Do you understand that to be
25    Alonzo?
```

```
 1                    PALACIOS

 2        A.    Yes.

 3        Q.    And this agreement, do you

 4   understand it was entered between Home

 5   Depot and Bryan's Home Improvement?

 6        A.    Yes.

 7        Q.    Do you see where it is signed

 8   as well by a representative of Home Depot?

 9        A.    No signature.  I see the area

10   but no signature.

11        Q.    Do you know if separate

12   agreements were entered into with Bryan's

13   Home Improvement for each different project

14   or did Home Depot have one agreement that

15   kind of governed all of the projects or

16   something?

17        A.    That's correct, there is one

18   agreement that governs everything, which is

19   the master agreement, which is what we're

20   looking at here.

21        Q.    Now, did you personally

22   negotiate this agreement?

23        A.    No.

24        Q.    On behalf of Home Depot, do you

25   know who personally negotiated this
```

                              PALACIOS

1

2    agreement with Bryan's Home Improvement?

3         A.    No.

4         Q.    Do you know which department

5    had responsibility for doing that?

6         A.    Compliance department.

7         Q.    On page 1 of the agreement,

8    paragraph 1.4, in the middle of page there?

9         A.    Uh-huh.

10        Q.    Do you see the second sentence

11   where it mentions that Home Depot issued a

12   purchase order also known as a work order?

13        A.    Yes.

14        Q.    What is your understanding of

15   what a purchase order or a work order is?

16        A.    The work order -- in --

17        Q.    In this context?

18        A.    The work order is actually an

19   -- it gives the line items of what the

20   service provider will be paid for.

21        Q.    Like a breakdown of each

22   separate service?

23        A.    Correct.

24        Q.    For the project?

25        A.    Yes, correct.

                            PALACIOS

1

2        Q.      Each project has different

3    services that are done, right?

4        A.      That's correct.

5        Q.      So would there have been a work

6    order specifying which services were done

7    for this home in Yonkers?

8        A.      That's correct, yes.

9        Q.      Was it the compliance

10   department that would of generated that

11   work order for this project?

12       A.      No.

13       Q.      Or a different department?

14       A.      A different department.

15       Q.      I know there's a lot of

16   different departments, which department

17   would generate the work order?

18       A.      The work order is actually

19   generate once the, once the contract is

20   entered into the -- after it's entered from

21   the, from the data entry department, a work

22   order is then generated.

23       Q.      You mean the contract with the

24   owner and Home Depot after that's finished

25   then the work order is done?

PALACIOS

1

2     A.    So --

3     Q.    -- or something else?

4     A.    No.  So, the job is sold, it's

5  contracted, and information is sent to data

6  entry.  Data entry then enters all of the

7  information into the system, measurements,

8  re-measurements are done, once all that's

9  confirmed and everything checked out, then

10  the work order is generated and then

11  assigned.

12     Q.    I'm sorry, which department

13  would generate work orders?

14     A.    The data entry department.

15     Q.    And that would be done, I'm

16  sorry, that work order for the project

17  would have been done prior to Bryan's Home

18  Improvement working at this project, right?

19     A.    Yes.

20     Q.    It would of specified what

21  Bryan's Home Improvement was supposed to

22  have done at the project?

23     A.    It will specify what he's

24  getting paid for.

25     Q.    Would that have been sent

                            PALACIOS

1

2  electrically by e-mail to Alonzo at Bryan's

3  or by mail or in person or something else?

4         A.     Yes, by e-mail.

5         Q.     Do you recall an instance where

6  there was a discrepancy on any of those

7  work orders generated with Bryan's that you

8  needed to talk about with them?

9         A.     Yes.   Computer generated

10  discrepancies would occur.

11         Q.     And what happened in those

12  instances, did you have to work with Alonzo

13  to get them corrected?

14         A.     Well, once he receives the work

15  order he'll review it to make sure that he

16  was being paid accordingly per the line

17  items, and then if there was a discrepancy

18  he'll bring it to my attention, and then

19  I'll forward it back to the data entry so

20  they will make the correction.

21         Q.     Do you remember if that

22  happened on this particular home?

23         A.     On this -- no, I don't think

24  so.

25         Q.     On page 2 there is a section

PALACIOS

1
2    3.2, do you see that paragraph?

3          A.    Yes, 3.2, yes.

4          Q.    Is it your understanding that

5    Bryan's Home Improvement was performing an

6    install only or furnish and install or

7    something else within the context of the

8    paragraph?

9          A.    Performing an install.

10         Q.    And that's because Home Depot

11   provided the actual roofing materials?

12         A.    That's correct.

13         Q.    Page 3, sir, Section 4.1.

14         A.    Yes.

15         Q.    In the context of this, is it

16   your understanding that Bryan's Home

17   Improvement would receive the purchase

18   order and then immediately begin to work at

19   a time dictated by Home Depot?

20         A.    Yes.

21         Q.    And if Bryan's Home Improvement

22   was performing the work too slowly, would

23   you have stepped in and say something about

24   it?

25         A.    I would just find out why is it

PALACIOS

1
2    moving slowly at that point and he'll
3    explain as to why.
4         Q.    To try to find a solution to
5    that reason?
6         A.    To -- for the reason, yes.
7         Q.    On the same page paragraph 4.3,
8    the section for safety?
9         A.    Yes.
10        Q.    What is your understanding of
11   that section?
12        A.    That the service providers that
13   are contracted by us will follow and adhere
14   to all regulated safety compliances that
15   are generated by -- as is stated OSHA.
16        Q.    On page 9, paragraph 9.2,
17   halfway into the paragraph do you see a
18   sentence that starts, "If service provider
19   failed to remedy said defect"?
20        A.    Yes.
21        Q.    And in that sentence there is
22   an indication if the service provider fails
23   to correct some sort of defect regarding
24   the work, service and materials within the
25   time specified by Home Depot and Home

PALACIOS

1 Depot's discretion, then Home Depot could
2 have the right to correct the defect at the
3 service provider's expenses, do you see
4 that?
5
6          A.     Yes.
7          Q.     Is that your understanding of
8 the relationship with Bryan's Home
9 Improvement?
10         A.     Yes.
11         Q.     Did you discuss any safety
12 concerns or issues with Bryan's Home
13 Improvement?
14         A.     No.
15         Q.     Prior to this accident I think
16 you had mentioned you had not observed them
17 performing unsafely, right?
18         A.     No.
19         Q.     Do you remember the last time
20 that you saw the work order for this
21 project?
22         A.     No.
23         Q.     Which department, again, would
24 I contact or ask Counsel to contact to see
25 if we can get a copy of the work order?

                        PALACIOS

1

2       A.      You can actually -- I could

3   actually get you the work order if need be

4   a copy of it.   It's accessible to everyone.

5                MR. EDELMAN:   By Counsel, I

6           will follow up with any post

7           deposition requests regarding any

8           document demands or request.

9                MR. DIEUDONNE:   Was that for

10          the work order?

11               MR. EDELMAN:   To the extent

12          they are available.

13               MR. DIEUDONNE:   Sure.   Put your

14          demands into writing.

15               MR. EDELMAN:   By Counsel, I'll

16          subsequent to this deposition today

17          regarding any requests I will follow

18          up in writing, and I will request a

19          copy of the agreement as well between

20          Home Depot and the homeowner.

21      Q.      Is it your understanding that

22  the gentleman who became injured was

23  performing the work for his company at the

24  time he was injured at the house?

25      A.      Say again.   I'm sorry.

PALACIOS

1

2     Q.     Was it your understanding that

3   the gentleman that became injured was

4   performing work for his company at the

5   house at the time of the accident?

6     A.     Yes.

7     Q.     Do you recall any specific

8   discussions with Fidel when you visited the

9   project that day?

10    A.     No.

11    Q.     When you talked with them were

12  you at any particular area of the house or

13  outside of the property, in the front of

14  the house?

15    A.     In the front of the house by

16  the front of the, by the sidewalk.

17    Q.     Did Home Depot keep like a

18  truck at the project?

19    A.     Not Home Depot, no.

20    Q.     And you observed the Bryan's

21  Home Improvement crew performing work when

22  you were at the project?

23    A.     Yes.

24    Q.     Were they performing the work

25  at the time to your satisfaction?

1                          PALACIOS

2          A.    Yes.

3          Q.    And did you observe any

4    problems or issues at that time?

5          A.    No.

6          Q.    If you had seen something that

7    was a problem or issue with their work in

8    terms of how they were doing it, would you

9    say something to him?

10              MR. DIEUDONNE:  Please, note my

11         objection.  Asked and answered.

12         A.    Yes.

13              MR. EDELMAN:  Mike, do you have

14         questions?

15              MR. DeCARLO:  Yes, I have some,

16         not too many.

17              MR. EDELMAN:  I'll pass it over

18         to Mike for now.  I may have some

19         follows-ups.

20   EXAMINATION BY

21   MR. DeCARLO:

22         Q.    Good afternoon, sir, my name is

23   Michael DeCarlo, I'm with the law firm of

24   Connors and Connors and we represent

25   Bryan's Home Improvement, Corp.

1                        PALACIOS

2                If you don't understand any of

3   my questions let me know and I will repeat

4   it or rephrase it for you so you do

5   understand.

6          A.     Okay.

7          Q.     Do you understand?

8          A.     Yes.

9          Q.     Do you have an e-mail address

10  for Bryan's Home Improvement, Corp. or for

11  Alonzo that you used when you needed to

12  communicate?

13         A.     Yes.

14         Q.     What is the e-mail address?

15         A.     If I remember correctly, it was

16  "Bryan's Home Improvement@live.com".

17         Q.     Bryan's Home

18  Improvement@live.com?

19         A.     .com.

20         Q.     L-I-V-E?

21         A.     Yes.

22         Q.     When you first went to the 58

23  Cook Avenue site to do your measurements,

24  as part of what you would do at the site on

25  such a visit, would you rate the particular

PALACIOS

1
2  job for difficulties in performing the
3  work?
4       A.    Yes.
5       Q.    Is that related to in any way
6  to the phrase "pitch multiplier" that you
7  used it earlier this morning?
8       A.    Yes.
9       Q.    How does the pitch multiplier
10  figure into the difficulty of the job?
11       A.    Well, the pitch will tell us
12  the steepness of the actual roof, and a lot
13  of their roofing contractors have come up
14  with a sort of some algorithm saying
15  anything over the 6, 12-pitch factor it is
16  a difficult -- it becomes a difficult job
17  because of the steepness.
18       Q.    That would mean an increase in
19  the price of the work?
20       A.    Sometimes.  Not so much because
21  of the steepness but because of either the
22  location or because of the difficulty in
23  accessing the size or what have you, poor
24  access as what we'll reference it to.
25       Q.    At this particular location,

1          PALACIOS

2  did the fact that there were different

3  levels of roof mean that it was going to be

4  more difficult to get the materials up to

5  the top roof where the work was to be

6  performed?

7          A.    No.

8          MR. EDELMAN:   Sorry.   What was

9      the last question?

10          (Whereupon, the referred to

11      question was read back by the

12      Reporter.)

13          Q.    At this location where you had

14  multiple levels of roof according to Home

15  Depot's best practices, would it have ever

16  been proper to set up a ladder on one of

17  the, say on the second roof to get up to

18  the third roof?

19          A.    Best practice, no.

20          Q.    It would not have been against

21  any best practice that Home Depot had?

22          A.    No, it wouldn't have been

23  against any, no.

24          Q.    So if Bryan's Home Improvement

25  Corp. was using a ladder to get to the

PALACIOS

1
2      second roof level and then once they were
3      on the second roof level they used another
4      ladder to get from the second roof level to
5      the third roof level, would that have been
6      something that Home Depot would not have
7      objected to?
8           A.    Home Depot would have not
9      objected to it, only if there was access to
10     actually perform this.
11          Q.    What do you mean by that?
12          A.    In this particular home there
13     is a fence that actually obstructs the
14     ladder from actually -- from you actually
15     walking off when you reach the top of the
16     ladder.  So if you set the ladder down at
17     the bottom you then have to climb over the
18     fence, which then becomes, could also
19     become a hazard issue.
20          Q.    You are speaking of a railing
21     that was on the edge of the second roof?
22          A.    That's correct.
23          Q.    So under those circumstances it
24     would not have been a safe practice for
25     Bryan's Home Improvement Corp. to have a

1               PALACIOS

2    ladder, go up to the second roof level and

3    then place a ladder on the second roof

4    level up to the third level roof?

5         A.    No.

6         Q.    It would not have been safe?

7         A.    It would not have been safe,

8    no.

9         Q.    Did Home Depot have a best

10   practice as far as workers walking up a

11   ladder and carrying things while they were

12   walking up a ladder?

13        A.    No best practice, no.

14        Q.    Was that a permissible thing to

15   do, to be carrying something as you were

16   walking up a ladder?

17        A.    That's how I will say

18   90 percent of the roofing crews working for

19   the Home Depot perform that task.

20        Q.    Carrying things up a ladder?

21        A.    Carrying roofing materials up a

22   ladder.

23        Q.    Such as shingles?

24        A.    The shingles and the

25   accessories.

PALACIOS

1

2      Q.      Was there a Home Depot best

3  practice for fastening a ladder that was to

4  be used by workers on jobs?

5      A.      A ladder has to be fastened at

6  any point of -- around the home wherever it

7  is positioned even if it's at to a six-foot

8  height landing.

9      Q.      Was there a best practice of

10  Home Depot as to how a ladder was to be

11  fastened?

12      A.      No.

13      Q.      Was the job at 58 Cook Avenue

14  considered to be a somewhat difficult job

15  due to the multiple levels of the roof or

16  the pitch of any of the roof levels?

17      A.      It was considered to be a

18  difficult job because of the poor access on

19  the left side of the home.

20      Q.      Poor access meaning that there

21  was a limited space in which to place a

22  ladder?

23      A.      Limited space to where to place

24  a ladder to where moving debris will also

25  possibly can come into contact with the

1                     PALACIOS

2    neighboring home as it is coming off.

3         Q.    When you refer to the left side

4    of the house you are referring to the left

5    side as you would be in the street facing

6    the house?

7         A.    Yes.

8         Q.    After your initial visit on

9    this particular job, were you regularly at

10   that job site?

11        A.    Yes.

12        Q.    Did you go every day?

13        A.    Not every day, no.

14        Q.    On this particular job after

15   your initial visit to do the measurements,

16   did you then go there on the first day of

17   the job?

18        A.    On the first day of the job

19   start, yes.

20        Q.    After the first day of the job

21   start when you were there, did you get to

22   the site at any time before the accident

23   occurred?

24        A.    No.

25        Q.    Based on your knowledge and

PALACIOS

1
2   experience with this type of work, was it
3   possible to wear a harness while you were
4   climbing up and down a ladder?
5       A.    Yes.
6       Q.    How would you do that?  If you
7   had a harness on and you were climbing a
8   ladder, say climbing a ladder to get from
9   the ground to the second roof on this
10  particular job, how would you connect a
11  harness so as to have a person climbing a
12  ladder to prevent a fall?
13              MR. EDELMAN:   Objection to
14      form.
15      A.    So the -- whoever is going to
16  go up the ladder they will have the harness
17  already on their body, and there is
18  actually an attachment either on the back,
19  depending on what kind of lanyard they are
20  using, it will either be on the back or
21  clipped to the front.  And what happens is
22  they need to actually tie the line in and
23  have it tied as they are going up, and as
24  they are going up they are actually
25  applying the pressure lock on the actual

1                    PALACIOS

2    lanyard to hold them in the event of a

3    slip.

4        Q.    I'm not sure I understand how

5    would you prevent a fall.   What would you

6    connect the harness to, what is it that

7    would prevent the fall?

8        A.    The harness is strapped onto

9    your body and the line is tied out onto the

10   ridge of the roof, and that line is

11   actually either inserted on the back of the

12   harness, depending on the type of lanyard

13   they had, it's either a fastener on the

14   back or on the front, and they will

15   actually have that line already introduced

16   into that area.   So that as they are going

17   up they are already have, the line is

18   already connected to the harness in case

19   there is a slip or fall.

20       Q.    And the line would be connected

21   in this particular case that we're speaking

22   of, the line would be connected to the

23   second level roof if that's where you are

24   climbing to?

25            MR. EDELMAN:   Objection to

1                    PALACIOS

2        form.

3        A.      It will be connected to the top

4    main roof.

5        Q.      Are you saying that if you were

6    climbing a ladder from the ground to the

7    second level roof on this job, the harness

8    would be connected to the same place as the

9    harness would be connected if you were

10   doing roof work on the third level roof?

11       A.      Not sure if I understood that.

12       Q.      All right.   I think you

13   indicated earlier that when the workers

14   were on this job, when the workers would be

15   say stripping the roof on the third floor

16   roof, their harness would be connected to

17   some point on that third level roof?

18       A.      Correct.

19       Q.      Would the harness of a worker

20   climbing a ladder from the ground to the

21   second level roof, if he had his harness

22   properly connected, would that be connected

23   to the same location as the workers who

24   were stripping a roof on the third level

25   roof would have their harnesses connected?

```
 1                    PALACIOS
 2          MR. EDELMAN:   Objection to
 3     form.
 4          A.    Yes, that's correct.
 5          Q.    Did you indicate earlier that
 6   Home Depot's risk management department
 7   generated an accident report in connection
 8   with this incident?
 9          A.    Yes.
10          Q.    Have you ever seen that
11   incident or accident report?
12          A.    That particular one -- what
13   happens is we generate all of the
14   information and we send it down to the
15   corporate office, someone then in turn
16   reviews the documents, but thereafter I
17   don't know what is done with the document
18   or what other type of document is produced.
19          Q.    But you've seen this particular
20   type of document, is it a form?
21          A.    It's a form with questions.
22          Q.    Is such an accident or incident
23   report, does such an accident or incident
24   report typically contain any signed
25   statements of people or is it something
```

```
 1                    PALACIOS
 2    that contains information maybe obtained by
 3    you second or third hand?
 4         A.    There is an area where it asks
 5    if there are witnesses present regarding
 6    the incident, and at that point you will
 7    indicate yes or no, who that person may be
 8    and a contact number, if any.
 9         Q.    In this particular case, would
10    it be, if you are not able to say it, if
11    you know, would it being unlikely that the
12    accident or incident report maintained or
13    generated and maintained by Home Depot's
14    risk management people, would it be
15    unlikely that it would contain a signed
16    statement by anyone at the scene at the
17    time of the accident?
18         A.    It wouldn't have anything like
19    that.
20         MR. DeCARLO:   No further
21    questions.   Thank you.
22         MR. EDELMAN:   Off the record.
23         (Whereupon, an off-the-record
24    discussion was held.)
25    EXAMINATION BY
```

PALACIOS

1

2    MR. EDELMAN:

3        Q.    If a worker at this home was

4    going to be climbing up a ladder on the

5    right side or the left side on the first

6    time that they were doing this to get up to

7    the roof level, do you have an

8    understanding if they would be able to tie

9    off on that first trip up the ladder?

10       A.    They wouldn't.

11       Q.    Does Home Depot maintain any

12   safety manuals?

13       A.    Not that I know of.

14       Q.    Or safety plans?

15       A.    Not that I know of.

16       Q.    Do you remember the name of the

17   sales consultants that contracted of behalf

18   of Home Depot with the owner the home?

19       A.    Daniel Ratki.

20       Q.    R-A --

21       A.    T-K-I.

22       Q.    Is he still employed?

23       A.    Yes.

24       Q.    I apologize, I may have asked

25   this before.  Have you ever seen that

```
 1                     PALACIOS
 2    contract between the owner and the Home
 3    Depot?
 4          A.    Yes.
 5          Q.    Do you know if that's still
 6    accessible for production?
 7          A.    Yes.
 8                MR. EDELMAN:   I will follow up
 9                with your Counsel subsequent for a
10                copy of that, the contract between
11                the homeowner and Home Depot.
12          Q.    Sir, have you ever heard of the
13    phrase "general contractor"?
14          A.    Yes.
15          Q.    Is it your understanding that
16    Home Depot was the general contractor for
17    this roofing work?
18          A.    Yes.
19          Q.    And have you had any
20    discussions with anybody else from Alonzo's
21    company, Carlos or anyone else about this
22    accident?
23          A.    No.
24                MR. EDELMAN:   Thank you.  I have
25                no further questions at this time.
```

```
1                    PALACIOS
2         MR. DeCARLO:   I don't have
   anything further.
3
4         (Whereupon, at 1:37 P.M., the
5    Examination of this witness was
6    concluded.)
7
8              o         o         o         o
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    PALACIOS
 2            D E C L A R A T I O N
 3
 4        I hereby certify that having been
 5    first duly sworn to testify to the truth, I
 6    gave the above testimony.
 7
 8        I FURTHER CERTIFY that the foregoing
 9    transcript is a true and correct transcript
10    of the testimony given by me at the time
11    and place specified hereinbefore.
12
13
14
15            _____
                  JORGE PALACIOS
16
17
18    Subscribed and sworn to before me
19    this _____ day of _____ 20 ___.
20
21
22    _____
            NOTARY PUBLIC
23
24
25
```

```
 1                    PALACIOS
 2                 E X H I B I T S
 3    PLAINTIFF'S EXHIBITS:
 4
 5    EXHIBIT    EXHIBIT
 6    NUMBER     DESCRIPTION              PAGE
 7      1           Contract              77
 8           (Exhibits retained by Counsel.)
 9
10                     I N D E X
11    EXAMINATION BY                      PAGE
12    MR.  EDELMAN                         5
13    MR.  DeCARLO                         89
14    MR.  EDELMAN                        102
15
16      INFORMATION AND/OR DOCUMENTS REQUESTED
17    INFORMATION AND/OR DOCUMENTS        PAGE
18    Work order for this project.        87
19    Agreement/contract entered into     87
20    between Home Depot and the homeowner.
21    Agreement/contract entered into    103
22    between Home Deport and the homeowner.
23
24
25
```

```
 1                      PALACIOS
 2                C E R T I F I C A T E
 3
 4    STATE OF NEW YORK      )
                            :  SS.:
 5    COUNTY OF KINGS        )
 6
 7         I, KAREN R. ANIBOLI-KOPANYI, a Notary
 8    Public for and within the State of New
 9    York, do hereby certify:
10         That the witness whose examination is
11    hereinbefore set forth was duly sworn and
12    that such examination is a true record of
13    the testimony given by that witness.
14         I further certify that I am not
15    related to any of the parties to this
16    action by blood or by marriage and that I
17    am in no way interested in the outcome of
18    this matter.
19         IN WITNESS WHEREOF, I have hereunto
20    set my hand this 13th day of October 2017.
21
22              Karen R. Aniboli-Kop
23         _____
              KAREN R. ANIBOLI-KOPANYI
24
25
```

PALACIOS

| | | | |
|---|---|---|---|
| ' | **50** [5] - 41:14, 41:15, 41:18, 41:20 | **accompanied** [1] - 19:11 | 74:20, 75:19, 75:20, |
| '**10** [1] - 11:12 | **58** [3] - 28:5, 90:22, 95:13 | **accompany** [1] - 32:12 | 81:20, 81:24, 96:8, |

**'10** [1] - 11:12

**1**

**1** [4] - 4:17, 77:14, 80:7, 106:7
**1.4** [1] - 80:8
**1/22/76** [1] - 6:3
**10** [2] - 1:17, 2:2
**10007** [1] - 3:6
**102** [1] - 106:14
**10281** [2] - 2:13, 3:11
**103** [1] - 106:21
**10310** [1] - 3:16
**10:35** [2] - 1:18, 2:3
**11788** [1] - 5:13
**11th** [1] - 9:5
**12-pitch** [1] - 91:15
**13th** [2] - 3:5, 107:20
**16cv7552** [1] - 1:6
**17** [2] - 5:12, 8:7
**19** [1] - 78:14
**1998** [1] - 10:23
**1:37** [1] - 104:4

**2**

**2** [1] - 83:25
**2010** [1] - 11:11
**2015** [10] - 24:24, 25:3, 25:16, 26:4, 27:6, 28:12, 38:25, 40:5, 41:4, 73:20
**2017** [3] - 1:17, 2:2, 107:20
**20___** [1] - 105:19
**225** [3] - 2:12, 3:5, 3:11
**2:00** [1] - 64:13

**3**

**3** [1] - 84:13
**3.2** [2] - 84:2, 84:3
**30** [1] - 4:16
**30-pound** [1] - 29:24
**3:00** [1] - 64:13

**4**

**4.1** [1] - 84:13
**4.3** [1] - 85:7
**40** [3] - 5:12, 8:7, 52:25
**40-foot** [4] - 54:3, 70:3, 70:5, 70:8
**45** [2] - 52:18, 53:2

**5**

**5** [1] - 106:12

**6**

**6** [1] - 91:15

**7**

**766** [1] - 3:16
**77** [1] - 106:7

**8**

**87** [2] - 106:18, 106:19
**89** [1] - 106:13

**9**

**9** [1] - 85:16
**9.2** [1] - 85:16
**90** [1] - 94:18
**930-83092** [1] - 3:12

**A**

**A.M** [2] - 1:18, 2:3
**able** [5] - 7:20, 54:3, 73:7, 101:10, 102:8
**about** [33] - 9:18, 10:10, 10:13, 10:25, 11:3, 11:9, 13:15, 13:21, 13:24, 21:14, 21:24, 24:22, 24:23, 24:25, 38:22, 42:15, 47:10, 50:10, 52:17, 55:20, 58:22, 60:2, 65:5, 66:12, 68:8, 73:11, 76:2, 76:12, 76:15, 77:25, 83:8, 84:23, 103:21
**above** [2] - 42:23, 105:6
**access** [8] - 44:25, 51:5, 51:6, 51:19, 91:24, 93:9, 95:18, 95:20
**accessible** [2] - 87:4, 103:6
**accessing** [1] - 91:23
**accessories** [1] - 94:25
**accident** [32] - 27:8, 27:11, 27:17, 28:3, 40:2, 40:3, 41:11, 42:4, 42:12, 50:14, 57:17, 58:14, 63:5, 63:13, 64:20, 64:21, 65:5, 70:12, 72:14, 75:20, 75:23, 76:19, 86:15, 88:5, 96:22, 100:7, 100:11, 100:22, 100:23, 101:12, 101:17, 103:22

**accompanied** [1] - 19:11
**accompany** [1] - 32:12
**accomplish** [1] - 32:3
**according** [1] - 92:14
**accordingly** [1] - 83:16
**acquired** [1] - 45:2
**action** [2] - 16:24, 107:16
**actual** [8] - 12:12, 19:18, 23:22, 54:18, 78:9, 84:11, 91:12, 97:25
**actually** [55] - 11:5, 11:22, 12:14, 18:2, 18:7, 18:9, 18:23, 19:5, 24:4, 25:10, 25:12, 25:20, 29:6, 34:10, 35:25, 36:3, 36:17, 43:19, 45:11, 45:13, 47:11, 49:21, 50:17, 51:9, 51:10, 51:17, 53:22, 53:24, 60:20, 62:12, 63:6, 64:7, 67:14, 68:16, 69:5, 69:7, 70:9, 70:15, 71:8, 72:19, 73:15, 78:11, 80:18, 81:18, 87:2, 87:3, 93:10, 93:13, 93:14, 97:18, 97:22, 97:24, 98:11, 98:15
**add** [1] - 22:12
**addendums** [1] - 60:16
**addition** [1] - 25:13
**additional** [8] - 15:23, 21:2, 44:6, 48:11, 56:23, 58:24, 59:15, 60:19
**address** [6] - 5:11, 8:7, 63:12, 64:19, 90:9, 90:14
**addresses** [1] - 25:19
**adequate** [1] - 44:7
**adhere** [1] - 85:13
**administer** [1] - 4:11
**advance** [2] - 37:19, 37:22
**advertisement** [1] - 20:10
**advertising** [1] - 20:13
**advise** [2] - 18:21, 18:22
**advised** [4] - 30:25, 49:3, 63:12, 64:20
**advises** [1] - 35:23
**affiliated** [1] - 65:13
**aforementioned** [1] - 77:15
**after** [28] - 4:16, 11:14, 17:18, 27:4, 27:10, 27:17, 30:18, 33:15, 33:19, 35:22, 47:10, 61:6, 61:22, 63:16, 67:13, 70:25, 71:5, 72:13, 74:18, 74:19,

94:14, 96:20
**afternoon** [1] - 89:22
**afterward** [1] - 27:15
**afterwards** [1] - 74:21
**again** [8] - 6:20, 29:2, 33:18, 68:13, 68:22, 70:11, 86:23, 87:25
**against** [4] - 1:6, 1:12, 92:20, 92:23
**ago** [5] - 6:23, 7:7, 9:19, 10:11, 11:9
**agree** [2] - 58:3, 78:11
**AGREED** [2] - 4:5, 4:20
**agreement** [12] - 20:18, 21:23, 77:23, 78:10, 79:3, 79:14, 79:18, 79:19, 79:22, 80:2, 80:7, 87:19
**Agreement/contract** [2] - 106:19, 106:21
**agreements** [2] - 20:3, 79:12
**algorithm** [1] - 91:14
**all** [27] - 4:21, 8:6, 13:6, 13:9, 13:10, 15:6, 24:9, 26:14, 29:22, 30:3, 32:3, 36:3, 43:24, 44:13, 46:3, 46:15, 48:12, 57:18, 59:11, 59:13, 75:14, 79:15, 82:6, 82:8, 85:14, 99:12, 100:13
**alleyway** [1] - 51:9
**allocate** [1] - 36:12
**Alonzo** [22] - 40:10, 42:7, 48:20, 48:21, 49:7, 50:4, 55:20, 67:14, 68:7, 71:3, 71:7, 71:24, 73:6, 73:15, 74:6, 74:18, 75:4, 76:15, 78:25, 83:2, 83:12, 90:11
**Alonzo's** [4] - 40:25, 73:18, 75:8, 103:23
**already** [7] - 37:25, 56:19, 56:22, 97:17, 98:15, 98:17, 98:18
**also** [20] - 15:7, 17:9, 18:13, 20:10, 23:18, 24:15, 36:15, 43:9, 44:5, 48:25, 49:3, 50:18, 57:7, 61:12, 62:24, 66:7, 71:25, 80:12, 93:18, 95:24
**always** [1] - 55:25
**am** [2] - 107:14, 107:17
**ambulance** [1] - 66:8
**amendment** [1] - 21:7

PALACIOS

amongst [1] - 8:3
anchor [3] - 54:14, 54:17, 54:19
AND [2] - 4:5, 4:20
AND/OR [2] - 106:16, 106:17
Aniboli [1] - 2:13
ANIBOLI [2] - 107:7, 107:23
ANIBOLI-KOPANYI [2] - 107:7, 107:23
annexed [1] - 77:21
another [4] - 7:8, 70:6, 76:22, 93:3
answer [13] - 6:17, 6:21, 7:23, 27:24, 30:8, 49:11, 49:13, 49:20, 59:16, 67:3, 67:5, 71:22, 73:25
answered [2] - 70:23, 89:11
anticipate [1] - 8:15
any [80] - 5:23, 6:5, 7:16, 8:3, 8:21, 9:6, 9:7, 10:5, 12:2, 12:7, 12:25, 15:4, 15:23, 16:19, 18:25, 19:14, 19:15, 20:17, 25:3, 29:25, 33:7, 37:8, 38:21, 40:6, 42:9, 42:14, 43:22, 44:2, 44:5, 44:6, 44:15, 45:4, 45:5, 45:23, 48:8, 48:11, 48:16, 51:24, 52:20, 53:2, 58:22, 58:24, 59:15, 59:22, 60:11, 60:16, 60:19, 61:16, 62:3, 62:13, 72:13, 72:24, 74:17, 75:2, 75:18, 76:14, 76:20, 76:24, 77:4, 77:7, 83:6, 86:11, 87:6, 87:7, 87:17, 88:7, 88:12, 89:3, 90:2, 91:5, 92:21, 92:23, 95:6, 95:16, 96:22, 100:24, 101:8, 102:11, 103:19, 107:15
anybody [1] - 103:20
anyone [15] - 4:11, 16:24, 19:12, 21:17, 32:12, 34:13, 38:21, 40:12, 58:21, 65:11, 72:15, 73:12, 76:12, 101:16, 103:21
anything [16] - 15:22, 50:9, 55:19, 56:2, 57:25, 58:5, 60:22, 65:4, 66:12, 71:3, 75:2, 75:3, 75:6, 91:15, 101:18, 104:3

anywhere [1] - 64:13
apologize [1] - 102:24
appearing [1] - 16:18
appears [1] - 77:23
applicable [1] - 61:7
application [2] - 23:12, 23:17
applying [1] - 97:25
appointment [1] - 18:23
appropriate [1] - 76:15
approval [1] - 25:24
approved [3] - 26:4, 29:10, 35:22
approximately [8] - 11:11, 28:8, 41:9, 41:15, 41:22, 49:25, 64:10, 73:10
approximation [1] - 7:21
apron [1] - 47:14
are [54] - 4:21, 7:20, 12:5, 14:14, 14:21, 14:22, 15:10, 15:15, 15:24, 16:6, 16:12, 17:8, 19:11, 20:6, 20:7, 23:9, 24:11, 25:17, 28:4, 34:10, 35:22, 35:24, 39:11, 39:12, 41:22, 43:24, 45:11, 45:14, 45:16, 47:13, 52:5, 54:21, 56:22, 60:2, 60:17, 74:2, 78:12, 81:3, 82:8, 85:13, 85:15, 87:12, 93:20, 96:4, 97:19, 97:23, 97:24, 98:16, 98:17, 98:23, 99:5, 101:5, 101:10
area [15] - 22:16, 32:20, 36:13, 39:3, 39:4, 44:11, 44:25, 45:15, 68:12, 72:19, 78:16, 79:9, 88:12, 98:16, 101:4
areas [1] - 68:18
around [14] - 11:12, 25:3, 28:10, 38:24, 40:5, 43:12, 44:14, 44:18, 45:24, 51:19, 54:11, 62:12, 68:20, 95:6
arrangement [1] - 29:14
arrangements [1] - 65:7
arrive [2] - 22:6, 47:5
arrived [1] - 75:19
as [57] - 4:12, 4:15, 4:21, 5:2, 5:5, 8:19, 8:20, 10:7, 14:2, 14:10, 14:25, 15:18, 23:15, 23:19, 27:21, 34:11, 42:3, 42:25, 45:20, 47:23, 48:15, 49:17,

51:25, 54:24, 56:20, 58:5, 58:13, 61:5, 71:17, 73:20, 77:14, 77:16, 77:17, 79:8, 80:12, 85:3, 85:15, 87:19, 90:24, 91:24, 94:10, 94:15, 94:23, 95:10, 96:2, 96:5, 97:11, 97:23, 98:16, 99:8, 99:23
aside [2] - 16:22, 76:9
ask [5] - 7:17, 25:18, 56:16, 59:19, 86:24
asked [15] - 48:13, 48:23, 48:25, 63:8, 63:9, 63:20, 64:16, 64:17, 64:18, 70:23, 71:10, 71:12, 76:11, 89:11, 102:24
asking [3] - 8:15, 67:13
asks [1] - 101:4
assigned [3] - 11:22, 20:6, 82:11
assist [1] - 15:4
at [102] - 2:10, 7:18, 10:24, 11:19, 16:15, 19:5, 19:14, 21:11, 25:4, 27:10, 28:5, 28:14, 28:20, 29:17, 34:2, 34:13, 37:10, 38:4, 39:7, 39:17, 41:14, 42:17, 42:21, 47:5, 47:25, 49:23, 49:25, 50:13, 51:13, 51:22, 52:15, 52:20, 53:3, 53:10, 54:20, 55:4, 55:9, 59:16, 61:9, 61:14, 62:7, 63:11, 63:21, 63:24, 64:5, 64:9, 65:25, 66:4, 66:5, 67:21, 69:2, 69:9, 70:11, 70:19, 71:6, 71:7, 71:15, 71:24, 72:13, 74:7, 75:19, 76:18, 76:22, 77:5, 77:8, 78:14, 79:20, 82:18, 82:22, 83:2, 84:18, 85:2, 86:3, 87:23, 87:24, 88:4, 88:5, 88:12, 88:18, 88:22, 88:25, 89:4, 90:24, 91:25, 92:13, 93:16, 95:5, 95:7, 95:13, 96:9, 96:22, 101:6, 101:16, 102:3, 103:25, 104:4, 105:10
Atlanta [1] - 36:7
attachment [1] - 97:18
attempting [1] - 69:16
attention [1] - 83:18

attic [2] - 17:6, 26:10
attorney [3] - 5:17, 16:23, 76:11
attorneys [1] - 77:22
Attorneys [3] - 3:4, 3:9, 3:15
August [6] - 24:23, 25:3, 38:24, 40:5, 41:4, 73:20
authority [1] - 53:6
authorize [1] - 18:11
authorized [1] - 4:11
automatically [1] - 31:23
available [2] - 70:7, 87:12
Avenue [6] - 3:16, 5:12, 8:7, 28:6, 90:23, 95:13
aware [3] - 42:9, 56:22, 63:10
away [2] - 51:9, 56:17

B

B [1] - 106:2
back [27] - 10:23, 11:5, 15:7, 24:23, 25:2, 25:16, 30:6, 30:8, 40:5, 45:20, 49:10, 49:13, 51:11, 54:4, 56:14, 57:25, 67:5, 71:16, 71:19, 71:22, 74:10, 83:19, 92:11, 97:18, 97:20, 98:11, 98:14
background [2] - 8:18, 8:19
bare [1] - 43:21
barrier [2] - 29:24, 44:21
based [4] - 11:19, 18:14, 36:6, 96:25
basic [1] - 9:8
basically [3] - 25:10, 62:19, 65:20
basis [1] - 15:7
be [73] - 4:8, 4:10, 4:14, 7:9, 7:16, 15:5, 16:17, 18:14, 21:3, 22:16, 23:17, 23:20, 24:8, 29:10, 35:4, 36:17, 37:24, 39:23, 39:25, 43:10, 45:25, 48:24, 49:4, 50:4, 52:4, 53:20, 54:22, 56:4, 56:6, 57:6, 57:7, 57:23, 58:4, 62:6, 65:24, 68:2, 68:11, 72:22, 73:5, 73:6, 73:15, 74:5, 74:12, 75:5, 77:23, 78:8, 78:24, 80:20, 82:15, 87:3, 92:3, 92:5, 94:15, 95:4, 95:5, 95:10, 95:14, 95:17, 96:5, 97:20, 98:20, 98:22,

99:3, 99:8, 99:9, 99:14, 99:16, 99:22, 101:7, 101:10, 101:14, 102:4, 102:8
**became** [2] - 87:22, 88:3
**because** [23] - 7:13, 37:14, 50:6, 51:5, 51:18, 53:24, 54:7, 57:9, 57:16, 65:22, 68:11, 69:4, 69:24, 71:9, 71:16, 72:11, 74:3, 84:10, 91:17, 91:20, 91:21, 91:22, 95:18
**become** [1] - 93:19
**becomes** [2] - 91:16, 93:18
**been** [28] - 5:3, 6:4, 6:7, 6:14, 11:19, 13:13, 21:11, 29:11, 30:19, 38:16, 46:18, 46:22, 59:18, 63:13, 64:22, 66:4, 77:20, 81:5, 82:17, 82:25, 92:16, 92:20, 92:22, 93:5, 93:24, 94:6, 94:7, 105:4
**before** [27] - 2:13, 4:11, 4:13, 6:8, 8:3, 21:16, 26:6, 27:14, 27:16, 32:15, 39:10, 41:11, 42:12, 42:18, 44:15, 57:11, 58:10, 59:3, 61:19, 61:20, 62:12, 78:5, 78:11, 78:12, 96:22, 102:25, 105:18
**began** [1] - 33:13
**begin** [3] - 8:4, 37:24, 84:18
**behalf** [2] - 79:24, 102:17
**being** [6] - 40:19, 43:6, 49:5, 67:20, 83:16, 101:11
**believe** [4] - 15:9, 48:6, 61:18, 75:24
**besides** [1] - 72:25
**best** [8] - 55:2, 92:15, 92:19, 92:21, 94:9, 94:13, 95:2, 95:9
**between** [11] - 4:6, 32:5, 33:11, 48:14, 64:13, 79:4, 87:19, 103:2, 103:10, 106:20, 106:22
**bidding** [1] - 23:9
**big** [1] - 28:2
**birth** [1] - 6:2
**bit** [1] - 32:14
**blind** [2] - 7:19, 7:22
**blood** [1] - 107:16
**board** [2] - 26:18, 78:12
**body** [2] - 97:17, 98:9

**booms** [1] - 45:5
**both** [4] - 9:22, 17:10, 17:11, 33:3
**bottom** [2] - 78:14, 93:17
**box** [1] - 38:12
**branch** [4] - 8:13, 15:24, 15:25, 29:3
**break** [1] - 7:17
**breakdown** [1] - 80:21
**briefly** [1] - 36:11
**bring** [3] - 21:6, 55:10, 83:18
**Broadway** [1] - 3:5
**broken** [2] - 24:4, 75:3
**Bronx** [2] - 11:24, 64:3
**brought** [3] - 44:23, 44:24, 55:13
**bruising** [1] - 74:25
**BRYAN'S** [2] - 1:13, 3:15
**Bryan's** [50] - 26:2, 26:13, 26:22, 27:12, 37:5, 37:13, 38:22, 40:7, 41:4, 41:10, 42:10, 42:16, 43:16, 46:8, 47:3, 49:15, 49:24, 50:21, 55:8, 57:10, 57:16, 58:9, 58:21, 59:2, 59:20, 61:24, 62:23, 62:24, 69:10, 69:12, 76:19, 79:5, 79:12, 80:2, 82:17, 82:21, 83:2, 83:7, 84:5, 84:16, 84:21, 86:8, 86:12, 88:20, 89:25, 90:10, 90:16, 90:17, 92:24, 93:25
**builder** [1] - 11:3
**building** [2] - 11:4, 12:10
**burden** [1] - 58:4
**business** [3] - 12:10, 32:5, 32:8
**but** [10] - 40:14, 54:23, 65:22, 71:7, 74:25, 77:24, 79:10, 91:21, 100:16, 100:19
**BY** [7] - 3:6, 3:12, 3:17, 5:6, 89:20, 101:25, 106:11
**by** [62] - 2:7, 2:8, 4:5, 4:10, 4:16, 5:3, 5:23, 13:2, 14:7, 14:12, 15:24, 18:23, 19:11, 22:22, 23:13, 24:4, 30:8, 30:12, 30:16, 31:22, 32:25, 38:16, 40:14, 40:22, 40:24, 47:19, 49:13, 50:17, 60:17, 60:20, 66:9, 67:5, 68:3, 69:10, 70:2,

71:22, 77:18, 77:22, 79:8, 83:2, 83:3, 83:4, 84:19, 85:13, 85:15, 85:25, 87:5, 87:15, 88:15, 88:16, 92:11, 93:11, 95:4, 101:2, 101:13, 101:16, 105:10, 106:8, 107:13, 107:16

## C

**C** [6] - 3:2, 3:12, 5:2, 105:2, 107:2
**call** [11] - 50:19, 56:2, 56:5, 56:21, 58:21, 62:17, 63:6, 63:7, 63:15, 65:4, 71:3
**called** [3] - 5:2, 56:12, 59:7
**came** [2] - 11:5, 66:9
**can** [12] - 6:17, 6:21, 21:7, 25:21, 27:24, 49:20, 62:14, 73:25, 77:25, 86:25, 87:2, 95:25
**can you** [7] - 10:12, 10:16, 20:22, 25:7, 30:5, 48:4, 57:14
**cannot** [1] - 7:13
**capacity** [2] - 6:24, 7:3
**card** [2] - 9:21, 10:2
**careful** [3] - 49:4, 50:5, 68:11
**Carlos** [4] - 40:17, 40:18, 40:21, 103:21
**Carloses** [1] - 40:20
**carrying** [10] - 66:21, 68:25, 69:12, 69:17, 70:17, 76:21, 94:11, 94:15, 94:20, 94:21
**case** [6] - 5:19, 29:14, 72:21, 98:18, 98:21, 101:9
**Case** [1] - 1:6
**Castleton** [1] - 3:16
**catastrophic** [1] - 75:2
**cautionary** [1] - 45:23
**center** [1] - 43:9
**Center** [2] - 2:12, 3:10
**central** [1] - 8:11
**certain** [1] - 20:6
**certificate** [2] - 9:20, 9:23
**certification** [3] - 4:8, 9:8, 10:13
**certifications** [3] - 9:6, 9:9, 10:9
**certified** [4] - 73:16, 73:17, 73:23, 74:5
**certify** [3] - 105:4, 107:9, 107:14

**CERTIFY** [1] - 105:8
**characterize** [1] - 42:22
**charge** [1] - 63:20
**check** [5] - 47:18, 47:20, 47:22, 59:5, 59:13
**checked** [4] - 25:18, 43:25, 74:24, 82:9
**chose** [1] - 54:6
**circulated** [1] - 33:22
**circumstances** [1] - 93:23
**Civil** [1] - 2:10
**clarify** [3] - 7:15, 35:3, 71:12
**clean** [1] - 59:11
**cleaning** [1] - 30:3
**cleans** [1] - 45:21
**cleared** [1] - 35:10
**client** [1] - 20:4
**clients** [3] - 13:2, 17:14, 20:19
**climb** [2] - 69:16, 93:17
**climbing** [12] - 66:20, 69:2, 70:16, 76:21, 97:4, 97:7, 97:8, 97:11, 98:24, 99:6, 99:20, 102:4
**clipped** [1] - 97:21
**close** [2] - 25:11, 50:6
**closed** [2] - 71:8, 72:5
**closeness** [1] - 68:10
**COC** [1] - 62:17
**com** [1] - 90:19
**come** [5] - 18:23, 64:5, 65:21, 91:13, 95:25
**comfortably** [1] - 7:20
**coming** [2] - 76:9, 96:2
**commenced** [1] - 5:19
**commercial** [3] - 17:9, 23:12, 23:17
**commitment** [1] - 73:8
**communicate** [1] - 90:12
**communicated** [1] - 17:20
**communication** [1] - 73:4
**Communities** [1] - 12:19
**company** [13] - 7:4, 12:18, 19:12, 22:3, 34:6, 34:14, 35:23, 57:12, 57:22, 62:4, 87:23, 88:4, 103:21
**complaint** [1] - 72:7
**complaints** [2] - 42:10, 42:15
**complete** [3] - 9:16, 62:18, 73:7
**completed** [3] - 62:9, 72:23, 75:15

PALACIOS

completing [1] - 48:25
completion [3] - 62:5, 62:18, 62:19
compliance [2] - 80:6, 81:9
compliances [1] - 85:14
computer [1] - 83:9
concerned [3] - 23:16, 58:5, 71:16
concerns [2] - 62:13, 86:12
concluded [1] - 104:6
condition [3] - 71:11, 71:17, 74:15
conditions [3] - 53:3, 53:7, 58:23
conducted [3] - 29:7, 33:12, 35:5
conducting [1] - 11:25
confirm [2] - 63:9, 64:17
confirmation [1] - 36:16
confirmed [1] - 82:9
conjunction [1] - 72:8
connect [2] - 97:10, 98:6
connected [10] - 98:18, 98:20, 98:22, 99:3, 99:8, 99:9, 99:16, 99:22, 99:25
connection [2] - 5:18, 100:7
Connors [2] - 89:24
CONNORS [2] - 3:14
considered [2] - 95:14, 95:17
constant [1] - 73:3
construction [3] - 8:24, 9:7, 12:13
consultant [8] - 18:25, 19:18, 21:6, 21:20, 21:21, 31:20, 33:2, 33:9
consultants [5] - 20:6, 22:21, 60:18, 76:25, 102:17
contact [11] - 18:20, 21:6, 34:8, 35:25, 63:23, 66:22, 67:17, 86:24, 95:25, 101:8
contacted [3] - 37:4, 37:13, 72:17
contain [2] - 100:24, 101:15
contains [1] - 101:2
content [1] - 17:23
contents [1] - 76:2
context [3] - 80:17, 84:7, 84:15
continue [2] - 27:13, 27:18
Contract [1] - 106:7

contract [18] - 18:15, 20:8, 21:2, 21:5, 21:8, 30:19, 30:22, 31:21, 46:6, 77:11, 77:14, 77:16, 77:24, 78:9, 81:19, 81:23, 103:2, 103:10
contracted [9] - 16:17, 17:19, 29:6, 39:24, 39:25, 56:24, 82:5, 85:13, 102:17
contractor [6] - 19:23, 19:24, 35:18, 77:8, 103:13, 103:16
contractor's [1] - 24:16
contractors [9] - 23:24, 24:9, 24:11, 24:19, 41:5, 61:2, 73:21, 73:22, 91:13
contracts [1] - 60:16
convicted [1] - 6:4
Cook [3] - 28:6, 90:23, 95:13
cooperative [1] - 48:16
coordinate [1] - 36:13
coordinating [1] - 14:5
copy [8] - 4:14, 4:17, 30:23, 77:11, 86:25, 87:4, 87:19, 103:10
CORP [2] - 1:13, 3:15
Corp [4] - 89:25, 90:10, 92:25, 93:25
corporate [5] - 31:18, 31:22, 36:2, 36:5, 100:15
correct [34] - 10:22, 14:24, 15:17, 18:13, 18:18, 19:7, 19:10, 20:16, 21:19, 22:2, 25:25, 27:9, 28:18, 29:15, 35:12, 36:21, 36:22, 37:7, 59:21, 68:9, 75:16, 75:17, 79:17, 80:23, 80:25, 81:4, 81:8, 84:12, 85:23, 86:3, 93:22, 99:18, 100:4, 105:9
corrected [1] - 83:13
correction [1] - 83:20
correctly [2] - 20:21, 90:15
could [12] - 8:17, 22:4, 25:15, 51:10, 52:23, 54:12, 57:5, 70:5, 78:13, 86:2, 87:2, 93:18
couldn't [2] - 63:17, 70:7
counsel [2] - 4:6, 4:17
Counsel [5] - 86:24, 87:5, 87:15, 103:9, 106:8
counties [2] - 24:8, 24:14

COUNTY [1] - 107:5
county [1] - 24:7
County [1] - 24:20
couple [2] - 40:13, 74:13
course [5] - 9:10, 9:12, 9:15, 9:17, 44:18
courses [1] - 10:6
court [1] - 7:10
COURT [1] - 1:2
Court [3] - 2:9, 4:13, 5:19
craftsmanship [1] - 61:13
crash [1] - 11:4
create [1] - 70:7
crew [10] - 50:20, 51:22, 52:19, 53:9, 69:11, 73:15, 73:18, 75:8, 76:20, 88:21
crews [1] - 94:18
crimes [1] - 6:5
current [1] - 13:11
currently [5] - 15:9, 15:11, 24:21, 24:22, 71:15
customer [19] - 18:21, 19:2, 21:3, 21:8, 29:14, 29:17, 36:14, 47:22, 47:25, 50:19, 56:19, 56:20, 56:22, 58:6, 59:15, 62:11, 62:14, 62:20, 71:13
customers [4] - 19:4, 20:4, 20:8, 20:19

## D

D [3] - 4:2, 105:2, 106:10
D'Amato [1] - 2:11
D'AMATO [1] - 3:8
Daniel [3] - 40:23, 64:24, 102:19
DANIEL [2] - 1:3, 3:5
data [7] - 31:22, 34:11, 81:21, 82:5, 82:6, 82:14, 83:19
database [1] - 31:18
date [2] - 6:2, 77:18
DATE [2] - 1:17, 2:2
day [23] - 16:8, 21:14, 37:23, 41:23, 48:10, 48:23, 55:21, 55:24, 58:15, 58:16, 58:18, 58:21, 64:11, 69:16, 71:25, 88:9, 96:12, 96:13, 96:16, 96:18, 96:20, 105:19, 107:20
days [10] - 4:16, 16:9, 16:11, 32:6, 32:8, 37:19, 37:22, 48:15, 49:25, 74:13

deal [1] - 42:7
deals [1] - 18:7
dealt [1] - 34:14
debris [4] - 30:3, 45:21, 45:24, 95:24
DeCarlo [10] - 3:17, 30:5, 41:18, 71:19, 89:15, 89:21, 89:23, 101:20, 104:2, 106:13
deciding [1] - 25:4
decking [1] - 43:25
defect [3] - 85:19, 85:23, 86:3
DEFENDANT [2] - 1:9, 1:14
Defendant [3] - 2:5, 3:9, 3:15
Defendant's [1] - 39:17
definitely [1] - 58:2
deliver [1] - 34:22
delivered [2] - 37:25, 38:5
demands [2] - 87:8, 87:14
demonstrate [1] - 61:12
department [21] - 12:15, 12:23, 20:11, 37:4, 37:10, 60:25, 63:8, 76:5, 76:7, 80:4, 80:6, 81:10, 81:13, 81:14, 81:16, 81:21, 82:12, 82:14, 86:23, 100:6
departments [1] - 81:16
depending [2] - 97:19, 98:12
Deport [1] - 106:22
deposed [2] - 6:7, 6:15
deposited [1] - 45:9
DEPOSITION [2] - 1:24, 2:5
deposition [10] - 4:8, 4:9, 4:14, 5:20, 6:9, 12:2, 39:18, 76:10, 87:7, 87:16
DEPOT [4] - 1:8, 1:10, 2:6, 3:10
Depot [89] - 7:5, 8:12, 10:18, 10:23, 10:24, 10:25, 11:5, 14:13, 14:15, 14:16, 14:18, 16:3, 17:2, 17:12, 19:22, 20:2, 20:9, 21:11, 22:24, 23:3, 23:25, 24:10, 24:15, 24:20, 26:7, 26:13, 26:21, 27:13, 30:20, 34:2, 36:20, 37:4, 37:25, 38:17, 39:2, 39:6, 39:13, 41:6, 41:12, 47:15, 47:16,

PALACIOS

47:19, 49:23, 51:24,
52:3, 52:6, 52:10,
52:11, 54:21, 57:9,
57:16, 60:11, 62:25,
63:21, 63:22, 64:18,
69:10, 73:21, 74:4,
75:22, 76:24, 77:7,
78:11, 79:5, 79:8,
79:14, 79:24, 80:11,
81:24, 84:10, 84:19,
85:25, 86:2, 87:20,
88:17, 88:19, 92:21,
93:6, 93:8, 94:9, 94:19,
95:2, 95:10, 102:11,
102:18, 103:3, 103:11,
103:16, 106:20
**Depot's** [7] - 29:12,
54:25, 60:24, 86:2,
92:15, 100:6, 101:13
**describe** [8] - 10:12,
10:16, 20:22, 22:4,
25:7, 42:24, 42:25, 48:5
**described** [1] - 47:24
**DESCRIPTION** [1] -
106:6
**determine** [1] - 22:12
**determined** [1] - 25:9
**devoted** [1] - 17:12
**dictated** [1] - 84:19
**did** [38] - 26:13, 27:12,
32:12, 33:16, 33:19,
34:22, 42:16, 46:12,
46:19, 46:23, 51:24,
58:9, 58:21, 60:11,
61:18, 61:24, 65:2,
65:3, 66:3, 66:11, 67:8,
67:11, 70:14, 70:15,
71:6, 72:16, 73:12,
74:20, 75:4, 75:7,
75:22, 75:24, 76:24,
77:7, 79:14, 88:17,
92:2, 94:9
**did he** [1] - 72:9
**did it** [2] - 35:14, 59:6
**did they** [6] - 11:17,
27:18, 51:3, 55:9, 62:3,
63:15
**did you** [40] - 9:2, 9:20,
11:13, 16:19, 19:8,
25:2, 25:3, 25:23,
28:20, 34:8, 35:18,
38:20, 40:6, 40:9, 42:7,
47:17, 48:20, 50:20,
52:15, 52:19, 53:2,
53:9, 56:14, 64:4, 64:5,
68:19, 71:2, 72:14,
72:24, 74:17, 75:18,
76:19, 79:21, 83:12,
86:11, 89:3, 96:12,
96:16, 96:21, 100:5

**didn't** [5] - 48:16, 58:17,
65:23, 66:14, 68:16
**DIEUDONNE** [16] - 3:12,
6:16, 6:20, 27:23, 47:7,
49:19, 67:2, 67:7,
68:13, 68:21, 70:22,
73:24, 77:12, 87:9,
87:13, 89:10
**different** [26] - 16:15,
16:16, 19:22, 19:24,
20:14, 25:19, 26:7,
26:15, 38:25, 39:17,
42:24, 46:3, 69:2,
69:17, 69:24, 69:25,
70:17, 73:21, 76:25,
79:13, 81:2, 81:13,
81:14, 81:16, 92:2
**difficult** [5] - 91:16, 92:4,
95:14, 95:18
**difficulties** [1] - 91:2
**difficulty** [3] - 23:20,
91:10, 91:22
**direct** [1] - 28:21
**direction** [1] - 54:6
**directly** [1] - 18:7
**disclosure** [1] - 77:22
**discovery** [1] - 77:21
**discrepancies** [2] -
21:15, 83:10
**discrepancy** [2] - 83:6,
83:17
**discretion** [1] - 86:2
**discuss** [1] - 86:11
**discussed** [1] - 16:23
**discussion** [11] - 48:8,
50:10, 55:18, 64:4,
64:7, 64:15, 65:18,
68:7, 74:19, 76:14,
101:24
**discussions** [6] - 19:3,
38:21, 57:3, 74:17,
88:8, 103:20
**distance** [1] - 7:21
**DISTRICT** [2] - 1:2, 1:2
**division** [3] - 11:6, 11:8,
11:15
**do** [21] - 7:16, 11:17,
18:19, 20:12, 22:5,
22:10, 35:11, 36:3,
57:4, 58:11, 59:7,
62:11, 69:21, 70:20,
90:4, 90:23, 90:24,
94:15, 96:15, 97:6,
107:9
**do they** [3] - 17:3, 23:5,
54:16
**do you** [78] - 5:23, 9:6,
9:13, 9:23, 10:2, 12:2,
14:7, 17:16, 18:19,
20:2, 20:17, 21:13,

23:13, 24:15, 26:25,
27:21, 28:8, 30:14,
31:15, 33:7, 34:5,
34:13, 36:23, 37:8,
38:7, 38:25, 39:20,
39:23, 40:16, 40:19,
40:22, 41:3, 41:10,
46:8, 46:12, 47:12,
48:8, 50:9, 51:21, 53:5,
55:19, 58:13, 60:5,
61:8, 61:16, 61:21,
64:10, 64:23, 65:15,
68:24, 70:2, 73:9,
75:25, 77:10, 78:7,
78:16, 78:19, 78:24,
79:3, 79:7, 79:11,
79:24, 80:4, 80:10,
83:5, 83:21, 84:2,
85:17, 86:4, 86:19,
88:7, 89:13, 90:7, 90:9,
93:11, 102:7, 102:16,
103:5
**document** [6] - 77:19,
78:3, 87:8, 100:17,
100:18, 100:20
**DOCUMENTS** [2] -
106:16, 106:17
**documents** [3] - 16:20,
74:23, 100:16
**does** [9] - 17:12, 18:4,
20:9, 23:3, 24:19,
62:20, 91:9, 100:23,
102:11
**does that** [2] - 59:9, 62:8
**doesn't** [2] - 73:19, 74:4
**doing** [11] - 50:24, 52:19,
52:22, 52:23, 53:20,
72:9, 74:11, 80:5, 89:8,
99:10, 102:6
**don't** [22] - 7:19, 7:22,
7:23, 9:25, 10:4, 11:10,
30:17, 33:10, 34:21,
36:25, 37:11, 39:5,
40:14, 42:20, 46:13,
51:23, 61:23, 83:23,
90:2, 100:17, 104:2
**done** [20] - 8:22, 15:5,
16:17, 18:14, 21:3,
25:21, 32:23, 34:12,
37:18, 37:21, 39:25,
61:13, 81:3, 81:6,
81:25, 82:8, 82:15,
82:17, 82:22, 100:17
**doors** [2] - 14:11, 17:7
**dormer** [1] - 43:12
**dormers** [1] - 44:20
**down** [10] - 24:4, 43:21,
45:13, 65:21, 71:9,
72:5, 74:9, 93:16, 97:4,
100:14

**drawing** [9] - 22:19,
22:20, 22:23, 32:21,
32:23, 33:8, 33:17,
33:22, 33:24
**drawings** [3] - 33:5,
33:20, 60:17
**drawn** [1] - 21:23
**drip** [1] - 44:12
**driver** [2] - 38:17, 38:18
**drop** [1] - 45:13
**dropped** [2] - 45:17,
45:25
**due** [1] - 95:15
**duly** [3] - 5:3, 105:5,
107:11
**dumpsters** [1] - 45:10
**during** [3] - 49:17, 61:6,
61:22
**duties** [5] - 12:20, 14:2,
14:25, 15:18, 15:23

---

**E**

**E** [10] - 3:2, 4:2, 5:2,
105:2, 106:2, 106:10,
107:2
**e** [11] - 17:22, 17:24,
31:9, 31:12, 31:15,
31:17, 31:24, 83:2,
83:4, 90:9, 90:14
**e-mail** [11] - 17:22, 17:24,
31:9, 31:12, 31:15,
31:17, 31:24, 83:2,
83:4, 90:9, 90:14
**each** [6] - 22:24, 35:14,
39:12, 79:13, 80:21,
81:2
**eagle** [3] - 22:18, 22:23,
32:21
**earlier** [4] - 68:6, 91:7,
99:13, 100:5
**easier** [2] - 51:5, 51:6
**easiest** [3] - 53:23, 54:7
**EDELMAN** [22] - 3:6, 5:7,
47:9, 49:10, 55:16,
77:10, 77:13, 87:5,
87:11, 87:15, 89:13,
89:17, 92:8, 97:13,
98:25, 100:2, 101:22,
102:2, 103:8, 103:24,
106:12, 106:14
**Edelman** [1] - 5:16
**edge** [2] - 44:12, 93:21
**educational** [2] - 8:18,
8:19
**effect** [2] - 4:12, 4:15
**eight** [1] - 24:25
**either** [10] - 37:21, 45:18,
47:14, 52:13, 54:5,
91:21, 97:18, 97:20,

PALACIOS

98:11, 98:13
elapsed [1] - 33:11
electric [1] - 66:23
electrically [1] - 83:2
elements [1] - 38:12
else [31] - 7:2, 15:22,
16:24, 17:10, 19:12,
21:17, 24:7, 31:19,
33:2, 35:21, 37:20,
38:13, 40:12, 47:21,
50:10, 54:15, 55:19,
56:2, 60:22, 64:6, 65:4,
65:11, 68:15, 71:4,
76:7, 76:12, 82:3, 83:3,
84:7, 103:20, 103:21
elsewhere [1] - 11:21
employed [1] - 102:22
employment [2] - 6:25,
7:3
end [1] - 62:7
ended [1] - 27:22
English [3] - 12:2, 49:8,
49:9
enough [2] - 49:3, 65:24
entail [3] - 18:5, 59:9,
62:8
entered [8] - 31:21,
34:11, 79:4, 79:12,
81:20, 106:19, 106:21
enters [2] - 20:3, 82:6
entities [2] - 23:6, 23:8
entry [6] - 34:11, 81:21,
82:6, 82:14, 83:19
EPA [3] - 9:9, 10:8, 10:12
equipment [2] - 51:25,
54:13
ESQ [3] - 3:6, 3:12, 3:17
esthetically [1] - 62:16
evaluate [1] - 25:21
evaluated [1] - 25:15
even [1] - 95:7
event [1] - 98:2
ever [11] - 5:23, 6:4,
19:11, 42:14, 58:10,
76:20, 78:5, 92:15,
100:10, 102:25, 103:12
every [4] - 16:8, 21:14,
96:12, 96:13
everyone [1] - 87:4
everything [6] - 23:15,
47:23, 74:12, 74:24,
79:18, 82:9
exactly [1] - 18:14
Examination [1] - 104:5
examination [2] - 107:10,
107:12
EXAMINATION [4] - 5:6,
89:20, 101:25, 106:11
examined [1] - 5:5

example [2] - 20:24, 56:6
except [1] - 4:21
excessive [1] - 56:8
exclusively [1] - 17:8
EXHIBIT [2] - 106:5
Exhibit 1 [2] - 77:17,
77:20
Exhibit A [2] - 39:17,
42:21
EXHIBITS [1] - 106:3
Exhibits [1] - 106:8
existing [1] - 45:8
expectation [1] - 46:14
expecting [1] - 21:4
expeditor [3] - 18:6, 34:4,
35:9
expenses [1] - 86:4
experience [1] - 97:2
explain [2] - 21:4, 85:3
explained [2] - 56:20,
71:14
exposed [1] - 38:11
extent [1] - 87:11
exterior [6] - 8:12, 11:6,
11:8, 11:15, 17:2, 20:9
extremely [1] - 49:5
eye [1] - 32:21

**F**

F [2] - 4:2, 107:2
face [1] - 40:15
facing [2] - 67:25, 96:5
fact [1] - 92:2
factor [4] - 22:13, 22:15,
32:18, 91:15
failed [1] - 85:19
fails [1] - 85:22
fair [1] - 58:7
fall [4] - 97:12, 98:5, 98:7,
98:19
familiar [3] - 6:11, 28:4,
64:18
familiarity [2] - 57:11,
57:21
far [5] - 8:19, 23:15,
56:17, 58:5, 94:10
fastened [2] - 95:5, 95:11
fastener [1] - 98:13
fastening [1] - 95:3
Federal [2] - 2:9, 5:19
feeds [1] - 66:23
feet [1] - 51:8
felt [4] - 29:24, 44:21,
57:21, 72:11
fence [2] - 93:13, 93:18
few [2] - 37:18, 37:21
Fidel [6] - 40:10, 40:25,
42:7, 48:20, 55:20, 88:8

field [13] - 8:25, 13:19,
13:23, 14:3, 15:2, 15:3,
15:10, 16:13, 16:14,
19:5, 21:22, 39:12,
47:13
fields [1] - 9:7
figure [1] - 91:10
File [2] - 3:12, 3:17
file [2] - 18:9, 33:25
filing [1] - 4:7
filling [1] - 66:2
Financial [2] - 2:11, 3:10
financial [1] - 60:24
find [5] - 21:24, 48:16,
73:4, 84:25, 85:4
findings [2] - 72:23,
73:13
fine [5] - 7:17, 7:22,
73:16, 74:12, 74:24
finish [3] - 9:2, 59:20,
66:2
finished [5] - 10:20, 59:4,
75:9, 75:12, 81:24
firm [1] - 89:23
first [20] - 5:3, 17:16,
29:4, 31:7, 37:23,
50:22, 51:15, 52:14,
54:24, 55:21, 58:18,
58:21, 63:4, 90:22,
96:16, 96:18, 96:20,
102:5, 102:9, 105:5
fit [1] - 58:2
five [3] - 9:14, 24:22, 41:7
fix [1] - 62:15
flashing [3] - 44:13,
44:18, 59:14
Floor [1] - 3:5
floor [1] - 99:15
fluent [1] - 12:5
follow [6] - 74:18, 74:21,
85:13, 87:6, 87:17,
103:8
follow-up [1] - 74:21
followed [1] - 62:6
following [1] - 76:18
follows [2] - 5:5, 89:19
follows-ups [1] - 89:19
foot [1] - 95:7
for [126] - 3:4, 3:9, 3:15,
4:6, 4:18, 5:8, 6:8,
7:16, 8:11, 8:12, 8:16,
10:25, 11:3, 11:6,
11:13, 12:15, 13:15,
14:5, 15:8, 15:21,
16:18, 17:8, 17:9,
17:11, 18:2, 18:9,
18:17, 19:12, 20:4,
20:24, 22:24, 23:25,
24:10, 25:15, 25:19,

25:20, 25:24, 26:18,
27:13, 27:19, 29:9,
29:20, 30:25, 31:10,
31:12, 31:25, 32:2,
32:10, 32:15, 32:22,
33:9, 33:24, 34:16,
34:23, 35:2, 35:7,
35:13, 35:16, 36:3,
36:16, 36:20, 37:3,
37:13, 38:17, 41:3,
41:6, 41:12, 43:25,
44:4, 44:5, 44:6, 44:7,
46:4, 46:20, 46:24,
47:2, 49:25, 50:21,
52:4, 52:25, 57:12,
58:8, 60:8, 60:12,
61:10, 61:11, 61:14,
63:8, 64:18, 66:8, 67:3,
69:25, 74:13, 75:16,
77:17, 79:13, 80:5,
80:20, 80:24, 81:7,
81:11, 82:16, 82:24,
85:6, 85:8, 86:20, 87:9,
87:23, 88:4, 89:18,
90:4, 90:10, 91:2,
93:24, 94:18, 95:3,
103:6, 103:9, 103:16,
106:18, 107:8
force [2] - 4:15, 17:15
foregoing [1] - 105:8
form [7] - 4:21, 68:14,
97:14, 99:2, 100:3,
100:20, 100:21
forth [1] - 107:11
forward [2] - 21:9, 83:19
four [5] - 32:5, 32:7, 32:8,
48:15, 49:25
from [47] - 9:10, 9:12,
16:22, 18:24, 19:12,
19:22, 20:2, 23:18,
28:2, 30:3, 31:3, 36:24,
38:18, 38:21, 45:14,
45:15, 45:25, 50:19,
50:20, 52:5, 52:23,
53:10, 53:25, 54:4,
54:5, 54:8, 58:21, 63:7,
63:18, 66:25, 69:12,
71:2, 72:15, 74:16,
74:23, 76:9, 81:20,
81:21, 93:4, 93:14,
97:8, 99:6, 99:20,
103:20
front [9] - 22:10, 38:9,
42:21, 45:19, 88:13,
88:15, 88:16, 97:21,
98:14
full [1] - 8:16
fully [2] - 47:2, 48:17
furnish [1] - 84:6
furnished [1] - 30:24

PALACIOS

further [4] - 101:20, 103:25, 104:3, 107:14
FURTHER [2] - 4:20, 105:8

**G**

G [1] - 5:2
GALLARDO [1] - 3:4
garage [1] - 45:10
gave [4] - 63:22, 67:14, 72:16, 105:6
general [2] - 103:13, 103:16
generally [8] - 17:16, 17:23, 19:8, 19:16, 19:17, 23:3, 23:14, 23:25, 39:6
generate [6] - 31:21, 75:22, 81:17, 81:19, 82:13, 100:13
generated [10] - 30:19, 31:17, 81:10, 81:22, 82:10, 83:7, 83:9, 85:15, 100:7, 101:13
generates [1] - 22:20
gentleman [9] - 40:22, 66:13, 66:21, 68:25, 70:15, 74:9, 74:22, 87:22, 88:3
Georgia [1] - 36:7
gesture [1] - 7:14
get [20] - 8:16, 17:24, 34:8, 45:5, 51:19, 54:3, 58:3, 63:17, 69:21, 69:22, 83:13, 86:25, 87:3, 92:4, 92:17, 92:25, 93:4, 96:21, 97:8, 102:6
getting [4] - 23:21, 23:22, 76:15, 82:24
GINARTE [1] - 3:4
give [8] - 7:8, 7:19, 7:22, 8:17, 22:15, 55:25, 56:5, 62:14
given [4] - 15:24, 30:22, 105:10, 107:13
gives [2] - 32:19, 80:19
glasses [1] - 48:7
go [22] - 5:23, 11:13, 17:13, 18:25, 19:8, 20:7, 20:24, 25:21, 31:24, 35:18, 36:10, 36:11, 55:5, 56:14, 59:5, 65:18, 71:3, 76:25, 94:2, 96:12, 96:16, 97:16
Go [1] - 34:6
goes [1] - 44:13
goggles [1] - 52:2

going [17] - 18:14, 23:20, 35:4, 37:24, 43:9, 47:23, 48:14, 63:11, 66:21, 73:5, 75:5, 92:3, 97:15, 97:23, 97:24, 98:16, 102:4
gone [1] - 19:17
GONZALEZ [1] - 3:4
good [6] - 5:14, 5:15, 48:10, 48:23, 61:13, 89:22
got [11] - 35:9, 47:17, 48:19, 63:23, 65:10, 70:25, 71:9, 71:11, 71:14, 71:18, 71:25
governed [1] - 79:15
governs [1] - 79:18
great [1] - 57:24
ground [6] - 45:14, 45:15, 45:16, 97:9, 99:6, 99:20
guarantee [1] - 7:9
guess [2] - 7:19, 7:22
guilty [1] - 6:5
gutters [3] - 17:5, 26:11, 26:19
guys [3] - 25:16, 40:14, 57:12

**H**

H [1] - 106:2
had [47] - 10:5, 27:20, 32:15, 33:9, 37:24, 38:16, 42:14, 48:7, 48:11, 49:2, 49:23, 53:5, 54:12, 56:11, 57:9, 57:12, 57:24, 59:18, 64:7, 64:21, 64:22, 65:19, 66:4, 68:3, 68:7, 69:6, 69:11, 69:15, 70:9, 71:12, 72:20, 74:20, 74:21, 75:2, 76:14, 78:2, 80:5, 86:16, 89:6, 92:13, 92:21, 97:7, 98:13, 99:21, 103:19
half [1] - 52:17
halfway [1] - 85:17
halted [1] - 72:22
hand [4] - 7:13, 32:23, 101:3, 107:20
happen [2] - 58:17, 73:5
happened [16] - 21:10, 27:17, 40:2, 40:3, 42:4, 42:12, 50:14, 56:14, 58:14, 65:5, 66:16, 70:25, 71:12, 72:14, 83:11, 83:22
happens [2] - 97:21,

100:13
happy [1] - 7:16
hard [1] - 52:2
harness [16] - 54:4, 54:12, 55:6, 97:3, 97:7, 97:11, 97:16, 98:6, 98:8, 98:12, 98:18, 99:7, 99:9, 99:16, 99:19, 99:21
harnessed [1] - 54:10
harnesses [4] - 52:2, 55:12, 55:14, 99:25
has [7] - 13:13, 16:3, 24:16, 59:15, 63:13, 81:2, 95:5
hats [1] - 52:2
Hauppauge [8] - 5:13, 8:8, 11:20, 16:4, 16:7, 16:12, 36:6, 39:11
have [80] - 7:10, 8:21, 9:18, 17:12, 18:6, 19:3, 20:10, 20:17, 23:14, 24:25, 25:2, 25:3, 25:20, 27:3, 27:21, 27:25, 28:20, 29:11, 30:19, 33:14, 34:4, 38:21, 41:7, 41:13, 41:14, 46:18, 46:22, 47:12, 52:10, 53:6, 55:5, 56:3, 56:18, 58:13, 64:4, 65:21, 66:13, 68:24, 69:20, 72:24, 74:17, 77:10, 79:14, 81:5, 82:17, 82:22, 82:25, 83:12, 84:23, 86:3, 89:13, 89:15, 89:18, 90:9, 91:13, 92:15, 92:20, 92:22, 93:5, 93:6, 93:8, 93:17, 93:24, 93:25, 94:6, 94:7, 94:9, 97:11, 97:16, 97:23, 98:15, 98:17, 99:25, 101:18, 102:7, 102:24, 103:24, 104:2, 107:19
have you [14] - 6:4, 6:7, 6:14, 10:5, 11:19, 16:23, 19:17, 78:2, 78:5, 91:23, 100:10, 102:25, 103:12, 103:19
having [2] - 5:3, 105:4
hazard [1] - 93:19
he [53] - 26:18, 48:5, 48:7, 48:22, 48:25, 49:2, 49:21, 63:17, 63:19, 64:16, 64:17, 64:18, 64:19, 64:20, 64:24, 65:2, 65:20, 65:24, 65:25, 66:3, 66:5, 66:6, 66:14,

66:15, 66:16, 66:19, 66:22, 66:24, 67:13, 67:14, 69:16, 72:6, 72:9, 72:11, 74:8, 74:9, 74:12, 74:15, 74:21, 75:2, 83:14, 83:15, 87:24, 99:21, 102:22
he'll [4] - 74:14, 83:15, 83:18, 85:2
he's [1] - 82:23
hear [2] - 71:16, 74:10
heard [2] - 27:25, 103:12
height [5] - 23:21, 69:25, 70:10, 95:8
held [4] - 2:10, 55:18, 77:4, 101:24
HENRY [1] - 3:12
here [1] - 79:20
hereby [2] - 105:4, 107:9
HEREBY [1] - 4:5
herein [1] - 4:7
hereinbefore [2] - 105:11, 107:11
hereunto [1] - 107:19
high [3] - 8:23, 9:2, 10:20
him [21] - 48:9, 48:23, 48:24, 48:25, 63:19, 64:8, 65:8, 65:19, 67:12, 67:15, 68:19, 69:21, 70:20, 71:7, 71:12, 73:16, 74:7, 74:11, 74:15, 89:9
his [11] - 29:2, 34:19, 34:21, 66:2, 68:8, 73:7, 73:15, 87:23, 88:4, 99:21
history [1] - 10:17
hold [3] - 9:6, 77:25, 98:2
holding [1] - 69:12
Home [139] - 7:5, 8:12, 10:18, 10:23, 10:25, 11:5, 14:12, 14:15, 14:16, 14:18, 16:3, 17:2, 17:12, 19:22, 20:2, 20:9, 21:11, 22:24, 23:3, 23:25, 24:10, 24:15, 24:19, 26:2, 26:7, 26:13, 26:14, 26:21, 26:22, 27:12, 27:13, 29:12, 30:20, 34:2, 36:20, 37:4, 37:5, 37:13, 37:24, 38:17, 38:22, 39:2, 39:6, 39:13, 40:7, 41:5, 41:6, 41:10, 41:12, 42:11, 42:16, 43:16, 46:8, 47:3, 47:15, 47:16, 47:19, 49:15, 49:23, 49:24, 51:24, 52:3, 52:5,

52:10, 52:11, 54:20,
54:25, 55:8, 57:9,
57:10, 57:16, 57:17,
58:9, 58:22, 59:2,
60:11, 60:24, 61:24,
62:25, 63:21, 64:18,
69:9, 69:10, 73:21,
74:4, 75:22, 76:24,
77:7, 78:11, 79:4, 79:5,
79:8, 79:13, 79:14,
79:24, 80:2, 80:11,
81:24, 82:17, 82:21,
84:5, 84:10, 84:16,
84:19, 84:21, 85:25,
86:2, 86:8, 86:12,
87:20, 88:17, 88:19,
88:21, 89:25, 90:10,
90:16, 90:17, 92:14,
92:21, 92:24, 93:6,
93:8, 93:25, 94:9,
94:19, 95:2, 95:10,
100:6, 101:13, 102:11,
102:18, 103:2, 103:11,
103:16, 106:20, 106:22
**HOME** [6] - 1:8, 1:10,
1:13, 2:6, 3:10, 3:15
**home** [52] - 11:2, 11:4,
12:9, 22:8, 24:2, 24:21,
25:10, 28:5, 29:8,
31:13, 32:2, 32:16,
32:22, 33:9, 34:23,
35:5, 35:7, 35:11,
36:18, 36:20, 37:3,
37:14, 37:16, 37:19,
39:20, 42:4, 42:21,
42:23, 43:2, 49:16,
49:22, 50:2, 50:13,
51:8, 55:9, 60:12,
61:13, 66:24, 67:20,
67:23, 68:2, 68:11,
69:4, 77:8, 81:7, 83:22,
93:12, 95:6, 95:19,
96:2, 102:3, 102:18
**homeowner** [8] - 30:12,
30:14, 30:20, 50:13,
87:20, 103:11, 106:20,
106:22
**homes** [9] - 13:10, 17:9,
27:18, 49:17, 50:7,
57:18, 59:2, 61:17,
69:25
**hospital** [7] - 64:22,
66:10, 71:15, 74:9,
74:13, 74:16, 74:23
**hour** [2] - 9:15, 52:17
**hours** [1] - 47:10
**house** [23] - 22:10, 37:2,
38:9, 38:19, 45:19,
45:20, 51:11, 51:12,
51:20, 53:11, 53:14,

53:15, 53:24, 53:25,
54:11, 72:18, 87:24,
88:5, 88:12, 88:14,
88:15, 96:4, 96:6
**houses** [2] - 22:8, 27:14
**how** [26] - 13:13, 13:20,
22:5, 23:19, 25:11,
32:2, 33:11, 42:22,
43:16, 48:13, 52:15,
57:22, 58:3, 63:23,
65:5, 66:15, 66:16,
71:10, 73:9, 89:8, 91:9,
94:17, 95:10, 97:6,
97:10, 98:4
**how are** [1] - 25:14
**how did** [2] - 31:7, 55:23
**how do** [3] - 50:16, 54:9,
72:4
**how is** [1] - 17:20
**how many** [9] - 6:14,
21:13, 22:7, 24:19,
24:23, 38:25, 41:3,
41:9, 51:21
**how often** [1] - 16:6
**huh** [5] - 41:17, 43:4,
57:19, 63:3, 80:9
**hurt** [2] - 71:11, 71:14

---

**I**

**I** [120] - 4:2, 5:2, 7:7, 7:9,
7:17, 9:25, 10:4, 10:22,
11:2, 11:10, 11:25,
12:14, 15:9, 26:6, 27:3,
27:25, 28:10, 29:7,
30:17, 32:14, 33:10,
34:21, 36:25, 37:11,
39:4, 39:16, 40:14,
41:13, 42:25, 48:6,
48:14, 48:21, 50:17,
50:18, 51:17, 51:18,
51:19, 51:23, 53:12,
54:11, 54:12, 55:25,
56:16, 56:17, 56:21,
57:15, 59:24, 61:18,
61:23, 63:6, 63:7,
63:10, 63:25, 64:3,
64:7, 64:8, 64:12,
64:17, 64:18, 67:25,
68:16, 68:17, 71:5,
71:6, 71:7, 71:9, 71:11,
71:13, 72:16, 72:17,
73:3, 75:24, 77:19,
77:24, 79:9, 81:15,
83:23, 84:25, 86:15,
86:24, 87:2, 87:5,
87:17, 87:18, 89:15,
89:18, 90:3, 90:15,
94:17, 98:4, 99:11,
99:12, 100:16, 102:13,

102:15, 102:21, 102:24,
103:8, 103:24, 104:2,
105:2, 105:4, 105:5,
105:8, 106:2, 106:10,
107:2, 107:7, 107:14,
107:16, 107:19
**I'll** [12] - 6:22, 7:15, 9:18,
13:15, 24:22, 24:25,
33:14, 41:7, 41:13,
83:19, 87:15, 89:17
**I'm** [15] - 5:16, 8:15,
10:19, 12:17, 16:10,
16:13, 21:16, 26:19,
46:21, 67:10, 82:12,
82:15, 87:25, 89:23,
98:4
**ice** [3] - 29:23, 44:11,
44:20
**identification** [1] - 77:17
**identity** [2] - 63:9, 64:17
**if** [71] - 4:12, 4:15, 7:14,
7:19, 7:23, 9:23, 10:2,
19:14, 20:20, 20:24,
21:8, 22:19, 24:15,
25:15, 26:16, 35:2,
41:13, 41:14, 42:20,
43:10, 46:8, 46:18,
46:22, 48:11, 48:25,
52:22, 53:5, 55:3,
56:17, 59:17, 60:2,
61:6, 63:10, 64:15,
64:17, 64:18, 64:23,
66:3, 67:24, 69:15,
70:3, 70:6, 70:19,
79:11, 83:17, 83:21,
84:21, 85:22, 86:25,
87:3, 89:6, 90:2, 90:15,
92:24, 93:9, 93:16,
95:7, 97:6, 98:23, 99:5,
99:9, 99:11, 99:21,
101:5, 101:8, 101:10,
102:3, 102:8, 103:5
**If** [1] - 85:18
**immediately** [1] - 84:18
**important** [1] - 65:25
**improper** [1] - 52:22
**Improvement** [40] - 26:3,
26:14, 26:22, 27:12,
37:5, 37:13, 38:22,
40:7, 41:5, 41:11,
42:11, 42:16, 43:17,
46:9, 47:3, 49:15,
49:24, 55:9, 57:10,
57:17, 58:9, 58:22,
59:3, 61:24, 69:11,
79:5, 79:13, 80:2,
82:18, 82:21, 84:5,
84:17, 84:21, 86:9,
86:13, 88:21, 89:25,
90:10, 92:24, 93:25

**IMPROVEMENT** [2] -
1:13, 3:15
**Improvement@live.
com** [1] - 90:18
**Improvement@live.
com"** [1] - 90:16
**in** [136] - 5:17, 6:8, 6:24,
8:24, 9:7, 10:6, 10:8,
10:23, 11:20, 12:2,
12:5, 12:9, 12:22, 13:3,
13:4, 15:4, 16:3, 16:6,
16:12, 16:13, 16:14,
16:18, 17:24, 18:8,
19:5, 19:20, 20:18,
20:24, 21:7, 21:21,
21:22, 22:9, 22:11,
23:9, 24:20, 24:23,
25:2, 25:4, 25:8, 25:13,
25:16, 25:21, 25:23,
26:4, 27:8, 28:6, 29:14,
31:22, 35:10, 35:17,
35:24, 36:6, 36:7,
36:12, 36:20, 37:3,
37:9, 37:15, 37:19,
37:22, 38:9, 38:12,
39:2, 39:3, 39:4, 39:7,
39:11, 39:12, 39:14,
39:20, 40:5, 42:15,
42:21, 43:8, 44:17,
45:16, 47:13, 47:22,
49:8, 50:13, 54:5,
54:10, 54:19, 57:3,
57:22, 58:14, 63:20,
63:23, 64:2, 64:3,
64:14, 65:4, 67:19,
67:23, 68:12, 72:8,
72:18, 72:19, 72:25,
73:3, 74:12, 74:15,
77:8, 78:20, 80:8,
80:16, 80:17, 81:7,
83:3, 83:11, 84:15,
84:23, 85:21, 87:18,
88:13, 88:15, 89:7,
91:2, 91:5, 91:18,
91:22, 93:12, 95:21,
96:5, 97:22, 98:2,
98:18, 98:21, 100:7,
100:15, 101:9, 107:17
**IN** [1] - 107:19
**INC** [4] - 1:8, 1:10, 2:7,
3:10
**incident** [7] - 75:23,
100:8, 100:11, 100:22,
100:23, 101:6, 101:12
**increase** [1] - 91:18
**indicate** [2] - 100:5,
101:7
**indicated** [1] - 99:13
**indicates** [1] - 18:17
**indication** [1] - 85:22

PALACIOS

individual [1] - 64:24
individuals [3] - 17:13, 37:9, 40:6
industry [1] - 11:4
INFORMATION [2] - 106:16, 106:17
information [11] - 63:18, 65:24, 66:16, 67:9, 67:12, 67:15, 71:2, 82:5, 82:7, 100:14, 101:2
informed [1] - 50:17
informs [1] - 31:10
initial [4] - 29:13, 33:8, 96:8, 96:15
initially [2] - 47:8, 47:9
injured [6] - 70:16, 71:18, 75:5, 87:22, 87:24, 88:3
injuries [2] - 66:12, 66:14
input [1] - 23:18
inserted [1] - 98:11
inspect [1] - 56:15
inspection [2] - 14:4, 59:8
inspections [1] - 59:23
inspector [3] - 13:23, 14:3, 15:10
inspectors [1] - 15:4
install [8] - 15:6, 15:21, 29:23, 29:25, 44:12, 84:6, 84:9
installation [16] - 13:12, 15:11, 15:15, 15:19, 17:3, 18:12, 19:6, 20:10, 20:14, 22:4, 22:25, 23:4, 26:19, 28:15, 29:3
installations [4] - 8:12, 24:2, 24:10, 24:21
installed [5] - 43:6, 44:21, 44:22, 59:12, 59:14
installer [4] - 19:19, 19:21, 36:12, 36:15
installers [4] - 14:6, 14:19, 15:8, 15:20
instance [2] - 20:22, 83:5
instances [2] - 19:20, 83:12
instruction [1] - 8:14
instructions [2] - 7:7, 7:8
insulation [1] - 17:6
interested [1] - 107:17
into [15] - 20:3, 20:8, 45:10, 46:5, 72:7, 79:12, 81:20, 82:7, 85:17, 87:14, 91:10, 95:25, 98:16, 106:19, 106:21

introduce [1] - 18:21
introduced [1] - 98:15
investigation [2] - 73:10, 73:13
invoices [1] - 60:25
invoicing [2] - 60:19, 60:20
involve [2] - 12:24, 57:2
involved [8] - 12:25, 23:9, 23:20, 27:8, 39:2, 39:7, 39:13, 71:9
involvement [3] - 25:8, 29:4, 72:25
IS [2] - 4:5, 4:20
is [110] - 5:16, 5:20, 5:21, 7:18, 9:10, 9:24, 10:2, 10:13, 11:23, 17:15, 17:18, 17:24, 17:25, 18:11, 19:14, 20:5, 21:2, 21:8, 21:14, 21:21, 21:23, 22:8, 22:22, 23:16, 23:19, 24:3, 25:9, 25:10, 25:18, 26:21, 30:18, 31:10, 31:21, 32:2, 33:24, 34:5, 34:6, 34:11, 34:19, 35:3, 39:6, 39:13, 39:18, 40:25, 44:13, 44:21, 44:22, 44:23, 47:23, 48:13, 51:7, 52:12, 54:18, 54:23, 56:24, 58:5, 58:7, 59:11, 59:12, 59:14, 60:6, 61:12, 62:9, 62:18, 62:25, 69:5, 71:14, 72:18, 72:19, 78:9, 79:7, 79:17, 79:18, 79:19, 80:15, 80:18, 81:18, 81:19, 81:22, 81:25, 82:4, 82:5, 82:10, 83:25, 84:25, 85:15, 85:21, 89:22, 91:15, 93:13, 95:7, 96:2, 97:15, 97:17, 97:21, 98:8, 98:9, 98:10, 98:17, 98:19, 100:13, 100:18, 100:20, 100:22, 100:25, 101:4, 102:22, 105:9, 107:10, 107:12
is it your [5] - 67:18, 84:4, 84:15, 87:21, 103:15
is that [11] - 19:21, 30:22, 31:18, 33:16, 33:19, 36:21, 52:9, 59:25, 69:23, 86:7, 91:5
is there [5] - 21:17, 22:23, 23:24, 42:23,

54:20
Island [3] - 3:16, 8:13, 11:20
isn't [1] - 21:3
issue [2] - 89:7, 93:19
issued [2] - 73:16, 80:11
issues [5] - 48:17, 58:24, 72:12, 86:12, 89:4
it [104] - 9:13, 9:15, 10:10, 11:9, 12:25, 17:18, 17:25, 21:24, 24:8, 27:25, 28:10, 29:6, 29:11, 29:12, 30:25, 31:4, 31:21, 32:2, 38:22, 39:23, 42:24, 43:21, 45:13, 48:6, 48:14, 49:5, 50:6, 51:13, 51:14, 53:22, 54:7, 55:23, 56:15, 57:21, 57:22, 58:4, 58:17, 59:5, 61:12, 62:14, 62:24, 62:25, 63:6, 64:11, 65:24, 66:15, 66:16, 67:14, 67:17, 68:2, 68:10, 69:4, 75:16, 76:3, 77:21, 77:22, 77:24, 78:7, 79:4, 79:7, 80:11, 80:19, 82:20, 82:23, 83:15, 83:18, 83:19, 84:24, 84:25, 87:4, 89:8, 89:17, 90:4, 90:15, 91:7, 91:15, 91:16, 91:24, 92:3, 92:15, 92:20, 92:22, 93:9, 93:23, 94:6, 94:7, 95:6, 95:17, 96:2, 97:20, 97:23, 98:6, 99:3, 100:14, 100:20, 100:25, 101:4, 101:10, 101:11, 101:14, 101:15, 101:18
IT [2] - 4:5, 4:20
it's [22] - 5:19, 9:12, 10:14, 18:17, 19:24, 21:5, 23:11, 24:3, 25:9, 29:16, 31:17, 37:21, 43:25, 54:24, 55:13, 61:14, 81:20, 82:4, 87:4, 95:7, 98:13, 100:21
items [2] - 80:19, 83:17
itself [3] - 20:20, 23:23, 56:3

J

J [2] - 5:2, 40:11
Jersey [1] - 13:8
Jesus [1] - 78:23

job [38] - 12:20, 14:2, 20:20, 21:11, 22:6, 30:4, 30:25, 31:10, 35:11, 47:11, 48:25, 51:18, 58:23, 61:5, 62:9, 65:23, 66:5, 71:7, 71:8, 72:22, 73:5, 73:8, 82:4, 91:2, 91:10, 91:16, 95:13, 95:14, 95:18, 96:9, 96:10, 96:14, 96:17, 96:18, 96:20, 97:10, 99:7, 99:14
jobs [5] - 14:4, 14:5, 27:20, 36:4, 95:4
jolt [1] - 66:25
JORGE [3] - 1:24, 2:7, 105:15
Jorge [2] - 5:10, 5:21
JR [1] - 3:12
Judge [1] - 4:13
just [25] - 7:17, 7:22, 8:15, 9:8, 10:10, 22:18, 23:21, 26:16, 33:24, 35:16, 40:14, 40:21, 43:11, 45:7, 56:5, 61:11, 64:20, 65:14, 66:15, 68:17, 73:4, 73:14, 77:19, 84:25

K

K [1] - 102:21
KAREN [2] - 107:7, 107:23
Karen [1] - 2:13
keep [3] - 7:12, 63:2, 88:17
kept [3] - 38:12, 59:22, 73:3
kind [7] - 6:8, 17:3, 17:23, 60:15, 61:4, 79:15, 97:19
KINGS [1] - 107:5
know [51] - 7:23, 9:23, 9:25, 10:2, 11:25, 20:2, 21:13, 23:22, 24:15, 26:6, 26:25, 28:10, 30:14, 31:4, 31:16, 32:14, 34:5, 34:13, 35:2, 38:23, 36:25, 37:11, 38:7, 38:25, 40:6, 40:9, 41:3, 43:10, 46:8, 46:12, 48:11, 50:16, 54:9, 56:8, 56:23, 58:7, 69:16, 72:4, 73:9, 74:14, 75:25, 79:11, 79:25, 80:4, 81:15, 90:3, 100:17, 101:11, 102:13,

PALACIOS

102:15, 103:5
**knowledge** [1] - 96:25
**known** [1] - 80:12
**KOPANYI** [2] - 107:7, 107:23

## L

**L** [6] - 3:6, 4:2, 5:2, 40:11, 105:2
**L-O-J-A** [1] - 40:11
**labor** [2] - 57:8, 58:5
**labors** [1] - 23:19
**ladder** [44] - 54:3, 66:20, 66:21, 66:22, 68:25, 69:2, 69:6, 69:7, 69:16, 69:17, 69:22, 70:4, 70:6, 70:8, 70:16, 76:21, 76:22, 92:16, 92:25, 93:4, 93:14, 93:16, 94:2, 94:3, 94:11, 94:12, 94:16, 94:20, 94:22, 95:3, 95:5, 95:10, 95:22, 95:24, 97:4, 97:8, 97:12, 97:16, 99:6, 99:20, 102:4, 102:9
**ladders** [12] - 45:2, 45:7, 53:10, 53:16, 53:19, 55:8, 55:10, 69:12, 69:25, 70:8, 70:10, 76:16
**landing** [1] - 95:8
**languages** [2] - 12:3, 12:7
**lanyard** [3] - 97:19, 98:2, 98:12
**lanyards** [1] - 52:2
**last** [11] - 8:14, 10:6, 27:4, 27:5, 34:20, 34:21, 49:11, 67:2, 78:13, 86:19, 92:9
**law** [2] - 74:3, 89:23
**lawsuit** [1] - 5:18
**layers** [2] - 29:23, 43:20
**lead** [4] - 9:9, 10:9, 10:14, 10:15
**leak** [3] - 29:24, 44:11, 44:21
**learn** [2] - 17:17, 63:4
**learning** [1] - 75:20
**least** [2] - 41:14, 65:25
**leave** [1] - 55:23
**left** [11] - 22:9, 38:16, 45:18, 55:24, 58:20, 68:2, 68:4, 95:19, 96:3, 96:4, 102:5
**length** [3] - 22:10, 22:14, 32:17
**let** [4] - 8:15, 31:4, 74:14,

90:3
**let's** [1] - 70:4
**level** [17] - 10:24, 43:5, 55:4, 93:2, 93:3, 93:4, 93:5, 94:2, 94:4, 98:23, 99:7, 99:10, 99:17, 99:21, 99:24, 102:7
**levels** [5] - 53:24, 92:3, 92:14, 95:15, 95:16
**Liberty** [2] - 2:12, 3:11
**license** [1] - 24:16
**licensed** [1] - 24:11
**licensing** [3] - 24:5, 25:17, 25:18
**like** [20] - 7:14, 17:13, 26:11, 28:21, 42:3, 45:23, 48:5, 56:12, 57:11, 57:16, 59:25, 60:9, 60:13, 60:18, 73:19, 75:3, 76:6, 80:21, 88:17, 101:18
**limbs** [1] - 75:3
**limited** [2] - 95:21, 95:23
**line** [9] - 80:19, 83:16, 97:22, 98:9, 98:10, 98:15, 98:17, 98:20, 98:22
**list** [2] - 23:24, 57:6
**listed** [1] - 21:5
**little** [3] - 32:14, 51:11
**live** [5] - 66:23, 66:25, 67:18, 67:19, 68:12
**LIVE** [1] - 90:20
**LLP** [3] - 2:11, 3:4, 3:8
**local** [2] - 63:8, 72:18
**located** [4] - 25:11, 28:5, 37:15, 72:19
**location** [4] - 91:22, 91:25, 92:13, 99:23
**locations** [1] - 11:24
**lock** [1] - 97:25
**Loja** [3] - 40:10, 78:23
**Long** [2] - 8:13, 11:20
**long** [8] - 13:13, 13:20, 32:2, 48:13, 48:15, 52:15, 58:11, 73:9
**look** [1] - 62:16
**looked** [1] - 48:5
**looking** [2] - 42:20, 79:20
**loose** [1] - 43:22
**lot** [3] - 21:15, 81:15, 91:12
**Lynch** [1] - 2:11
**LYNCH** [1] - 3:8

## M

**made** [9] - 29:13, 30:18, 33:24, 42:10, 42:14, 49:2, 60:17, 65:7, 66:22

**mail** [12] - 17:22, 17:24, 31:9, 31:12, 31:15, 31:17, 31:24, 83:2, 83:3, 83:4, 90:9, 90:14
**main** [3] - 43:7, 69:8, 99:4
**maintain** [3] - 60:11, 76:5, 102:11
**maintained** [3] - 60:8, 101:12, 101:13
**maintaining** [1] - 61:11
**make** [16] - 14:21, 18:22, 21:7, 47:23, 56:21, 59:5, 59:10, 59:11, 59:13, 59:14, 62:16, 66:8, 69:24, 74:11, 83:15, 83:20
**making** [2] - 15:6, 33:7
**man** [1] - 48:6
**management** [4] - 76:6, 76:8, 100:6, 101:14
**manager** [10] - 12:15, 12:22, 13:12, 15:12, 15:16, 15:19, 15:24, 15:25, 28:15, 29:3
**manuals** [1] - 102:12
**manufactured** [2] - 14:12, 14:14
**many** [2] - 57:10, 89:16
**mark** [1] - 77:13
**marked** [4] - 39:16, 77:16, 77:19, 77:20
**marketing** [1] - 20:11
**marriage** [1] - 107:16
**master** [1] - 79:19
**material** [3] - 43:13, 44:23, 57:6
**materials** [1] - 14:14, 14:19, 14:22, 23:16, 29:9, 36:17, 36:19, 36:24, 38:2, 38:5, 38:7, 44:16, 45:17, 47:18, 47:20, 49:2, 49:3, 84:11, 85:24, 92:4, 94:21
**matter** [2] - 16:23, 107:18
**may** [9] - 4:10, 4:14, 8:14, 8:21, 56:4, 66:13, 89:18, 101:7, 102:24
**maybe** [2] - 68:7, 101:2
**me** [20] - 7:15, 8:15, 8:17, 55:25, 56:5, 56:16, 63:8, 63:10, 63:11, 63:23, 64:16, 64:19, 65:21, 67:3, 72:6, 72:16, 74:14, 90:3, 105:10, 105:18
**mean** [8] - 14:7, 23:13, 57:15, 70:2, 81:23, 91:18, 92:3, 93:11

**meaning** [1] - 95:20
**measured** [1] - 51:18
**measurement** [7] - 7:21, 21:18, 21:25, 29:8, 31:2, 31:11, 32:15
**measurements** [21] - 14:6, 14:8, 14:21, 15:5, 18:3, 18:17, 18:24, 19:4, 20:25, 21:17, 21:22, 22:5, 30:24, 32:10, 33:13, 33:16, 33:19, 82:7, 82:8, 90:23, 96:15
**measuring** [1] - 14:9
**mechanical** [1] - 45:5
**meet** [2] - 44:20, 62:10
**meetings** [1] - 77:4
**members** [4] - 51:21, 69:11, 73:15, 76:20
**mention** [10] - 65:2, 65:3, 66:3, 66:11, 66:14, 66:18, 67:8, 67:11, 68:16, 75:4
**mentioned** [16] - 12:10, 20:15, 23:5, 26:6, 32:2, 39:10, 46:4, 46:16, 64:24, 66:15, 67:16, 68:6, 68:17, 74:21, 86:16
**mentions** [1] - 80:11
**message** [1] - 18:16
**met** [5] - 64:8, 64:12, 65:25, 71:5, 71:7
**Michael** [1] - 89:23
**MICHAEL** [2] - 3:6, 3:17
**mid** [1] - 28:11
**middle** [1] - 80:8
**Mike** [3] - 5:16, 89:13, 89:18
**mind** [1] - 42:20
**minutes** [2] - 52:18, 53:2
**modifications** [2] - 33:8, 44:7
**moment** [1] - 7:18
**month** [2] - 27:14, 27:16
**months** [2] - 27:3, 27:19, 41:3
**more** [5] - 17:11, 41:14, 41:15, 41:20, 92:4
**morning** [4] - 5:14, 5:15, 38:3, 91:7
**move** [1] - 21:9
**moved** [1] - 11:2
**movements** [1] - 7:14
**moving** [2] - 85:2, 95:24
**MR** [44] - 5:7, 6:16, 6:20, 27:23, 30:5, 41:18, 47:7, 47:9, 49:10, 49:19, 55:16, 67:2,

PALACIOS

67:7, 68:13, 68:21,
70:22, 71:19, 73:24,
77:10, 77:12, 77:13,
87:5, 87:9, 87:11,
87:13, 87:15, 89:10,
89:13, 89:15, 89:17,
89:21, 92:8, 97:13,
98:25, 100:2, 101:20,
101:22, 102:2, 103:8,
103:24, 104:2, 106:12,
106:13, 106:14
much [4] - 8:24, 23:19,
33:11, 91:20
multiple [4] - 39:7, 40:20,
92:14, 95:15
multiplier [7] - 22:13,
22:14, 22:15, 32:18,
32:19, 91:6, 91:9
multipliers [1] - 22:11
My [1] - 5:16
my [21] - 6:16, 6:21, 7:12,
11:23, 27:23, 47:7,
49:19, 63:9, 63:13,
63:22, 64:17, 68:14,
68:21, 73:24, 83:18,
89:10, 89:22, 90:3,
107:20
myself [3] - 22:22, 60:19,
65:14

## N

N [4] - 3:2, 4:2, 105:2,
106:10
nails [2] - 43:22, 43:24
name [21] - 5:8, 5:16,
5:21, 30:16, 30:17,
34:6, 34:19, 34:20,
34:21, 40:14, 40:16,
40:23, 40:24, 63:9,
63:22, 65:2, 65:15,
72:17, 78:19, 89:22,
102:16
names [1] - 5:24
nature [1] - 58:6
nearby [2] - 25:11, 36:13
need [3] - 7:16, 87:3,
97:22
needed [3] - 65:21, 83:8,
90:11
needs [1] - 21:3
negotiate [1] - 79:22
negotiated [1] - 79:25
negotiations [1] - 20:18
neighboring [3] - 22:8,
51:8, 96:2
New [17] - 2:12, 2:13,
2:14, 3:6, 3:11, 3:16,
5:4, 5:13, 8:8, 13:7,
13:8, 24:13, 24:17,

28:6, 107:8
new [3] - 21:24, 36:19,
44:16
NEW [2] - 1:2, 107:4
newly [1] - 43:6
next [4] - 35:17, 44:9,
51:8, 74:13
nine [1] - 56:18
no [105] - 5:25, 6:6, 7:18,
8:5, 9:3, 10:4, 10:7,
12:8, 12:14, 16:21,
16:25, 22:18, 23:11,
26:24, 30:15, 31:6,
32:13, 34:10, 37:2,
37:11, 38:6, 38:23,
39:4, 40:21, 40:24,
42:13, 42:19, 45:7,
46:2, 46:7, 46:11,
46:13, 46:25, 50:11,
51:23, 52:21, 53:4,
55:22, 57:15, 58:12,
58:16, 58:19, 58:25,
60:4, 60:10, 60:23,
62:2, 62:5, 63:17,
63:19, 64:3, 65:6,
65:12, 65:14, 65:17,
68:23, 69:14, 70:13,
70:18, 72:3, 73:14,
75:7, 75:13, 75:21,
76:4, 76:13, 76:17,
76:23, 77:3, 77:6, 77:9,
77:12, 79:9, 79:10,
79:23, 80:3, 81:12,
82:4, 83:23, 86:14,
86:18, 86:22, 88:10,
88:19, 89:5, 92:7,
92:19, 92:22, 92:23,
94:5, 94:8, 94:13,
95:12, 96:13, 96:24,
101:7, 101:20, 103:23,
103:25, 107:17
No [1] - 1:6
normally [2] - 37:21,
56:18
not [51] - 10:7, 16:12,
20:21, 21:5, 26:16,
39:11, 41:14, 43:11,
46:12, 46:19, 46:23,
52:20, 54:23, 55:4,
56:4, 56:10, 56:24,
57:25, 59:18, 59:19,
59:24, 65:2, 65:21,
68:21, 69:21, 70:6,
70:12, 70:14, 70:15,
70:20, 73:17, 73:24,
74:2, 75:7, 86:16,
88:19, 89:16, 91:20,
92:20, 93:6, 93:8,
93:24, 94:6, 94:7,
96:13, 98:4, 99:11,

101:10, 102:13, 102:15,
107:14
Notary [3] - 2:14, 5:4,
107:7
NOTARY [1] - 105:22
note [7] - 6:16, 6:21,
27:23, 47:7, 49:19,
68:14, 89:10
nothing [1] - 74:25
notified [1] - 34:10
now [7] - 13:16, 15:11,
15:15, 46:3, 61:23,
79:21, 89:18
number [4] - 41:13,
63:22, 78:14, 101:8
NUMBER [1] - 106:6

## O

O [5] - 4:2, 5:2, 40:11,
105:2
oath [2] - 4:12, 7:25
objected [2] - 93:7, 93:9
objection [13] - 6:17,
6:21, 27:24, 47:8,
49:20, 68:14, 68:22,
70:22, 73:25, 89:11,
97:13, 98:25, 100:2
objections [1] - 4:21
observe [2] - 50:20,
51:15, 52:19, 53:2,
53:9, 55:3, 70:14,
70:15, 89:3
observed [7] - 53:5,
53:12, 59:17, 68:3,
69:11, 86:16, 88:20
obstructs [1] - 93:13
obtain [3] - 10:8, 57:5,
62:17
obtained [2] - 35:24,
101:2
obviously [2] - 22:9, 54:6
occasions [1] - 26:15
occur [1] - 83:10
occurred [4] - 27:12,
28:3, 70:12, 96:23
October [3] - 1:17, 2:2,
107:20
OF [4] - 1:2, 1:24, 107:4,
107:5
of [241] - 2:5, 2:9, 2:10,
2:14, 4:8, 4:9, 4:13,
4:14, 4:16, 4:17, 4:22,
5:4, 6:2, 6:4, 6:8, 6:24,
7:3, 7:8, 7:11, 7:21,
7:24, 8:7, 10:7, 11:4,
14:4, 14:15, 15:6, 15:8,
15:20, 16:23, 17:3,
17:17, 17:23, 19:2,
20:18, 20:22, 21:15,

22:10, 22:17, 23:4,
23:10, 23:16, 23:24,
24:9, 24:13, 24:17,
24:24, 25:19, 26:3,
26:16, 28:12, 28:17,
29:13, 29:17, 29:20,
29:22, 29:23, 30:3,
32:3, 32:20, 34:6, 35:4,
36:2, 36:3, 36:8, 36:10,
36:11, 36:24, 37:8,
37:14, 37:19, 38:9,
38:24, 39:11, 39:13,
40:6, 40:13, 40:23,
41:5, 41:25, 42:2, 42:9,
42:21, 43:9, 43:20,
43:24, 44:19, 45:8,
45:12, 45:19, 46:3,
46:15, 48:24, 49:3,
51:2, 51:5, 51:11,
51:12, 51:13, 51:14,
51:22, 53:10, 53:13,
53:15, 53:23, 53:25,
56:5, 56:6, 56:18,
56:22, 57:3, 57:7,
57:22, 58:5, 58:14,
58:23, 59:11, 59:13,
59:18, 59:22, 60:15,
61:4, 61:16, 62:6, 62:7,
64:11, 65:15, 67:9,
67:12, 68:10, 69:8,
69:22, 70:8, 70:20,
71:11, 71:17, 72:11,
72:18, 73:13, 73:20,
74:3, 74:13, 75:14,
75:20, 76:2, 77:11,
77:17, 77:23, 79:8,
79:15, 79:24, 80:7,
80:8, 80:14, 80:19,
80:21, 81:10, 81:15,
82:6, 82:20, 83:6, 84:7,
84:15, 85:10, 85:23,
86:7, 86:25, 87:4,
87:19, 88:5, 88:12,
88:13, 88:15, 88:16,
89:8, 89:23, 90:2,
90:24, 91:10, 91:12,
91:13, 91:14, 91:17,
91:19, 91:21, 91:22,
92:3, 92:14, 92:16,
93:15, 93:20, 93:21,
94:18, 95:6, 95:9,
95:15, 95:16, 95:18,
95:19, 96:4, 96:16,
96:18, 96:20, 97:2,
97:19, 98:2, 98:10,
98:11, 98:12, 98:22,
99:19, 100:13, 100:18,
100:20, 100:25, 101:17,
102:13, 102:15, 102:16,
102:17, 102:18, 103:10,

PALACIOS

103:12, 104:5, 105:10, 105:19, 107:8, 107:12, 107:15, 107:17, 107:20
off [20] - 10:19, 22:17, 54:14, 54:22, 55:4, 55:6, 55:16, 55:17, 62:12, 62:20, 62:23, 62:24, 63:25, 69:22, 93:15, 96:2, 101:22, 101:23, 102:9
off-the-record [2] - 55:17, 101:23
offer [1] - 17:5
office [11] - 8:11, 11:20, 16:3, 16:7, 16:12, 31:23, 36:2, 36:5, 39:11, 72:17, 100:15
officer [14] - 50:18, 63:17, 64:5, 64:12, 65:3, 65:16, 66:3, 66:11, 66:17, 67:8, 67:11, 67:17, 71:6, 72:6
officers [1] - 18:8
offices [1] - 2:10
offs [1] - 54:13
oh [1] - 57:15
okay [2] - 78:15, 90:6
Okay [2] - 15:13, 64:14
on [95] - 11:2, 15:7, 18:15, 19:8, 21:5, 23:17, 26:15, 26:18, 26:22, 27:13, 27:18, 29:8, 29:9, 31:8, 35:5, 35:11, 35:19, 37:23, 38:9, 38:14, 42:2, 42:6, 44:20, 45:12, 47:18, 49:16, 49:21, 50:25, 51:3, 51:11, 51:14, 52:10, 53:18, 53:25, 54:21, 56:11, 57:7, 57:18, 58:9, 59:3, 62:20, 62:24, 63:11, 63:18, 65:23, 66:7, 66:16, 68:2, 69:5, 69:9, 74:11, 76:19, 78:11, 78:12, 79:24, 80:7, 83:6, 83:22, 83:23, 83:25, 85:7, 85:16, 90:24, 92:16, 92:17, 93:3, 93:21, 94:3, 95:4, 95:18, 96:8, 96:14, 96:16, 96:18, 96:25, 97:7, 97:9, 97:17, 97:18, 97:19, 97:20, 97:25, 98:11, 98:12, 98:13, 98:14, 99:7, 99:10, 99:14, 99:15, 99:17, 99:24, 102:4, 102:5, 102:9
once [13] - 6:18, 29:6,

31:20, 34:11, 43:24, 48:17, 62:9, 74:15, 81:19, 82:8, 83:14, 93:2
one [26] - 8:14, 22:22, 26:3, 27:7, 35:6, 40:21, 41:5, 42:18, 45:12, 49:16, 53:23, 58:10, 59:3, 60:13, 63:19, 69:6, 70:6, 70:16, 70:17, 73:2, 74:18, 76:21, 79:14, 79:17, 92:16, 100:12
ones [3] - 20:7, 61:6, 69:13
only [10] - 7:13, 20:20, 23:11, 35:6, 48:13, 49:16, 49:22, 52:3, 84:6, 93:9
onto [4] - 54:3, 77:25, 98:8, 98:9
opened [1] - 72:20
openings [1] - 44:5
opportunity [2] - 62:15, 78:3
or [118] - 6:5, 6:25, 7:15, 9:7, 9:14, 9:21, 11:20, 14:13, 16:19, 17:9, 17:10, 17:13, 19:18, 19:22, 23:5, 23:21, 23:22, 24:7, 25:11, 25:20, 26:16, 31:18, 32:25, 33:2, 35:14, 35:21, 37:19, 37:22, 38:12, 41:4, 41:15, 41:18, 41:20, 42:15, 42:23, 43:10, 44:6, 45:4, 45:5, 45:9, 45:10, 45:18, 45:24, 46:5, 46:12, 47:14, 48:5, 48:20, 49:8, 49:17, 52:13, 53:13, 54:15, 56:3, 58:5, 58:24, 59:18, 61:13, 61:22, 62:13, 62:16, 64:5, 64:6, 66:4, 68:7, 68:15, 68:19, 70:5, 71:3, 75:2, 75:3, 75:6, 75:23, 76:7, 77:23, 79:14, 79:15, 80:15, 81:13, 82:3, 83:3, 84:6, 86:12, 86:24, 87:8, 88:12, 89:4, 89:7, 90:4, 90:10, 91:22, 91:23, 95:15, 97:20, 98:14, 98:19, 100:11, 100:18, 100:22, 100:23, 100:25, 101:3, 101:7, 101:12, 102:5, 102:14, 103:21, 107:16
orange [1] - 52:13
Order [1] - 2:9

order [20] - 14:18, 22:12, 29:9, 35:11, 36:15, 36:16, 36:23, 46:5, 80:12, 80:15, 80:16, 80:18, 81:6, 81:11, 81:17, 81:18, 81:22, 81:25, 82:10, 82:16, 83:15, 84:18, 86:20, 86:25, 87:3, 87:10, 108:18
orders [2] - 82:13, 83:7
original [2] - 4:9, 4:17
originally [1] - 51:17
Oser [2] - 5:12, 8:7
OSHA [15] - 9:8, 9:10, 11:13, 71:9, 72:2, 72:3, 72:7, 72:15, 72:25, 73:16, 73:17, 73:22, 74:5, 76:10, 85:15
other [34] - 5:23, 9:7, 12:3, 12:7, 16:8, 16:9, 16:11, 23:6, 23:7, 24:14, 27:14, 27:18, 29:25, 40:13, 42:17, 44:15, 45:5, 48:10, 49:17, 50:6, 56:11, 57:18, 58:10, 59:2, 62:5, 69:7, 69:13, 72:24, 73:22, 76:18, 76:20, 77:7, 100:18
others [1] - 26:16
our [3] - 8:11, 31:22, 76:8
ourselves [1] - 18:21
out [26] - 8:16, 16:13, 16:14, 17:13, 21:21, 21:24, 23:6, 29:7, 31:4, 31:24, 32:9, 36:2, 39:11, 39:12, 45:10, 47:13, 56:18, 59:5, 60:25, 62:14, 66:2, 73:4, 74:24, 82:9, 84:25, 98:9
outcome [1] - 107:17
outlining [1] - 46:9
outside [3] - 14:13, 14:15, 88:13
over [8] - 18:25, 36:10, 36:11, 64:8, 74:9, 89:17, 91:15, 93:17
own [4] - 19:9, 55:10, 55:14, 62:11
owner [4] - 29:17, 81:24, 102:18, 103:2

**P**

P [5] - 3:2, 3:17, 4:2, 5:2
P.M [1] - 104:4
page [7] - 78:14, 80:7, 80:8, 83:25, 84:13,

85:7, 85:16
PAGE [3] - 106:6, 106:11, 106:17
paid [7] - 46:18, 46:22, 47:2, 75:15, 80:20, 82:24, 83:16
PALACIOS [3] - 1:24, 2:7, 105:15
Palacios [2] - 5:10, 5:21
paper [2] - 29:25, 44:22
paperwork [1] - 16:19
paragraph [6] - 80:8, 84:2, 84:8, 85:7, 85:16, 85:17
part [3] - 28:17, 59:17, 90:24
participate [1] - 25:23
particular [14] - 37:14, 49:22, 83:22, 88:12, 90:25, 91:25, 93:12, 96:9, 96:14, 97:10, 98:21, 100:12, 100:19, 101:9
parties [3] - 2:8, 4:7, 107:15
PARTY [2] - 1:11, 1:14
Party [3] - 2:6, 3:9, 3:15
pass [1] - 89:17
past [1] - 25:21
pay [1] - 58:8
pays [1] - 60:25
PC [1] - 3:14
pending [1] - 7:18
people [2] - 100:25, 101:14
per [4] - 41:15, 41:18, 41:20, 83:16
percent [1] - 94:18
perform [12] - 17:4, 22:3, 23:4, 24:21, 26:4, 26:14, 37:5, 46:15, 46:19, 46:23, 93:10, 94:19
performed [9] - 33:15, 41:11, 42:11, 46:10, 57:23, 59:18, 59:19, 67:21, 92:6
performing [11] - 12:12, 53:18, 84:5, 84:9, 84:22, 86:17, 87:23, 88:4, 88:21, 88:24, 91:2
performs [1] - 22:25
perimeter [1] - 44:13
period [3] - 27:14, 27:16, 49:17
permissible [1] - 94:14
Permit [1] - 34:7
permit [18] - 18:2, 18:4, 18:6, 18:9, 18:11,

31:11, 34:3, 34:4, 34:9, 34:22, 34:25, 35:2, 35:3, 35:6, 35:9, 35:10, 35:23, 35:24
permits [3] - 29:10, 35:22, 60:17
person [11] - 28:21, 63:20, 64:21, 66:9, 71:11, 71:14, 71:17, 75:5, 83:3, 97:11, 101:7
personal [1] - 6:25
personally [5] - 20:17, 30:15, 57:21, 79:21, 79:25
personnel [4] - 60:18, 63:18, 65:22, 66:7
phone [5] - 50:19, 56:21, 64:8, 64:15, 65:4
phonetic) [1] - 16:2
photograph [2] - 39:18, 39:21
photographs [2] - 61:8, 75:18
phrase [2] - 91:6, 103:13
pictures [5] - 56:17, 60:23, 61:4, 61:5, 61:16
pitch [7] - 22:12, 22:14, 32:18, 91:6, 91:9, 91:11, 95:16
place [8] - 28:9, 36:15, 56:24, 94:3, 95:21, 95:23, 99:8, 105:11
placed [1] - 29:8
PLAINTIFF [2] - 1:4, 1:11
Plaintiff [4] - 2:6, 3:4, 3:9, 5:17
PLAINTIFF'S [1] - 106:3
Plaintiff's [3] - 77:14, 77:16, 77:20
planes [1] - 53:25
plans [3] - 22:17, 22:18, 102:14
plastic [1] - 38:15
Please [2] - 5:8, 89:10
please [11] - 6:16, 6:20, 7:19, 27:23, 47:7, 49:19, 67:3, 68:13, 68:21, 71:20, 73:24
pled [1] - 6:5
point [6] - 59:16, 62:14, 85:2, 95:6, 99:17, 101:6
points [3] - 53:23, 54:15
police [3] - 50:18, 63:8, 63:16
poor [3] - 91:23, 95:18, 95:20
portion [1] - 43:9
portions [1] - 45:8
positioned [1] - 95:7

possible [1] - 97:3
possibly [1] - 95:25
post [3] - 59:7, 59:23, 87:6
practice [10] - 54:24, 54:25, 55:2, 92:19, 92:21, 93:24, 94:10, 94:13, 95:3, 95:9
practices [1] - 92:15
precinct [6] - 64:9, 65:8, 65:10, 65:22, 71:2, 71:6
preliminary [1] - 21:18
preparation [1] - 16:18
prepare [3] - 44:4, 44:5, 44:18
prepared [3] - 22:24, 32:22, 33:20
prepping [1] - 44:10
presence [1] - 63:14
present [6] - 38:4, 47:25, 50:13, 70:12, 75:11, 101:5
presents [2] - 20:20, 56:3
pressure [1] - 97:25
pretty [1] - 8:24
prevent [3] - 97:12, 98:5, 98:7
previously [1] - 42:2
price [2] - 58:7, 91:19
pricing [1] - 57:7
prior [12] - 13:17, 13:22, 38:20, 41:4, 41:8, 42:6, 57:17, 61:6, 68:4, 69:9, 82:17, 86:15
probably [2] - 6:22, 7:6
problem [3] - 28:2, 57:15, 89:7
problems [1] - 89:4
Procedure [1] - 2:10
procedure [2] - 6:12, 18:4
procedures [1] - 18:2
process [6] - 18:12, 21:23, 23:10, 25:24, 35:17, 46:4
processing [2] - 31:11, 31:22
procured [1] - 34:2
produced [1] - 100:18
product [1] - 14:9
production [1] - 103:6
products [1] - 36:21
project [38] - 17:17, 17:25, 27:4, 27:5, 27:6, 27:11, 28:5, 28:9, 29:5, 29:21, 36:14, 37:24, 38:20, 42:17, 47:3, 47:6, 48:12, 48:19, 52:15, 62:7, 63:10,

65:13, 66:4, 68:4, 75:9, 75:12, 79:13, 80:24, 81:2, 81:11, 82:16, 82:18, 82:22, 86:21, 88:9, 88:18, 88:22, 106:18
projects [28] - 16:15, 16:16, 19:9, 19:13, 25:5, 25:19, 26:23, 39:2, 39:7, 39:13, 41:10, 41:23, 41:25, 42:3, 42:6, 42:17, 52:10, 56:11, 57:13, 58:10, 60:9, 60:12, 69:9, 76:18, 76:22, 77:2, 77:5, 79:15
promoted [1] - 15:14
proper [3] - 14:22, 52:20, 92:16
properly [2] - 59:19, 99:22
properties [4] - 17:10, 19:6, 49:5, 50:6
property [9] - 18:10, 22:24, 23:23, 29:17, 32:10, 59:10, 62:13, 68:8, 88:13
proposal [1] - 46:9
protocol [2] - 52:9, 52:12
provide [3] - 7:20, 51:24, 65:23
provided [6] - 8:6, 47:18, 63:11, 64:19, 77:22, 84:11
provider [5] - 78:10, 78:17, 80:20, 85:18, 85:22
provider's [1] - 86:4
providers [1] - 85:12
provides [2] - 26:8, 52:4
proximity [4] - 25:14, 37:14, 48:24, 67:19
Public [3] - 2:14, 5:4, 107:8
PUBLIC [1] - 105:22
punchlist [3] - 60:2, 60:6, 60:8
purchase [4] - 46:5, 80:12, 80:15, 84:17
purchased [1] - 30:12
purpose [1] - 61:10
purposes [1] - 33:25
pursuant [1] - 2:8
put [6] - 14:19, 23:15, 41:13, 44:17, 45:24, 87:13
puts [1] - 14:16
putting [2] - 44:16, 72:7

**Q**

quantity [1] - 49:3
question [8] - 7:15, 7:18, 8:16, 56:3, 67:3, 67:5, 92:9, 92:11
questioned [1] - 66:6
questions [12] - 7:12, 8:3, 8:5, 18:25, 48:11, 59:15, 62:13, 89:14, 90:3, 100:21, 101:21, 103:25

**R**

R [8] - 2:13, 3:2, 4:2, 5:2, 105:2, 107:2, 107:7, 107:23
RA [1] - 102:20
railing [1] - 93:20
Randy [2] - 16:2, 28:25
rapport [1] - 57:24
rate [1] - 90:25
Ratki [1] - 102:19
re [1] - 82:8
re-measurements [1] - 82:8
reach [4] - 53:24, 69:7, 70:4, 93:15
reached [1] - 31:4
read [10] - 20:25, 30:5, 30:8, 49:10, 49:13, 67:2, 67:5, 71:19, 71:22, 92:11
ready [4] - 18:2, 18:17, 30:25, 31:10
rear [3] - 53:13, 53:15, 53:18
reason [2] - 7:16, 85:5, 85:6
recall [12] - 11:10, 21:10, 30:17, 33:10, 39:5, 40:14, 51:21, 51:23, 59:24, 61:23, 83:5, 88:7
receive [3] - 9:20, 31:9, 84:17
received [9] - 7:6, 31:12, 50:19, 63:6, 63:7, 66:16, 66:24, 66:25, 74:23
receives [1] - 83:14
recognize [4] - 39:20, 39:23, 40:15, 78:19
recollection [1] - 50:12
record [11] - 5:9, 7:11, 7:13, 50:18, 55:16, 55:17, 60:15, 61:11, 101:22, 101:23, 107:12
records [3] - 59:22, 60:12, 62:3

PALACIOS

recruitment [3] - 14:5, 15:8, 15:20
refer [2] - 19:21, 96:3
reference [1] - 91:24
referred [5] - 30:7, 49:12, 67:4, 71:21, 92:10
referring [1] - 96:4
refresher [1] - 10:5
regarding [8] - 10:14, 42:10, 50:5, 56:4, 85:23, 87:7, 87:17, 101:5
regularly [1] - 96:9
regulated [1] - 85:14
related [2] - 91:5, 107:15
relating [1] - 23:21
relation [2] - 37:15, 67:23
relationship [2] - 27:22, 86:8
released [3] - 73:6, 74:15, 74:22
remained [1] - 10:24
remaining [1] - 70:8
remedy [1] - 85:19
remember [24] - 9:13, 26:17, 28:8, 33:7, 34:21, 36:25, 37:8, 40:16, 40:19, 40:22, 48:8, 50:9, 55:19, 61:21, 64:10, 64:15, 64:23, 65:15, 67:24, 67:25, 83:21, 86:19, 90:15, 102:16
removal [1] - 30:3
remove [5] - 29:22, 43:17, 43:19, 43:22, 54:16
removed [4] - 43:6, 43:25, 45:9, 45:14
renewed [1] - 10:10
renovations [1] - 10:15
rep [1] - 73:2
rep's [1] - 72:17
repair [1] - 62:16
repaired [2] - 43:10, 58:4
repairs [1] - 12:25
repeat [1] - 90:3
rephrase [2] - 7:15, 90:4
replaced [1] - 43:10
report [11] - 57:25, 66:2, 75:23, 76:2, 76:6, 100:7, 100:11, 100:23, 100:24, 101:12
reported [3] - 13:2, 15:7, 28:21
Reporter [6] - 30:9, 49:14, 67:6, 71:23, 77:18, 92:12
reporter [2] - 7:10, 8:16

represent [1] - 89:24
representative [3] - 72:2, 72:3, 79:8
representatives [1] - 52:5
representing [1] - 5:17
request [2] - 87:8, 87:18
REQUESTED [1] - 106:16
requests [2] - 87:7, 87:17
require [2] - 11:17, 74:4
required [7] - 15:5, 30:2, 35:6, 59:12, 63:14, 70:3, 74:2
requirement [2] - 54:20, 54:23
reserved [1] - 4:22
residence [1] - 63:11
residential [11] - 13:9, 13:10, 17:9, 17:11, 24:2, 27:11, 28:5, 42:3, 57:18, 60:9, 60:12
resides [1] - 25:12
respective [2] - 2:8, 4:6
respond [1] - 63:19
responded [1] - 66:6
response [1] - 77:21
responses [1] - 7:12
responsibility [2] - 73:7, 80:5
responsible [2] - 15:8, 15:21
retain [5] - 24:20, 26:13, 35:18, 76:24, 77:7
retained [2] - 57:16, 106:8
retaining [2] - 26:21, 27:2
retains [1] - 24:10
retake [1] - 18:24
returning [1] - 75:5
revenue [2] - 15:6, 15:21
review [4] - 16:19, 72:22, 78:3, 83:15
reviewed [1] - 49:2
reviews [1] - 100:16
revised [1] - 22:22
ridge [5] - 29:25, 44:5, 54:17, 54:18, 98:10
right [22] - 8:6, 22:9, 45:18, 45:19, 51:2, 51:3, 51:13, 51:14, 53:10, 53:13, 54:6, 58:18, 62:17, 70:10, 70:17, 70:21, 81:3, 82:18, 86:3, 86:17, 99:12, 102:5
risk [4] - 76:6, 76:8, 100:6, 101:14
Rivera [2] - 40:23, 64:25
RIVERA [2] - 1:3, 3:5

role [3] - 20:17, 25:3, 36:8
roof [52] - 30:2, 32:20, 42:23, 43:5, 43:7, 43:9, 43:11, 43:13, 44:19, 44:23, 44:24, 44:25, 45:9, 45:12, 45:25, 48:17, 50:25, 51:2, 54:4, 55:4, 69:8, 91:12, 92:3, 92:5, 92:14, 92:17, 92:18, 93:2, 93:3, 93:4, 93:5, 93:21, 94:2, 94:3, 94:4, 95:15, 95:16, 97:9, 98:10, 98:23, 99:4, 99:7, 99:10, 99:15, 99:16, 99:17, 99:21, 99:24, 99:25, 102:7
roofing [24] - 17:5, 22:4, 26:10, 26:18, 26:19, 29:23, 35:14, 35:16, 36:19, 36:24, 37:25, 38:5, 39:24, 43:20, 44:16, 44:23, 46:4, 59:4, 67:20, 84:11, 91:13, 94:18, 94:21, 103:17
roofs [2] - 14:10, 54:21
ropes [1] - 45:24
rot [2] - 44:2, 56:8
Rules [1] - 2:9

### S

S [5] - 3:2, 4:2, 5:2, 106:2
safe [3] - 93:24, 94:6, 94:7
safety [11] - 10:15, 51:25, 54:24, 72:11, 76:25, 77:4, 85:8, 85:14, 86:11, 102:12, 102:14
said [17] - 55:5, 63:17, 63:21, 64:14, 64:16, 65:20, 66:5, 66:19, 67:13, 67:14, 67:17, 69:20, 72:20, 74:8, 76:2, 85:19
sale [1] - 30:18
sales [16] - 17:13, 17:15, 18:24, 19:18, 20:5, 21:6, 21:19, 21:21, 22:21, 29:12, 31:3, 31:20, 32:25, 33:9, 60:18, 102:17
same [11] - 4:12, 4:15, 4:17, 7:7, 7:9, 38:3, 39:7, 48:23, 85:7, 99:8, 99:23
satisfaction [1] - 88:25
Saturday [1] - 63:7

saw [4] - 51:17, 52:22, 56:12, 86:20
say [30] - 6:22, 9:18, 13:15, 16:14, 24:6, 24:22, 24:25, 27:3, 27:25, 33:14, 33:18, 41:7, 41:14, 48:22, 54:10, 57:20, 64:13, 69:18, 70:4, 72:9, 74:6, 75:7, 84:23, 87:25, 89:9, 92:17, 94:17, 97:8, 99:15, 101:10
saying [2] - 91:14, 99:5
says [1] - 47:15
scaffolds [1] - 45:4
scene [3] - 74:7, 75:19, 101:16
scheduled [2] - 49:16, 49:24
schedulers [2] - 35:25, 36:9
scheduling [4] - 36:3, 37:4, 37:9, 37:18
school [3] - 8:23, 9:2, 10:20
schooling [1] - 8:21
scope [8] - 19:2, 23:16, 29:20, 29:22, 35:4, 36:10, 36:11, 57:6
Scott [2] - 34:19, 34:22
sealing [1] - 4:7
second [15] - 29:8, 70:4, 80:10, 92:17, 93:2, 93:3, 93:4, 93:21, 94:2, 94:3, 97:9, 98:23, 99:7, 99:21, 101:3
section [4] - 45:12, 83:25, 85:8, 85:11
Section [1] - 84:13
see [14] - 18:14, 22:7, 25:15, 54:12, 74:10, 76:20, 78:16, 79:7, 79:9, 80:10, 84:2, 85:17, 86:4, 86:24
seem [1] - 73:19
seen [6] - 69:15, 78:5, 89:6, 100:10, 100:19, 102:25
sell [1] - 17:14
send [2] - 56:16, 100:14
sent [3] - 31:15, 82:5, 82:25
sentence [3] - 80:10, 85:18, 85:21
separate [4] - 11:23, 33:4, 79:11, 80:22
service [21] - 4:16, 12:14, 12:15, 12:22, 13:5, 13:12, 15:12, 15:16, 15:19, 17:14, 28:15,

PALACIOS

35:15, 78:10, 78:17, 80:20, 80:22, 85:12, 85:18, 85:22, 85:24, 86:4
services [10] - 20:14, 23:4, 26:7, 26:15, 30:11, 46:15, 46:19, 46:23, 81:3, 81:6
servicing [1] - 31:25
set [7] - 7:8, 23:22, 69:6, 92:16, 93:16, 107:11, 107:20
setting [1] - 6:8
seven [3] - 9:18, 10:6, 11:9
several [4] - 25:19, 27:20, 47:10, 51:8
shape [1] - 14:23
she [3] - 7:13, 48:5, 66:4
sheets [1] - 61:25
shield [2] - 44:12, 44:20
shingle [3] - 43:20, 44:22, 44:23
shingles [4] - 43:14, 43:18, 94:23, 94:24
shipped [2] - 36:17, 36:24
shirt [1] - 52:13
shortly [1] - 17:18
should [1] - 22:16
shovel [1] - 43:20
show [4] - 39:16, 52:4, 68:19, 77:24
showed [1] - 56:20
shown [1] - 43:8
side [16] - 51:2, 51:4, 51:12, 53:10, 53:13, 53:15, 53:18, 54:7, 68:2, 68:4, 95:19, 96:3, 96:5, 102:5
sidewalk [2] - 38:10, 88:16
siding [2] - 17:6, 26:20
sidings [1] - 14:10
SIF26263 [1] - 3:17
sign [1] - 62:20
signal [1] - 68:19
signature [2] - 62:6, 62:19, 78:17, 79:9, 79:10
signed [6] - 4:10, 4:12, 4:15, 79:7, 100:24, 101:15
signs [3] - 45:24, 62:23, 62:24
similar [1] - 59:25
since [1] - 10:6
Singleton [2] - 16:2, 28:25

sir [10] - 5:14, 6:7, 8:6, 15:9, 42:20, 77:19, 78:2, 84:13, 89:22, 103:12
site [25] - 22:7, 30:4, 38:4, 55:24, 56:15, 58:20, 58:23, 61:5, 63:19, 63:25, 64:6, 65:23, 66:4, 66:6, 66:7, 71:3, 71:7, 71:8, 71:24, 72:4, 76:24, 90:23, 90:24, 96:10, 96:22
six [5] - 27:3, 27:14, 27:16, 27:19, 95:7
six-foot [1] - 95:7
six-month [2] - 27:14, 27:16
size [3] - 14:22, 76:16, 91:23
sized [1] - 70:10
skid [1] - 38:14
slip [2] - 98:3, 98:19
slowly [2] - 84:22, 85:2
small [1] - 51:11
so [44] - 6:11, 7:16, 8:17, 10:4, 10:22, 11:17, 11:23, 13:2, 20:21, 21:7, 22:6, 22:13, 25:13, 25:21, 33:4, 37:3, 37:22, 43:19, 50:12, 52:23, 54:2, 54:16, 56:21, 57:10, 62:9, 63:19, 65:20, 70:3, 70:10, 71:5, 73:16, 81:5, 82:2, 82:4, 83:19, 83:24, 90:4, 91:20, 92:24, 93:16, 93:23, 97:11, 97:15, 98:16
sold [4] - 14:10, 17:18, 29:7, 82:4
solution [1] - 85:4
some [18] - 26:7, 26:16, 41:24, 42:2, 59:17, 67:19, 74:11, 74:23, 74:25, 77:23, 85:23, 89:15, 89:18, 91:14, 99:17
someone [6] - 19:21, 19:22, 31:3, 33:2, 65:25, 100:15
something [28] - 7:2, 17:10, 24:7, 31:19, 35:21, 37:20, 38:13, 54:15, 55:5, 56:4, 56:7, 56:9, 58:7, 64:6, 68:15, 69:18, 76:7, 79:16, 82:3, 83:3, 84:7, 84:23, 89:6, 89:9, 93:6, 94:15, 100:25

sometimes [1] - 91:20
somewhat [1] - 95:14
somewhere [1] - 64:2
son [2] - 40:25, 68:8
sorry [12] - 10:19, 12:17, 15:13, 16:10, 21:16, 26:19, 46:21, 67:10, 82:12, 82:16, 87:25, 92:8
sort [3] - 77:23, 85:23, 91:14
sound [2] - 56:10, 58:2
source [2] - 67:9, 67:12
SOUTHERN [1] - 1:2
space [2] - 95:21, 95:23
Spanish [3] - 12:4, 12:5, 49:8
speak [4] - 12:2, 71:6, 72:14, 76:12
speaking [7] - 16:22, 63:16, 72:25, 76:10, 76:11, 93:20, 98:21
specific [3] - 32:16, 35:15, 88:7
specified [3] - 82:20, 85:25, 105:11
specify [2] - 35:14, 82:23
specifying [1] - 81:6
spoke [5] - 48:21, 49:7, 55:20, 71:13, 74:7
spoken [1] - 56:19
square [1] - 32:19
SS [1] - 107:4
staged [1] - 38:8
start [8] - 11:7, 31:7, 44:10, 44:16, 45:11, 51:3, 96:19, 96:21
started [4] - 8:23, 10:20, 10:23, 47:11
starter [1] - 44:17
starting [2] - 10:19, 11:14
starts [1] - 85:18
State [5] - 2:14, 5:4, 24:13, 24:16, 107:8
STATE [1] - 107:4
state [1] - 5:8
stated [1] - 85:15
statement [1] - 101:16
statements [1] - 100:25
Staten [1] - 3:16
states [1] - 17:25
STATES [1] - 1:2
stating [1] - 74:24
status [1] - 74:14
stay [1] - 52:16
steepness [3] - 91:12, 91:17, 91:21
stepped [1] - 84:23
steps [1] - 44:15

still [6] - 9:24, 10:3, 26:21, 73:6, 102:22, 103:5
STIPULATED [2] - 4:5, 4:20
stop [2] - 52:23, 53:6
stopped [1] - 26:25
store [1] - 10:24
stories [1] - 22:7
story [9] - 42:23, 43:2, 43:3, 43:7, 54:2, 69:5, 70:4, 70:5
strapped [1] - 98:8
Street [2] - 2:12, 3:11
street [1] - 96:5
strip [1] - 43:21
stripped [1] - 48:18
stripping [3] - 50:25, 99:15, 99:24
structurally [1] - 56:9
stuff [1] - 56:12
subcontract [3] - 23:5, 23:7, 25:12
subcontractor [6] - 19:25, 23:19, 45:22, 62:10, 62:15, 72:21
subcontractors [5] - 23:10, 25:4, 25:14, 26:3, 60:21
submit [2] - 61:25, 62:3
submitted [3] - 46:9, 60:20, 62:25
subs [2] - 25:24, 54:21
Subscribed [1] - 105:18
subsequent [2] - 87:16, 103:9
such [14] - 14:10, 24:21, 42:3, 51:25, 61:5, 76:6, 90:25, 94:23, 100:22, 100:23, 107:12
Suite [2] - 5:12, 8:7
summer [1] - 28:11
summertime [1] - 28:11
supervise [1] - 15:3
supervisor [3] - 13:19, 15:2, 28:22
supply [2] - 37:2, 38:18
supposed [6] - 32:3, 43:17, 53:20, 54:22, 62:6, 82:21
sure [16] - 14:22, 15:6, 47:23, 49:2, 56:5, 59:5, 59:10, 59:11, 59:13, 59:14, 66:8, 74:11, 83:15, 87:13, 98:4, 99:11
surrounding [4] - 49:4, 50:5, 68:8, 68:18
sustained [1] - 66:13

PALACIOS

sworn [5] - 4:10, 5:3,
  105:5, 105:18, 107:11
system [1] - 82:7

## T

T [7] - 4:2, 102:21, 105:2,
  106:2, 107:2
T-K-I [1] - 102:21
take [13] - 7:17, 19:4,
  20:25, 21:16, 21:24,
  22:13, 32:3, 48:14,
  56:23, 58:10, 61:8,
  61:16, 75:18
taken [3] - 2:7, 32:15,
  64:22
takes [1] - 21:18
taking [3] - 21:22, 61:21,
  69:7
talk [4] - 48:20, 58:22,
  77:25, 83:8
talked [2] - 32:14, 88:11
talking [1] - 60:2
task [1] - 94:19
team [2] - 29:13, 31:4
teams [1] - 17:13
tell [3] - 55:25, 73:12,
  91:11
ten [4] - 9:14, 9:15, 11:3,
  56:18
ten-hour [1] - 9:15
tend [1] - 22:7
term [1] - 60:3
terms [5] - 7:24, 57:3,
  57:22, 58:14, 89:8
territories [4] - 11:23,
  13:5, 24:4, 24:6
territory [4] - 11:23, 13:3,
  20:7, 28:18
testified [1] - 5:5
testify [1] - 105:5
testimony [4] - 7:11,
  105:6, 105:10, 107:13
testing [1] - 74:11
than [2] - 48:10, 62:5
thank [4] - 67:7, 71:20,
  101:21, 103:24
That [1] - 107:10
that [300] - 4:7, 4:9, 4:13,
  4:20, 5:18, 7:14, 7:18,
  9:10, 9:25, 12:16,
  12:24, 13:4, 13:9,
  13:13, 13:18, 13:20,
  13:22, 13:24, 14:22,
  15:6, 15:23, 17:20,
  17:24, 17:25, 18:22,
  20:7, 20:14, 20:23,
  21:2, 21:4, 21:9, 21:17,
  22:15, 22:24, 23:5,
  23:13, 23:25, 24:9,

25:8, 25:9, 25:17,
  25:20, 26:3, 26:7,
  26:11, 27:14, 28:3,
  28:9, 28:24, 29:5,
  29:13, 29:21, 30:2,
  30:5, 30:11, 30:23,
  30:25, 31:9, 31:10,
  31:15, 31:23, 31:25,
  32:3, 32:19, 33:8,
  33:10, 33:22, 34:5,
  34:14, 34:18, 35:13,
  35:23, 36:23, 37:10,
  37:23, 38:24, 39:13,
  39:21, 39:24, 39:25,
  41:4, 41:25, 42:16,
  42:22, 42:23, 43:5,
  44:13, 45:21, 46:4,
  46:10, 46:14, 46:16,
  46:19, 46:23, 47:15,
  47:18, 47:23, 48:12,
  49:5, 50:10, 50:13,
  50:14, 50:16, 51:10,
  51:16, 51:17, 51:18,
  51:22, 52:5, 52:9,
  52:14, 52:20, 53:3,
  53:17, 54:10, 54:12,
  54:18, 54:21, 55:8,
  55:12, 55:20, 55:21,
  55:24, 56:4, 56:12,
  56:21, 56:23, 56:24,
  57:11, 57:20, 57:25,
  58:6, 58:7, 58:18,
  58:20, 58:23, 59:2,
  59:5, 59:10, 59:11,
  59:13, 59:14, 59:16,
  59:17, 59:18, 59:24,
  60:2, 60:17, 61:14,
  61:23, 62:21, 63:4,
  63:10, 63:12, 63:17,
  63:18, 64:16, 64:19,
  64:21, 64:24, 65:4,
  65:19, 65:20, 65:23,
  65:25, 66:6, 66:7,
  66:12, 66:19, 66:20,
  66:23, 66:24, 67:9,
  67:12, 67:14, 67:15,
  67:16, 67:17, 67:18,
  67:20, 68:6, 69:9,
  69:15, 69:21, 70:2,
  70:9, 70:16, 70:20,
  71:2, 71:8, 71:14,
  71:19, 71:25, 72:6,
  72:10, 72:11, 72:20,
  72:21, 73:2, 74:8,
  74:12, 74:19, 74:22,
  74:24, 75:3, 75:4, 75:8,
  76:19, 77:25, 78:3,
  78:10, 78:22, 78:24,
  79:14, 79:18, 80:5,
  80:11, 81:3, 81:10,

82:15, 82:16, 82:25,
  83:7, 83:15, 83:21,
  84:2, 84:4, 84:16, 85:2,
  85:5, 85:11, 85:12,
  85:14, 85:18, 85:21,
  86:5, 86:20, 87:21,
  88:2, 88:3, 88:9, 89:4,
  89:6, 90:11, 91:6,
  91:18, 92:2, 92:3,
  92:21, 93:5, 93:6,
  93:11, 93:13, 93:21,
  94:19, 95:3, 95:20,
  96:10, 97:6, 98:6,
  98:10, 98:15, 98:16,
  98:21, 99:5, 99:11,
  99:13, 99:17, 99:22,
  100:5, 100:10, 100:12,
  101:2, 101:6, 101:7,
  101:11, 101:15, 101:19,
  102:6, 102:9, 102:13,
  102:15, 102:17, 102:25,
  103:10, 103:15, 105:4,
  105:8, 107:12, 107:13,
  107:14, 107:16
that's [44] - 7:17, 7:22,
  8:11, 14:24, 15:17,
  18:13, 19:5, 19:7,
  19:10, 20:13, 20:16,
  21:19, 22:2, 22:22,
  25:25, 29:15, 35:4,
  37:7, 54:25, 55:2, 56:2,
  56:7, 56:9, 59:12,
  59:21, 60:20, 62:6,
  63:23, 68:9, 75:17,
  77:20, 78:20, 79:17,
  81:4, 81:8, 81:24, 82:8,
  84:10, 84:12, 93:22,
  94:17, 98:23, 100:4,
  103:5
the [850] - 2:5, 2:8, 2:9,
  2:10, 2:14, 3:4, 3:9,
  3:15, 4:6, 4:7, 4:8, 4:9,
  4:10, 4:12, 4:13, 4:14,
  4:15, 4:16, 4:17, 4:18,
  4:22, 5:4, 5:8, 5:17,
  6:11, 7:5, 7:7, 7:9,
  7:18, 7:23, 7:24, 8:12,
  8:13, 8:16, 8:24, 9:10,
  9:16, 9:23, 10:2, 10:6,
  10:8, 10:12, 10:18,
  10:22, 10:24, 11:3,
  11:4, 11:5, 11:7, 11:10,
  11:13, 11:14, 11:19,
  11:24, 12:9, 12:22,
  13:2, 14:14, 14:22,
  15:3, 15:6, 15:24,
  15:25, 16:6, 16:9,
  16:11, 16:12, 16:13,
  16:14, 16:23, 17:24,
  17:25, 18:4, 18:7, 18:8,

18:9, 18:11, 18:12,
  18:15, 18:16, 18:20,
  18:24, 19:2, 19:4, 19:5,
  19:6, 19:12, 19:18,
  19:21, 20:3, 20:4, 20:7,
  20:8, 20:13, 20:18,
  20:20, 20:25, 21:3,
  21:5, 21:6, 21:8, 21:11,
  21:19, 21:21, 21:22,
  21:23, 22:3, 22:5, 22:6,
  22:8, 22:10, 22:12,
  22:13, 22:16, 22:20,
  23:4, 23:9, 23:14,
  23:15, 23:18, 23:20,
  23:22, 23:25, 24:6,
  24:9, 24:13, 24:16,
  25:4, 25:9, 25:10,
  25:11, 25:13, 25:14,
  25:21, 25:23, 26:3,
  26:14, 27:6, 27:7,
  27:10, 27:11, 27:16,
  27:17, 27:22, 28:2,
  28:10, 28:14, 28:20,
  29:7, 29:8, 29:14,
  29:16, 29:17, 29:20,
  29:23, 30:2, 30:4, 30:7,
  30:8, 30:11, 30:12,
  30:14, 30:17, 30:18,
  30:19, 30:24, 30:25,
  31:2, 31:3, 31:10,
  31:20, 31:25, 32:9,
  32:15, 32:19, 32:20,
  32:22, 32:25, 33:8,
  33:9, 33:12, 33:13,
  33:15, 33:24, 34:3,
  34:6, 34:8, 34:11,
  34:22, 34:25, 35:3,
  35:4, 35:5, 35:9, 35:10,
  35:11, 35:16, 35:17,
  35:22, 35:23, 35:24,
  35:25, 36:2, 36:3, 36:5,
  36:8, 36:10, 36:11,
  36:12, 36:13, 36:14,
  36:15, 36:16, 36:17,
  36:19, 36:24, 37:5,
  37:8, 37:9, 37:14,
  37:15, 37:18, 37:23,
  37:25, 38:3, 38:4, 38:5,
  38:7, 38:9, 38:10,
  38:11, 38:17, 38:18,
  38:20, 39:2, 39:3, 39:4,
  39:7, 39:11, 39:12,
  39:13, 39:20, 39:24,
  40:2, 40:3, 40:6, 40:16,
  40:23, 41:5, 41:25,
  42:3, 42:10, 42:15,
  42:17, 42:21, 43:5,
  43:7, 43:8, 43:9, 43:11,
  43:12, 43:13, 43:17,
  43:19, 43:21, 43:24,

PALACIOS

43:25, 44:4, 44:11,
44:12, 44:13, 44:16,
44:17, 44:18, 44:19,
44:20, 44:21, 44:22,
44:24, 44:25, 45:8,
45:10, 45:12, 45:13,
45:14, 45:15, 45:16,
45:18, 45:19, 45:20,
45:22, 45:24, 45:25,
46:3, 46:4, 46:10,
46:15, 47:5, 47:10,
47:13, 47:18, 47:20,
47:22, 47:25, 48:12,
48:13, 48:15, 48:17,
48:19, 48:24, 48:25,
49:2, 49:4, 49:10,
49:12, 49:13, 49:23,
50:5, 50:12, 50:13,
50:17, 50:18, 50:19,
50:20, 50:21, 50:25,
51:2, 51:3, 51:7, 51:10,
51:11, 51:12, 51:13,
51:14, 51:18, 51:19,
51:22, 52:3, 52:7,
52:10, 52:14, 52:15,
52:19, 52:20, 53:6,
53:9, 53:10, 53:11,
53:13, 53:15, 53:17,
53:18, 53:22, 53:23,
53:24, 53:25, 54:4,
54:6, 54:7, 54:11,
54:17, 55:4, 55:8, 55:9,
55:12, 55:16, 55:17,
55:24, 56:15, 56:19,
56:20, 56:21, 56:23,
57:6, 57:7, 57:12,
57:22, 58:6, 58:8,
58:11, 58:14, 58:20,
58:23, 59:10, 59:11,
59:13, 59:15, 59:20,
60:3, 60:12, 60:17,
60:20, 60:24, 60:25,
61:5, 61:8, 61:12, 62:5,
62:7, 62:9, 62:10,
62:13, 62:14, 62:15,
62:20, 63:7, 63:11,
63:12, 63:16, 63:18,
63:20, 63:24, 64:3,
64:5, 64:6, 64:7, 64:8,
64:9, 64:11, 64:12,
64:15, 64:19, 64:21,
64:22, 64:23, 65:3,
65:5, 65:8, 65:10,
65:13, 65:15, 65:18,
65:22, 65:23, 66:3,
66:4, 66:5, 66:7, 66:8,
66:9, 66:11, 66:12,
66:14, 66:17, 66:20,
66:21, 66:23, 66:24,
66:25, 67:2, 67:4, 67:6,

67:8, 67:9, 67:11,
67:12, 67:16, 67:20,
67:23, 67:25, 68:2,
68:4, 68:10, 68:12,
68:17, 68:19, 68:25,
69:2, 69:4, 69:7, 69:8,
69:22, 70:8, 70:10,
70:11, 70:15, 70:19,
71:2, 71:3, 71:5, 71:6,
71:7, 71:8, 71:10,
71:11, 71:13, 71:14,
71:15, 71:17, 71:21,
71:22, 71:24, 72:4,
72:6, 72:16, 72:17,
72:18, 72:19, 72:20,
72:21, 72:22, 73:2,
73:5, 73:8, 73:10,
73:12, 73:13, 73:20,
73:22, 74:3, 74:7, 74:8,
74:9, 74:13, 74:14,
74:16, 74:22, 74:23,
75:4, 75:9, 75:12,
75:15, 75:19, 75:25,
76:2, 76:6, 76:15,
76:25, 77:5, 77:11,
77:18, 78:9, 78:10,
78:13, 78:14, 78:19,
79:9, 79:15, 79:19,
80:7, 80:8, 80:10,
80:16, 80:18, 80:19,
80:24, 81:9, 81:17,
81:18, 81:19, 81:20,
81:21, 81:23, 81:25,
82:4, 82:6, 82:7, 82:10,
82:14, 82:16, 82:22,
83:14, 83:16, 83:19,
83:20, 84:7, 84:11,
84:15, 84:17, 84:22,
85:6, 85:7, 85:8, 85:12,
85:17, 85:22, 85:24,
86:3, 86:8, 86:19,
86:20, 86:25, 87:3,
87:10, 87:11, 87:19,
87:20, 87:22, 87:23,
87:24, 88:3, 88:4, 88:5,
88:8, 88:12, 88:13,
88:14, 88:15, 88:16,
88:18, 88:20, 88:22,
88:24, 88:25, 89:23,
90:14, 90:22, 90:24,
90:25, 91:2, 91:6, 91:9,
91:10, 91:11, 91:12,
91:15, 91:17, 91:19,
91:21, 91:22, 91:23,
92:2, 92:4, 92:5, 92:9,
92:10, 92:11, 92:17,
92:18, 92:25, 93:3,
93:4, 93:5, 93:13,
93:15, 93:16, 93:17,
93:21, 94:2, 94:3, 94:4,

94:18, 94:19, 94:24,
95:6, 95:13, 95:15,
95:16, 95:18, 95:19,
95:25, 96:3, 96:4, 96:5,
96:6, 96:15, 96:16,
96:17, 96:18, 96:20,
96:22, 97:9, 97:15,
97:16, 97:18, 97:20,
97:21, 97:22, 97:25,
98:2, 98:6, 98:7, 98:8,
98:9, 98:10, 98:11,
98:12, 98:13, 98:14,
98:17, 98:18, 98:20,
98:22, 99:3, 99:6, 99:7,
99:8, 99:10, 99:13,
99:14, 99:15, 99:19,
99:20, 99:23, 99:24,
100:13, 100:14, 100:16,
100:17, 101:6, 101:11,
101:16, 101:17, 101:22,
101:23, 102:4, 102:5,
102:7, 102:9, 102:16,
102:18, 103:2, 103:10,
103:11, 103:12, 103:16,
104:4, 105:5, 105:6,
105:8, 105:10, 106:20,
106:22, 107:8, 107:10,
107:13, 107:15, 107:17

THE [1] - 41:20

their [18] - 11:6, 25:17,
25:22, 42:11, 42:16,
54:12, 54:13, 54:21,
55:10, 55:14, 59:4,
62:11, 72:23, 89:7,
91:13, 97:17, 99:16,
99:25

them [32] - 14:16, 14:19,
18:21, 18:22, 21:4,
21:7, 25:18, 26:16,
27:2, 34:8, 40:14, 42:2,
48:14, 52:4, 52:22,
52:23, 53:5, 55:5,
55:23, 55:25, 56:16,
58:8, 59:16, 61:21,
70:14, 71:10, 74:4,
83:8, 83:13, 86:16,
88:11, 98:2

themselves [3] - 54:5,
54:17, 54:19

then [56] - 8:23, 10:6,
11:2, 14:16, 14:18,
14:19, 18:16, 18:19,
18:20, 21:4, 21:6,
21:24, 22:10, 22:21,
23:18, 25:23, 29:9,
31:3, 31:21, 31:23,
32:17, 34:2, 35:18,
36:15, 43:6, 43:23,
43:25, 44:3, 44:4,
44:17, 44:22, 45:14,

54:4, 56:17, 59:19,
64:8, 64:20, 65:7,
66:22, 70:7, 71:13,
81:22, 81:25, 82:6,
82:9, 82:10, 83:17,
83:18, 84:18, 86:2,
93:2, 93:17, 93:18,
94:3, 96:16, 100:15

there [66] - 8:10, 12:21,
17:15, 19:14, 20:5,
20:25, 21:2, 21:14,
22:22, 24:3, 27:7,
30:23, 32:23, 33:4,
34:13, 38:16, 40:13,
40:18, 40:19, 45:4,
45:6, 45:23, 47:17,
48:4, 50:21, 51:7, 51:9,
52:12, 52:15, 52:25,
53:19, 54:18, 54:23,
58:18, 63:5, 63:10,
63:13, 64:20, 66:19,
67:19, 68:12, 68:20,
70:6, 70:19, 71:25,
74:25, 78:20, 79:17,
80:8, 81:5, 83:6, 83:17,
83:25, 85:21, 92:2,
93:9, 93:12, 95:20,
96:16, 96:21, 97:17,
98:19, 101:4, 101:5

there's [1] - 81:15

thereafter [2] - 44:10,
100:16

these [8] - 17:8, 19:3,
19:9, 19:12, 24:10,
25:5, 57:12, 60:9

they [139] - 7:9, 17:5,
18:8, 20:6, 20:7, 20:12,
23:7, 24:11, 25:15,
25:17, 25:20, 26:25,
27:20, 31:21, 34:10,
35:24, 36:2, 36:10,
36:12, 36:13, 36:15,
37:15, 38:11, 38:12,
38:14, 38:16, 41:25,
43:19, 43:21, 44:4,
44:5, 44:10, 44:12,
44:15, 44:17, 44:18,
45:9, 45:11, 45:12,
45:13, 45:14, 46:10,
46:12, 46:13, 46:15,
46:18, 46:19, 46:22,
46:23, 47:2, 48:11,
48:13, 50:24, 50:25,
52:5, 52:7, 53:17,
53:19, 54:2, 54:6, 54:9,
54:12, 54:14, 54:16,
54:17, 54:18, 55:12,
55:13, 56:3, 56:4,
56:11, 56:12, 56:18,
56:22, 57:5, 59:4, 59:5,

PALACIOS

62:11, 62:12, 62:17,
63:8, 63:9, 63:11,
63:12, 63:20, 63:21,
63:22, 63:23, 66:8,
66:19, 69:24, 70:3,
70:5, 70:7, 70:9, 71:9,
71:16, 72:7, 72:16,
72:20, 72:23, 73:14,
73:16, 73:17, 73:19,
74:2, 74:10, 74:15,
75:7, 75:11, 75:15,
75:24, 78:12, 83:20,
87:12, 88:24, 89:8,
93:2, 93:3, 94:11,
97:16, 97:19, 97:22,
97:23, 97:24, 98:13,
98:14, 98:16, 98:17,
102:6, 102:8, 102:10
**they'd** [1] - 57:25
**thing** [4] - 48:13, 48:23,
52:3, 94:14
**things** [5] - 26:11, 58:3,
62:16, 94:11, 94:20
**think** [5] - 10:4, 41:10,
83:23, 86:15, 99:12
**THIRD** [2] - 1:11, 1:14
**third** [10] - 43:7, 70:5,
92:18, 93:5, 94:4,
99:10, 99:15, 99:17,
99:24, 101:3
**Third** [3] - 2:6, 3:9, 3:15
**THIRD-PARTY** [2] - 1:11,
1:14
**Third-Party** [3] - 2:6, 3:9,
3:15
**this** [97] - 6:8, 11:25,
16:24, 20:4, 21:10,
27:4, 28:2, 29:13,
29:14, 31:8, 31:13,
32:2, 32:10, 32:16,
34:16, 34:23, 35:7,
35:19, 36:20, 37:3,
37:13, 37:19, 37:23,
39:18, 41:11, 42:4,
42:12, 42:18, 42:25,
47:2, 49:16, 49:17,
49:21, 50:2, 50:14,
57:5, 57:17, 58:10,
59:3, 60:9, 60:13, 68:8,
68:11, 70:11, 72:13,
74:18, 75:20, 76:9,
76:12, 76:19, 77:8,
77:13, 77:18, 78:5,
78:9, 79:3, 79:22,
79:25, 80:17, 81:7,
81:11, 82:18, 83:22,
83:23, 84:15, 86:15,
86:20, 87:16, 91:7,
91:25, 92:13, 93:10,
93:12, 96:9, 96:14,

97:2, 97:9, 98:21, 99:7,
99:14, 100:8, 100:19,
101:9, 102:3, 102:6,
102:25, 103:17, 103:21,
103:25, 104:5, 105:19,
106:18, 107:15, 107:18,
107:20
**those** [15] - 14:12, 19:20,
23:10, 25:24, 30:11,
41:22, 42:6, 51:25,
57:3, 59:22, 68:3,
76:22, 83:6, 83:11,
93:23
**thought** [1] - 65:24
**three** [16] - 6:22, 7:7,
10:25, 13:15, 32:5,
32:7, 32:8, 41:23,
41:24, 43:2, 43:3,
48:14, 49:25, 54:2, 69:5
**three-day** [1] - 41:23
**three-story** [1] - 43:2,
54:2, 69:5
**through** [2] - 35:10, 62:7
**throughout** [3] - 13:5,
13:6, 13:7
**thrown** [1] - 45:10
**tie** [5] - 54:13, 54:14,
55:6, 97:22, 102:8
**tied** [4] - 54:22, 55:4,
97:23, 98:9
**tier** [2] - 69:5, 69:6
**tight** [1] - 49:6
**time** [39] - 4:22, 28:14,
28:20, 33:11, 33:12,
37:10, 38:24, 39:8,
48:2, 49:17, 49:23,
50:13, 50:22, 51:22,
52:14, 52:20, 53:3,
61:25, 63:24, 64:5,
64:11, 69:3, 70:11,
70:19, 71:8, 72:13,
73:2, 84:19, 85:25,
86:19, 87:24, 88:5,
88:25, 89:4, 96:22,
101:17, 102:6, 103:25,
105:10
**TIME** [2] - 1:18, 2:3
**times** [8] - 6:14, 19:14,
21:13, 22:11, 56:18,
57:10, 61:9, 61:14
**title** [4] - 13:11, 13:14,
13:17, 29:2
**to** [355] - 2:8, 2:9, 4:10,
4:11, 4:21, 4:22, 6:5,
7:11, 7:12, 7:15, 7:16,
7:17, 7:20, 9:18, 11:5,
11:17, 13:17, 13:22,
14:21, 15:3, 15:4, 15:5,
16:17, 16:22, 17:14,
17:20, 18:11, 18:13,

18:14, 18:16, 18:22,
18:23, 18:25, 19:9,
19:21, 21:3, 21:4, 21:7,
21:8, 22:6, 22:7, 22:8,
22:12, 23:6, 23:7,
23:15, 23:19, 23:20,
23:21, 23:22, 24:20,
24:25, 25:4, 25:13,
25:15, 26:4, 26:14,
26:22, 27:3, 27:13,
27:18, 27:22, 27:25,
28:21, 29:10, 29:22,
30:7, 30:10, 30:22,
31:4, 31:24, 32:3, 32:5,
32:7, 32:8, 33:8, 33:13,
33:14, 33:23, 34:8,
35:3, 35:4, 35:11,
35:18, 35:19, 36:17,
37:5, 37:12, 37:15,
37:24, 38:11, 38:20,
39:23, 39:25, 41:4,
41:7, 41:13, 41:14,
43:10, 43:17, 43:21,
44:24, 44:25, 45:5,
45:13, 45:18, 45:19,
47:23, 48:14, 48:15,
48:19, 49:4, 49:12,
49:16, 49:24, 49:25,
50:4, 50:6, 50:12,
51:19, 51:25, 52:4,
52:10, 52:17, 53:6,
53:20, 53:23, 54:2,
54:3, 54:7, 54:14,
54:17, 54:22, 55:5,
55:20, 55:25, 56:5,
56:15, 56:16, 56:19,
56:21, 57:3, 57:17,
58:3, 58:7, 58:11,
58:14, 58:22, 59:5,
59:10, 59:11, 59:13,
59:20, 59:25, 60:25,
61:12, 61:13, 62:3,
62:6, 62:15, 62:16,
62:25, 63:2, 63:9,
63:16, 63:19, 64:5,
64:13, 64:14, 64:16,
64:22, 65:4, 65:8,
65:10, 65:21, 66:2,
66:8, 66:9, 66:18,
66:23, 67:4, 67:12,
67:19, 67:23, 68:4,
68:10, 68:11, 68:14,
69:7, 69:16, 69:21,
70:4, 70:9, 70:20, 71:3,
71:6, 71:12, 71:16,
71:17, 71:21, 73:4,
73:5, 73:7, 73:8, 73:15,
74:2, 74:5, 74:6, 74:7,
74:9, 74:10, 74:11,
74:18, 75:5, 75:14,

76:9, 76:11, 76:12,
76:25, 77:8, 77:21,
77:23, 77:24, 78:3,
78:7, 78:13, 78:24,
82:5, 82:17, 82:21,
83:2, 83:8, 83:12,
83:13, 83:15, 83:18,
83:19, 84:18, 85:3,
85:4, 85:6, 85:14,
85:19, 85:23, 86:3,
86:15, 86:24, 87:4,
87:11, 87:16, 88:25,
89:9, 89:18, 90:11,
90:22, 90:23, 91:5,
91:6, 91:24, 92:3, 92:4,
92:5, 92:10, 92:14,
92:16, 92:17, 92:25,
93:4, 93:7, 93:9, 93:17,
93:25, 94:2, 94:4,
94:14, 94:15, 95:3,
95:5, 95:7, 95:10,
95:14, 95:15, 95:17,
95:21, 95:23, 95:24,
96:3, 96:4, 96:15,
96:21, 97:3, 97:8, 97:9,
97:11, 97:12, 97:13,
97:15, 97:21, 97:22,
98:2, 98:6, 98:18,
98:22, 98:24, 98:25,
99:3, 99:6, 99:8, 99:16,
99:20, 99:23, 100:2,
100:14, 101:10, 102:4,
102:6, 102:8, 105:5,
105:18, 107:15
**today** [4] - 5:20, 16:19,
76:10, 87:16
**together** [3] - 14:17,
14:20, 23:15
**told** [5] - 48:14, 50:4,
69:21, 70:20, 72:6
**too** [4] - 56:17, 58:11,
84:22, 89:16
**took** [8] - 9:11, 28:9,
32:9, 50:18, 66:9, 74:8
**tool** [1] - 54:18
**top** [6] - 43:9, 55:4, 69:8,
92:5, 93:15, 99:3
**total** [1] - 41:19
**toward** [2] - 51:10, 58:6
**towns** [2] - 18:7, 18:8
**township** [2] - 24:7,
35:10
**training** [1] - 11:14
**transcribing** [1] - 7:11
**transcript** [2] - 105:9
**transferred** [1] - 53:25
**trial** [1] - 4:22
**triggers** [1] - 31:24
**trip** [1] - 102:9
**truck** [1] - 88:18

PALACIOS

true [2] - 105:9, 107:12
truth [1] - 105:5
try [3] - 7:11, 35:18, 85:4
turn [3] - 31:5, 78:13,
  100:15
Two [2] - 2:11, 3:10
two [10] - 10:10, 13:21,
  13:24, 13:25, 33:4,
  33:14, 41:24, 42:23,
  54:2, 73:11
two-story [2] - 42:23,
  54:2
type [4] - 97:2, 98:12,
  100:18, 100:20
typically [1] - 100:24

U

U [1] - 4:2
uh [5] - 41:17, 43:4,
  57:19, 63:3, 80:9
uh-huh [5] - 41:17, 43:4,
  57:19, 63:3, 80:9
ultimately [1] - 75:9
under [3] - 72:21, 78:16,
  93:23
understand [9] - 60:3,
  60:5, 78:7, 78:24, 79:4,
  90:2, 90:5, 90:7, 98:4
understanding [20] -
  27:21, 29:12, 29:16,
  30:10, 37:12, 53:21,
  55:13, 58:13, 67:18,
  68:24, 75:14, 80:14,
  84:4, 84:16, 85:10,
  86:7, 87:21, 88:2,
  102:8, 103:15
understood [2] - 7:24,
  99:11
underway [1] - 48:12
unforeseen [5] - 48:17,
  56:2, 56:7, 56:25, 58:24
uniform [1] - 47:12
UNITED [1] - 1:2
unlikely [2] - 101:11,
  101:15
unsafe [2] - 53:2, 53:6
unsafely [1] - 86:17
unsigned [1] - 4:14
until [1] - 72:22
up [38] - 11:7, 11:14,
  21:23, 23:22, 30:3,
  44:24, 45:5, 45:21,
  59:20, 66:20, 66:22,
  69:6, 72:20, 74:18,
  74:21, 76:21, 87:6,
  87:18, 91:13, 92:4,
  92:16, 92:17, 94:2,
  94:4, 94:10, 94:12,
  94:16, 94:20, 94:21,

97:4, 97:16, 97:23,
  97:24, 98:17, 102:4,
  102:6, 102:9, 103:8
upon [1] - 4:17
ups [1] - 89:19
upstairs [1] - 44:24
us [5] - 8:3, 22:16, 31:10,
  85:13, 91:11
USA [4] - 1:8, 1:10, 2:6,
  3:10
use [7] - 22:11, 22:14,
  32:17, 54:3, 55:13,
  70:5, 70:9
used [9] - 4:14, 23:17,
  51:19, 55:9, 61:14,
  90:11, 91:7, 93:3, 95:4
uses [1] - 23:25
using [2] - 92:25, 97:20

V

valid [2] - 9:24, 10:3
various [1] - 20:5
vent [1] - 29:25
ventilation [4] - 30:2,
  44:7, 44:8, 59:12
ventilations [1] - 44:6
verbal [1] - 7:12
verbally [1] - 42:15
vest [5] - 47:14, 52:4,
  52:7, 52:11, 52:13
via [1] - 17:22
vicinity [1] - 72:18
view [2] - 22:19, 22:23
visit [3] - 90:25, 96:8,
  96:15
visited [1] - 88:8
visiting [1] - 39:12

W

waited [2] - 29:9, 66:8
waiting [2] - 71:15, 74:10
waived [1] - 4:9
walk [3] - 51:10, 62:12
walk-around [1] - 62:12
walked [1] - 54:11
walking [4] - 93:15,
  94:10, 94:12, 94:16
walls [2] - 44:19
want [4] - 7:14, 18:22,
  64:12, 77:24
wanted [1] - 73:14
warranty [1] - 12:22
was [151] - 5:4, 5:18,
  9:13, 9:15, 10:10, 11:9,
  11:10, 12:14, 13:4,
  13:9, 13:24, 14:9, 15:7,
  26:2, 26:18, 27:7, 28:2,
  28:10, 28:17, 29:6,

29:12, 29:17, 29:22,
  30:8, 30:11, 30:23,
  30:25, 31:5, 32:21,
  32:23, 35:13, 36:24,
  37:12, 37:18, 37:24,
  39:2, 39:25, 40:18,
  41:5, 43:5, 43:6, 43:8,
  43:16, 47:25, 48:6,
  48:12, 48:13, 48:15,
  48:17, 49:5, 49:13,
  49:15, 49:21, 50:6,
  50:12, 50:17, 51:7,
  51:8, 51:9, 51:18,
  52:20, 53:19, 53:22,
  54:7, 55:18, 56:17,
  56:24, 57:21, 57:25,
  59:18, 60:8, 63:5, 63:7,
  63:10, 63:14, 63:18,
  63:25, 64:3, 64:11,
  64:18, 64:20, 64:24,
  65:11, 65:23, 66:5,
  66:7, 66:19, 66:21,
  67:5, 67:14, 67:17,
  67:19, 67:20, 67:25,
  68:12, 68:25, 69:4,
  69:6, 70:6, 70:16, 71:8,
  71:10, 71:22, 71:24,
  71:25, 72:4, 72:6, 72:9,
  72:21, 73:10, 74:10,
  74:12, 74:15, 74:22,
  74:25, 75:5, 75:15,
  77:16, 77:21, 79:4,
  82:21, 83:6, 83:16,
  83:17, 84:5, 84:22,
  87:22, 87:24, 88:3,
  89:7, 90:15, 92:3, 92:5,
  92:11, 92:25, 93:9,
  93:21, 95:3, 95:10,
  95:13, 95:17, 95:21,
  101:24, 102:3, 103:16,
  104:5, 107:11
was it [11] - 34:25, 35:6,
  35:13, 46:14, 49:7,
  51:6, 68:11, 75:8, 81:9,
  88:2, 97:2
was that [9] - 6:19, 6:24,
  6:25, 13:3, 32:25,
  43:13, 46:5, 87:9, 94:14
was there [4] - 57:11,
  76:14, 95:2, 95:9
waste [3] - 22:13, 22:15,
  32:18
water [3] - 29:24, 44:11,
  44:21
way [8] - 25:9, 42:10,
  42:16, 42:24, 45:5,
  57:5, 91:5, 107:17
WCI [1] - 12:19
we [31] - 7:10, 8:4, 18:6,
  20:24, 21:7, 22:6, 22:7,

22:13, 25:18, 25:21,
  31:9, 32:17, 34:4,
  35:20, 47:20, 48:16,
  57:24, 58:2, 58:7,
  59:13, 59:16, 62:17,
  71:15, 74:20, 74:22,
  86:25, 89:24, 100:13,
  100:14
we'll [10] - 14:18, 18:20,
  21:4, 21:5, 22:10,
  22:11, 58:2, 58:3, 59:7,
  91:24
we're [5] - 11:22, 11:25,
  18:22, 79:19, 98:21
wear [3] - 52:10, 55:6,
  97:3
wearing [1] - 52:7
weather [1] - 48:15
week [2] - 37:19, 37:22
weekly [1] - 15:7
weeks [2] - 33:14, 73:11
well [9] - 34:11, 45:20,
  49:18, 56:20, 71:17,
  79:8, 83:14, 87:19,
  91:11
went [3] - 29:7, 32:9,
  90:22
were [64] - 14:12, 15:5,
  15:13, 30:10, 30:24,
  33:4, 36:20, 37:15,
  38:5, 38:8, 38:11,
  38:12, 38:14, 40:13,
  42:2, 44:25, 45:4, 45:9,
  45:23, 47:2, 47:18,
  48:4, 50:21, 50:25,
  51:22, 52:7, 52:14,
  52:25, 53:17, 53:19,
  53:20, 54:2, 54:9,
  58:17, 58:23, 59:22,
  66:20, 70:12, 70:19,
  71:15, 71:16, 73:17,
  73:19, 73:22, 74:10,
  75:15, 77:4, 79:12,
  81:6, 88:22, 88:24,
  89:8, 92:2, 93:2, 94:11,
  94:15, 96:21, 97:3,
  97:7, 99:5, 99:9, 99:14,
  102:6
were you [10] - 12:12,
  13:20, 22:17, 28:14,
  38:4, 42:9, 75:11,
  76:11, 88:11, 96:9
Westchester [5] - 11:24,
  24:20, 39:3, 39:4, 64:2
what [61] - 8:15, 9:4,
  10:12, 11:10, 14:7,
  17:3, 17:23, 18:4,
  18:19, 22:16, 23:13,
  37:2, 39:23, 43:5,
  43:23, 44:3, 47:21,

PALACIOS

48:5, 48:24, 53:19, 54:16, 56:6, 56:14, 57:3, 57:6, 58:16, 59:9, 60:5, 60:15, 61:4, 61:10, 62:8, 62:17, 64:11, 66:15, 67:25, 69:20, 70:2, 70:25, 71:12, 73:6, 74:14, 78:7, 79:19, 80:15, 80:19, 82:20, 82:23, 83:11, 90:24, 91:23, 91:24, 93:11, 97:19, 97:21, 98:5, 100:12, 100:18
**what are** [1] - 15:18
**what did** [4] - 12:24, 48:22, 66:17, 74:6
**What is** [14] - 5:11, 6:2, 8:10, 13:11, 18:14, 22:9, 36:8, 44:9, 59:7, 80:14, 85:10, 90:14, 98:6, 100:17
**what was** [13] - 13:17, 29:2, 29:4, 29:20, 34:25, 35:17, 39:16, 64:14, 65:18, 73:4, 75:25, 76:2, 92:8
**what were** [4] - 12:20, 14:2, 14:25, 50:24
**whatever** [2] - 14:9, 15:4
**when** [24] - 6:19, 17:16, 22:3, 22:6, 23:11, 26:25, 28:9, 30:24, 33:13, 38:5, 39:25, 45:8, 51:18, 54:11, 56:12, 56:21, 58:14, 59:3, 71:24, 73:5, 75:11, 99:13, 99:14
**when did** [6] - 9:16, 10:8, 11:7, 47:5, 51:15, 63:4
**when you** [37] - 10:19, 12:9, 16:12, 16:14, 19:3, 19:20, 24:6, 33:12, 33:16, 33:20, 39:10, 47:12, 47:17, 48:19, 49:7, 50:4, 50:21, 52:25, 53:19, 54:10, 55:24, 58:17, 58:20, 65:10, 67:16, 68:6, 71:25, 74:6, 75:19, 88:8, 88:11, 88:21, 90:11, 90:22, 93:15, 96:3, 96:21
**where** [25] - 25:10, 27:7, 27:11, 36:23, 37:15, 38:7, 40:2, 40:3, 42:4, 44:19, 45:16, 45:24, 58:4, 67:23, 72:18, 75:2, 79:7, 80:11, 83:5, 92:5, 92:13, 95:23,

95:24, 98:23, 101:4
**where are** [2] - 16:9, 16:11
**where is** [1] - 36:5
**where was** [2] - 12:16, 71:10
**where were** [1] - 63:24
**WHEREOF** [1] - 107:19
**Whereupon** [9] - 30:7, 49:12, 55:17, 67:4, 71:21, 77:15, 92:10, 101:23, 104:4
**wherever** [1] - 95:6
**whether** [1] - 9:13
**which** [17] - 7:4, 12:18, 27:5, 44:12, 58:15, 62:18, 72:17, 76:5, 79:18, 79:19, 80:4, 81:6, 81:16, 82:12, 86:23, 93:18, 95:21
**while** [7] - 21:11, 69:2, 69:17, 70:16, 76:21, 94:11, 97:3
**who** [21] - 17:13, 18:6, 19:16, 20:2, 22:20, 31:15, 34:2, 34:5, 34:14, 35:25, 40:9, 45:21, 50:18, 63:21, 71:11, 71:14, 71:18, 79:25, 87:22, 101:7
**who is** [2] - 15:25, 78:22
**who was** [6] - 28:24, 33:22, 34:18, 63:20, 67:8, 67:11
**who were** [1] - 99:23
**whoever** [1] - 97:15
**whose** [1] - 107:10
**why** [9] - 27:22, 51:3, 51:6, 63:15, 68:25, 69:23, 72:9, 84:25, 85:3
**width** [2] - 22:11, 32:17
**will** [33] - 7:8, 7:9, 14:19, 22:3, 22:15, 23:17, 27:3, 39:16, 56:23, 62:10, 62:11, 72:22, 73:5, 73:6, 74:12, 78:11, 80:20, 82:23, 83:20, 85:13, 87:6, 87:17, 87:18, 90:3, 91:11, 94:17, 95:24, 97:16, 97:20, 98:14, 99:3, 101:6, 103:8
**willing** [1] - 21:8
**window** [2] - 43:8, 43:11
**windows** [3] - 14:10, 17:6, 26:10
**WINOGRAD** [1] - 3:4
**wire** [4] - 66:23, 66:25, 67:18, 67:19
**wires** [4] - 68:3, 68:12,

68:17, 68:20
**with** [103] - 4:12, 4:15, 5:18, 6:11, 7:4, 10:15, 10:18, 10:22, 10:23, 10:24, 11:2, 11:3, 11:7, 11:14, 16:24, 18:7, 19:2, 19:4, 19:6, 19:17, 20:3, 20:8, 20:18, 21:9, 23:18, 23:20, 24:14, 24:16, 28:2, 28:4, 29:5, 29:14, 30:19, 34:14, 35:25, 36:14, 38:15, 38:21, 42:7, 43:20, 44:11, 47:22, 48:9, 48:20, 48:21, 49:4, 49:7, 53:15, 53:18, 54:19, 55:23, 57:10, 57:12, 57:21, 62:10, 63:12, 63:23, 64:4, 64:8, 64:12, 64:19, 65:7, 65:11, 65:13, 65:19, 65:25, 66:22, 67:17, 68:7, 69:10, 71:5, 71:13, 72:14, 72:25, 73:2, 73:22, 74:18, 76:10, 76:15, 78:17, 79:12, 80:2, 81:23, 83:7, 83:8, 83:12, 86:8, 86:12, 87:6, 88:8, 88:11, 89:7, 89:23, 91:14, 95:25, 97:2, 100:8, 100:17, 100:21, 102:18, 103:9, 103:20
**within** [5] - 4:8, 24:13, 84:7, 85:24, 107:8
**WITNESS** [2] - 41:20, 107:19
**witness** [8] - 2:7, 4:10, 4:16, 4:18, 5:3, 104:5, 107:10, 107:13
**witnesses** [1] - 101:5
**wood** [3] - 43:21, 44:2, 56:8
**work** [95] - 10:16, 11:6, 12:13, 12:24, 19:2, 19:6, 20:4, 21:2, 23:6, 23:16, 25:4, 25:15, 25:22, 26:4, 26:22, 27:13, 27:18, 29:20, 29:22, 30:11, 32:4, 33:13, 35:4, 35:14, 35:16, 35:19, 36:2, 36:11, 37:6, 42:11, 42:17, 46:3, 46:10, 46:16, 46:19, 46:23, 49:16, 49:24, 52:20, 52:23, 53:17, 54:5, 54:8, 56:23, 57:7, 57:18, 57:22, 58:3,

58:8, 58:11, 58:24, 59:4, 59:18, 59:20, 61:13, 67:20, 72:7, 75:6, 75:15, 77:8, 80:12, 80:15, 80:16, 80:18, 81:5, 81:11, 81:17, 81:18, 81:21, 81:25, 82:10, 82:13, 82:16, 83:7, 83:12, 83:14, 84:18, 84:22, 85:24, 86:20, 86:25, 87:3, 87:10, 87:23, 88:4, 88:21, 88:24, 89:7, 91:3, 91:19, 92:5, 97:2, 99:10, 103:17
**Work** [1] - 106:18
**worked** [11] - 10:22, 11:2, 12:9, 25:20, 42:2, 57:9, 59:3, 64:17, 69:10, 73:21, 76:19
**worker** [4] - 55:3, 69:15, 99:19, 102:3
**workers** [7] - 51:25, 52:9, 94:10, 95:4, 99:13, 99:14, 99:23
**working** [15] - 8:24, 10:15, 10:21, 22:17, 27:10, 31:7, 37:9, 49:21, 50:21, 51:22, 53:10, 54:21, 55:4, 82:18, 94:18
**World** [2] - 2:11, 3:10
**would** [79] - 22:19, 24:8, 27:25, 29:11, 29:13, 30:19, 42:22, 42:25, 45:25, 46:15, 46:18, 46:22, 48:24, 52:4, 54:14, 55:3, 55:5, 56:6, 56:16, 57:2, 57:6, 57:7, 57:20, 57:23, 59:4, 59:19, 63:19, 65:21, 65:24, 68:2, 69:17, 69:20, 70:20, 76:5, 81:5, 81:10, 81:17, 82:13, 82:15, 82:17, 82:20, 82:25, 83:10, 84:17, 84:22, 84:25, 86:23, 89:8, 90:24, 90:25, 91:18, 92:15, 92:20, 93:5, 93:6, 93:8, 93:24, 94:6, 94:7, 96:5, 97:6, 97:10, 98:5, 98:7, 98:20, 98:22, 99:8, 99:9, 99:14, 99:16, 99:19, 99:22, 99:25, 101:9, 101:11, 101:14, 101:15, 102:8
**wouldn't** [4] - 58:4, 92:22, 101:18, 102:10
**wrapped** [1] - 38:14

PALACIOS

| | | |
|---|---|---|
| **writing** [3] - 42:15, 87:14, 87:18<br>**written** [2] - 46:5, 78:20 | 91:8, 96:7, 96:11, 96:19, 97:5, 100:4, 100:9, 101:7, 102:23, 103:4, 103:7, 103:14, 103:18 | 70:14, 70:15, 70:19, 70:20, 70:25, 71:20, 72:4, 73:12, 73:25, 74:6, 77:24, 77:25, 78:13, 81:23, 83:7, 84:23, 86:16, 86:20, 87:2, 87:3, 88:20, 89:6, 89:8, 90:2, 90:4, 90:11, 90:24, 90:25, 91:6, 92:13, 93:14, 93:16, 93:17, 93:20, 94:15, 96:4, 96:5, 97:3, 97:6, 97:7, 97:10, 98:5, 98:23, 99:5, 99:9, 99:12, 101:3, 101:6, 101:10, 101:11, 101:21, 103:24 |
| **X** | **Yes** [10] - 6:13, 25:6, 28:13, 31:20, 57:5, 63:3, 68:16, 69:4, 72:16, 78:6 | |
| **X** [5] - 1:3, 1:9, 1:15, 106:2, 106:10 | **yet** [1] - 10:7 | |
| **Y** | **Yonkers** [10] - 28:6, 28:17, 29:18, 36:20, 37:3, 39:3, 42:4, 72:19, 77:8, 81:7 | |
| **yeah** [2] - 24:8, 57:15<br>**year** [6] - 9:4, 11:10, 41:10, 41:16, 41:18, 41:21 | **York** [16] - 2:12, 2:13, 2:14, 3:6, 3:11, 3:16, 5:4, 5:13, 8:8, 13:7, 24:13, 24:17, 28:6, 107:9 | **you'd** [1] - 42:24<br>**you'll** [1] - 23:14<br>**you're** [1] - 6:11<br>**you've** [2] - 21:11, 100:19<br>**young** [1] - 48:6 |
| **years** [14] - 6:22, 7:7, 9:19, 10:6, 10:11, 10:25, 11:3, 11:9, 13:15, 13:21, 13:24, 13:25, 41:4, 41:7 | **YORK** [2] - 1:2, 107:4<br>**you** [185] - 6:17, 6:21, 7:6, 7:8, 7:14, 7:16, 7:19, 7:23, 7:24, 8:6, 8:14, 8:15, 8:17, 8:21, 9:11, 9:16, 10:8, 10:20, 11:7, 11:17, 12:5, 12:10, 15:9, 15:13, 15:15, 16:6, 16:9, 16:11, 17:14, 17:21, 17:24, 18:16, 19:11, 20:14, 21:10, 21:16, 21:24, 22:4, 22:5, 22:19, 23:5, 23:9, 23:21, 25:15, 26:4, 26:6, 26:16, 27:24, 28:4, 28:21, 30:22, 31:4, 31:7, 31:12, 31:25, 32:9, 32:12, 32:14, 32:15, 32:19, 32:25, 33:15, 33:19, 34:14, 34:23, 35:2, 39:10, 39:12, 39:16, 42:14, 42:20, 42:21, 42:22, 43:10, 46:4, 46:16, 46:20, 46:24, 47:5, 48:4, 48:10, 49:20, 50:16, 51:10, 51:15, 52:14, 52:22, 52:23, 53:5, 54:9, 55:3, 55:5, 55:20, 55:23, 56:8, 56:12, 56:22, 57:2, 57:12, 57:20, 58:21, 59:4, 59:17, 59:19, 60:2, 60:3, 63:4, 63:15, 63:24, 64:14, 64:15, 65:4, 65:7, 65:11, 65:19, 66:18, 67:7, 67:24, 68:3, 68:7, 69:11, 69:15, 69:16, 69:18, 69:20, 70:12, | **your** [49] - 5:8, 5:11, 5:21, 6:2, 6:24, 7:12, 8:17, 10:16, 12:20, 13:11, 13:13, 13:17, 14:2, 14:21, 14:25, 15:18, 16:22, 19:8, 21:17, 25:7, 28:17, 29:4, 29:11, 29:16, 30:10, 31:5, 33:16, 33:20, 37:12, 46:14, 50:12, 53:20, 55:13, 62:4, 75:14, 76:11, 77:22, 80:14, 85:10, 86:7, 87:13, 88:2, 88:25, 90:23, 96:8, 96:15, 96:25, 98:9, 103:9<br>**yourself** [2] - 42:14, 57:2 |
| **yes** [142] - 5:22, 6:10, 8:2, 8:9, 9:12, 11:16, 11:18, 12:6, 12:11, 13:4, 13:7, 13:10, 14:24, 16:5, 16:16, 17:15, 19:10, 21:12, 23:2, 24:3, 24:12, 24:14, 24:18, 26:5, 26:9, 26:12, 27:9, 27:20, 28:7, 28:16, 28:19, 28:23, 29:15, 29:19, 30:13, 30:21, 31:14, 32:11, 32:24, 33:6, 33:21, 34:15, 34:17, 34:24, 35:8, 35:12, 36:22, 37:17, 38:3, 39:9, 39:15, 39:19, 39:22, 40:4, 40:8, 40:18, 41:2, 42:5, 42:8, 43:15, 45:3, 46:17, 47:4, 47:9, 47:16, 47:20, 48:3, 50:3, 50:8, 50:15, 50:23, 51:14, 52:8, 52:12, 52:24, 53:8, 53:22, 55:7, 55:11, 55:15, 56:13, 57:24, 59:8, 59:21, 60:7, 60:14, 61:3, 61:15, 61:20, 62:22, 65:9, 66:5, 67:22, 68:5, 69:19, 70:24, 74:20, 75:10, 75:17, 76:8, 78:4, 78:18, 78:21, 79:2, 79:6, 80:13, 80:25, 81:8, 82:19, 83:4, 83:9, 84:3, 84:14, 84:20, 85:6, 85:9, 85:20, 86:6, 86:10, 88:6, 88:23, 89:2, 89:12, 89:15, 90:8, 90:13, 90:21, 91:4, | | **°**<br>**°** [4] - 104:8 |

**Diamond Errata Sheet**

**Plaintiff(s):** _____

_____

_____

**Defendant(s):** _____

_____

_____

| Page | Line | Correction | Reason for Correction |
|------|------|------------|-----------------------|
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |

| | |
|---|---|
| **Date:** _____ | Subscribed and sworn to before me |
| **Name of Witness:** | This _____ of _____ 20____. |
| **Signature:** | |
| _____ | Notary Public |