# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK OF
------------------------------------x
DANIEL RIVERA,

                    Plaintiff,

          -against-                    Civil No.
                                       16cv7552
HOME DEPOT U.S.A., INC.,

                    Defendant.
------------------------------------x
HOME DEPOT U.S.A., INC.,

          Third-Party Plaintiff,

          -against-

BRYAN'S HOME IMPROVEMENT CORP.,

          Third-Party Defendant.
------------------------------------x
                    DATE: September 28, 2017
                    TIME: 10:58 a.m.

          CONTINUATION OF THE EXAMINATION
     BEFORE TRIAL of DANIEL RIVERA, the Plaintiff
     herein, taken by the Defendants, pursuant to
     Order, held at the offices of Ginarte, O'Dwyer,
     Gonzalez, Gallardo, & Winograd, LLP, New York
     before Marissa Eugenio, a Notary Public of the
     State of New York.

```
 1
 2       A P P E A R A N C E S:
 3
 4          GINARTE, O'DWYER, GONZALEZ, GALLARDO, &
         WINOGRAD, LLP
 5               Attorneys for Plaintiff
                 225 Broadway, 13th Floor
 6               New York, New York  10007
                 BY: MICHAEL EDELMAN, ESQ.
 7
 8
            D'AMATO & LYNCH, LLP
 9               Attorneys for Defendant: Home Depot
                 225 Liberty Street
10               New York, New York  10281
                 BY: HENRY C. DIEUDONNE, JR., ESQ.
11
12
            CONNORS & CONNORS, P.C.
13               Attorneys for Defendant: Bryan's Home
                 Improvement Corp.
14               766 Castleton Avenue
                 Staten Island, New York  10310
15               BY: MICHAEL P. DECARLO, ESQ.
16
         ALSO PRESENT:
17
18       MARCIAL ARAUJO/EIBER/SPANISH INTERPRETER
19
20
21
22
23
24
25
```



1

2                   S T I P U L A T I O N S

3      IT   IS   HEREBY   STIPULATED   AND AGREED by and

4      between(among) counsel for the respective

5      parties hereto, that: All rights provided by

6      the C.P.L.R., including the right to object to

7      any question, except as to form, or to move

8      To strike any testimony at this(these)

9      examination(s), are reserved, and, in addition,

10     the failure to object to any question or to

11     move to strike any testimony at this(these)

12     examination(s) shall not be a bar or waiver to

13     make such motion at, and is reserved for the

14     trial of this action;

15         IT   IS   FURTHER   STIPULATED   AND AGREED by

16     and between(among) counsel for the respective

17     parties hereto, that this(these) examination(s)

18     may be sworn to by the witness(es) being

19     examined, before a Notary Public other than the

20

21

22

23

24

25

1

2                      S T I P U L A T I O N S  (Cont'd)

3

4        Notary Public before whom this(these)

5        examination(s) was (were) begun; but the

6        Failure to do so, or to return the original

7        Of this (these) examination(s) to counsel,

8        Shall not be deemed a waiver of the rights

9        Provided by Rules 3116 and 3117 of the

10       C.P.L.R., and shall be controlled thereby;

11

12       IT   IS   FURTHER  STIPULATED  AND

13       AGREED by and between(among) counsel for the

14       Respective parties hereto, that this(these)

15       examination(s) may be utilized for all

16       Purposes as provided by the C.P.L.R.;

17

18       IT   IS   FURTHER  STIPULATED  AND

19       AGREED by and between(among) counsel for the

20       Respective parties hereto, that the filing and

21       certification of the original of this(these)

22       examination(s) shall be and the same hereby are

23       waived;

24

25



1

2                S T I P U L A T I O N S  (Cont'd)

3

4        IT IS   FURTHER   STIPULATED   AND

5    AGREED by and between(among) counsel for the

6    Respective parties hereto, that a copy of the

7    Within examination(s) shall be furnished to

8    Counsel representing the witness(es)

9    Testifying, without charge.

10

11        IT   IS   FURTHER   STIPULATED   AND

12    AGREED by and between(among) counsel for the

13    respective parties hereto, that all rights

14    provided by the C.P.L.R., and Part 221 of the

15

16    Uniform Rules for the Conduct of Depositions,

17    including the right to object to any question,

18    except as to form, or to move to strike any

19    testimony at this examination is reserved; and

20    in addition, the failure to object to any

21    question or to move to strike any testimony at

22    this examination shall not be a bar or waiver

23    to make such motion at, and is reserved to, the

24    trial of this action.

25



1                    Daniel Rivera

2     M A R C I A L   A R A E U J O, called as the

3          interpreter in this matter, was duly sworn

4          by a Notary Public of the State of New

5          York to accurately and faithfully

6          translate the questions propounded to the

7          witness from English into Spanish and the

8          answers given by the witness from Spanish

9          into English.

10    DANIEL RIVERA, called as a witness, having been

11         first duly sworn by a Notary Public in and

12         of the State of New York, was examined and

13         testified as follows:

14    EXAMINATION BY

15    MR. DIEUDONNE:

16         Q.      Good morning, Mr. Rivera.

17         A.      Good morning.

18         Q.      We are continuing your deposition

19    today again. My name is Henry Dieudonne. I'm

20    from the firm of D'Amato & Lynch. We represent

21    Home Depot against which you've brought a

22    lawsuit and the same instructions I gave you

23    yesterday apply that is let the interpreter

24    finish his interpretation before answering so

25    as not to confuse him and in turn confuse me.

```
 1                    Daniel Rivera
 2      Even though you may speak and understand some
 3      English please keep your answers in Spanish
 4      only through the interpreter.
 5           A.      Okay.
 6           Q.      If you have a question, if you
 7      need a break let me know.
 8           A.      Okay.
 9           Q.      Do you have a pending appointment
10      with Dr. Ratzker that is the doctor who
11      performed your neck surgery?
12           A.      Yes.
13           Q.      When is your next appointment with
14      Dr. Ratzker?
15           A.      I don't remember. I changed
16      because I had an appointment with Dr. Colon. I
17      don't remember if it was the 27th, but it's
18      going to be soon already.
19           Q.      When was the last time you saw
20      Dr. Colon?
21           A.      It was around the 28th, the 27th,
22      I don't remember.
23           Q.      Of which month?
24           A.      Last month.
25           Q.      When you last saw Dr. Colon did
```

```
1                    Daniel Rivera
2    you have any complaints?
3         A.      Yes, always pain everything.
4         Q.      You complained about pain to which
5    part of your body?
6         A.      The whole body, the left side, the
7    foot, and tingling on my left foot and left
8    arm.
9         Q.      When you say that you complained
10   about your foot did you complain about your
11   left foot?
12        A.      Yes, the last time I saw
13   Dr. Colon.
14        Q.      Do you have any pending
15   appointments with the doctor who performed your
16   back surgery?
17        A.      Yes.
18        Q.      When is your next appointment with
19   the doctor who performed the back surgery?
20        A.      I haven't seen him. I see him
21   every month, but it's soon because they'll let
22   me know.
23        Q.      When did you last see the doctor
24   who performed the back surgery?
25        A.      It was the month that passed.
```



1                      Daniel Rivera

2          Q.        Did you have any complaints when

3     you last saw him?

4          A.        Yes, always pain.

5          Q.        When you say pain is it back pain

6     or something else?

7          A.        The pain in the back, the neck, my

8     arm my foot.

9          Q.        Do you have a pending appointment

10    with the doctor who performed your left knee

11    surgery?

12         A.        Yes.

13         Q.        When is that?

14         A.        This month. This same month we're

15    in.

16         Q.        When you last saw the doctor that

17    performed your left knee surgery did you have

18    any complaints?

19         A.        Always the one who has seen me has

20    been Dr. Colon the other doctors the one that

21    operated the knee the month that passed I

22    didn't see him, but I always see Dr. Colon.

23         Q.        When was the last time you saw the

24    doctor that performed your left knee surgery?

25         A.        It was like around four months. I



```
                         Daniel Rivera
 1
 2      don't remember well.
 3           Q.       Now, with respect to your left
 4      knee were you told by either the doctor who
 5      performed your left knee surgery or Dr. Colon
 6      that you would need additional surgery to your
 7      left knee?
 8           A.       They're now in the process of
 9      therapy always. They haven't told me anything
10      as of now.
11           Q.       Were you told by the doctor who
12      performed your next surgery or Dr. Colon that
13      you would need additional neck surgery?
14           A.       Now no because I have to continue
15      therapy.
16           Q.       With respect to your back have you
17      been told by the doctor who performed your back
18      surgery or Dr. Colon that you will need
19      additional surgery?
20           A.       Not now just check ups and
21      therapy.
22           Q.       How many days weekly do you have
23      therapy?
24           A.       Three days a week.
25           Q.       That is at Dr. Colon's office?
```

Daniel Rivera

1

2      A.      Yes. Some days I don't go because

3  I feel a lot of pain. I do what I can at home

4  therapy.

5      Q.      How long will your physical

6  therapy regiment last?

7      A.      One hour.

8      Q.      But overall how long will you have

9  physical therapy for?

10     A.      The moment when I'm there or when?

11     Q.      When will it stop; when will the

12  physical therapy regiment stop all together?

13  Have you been told?

14     A.      I'm in the process the whole time

15  no.

16     Q.      So you pretty much have been

17  receiving physical therapy shortly after the

18  accident of August 22, 2015, to the present?

19     A.      Yes. Could I get a moment, please?

20             (Whereupon, a break was taken.)   .

21     Q.      Now, has the physical therapy

22  regiment that you've received so far diminished

23  your overall pain?

24             MR. EDELMAN: Objection to

25      anything he answered yesterday, he can



Daniel Rivera

1

2      answer.

3      A.      The pain always continues I used

4   to not move me arm, but I move it a little.

5      Q.      Which arm?

6      A.      My left.

7      Q.      But overall has the physical

8   therapy reduced your bodily pain or is it still

9   the same?

10      A.      It's the same. The only thing it

11   helps me a little bit to move my body, but the

12   pain is always the same.

13      Q.      Will you be receiving any steroid

14   injections?

15      A.      Possibly, yes.

16      Q.      Were you told by Dr. Colon that

17   you'd be receiving any more steroid injections?

18      A.      For the moment he hasn't said

19   anything.

20      Q.      At your home do you live on the

21   ground floor or the second floor?

22      A.      First.

23      Q.      Do you have to go up a step or

24   steps to reach your apartment that is from the

25   street?

1                    Daniel Rivera
2          A.        No, its difficult that's why I
3     always look for the first floor.
4          Q.        My question was to get to your
5     apartment on the first floor from the street do
6     you have to climb up a set of steps?
7          A.        No.
8          Q.        Now, up until the time of your
9     accident in Yonkers how were you paid by your
10    employer Bryan's; was it cash, check, or
11    something else?
12         A.        Cash.
13         Q.        Were you paid weekly, biweekly, or
14    monthly?
15         A.        Every fifteen days.
16         Q.        How much were you paid every
17    15 days by your employer?
18         A.        They'll give me $180 per day,
19    15 days we would receive payment of $2,160. We
20    would do it in 12 days the 15.
21         Q.        What do you mean by that?
22         A.        The process of 15 days they'll pay
23    me for 11 days, 12 days.
24         Q.        Now, since your accident of
25    August 22, 2015, have you received Worker's



1                    Daniel Rivera

2    Compensation Benefits?

3          A.      Yes.

4          Q.      You've received those

5    compensations in terms of check?

6          A.      Yes.

7          Q.      Do you receive those checks from

8    Worker's Comp weekly, biweekly, monthly, or

9    something else?

10         A.      Weekly, but every 15 days.

11         Q.      So you actually get the check

12   every 15 days?

13         A.      Yes.

14         Q.      To date as I speak to you now are

15   you still receiving Worker's Compensation

16   checks?

17         A.      Yes.

18         Q.      How much do you get on a biweekly

19   basis from Work Comp?

20         A.      1,200.

21         Q.      When did you first start to

22   receive those checks from Work Comp?

23         A.      I think it was in December.

24         Q.      Of what year?

25         A.      2015.

1                    Daniel Rivera

2         Q.        Initially when you started

3    receiving checks from Work Comp in December of

4    2015 how much were you getting biweekly?

5         A.        They'll give me 533 per week, but

6    they will always come every 15 days.

7         Q.        Now, other than Worker's

8    Compensation are you getting financial

9    assistance from the State of New Jersey?

10        A.        No.

11        Q.        Are you getting food stamps from

12   the State of New Jersey?

13        A.        No.

14        Q.        Are you getting rental assistance

15   from the State of New Jersey?

16        A.        No.

17        Q.        Are you getting any sort of

18   assistance from Federal Government?

19        A.        No, the only thing I get is

20   compensation.

21        Q.        Have you been told by any of your

22   treating physicians that you're permanently

23   disabled?

24        A.        They told me that it's a process.

25   It's going to be very long because there hasn't



```
 1                    Daniel Rivera
 2    been a change.
 3         Q.        Who told you that?
 4         A.        Dr. Colon.
 5         Q.        Since your accident of August 22,
 6    2015, have you had to hire domestic help?
 7         A.        My family helps me when I want to
 8    go to the bathroom, whatever, things like food
 9    because I can't do anything. My family helps me
10    with everything, my wife, my children.
11         Q.        Your wife cooks for you?
12         A.        Yes.
13         Q.        Does she help you with bathing,
14    showering?
15         A.        Yes.
16         Q.        Do you also need help dressing and
17    undressing yourself?
18         A.        Yes.
19         Q.        After your accident did you return
20    to the site where it happened in Yonkers for
21    any reason?
22         A.        I went with someone, an attorney
23    to take photos.
24         Q.        After your accident at any point
25    did you fill out an accident report with the
```



```
1                    Daniel Rivera
2    police?
3         A.      No.
4         Q.      Did the police speak to you at all
5    after your accident at any point?
6         A.      I told you yesterday I woke up and
7    opened my eyes, someone spoke to me in the
8    hospital, but I didn't know if it was the
9    police or the ambulance.
10        Q.      What did that person talk to you
11   about at the hospital?
12        A.      I only remember that they asked
13   for my name. I don't remember the rest.
14        Q.      Now, are there any activities that
15   you would perform before August 22, 2015, that
16   you can no longer perform?
17        A.      Everything that I used to do has
18   been affected in my physical -- I could carry
19   my children now I can't do nothing.
20        Q.      Anything else?
21        A.      The job I used to do I had no
22   limits, now I have no capacity to do anything,
23   and before my accident my boss they would
24   prefer me because I was such a great worker,
25   they'll send me to do whatever and I would
```

1                  Daniel Rivera

2     never say no. At the moment I don't know -- I

3     can't do anything.

4          Q.      Now, before leaving your home

5     country of El Salvador what type of work did

6     you do in El Salvador?

7          A.      I used to grow corn, beans, when

8     the things would come out the plants there is

9     one that I would plant at the beginning of

10    winter of August and then there are others that

11    you could take them out every year. When the

12    winter is over I would harvest and I would

13    always keep myself busy working.

14         Q.      So back in your home country you

15    only did agricultural work?

16         A.      Yes, we would close the tree of

17    wood.

18         Q.      What do you mean by that?

19         A.      We'll call it like a room here is

20    a two by four.

21         Q.      I'm trying to understand what you

22    mean by that.

23         A.      No that I used to did all of that.

24         Q.      You used to cut trees?

25         A.      Yes.



1                    Daniel Rivera

2        Q.       For what purpose?

3        A.       We would occupy so that we could

4    build. My father left an inheritance. There was

5    a lot of wood that we would use, someone would

6    look for it, and I would make it two by four.

7        Q.       What would you use the wood for?

8        A.       In our country they use it for --

9    they call it like the beams where the wall ends

10   and that continues like this so they would put

11   the ceiling.

12       Q.       Did you have construction

13   experience back in El Salvador?

14       A.       I would help, you know, when I had

15   time as a helper.

16       Q.       Would you help as a helper on

17   construction sites?

18       A.       Yes, to do mixing.

19       Q.       What would you be mixing?

20       A.       We would mix to attach the block

21   cement and to mix it with sand that's what I

22   used to do.

23       Q.       Do you have any pending

24   appointments with the Worker's Compensation

25   Board?



                              Daniel Rivera

1
2          A.        Not for the moment. We went to one

3    I think it's a month ago. I don't remember we

4    went to one a month ago.

5                    Can I get up for a moment?

6          Q.        Sure.

7                    MR. DIEUDONNE: Off the record.

8                    (Whereupon, at this time, a

9          discussion was held off the record.)

10   EXAMINATION BY

11   MR. DECARLO:

12         Q.        Good morning, Mr. Rivera. My name

13   is Michael DeCarlo. I'm with the firm of

14   Connors and Connors. We represent Bryan's Home

15   Improvement Corp. If you don't hear a question

16   or if you don't understand a question let me

17   know and I'll repeat it or rephrase it for you

18   so you understand. Do you understand?

19         A.        Okay.

20         Q.        Is your full name Daniel Rivera

21   Martinez?

22         A.        Yes.

23         Q.        Do you ever use your full name or

24   do you just go by Daniel Rivera?

25         A.        Some places Daniel Rivera first

Daniel Rivera

1

2    name if not it's Daniel Francesco Rivera

3    Martinez.

4        Q.      Have you ever been known by any

5    other names?

6        A.      No.

7        Q.      What is your present height and

8    weight?

9        A.      Exactly I don't remember. It would

10   be 165 centimeters. I don't know exactly.

11       Q.      Could you give me an estimate of

12   your present weight?

13       A.      I haven't weighed myself.

14       Q.      Can you give me an approximation

15   of your weight at the time of the accident?

16       A.      I used to weigh 150.

17       Q.      Did you travel to the site where

18   the accident happened on the day of the

19   accident and on the day before the accident in

20   a van that was driven by Alonzo?

21       A.      Yes, first day.

22       Q.      Was all of the equipment that you

23   used on this job where the accident happened

24   was it all contained in the van?

25       A.      Yes, in the van.



Daniel Rivera

1

2    Q.      You mentioned that a harness was

3    one of the things that was used on the job.

4    Describe the harness for me.

5    A.      The harness that's always used

6    that has like a lock in the back to lock the

7    harness when you're working you tie it.

8    Q.      Was it a harness that you wore

9    around your chest?

10   A.      No everything, the harness had

11   normal harness that you use, you know.

12   Q.      What part of your body did you

13   wear the harness on?

14   A.      The harness has a pocket where you

15   put in your feet and the whole body and the

16   belt.

17   Q.      Did you use the harness on the

18   first day you were at the job at 58 Cook

19   Avenue?

20   A.      Yes.

21   Q.      Where did you attach the harness

22   when you used it?

23           MR. EDELMAN: Which day?

24           MR. DECARLO: The first day.

25   A.      Before we continued to work a



                    Daniel Rivera

1   ladder was extended to get to the roof, the one

2   that's up top, the last one, we used aluminum

3   that we used special to screw up top and it has

4   a lock so you would put it like this.

5        Q.     What was it that connected the

6   harness to the aluminum thing that you locked?

7        A.     The harness has a different lock

8   below and up.

9        Q.     Was there a rope that was used to

10  connect your harness to the top roof where the

11  aluminum lock was?

12       A.     Yes, it was special to use with

13  the harness.

14       Q.     Did you have the harness on at the

15  time of the accident?

16       A.     Yes.

17       Q.     Was it attached to the top roof

18  where the aluminum lock was?

19           MR. EDELMAN: Objection to form,

20      actually foundation.

21           MR. DECARLO: You could answer.

22  Counsel, he can answer?

23           MR. EDELMAN: Above my objection,

24      yes.



1                    Daniel Rivera

2        A.        The day of my accident?

3        Q.        Yes.

4        A.        Yes. That was a process after the

5    morning before we started to work on the left

6    side and the right side to the back part where

7    we reached from the back part to strip that's

8    what was done the rest of the morning. When

9    Alonzo was going to go he told me what ladder I

10   was going to use possibly between 12 and

11   16 feet in extension half of a 32. He left it

12   at a certain place in the middle of two houses

13   that's when I climbed up the ladder that he put

14   on and I had to go down through the ladder that

15   we used at the beginning before in the back. I

16   came out through the part on the other side so

17   that I could use the ladder in the back the one

18   he told me through the ladder that he put up.

19       Q.        Can I have my last question read

20   back please?

21                 (The record was read as

22       requested.)

23       Q.        Mr. Rivera, you indicated earlier

24   that the accident occurred some time before

25   lunch time; is that correct?

Daniel Rivera

1

2      A.      Yes.

3      Q.      Approximately what time did you

4  arrive on the job on the morning of the

5  accident?

6      A.      In the morning we started after

7  eight. We were in the back working.

8      Q.      Did you unload the equipment from

9  the van when you arrived at 58 Cook Avenue?

10     A.      No, the equipment was there.

11     Q.      What equipment was there when you

12  arrived at the site on the day of the accident?

13     A.      The ladder was there the one that

14  we used in the back that was already extended

15  all the way up in the ceiling that's why we

16  just had to wear the harness only in the

17  morning.

18     Q.      I want you to tell me all of the

19  equipment that you had on the job site on the

20  morning of the accident, you said there was a

21  ladder; what else was there?

22     A.      What I used to use?

23     Q.      I want you to tell me what it was

24  that you used. Hold on a second, let me

25  interrupt you. I don't want to know just what

1                        Daniel Rivera

2       you used I want to know all of the equipment

3       that was at the site?

4            A.        What was there was all the

5       materials that Home Depot had taken that's the

6       area all the paper that's used a worker that

7       was around. I had to remove the part for

8       because they'll leave it like this in the area

9       where people walk. He went to the back part and

10      the whole equipment the ladders that were used

11      that's what was there.

12           Q.        Were you using any equipment on

13      the day of the accident that was supplied by

14      Home Depot?

15           A.        A vest.

16           Q.        What type of a vest?

17           A.        Vest that represented Home Depot.

18           Q.        Did the vest have anything to do

19      with the harness?

20           A.        No, it was a vest only.

21           Q.        Just to identify that Home Depot

22      was on the job?

23           A.        Yes.

24           Q.        You indicated yesterday the

25      equipment that you were using on the site you

1                    Daniel Rivera

2    mentioned ladders, you mentioned the shovel, I

3    don't recall what else you mentioned, did you

4    mention anything other than the ladders and the

5    shovel?

6            MR. EDELMAN: Objection to the

7    form.

8        A.      The shovel that was used up top in

9    the morning. We would use it up top in the

10   ceiling.

11       Q.      Did you also have rope that you

12   used on the job?

13       A.      Yes before my accident. I would

14   always work tied with the rope from the harness

15   so we could protect ourselves from, you know, a

16   fall or something else so that we would work

17   taking out the old roof.

18       Q.      On the day of the accident before

19   the accident happened were you wearing a

20   harness?

21           MR. EDELMAN: Objection to form.

22   What time?

23       A.      Before yes we would always use it

24   in the mornings.

25       Q.      While you had the harness on on



```
 1                      Daniel Rivera
 2     the morning of the accident before the accident
 3     happened was the harness tied, was there a rope
 4     tied to the harness?
 5                MR. EDELMAN: Objection to the
 6          form.
 7          A.      Yes -- but well, in the moment up
 8     top where I was we were tied then Alonzo told
 9     me to come down to do the job in the area where
10     the accident happened. He showed me the ladder
11     because he was not there. The moment he left
12     and I had to let go so that I could go down and
13     go to the area where he told me to go and then
14     when I took the ladder that he told me to take
15     and I went up and used the one that he put up
16     grabbing the ladder with my left hand I went up
17     up the ladder that he put up with the second
18     one grabbing it with my hand, with the right
19     hand, I was holding on to the one Alonzo put
20     up.  Everything happened at the moment I used
21     to trust it, you know, I trusted it because he
22     put it up. The bottom of the ladder was not
23     tied with anything. When I was in the process
24     of I put the ladder in the fence, the second
25     one, that's when the ladder that Alonzo put up
```

Daniel Rivera

1
2   moved towards my right side and I fell on my
3   left side and I grabbed the ladder with the
4   left hand approximately like the fence has
5   between four and five feet. I fell from the
6   height of seven feet. When I was down there
7   like everything happened that's when I felt the
8   shock, the electric shock, in my whole left
9   side of my body from there. I don't remember
10  anything.
11      Q.      When Alonzo spoke to you and told
12  you that he wanted you to use the ladder that
13  he set up were you on one of the roofs of the
14  building?
15      A.      I was up there.
16      Q.      Was he on the ground when he was
17  speaking to you?
18      A.      Yes. He was putting up the ladder
19  the one that he put up first it extended over
20  the fence.
21      Q.      When he spoke to you were you
22  wearing a harness that was attached to the
23  building?
24      A.      The harness -- like I told you I
25  let go because I couldn't use it because I came



```
 1                   Daniel Rivera
 2    down.
 3        Q.        I understand that, but what I want
 4    to know is when Alonzo was speaking to you and
 5    explaining to you what he wanted you to do with
 6    the ladder that you were setting up, were you
 7    wearing a harness that was attached to the
 8    ceiling that would've prevented you from
 9    falling?
10              MR. EDELMAN: Objection.
11        A.        It was a harness, you know, normal
12    one wears it where there is a rope secured up
13    there where you lock the rope -- what a
14    co-worker did I'm going to throw you the rope
15    because I was going to go up that was the
16    process I was doing.
17        Q.        So when Alonzo explained to you
18    what he wanted you to do one of your co-workers
19    removed the rope that was locked to the top of
20    the building so that you could go down to the
21    ground?
22              MR. EDELMAN: Objection to the
23        form.
24        A.        No because we put the rope for
25    each worker that would always be locked hanging
```

```
 1                    Daniel Rivera
 2      and then I would remove it from the harness so
 3      that I could go down.
 4           Q.      So when Alonzo explained to you
 5      what he wanted you to do did you remove the
 6      rope from your harness and then go down to the
 7      ground?
 8           A.      The rope remained in the same
 9      place. What I did was take it off from the
10      harness and go down to the floor through the
11      back so that I could get to the area where he
12      told me to work to take the ladder he told me
13      to take.
14           Q.      At the time that you began to
15      climb the ladder that Alonzo had set up were
16      you wearing a harness that did not have a rope
17      attached to it?
18           A.      No because I was using the ladder
19      I didn't use it.
20           Q.      I'm not sure that you answered the
21      question. The question is when you were
22      climbing the ladder that Alonzo told you he
23      wanted you to use were you wearing a harness
24      that did not have a rope attached to it; yes or
25      no?
```

Daniel Rivera

1

2      A.      No because the process of going up

3   you cannot use it. The rope, the harness, I was

4   going to use it when I was going to go to the

5   process, that's when he put the pillow up top

6   the cushion and the flat surface that's was my

7   thing that I explained yesterday to put the

8   ladder against the fence -- excuse me, the

9   cushion to puts it up so I could work in front

10  of the doorman.

11     Q.      So I just want to make sure I

12  understand what you're saying. Are you saying

13  that at the time that you began to climb the

14  ladder that Alonzo had placed you were wearing

15  a harness that did not have a rope attached to

16  it; is that true?

17          MR. EDELMAN: Objection to form.

18     A.      A harness because I used it in the

19  morning when we got there before we would put

20  the harness on the rope the harness we use it

21  when were we in the process when we were

22  working already.

23     Q.      Would it be correct to say that

24  while you were working at 58 Cook Avenue that

25  you would wear the harness with the rope



1                    Daniel Rivera

2     attached to it and with the other end of the

3     rope locked on top of the building while you

4     were working, but not while you were going up

5     and down ladders; is that correct?

6                    MR. EDELMAN: Objection to the

7          form.

8          A.        No because the ladder that Alonzo

9     put up is the first time of me going up there

10    before I haven't gone up there.

11         Q.        Before the accident happened did

12    you wear a harness with a rope attached to it

13    and the rope attached it to the top of the

14    building when you would go up and down ladders

15    or was it just for while you were working on

16    the roof that you wore the harness?

17                   MR. EDELMAN: Objection to form.

18         A.        When I would work on the roof.

19         Q.        At the time that you fell from the

20    ladder were you closer to the bottom of the

21    ladder or closer to the top of the ladder?

22         A.        Excuse me, the ladder I put up?

23         Q.        The ladder that Alonzo put up.

24         A.        It was in the process of putting

25    the second ladder in the fence and because

Daniel Rivera

1

2      Alonzo put a rope and tied on the roof it was

3      in the fence, but he didn't secure it well so

4      the ladder moved. Everything happened in the

5      moment and the process where he put the ladder

6      it moved from where I was standing almost at a

7      level from the fence at the end of the fence

8      when I fell and took the ladder with my left

9      hand and I fell on my left hand side and that's

10     when everything happen in the moment I fell.

11     When I fell I felt the electric shock, my whole

12     left side of the body. Then I was left in the

13     dark I didn't see from then.

14         Q.      Did the accident involve you

15     falling off the ladder that Alonzo had set up?

16             MR. EDELMAN: Objection to the

17         form.

18         A.      Yes, that's the one that moved.

19         Q.      When you fell from the ladder were

20     you closer to the bottom of the ladder or

21     closer to the top of the ladder?

22         A.      In the process at the end of the

23     fence.

24         Q.      Were you closer to the top or

25     closer to the bottom of the ladder?



1                      Daniel Rivera

2             MR. EDELMAN: Alonzo's ladder?

3       A.        The ladder that Alonzo put up. It

4    was in the process up there in the fence in the

5    same level as the fence and because the ladder

6    that Alonzo put up up there in the fence was

7    between four, five feet.

8                 INTERPRETER: Let me get some

9    water.

10                MR. DIEUDONNE: Sure.

11      A.        Something of me that hasn't been

12   asked I always drag my feet. I don't have

13   strength in my foot that's very difficult to

14   walk. I mess up my shoes because I drag my

15   feet.

16                MR. EDELMAN: All indicating left

17      foot.

18      Q.        Mr. Rivera, the problem with your

19   left foot did that result from the accident?

20      A.        Yes.

21      Q.        Are you ready to resume? If you

22   want to stand that's fine.

23                Sir, at the time that the ladder

24   that Alonzo had set up began to move to your

25   right did have you two feet on one of the

                    Daniel Rivera

1
2    results of the ladder?

3        A.        It was on top of the ladder at the

4    moment when I was passing the fence. When

5    Alonzo's ladder moved and how it happened at

6    the same time when the second ladder I took it

7    that it was falling on my left side everything

8    was when it fell. It was on the roof, the flat

9    roof, that I felted the electric shock my whole

10   left side.

11       Q.        When the ladder that Alonzo had

12   set up began to move were you already in the

13   process of getting off that ladder?

14                 MR. EDELMAN: Or something else?

15       Objection to form.

16       A.        I was in the process always of I

17   put the second ladder in the fence like

18   everything happened in the moment that's when

19   the ladder moved I was at the end of the fence.

20       Q.        I didn't get what he just said? I

21   was what?

22                 THE INTERPRETER: I was stopped at

23   the end of the fence.

24       A.        The ladder that was against the

25   fence of Alonzo I was in the ladder I had my



```
1                        Daniel Rivera
2     feet on the ladder, but I was at the end of the
3     fence that was the whole process everything
4     happened in the moment. When I fell that ladder
5     moved and I fell on my left hand side I was on
6     the floor that's when I fell and my electric
7     shock --
8          Q.        Mr. Rivera, I want to go back to
9     the point where you first got on the ladder
10    that Alonzo set up when you began to climb that
11    ladder were you carrying another ladder?
12         A.        It was the ladder that he told me
13    to bring up the second one.
14         Q.        So you were carrying the ladder
15    while you were going up the ladder that Alonzo
16    had set up, correct?
17         A.        Yes, the ladder he told me I was
18    going up the second ladder.
19         Q.        How were you carrying that, were
20    you carrying that ladder in one hand or two
21    hands?
22         A.        No, I couldn't use two hands
23    because with my left hand I was going up on the
24    right and the right I was holding up I was
25    holding on to Alonzo's ladder.
```



1                    Daniel Rivera

2        Q.        As you were going up Alonzo's

3  ladder were you holding your ladder with the

4  right hand, that was Alonzo's ladder with your

5  right hand, and you were carrying the other

6  ladder in your left hand?

7        A.        I don't know if you understand. I

8  was holding on to the second ladder. I had it

9  in my left hand I held on to the middle of the

10  ladder so that I could go up the ladder that

11  Alonzo put up and because I couldn't use both

12  of my hands I had to occupy one so that I hold

13  on going up and using Alonzo's ladder.

14        Q.        As you were climbing Alonzo's

15  ladder were there any workers either on the

16  flat roof or on the roof above the flat roof?

17        A.        No. All of them were in the back.

18        Q.        The back on the building or on the

19  ground in the back?

20        A.        There were others doing new

21  roofing the new one.

22        Q.        Would it have been possible for

23  one of those workers to pull the ladder that

24  you were carrying up to the flat roof if you

25  had tied a rope to the ladder that you were



```
 1                    Daniel Rivera
 2   carrying?
 3               MR. EDELMAN: Objection to form.
 4        A.      Supposedly Alonzo put it up he had
 5   to secure it well. He put the rope, but he
 6   didn't secure it well.
 7        Q.      Mr. Rivera, I'm not talking about
 8   Alonzo. I'm talking about the ladder that you
 9   were carrying up to the flat roof. Would it
10   have been possible to tie a rope to the ladder
11   that you were carrying, bring the rope up to
12   the flat roof, or to the roof above the flat
13   roof and have one of the workers pull the
14   ladder that you were carrying up to the flat
15   roof?
16               MR. EDELMAN: Objection to the form
17        and foundation to the question.
18        A.      They always like to do the job.
19   They should all have someone help you. What
20   they care about is that they do the job and
21   then like you said go up the ladder the second
22   one I put the ladder up where you go up.
23        Q.      Was there any reason why instead
24   of carrying the ladder up, Alonzo's ladder, is
25   there any reason why you could not have tied a
```

Daniel Rivera

1

2    rope to a ladder that you were carrying and

3    then climb up Alonzo's ladder and then pull the

4    ladder that you were carrying up to the flat

5    roof?

6                  MR. EDELMAN: Objection to the form

7          and foundation.

8          A.        No because there is no more ropes

9    only the one that is used up top that's the

10   reason we cannot take the rope.

11         Q.        I want to go back again to the

12   time when you began to climb Alonzo's ladder.

13   Right before the accident happened did you

14   reach the point where you were ready to step

15   off Alonzo's ladder and put one of your legs

16   over the railing on the flat roof?

17                 MR. EDELMAN: Objection to the

18         form.

19         A.        Everything happened at the moment,

20   but I remember I was in a process of passing

21   the fence. I was standing there on the ladder

22   that Alonzo put like everything happened in the

23   moment. What I remember is that I fell when

24   Alonzo's ladder moved to my right side.

25   Everything happened in the moment and I fell.

                    Daniel Rivera

1
2     towards the left side and I took the second
3     ladder with my left hand when I was on the
4     floor on the flat floor when I fell when I fell
5     all the electric shock.
6          Q.      Mr. Rivera, I'm going to ask you a
7     question and I want you to answer the question
8     with yes or no. When Alonzo's ladder began to
9     shift did you have both of your feet on
10    Alonzo's ladder?
11         A.      Yes, like I told you.
12               MR. EDELMAN: He said yes or no.
13         A.      Yes.
14         Q.      Was it while you had your two feet
15    on the ladder and the other ladder in your left
16    hand that Alonzo's ladder shifted to your
17    right?
18               MR. EDELMAN: Objection to the
19          form.
20         A.      I already put the ladder, the
21    second one, against the fence that it was more
22    towards the flat roof.
23         Q.      When you say you had already put
24    the second ladder against the fence are you
25    referring to the railing near where you marked



```
1                        Daniel Rivera
2     O on Defendant's Exhibit? Is this the fence on
3     Exhibit D?
4          A.        Everything was on my left side. I
5     put it against the fence.
6                    MR. EDELMAN: He's indicating the
7          area the fence area.
8                    MR. DECARLO: With the railing on
9          the flat roof, correct?
10                   MR. EDELMAN: Exactly.
11         Q.        When you leaned the second ladder
12    against the rail on the flat roof was one part
13    of the ladder on the flat roof and the other
14    part of the second ladder leaning on the
15    railing?
16         A.        Like three feet outside from the
17    railing.
18         Q.        What I want to know is was the
19    second ladder were the legs of the second
20    ladder on the flat roof at the time that
21    Alonzo's ladder began to shift?
22         A.        Like everything was at the moment.
23    I put the ladder in the fence and everything
24    happened in the moment.
25         Q.        I understand that you put the
```

                    Daniel Rivera

1

2   second ladder on the fence, what I want to know

3   is was part of the ladder on the flat roof and

4   was the rest of the ladder leaning on the

5   railing?

6              MR. EDELMAN: Objection to the

7       form.

8       A.      The rest was against the flat roof

9   and how that process was that I was putting the

10  ladder when it moved.

11      Q.      At the time that Alonzo's ladder

12  began to move where were your two hands?

13      A.      I was holding on to Alonzo's

14  ladder.

15      Q.      With your left hand or both hands?

16      A.      At the moment like everything

17  happened in the moment that I was in the

18  process putting up the ladder like I told you

19  everything happened in the moment that Alonzo's

20  ladder moved when I fell --

21      Q.      What I want to know is when

22  Alonzo's ladder began to move where were both

23  of your hands?

24              MR. EDELMAN: Objection to the

25      form.

                    Daniel Rivera

1

2        A.      It was holding on to Alonzo's

3   ladder.

4        Q.      Both hands?

5        A.      The process like I told you I was

6   holding on only with my right hand and like

7   everything happened in the moment.

8        Q.      I understand that you said while

9   you were climbing the ladder your right hand

10  was holding on to Alonzo's ladder and your left

11  hand was holding the second ladder and you

12  indicated that at about the  time that Alonzo's

13  ladder began to shift you had leaned the second

14  ladder against the railing that was on the flat

15  roof at the time that Alonzo's ladder began to

16  move where was your right hand?

17           MR. EDELMAN: Objection to the

18       form.

19       A.      Yes, everything happened in the

20  moment. I put the ladder there.

21       Q.      Your right hand, where was your

22  right hand when Alonzo's ladder began to move?

23           MR. EDELMAN: Same objection.

24       A.      It was always grabbing on to the

25  ladder.



Daniel Rivera

1

2     Q.        To Alonzo's ladder?

3     A.        Alonzo.

4     Q.        Where was your left hand at the

5  time that Alonzo's ladder began to shift?

6     A.        It was in that process to put the

7  ladder against the fence like I told you

8  everything happened in the moment.

9     Q.        So at the time that Alonzo's

10 ladder began to shift was your left hand in the

11 process of placing the second ladder on the

12 flat roof and leaning against the railing?

13    A.        Yes because I couldn't let go with

14 my right.

15    Q.        When you were placing the second

16 ladder on the flat roof did you do that from

17 the left side of the ladder or the right side

18 of the ladder?

19            MR. EDELMAN: Or middle? Or

20      something else?

21    A.        Everything was in the left side.

22    Q.        So would it be correct to say then

23 that when you were putting the second ladder on

24 the flat roof you did so with your left hand on

25 the left side of the ladder?

```
 1                    Daniel Rivera
 2                 MR. EDELMAN: Objection to the
 3        form.
 4        A.      Yes because I was always carrying
 5   it with my left hand I couldn't move to another
 6   side.
 7        Q.      When you were putting the second
 8   ladder on the flat roof were both of your feet
 9   on the same run of the ladder?
10        A.      Yes, because in that process to
11   put the ladder that's when everything happened.
12        Q.      You were not climbing Alonzo's
13   ladder when the ladder shifted you were
14   standing on one run of the ladder, correct?
15                 MR. EDELMAN: Objection to form.
16        A.      Yes I was in the ladder Alonzo's
17   ladder, but it was during the process.
18        Q.      During the process of putting the
19   second ladder on the flat roof, correct?
20        A.      Yes.
21        Q.      Was Alonzo's ladder tied with a
22   rope to the railing that was on the flat roof?
23        A.      Yes, Alonzo had put the rope.
24        Q.      Can you describe what part of
25   Alonzo's ladder was tied to the railing?
```



Daniel Rivera

1

2      A.      He tied it from the step, from the

3  ladder, from the fence at top at the end.

4      Q.      One of the rungs of the ladder was

5  tied to the railing of the flat roof?

6      A.      Repeat that question again?

7      Q.      Was one of the rungs of the ladder

8  tied to the railing that was on the float roof?

9      A.      Yes, Alonzo had tied it, hugging

10 it, both corners were grabbing the step and

11 because he put it up I thought it was secured

12 but no.

13              Could I get up for a moment?

14     Q.      Sure.

15              MR. DECARLO: Let's mark this.

16              (Whereupon, Defendant's Exhibit G,

17         photograph, was marked for identification,

18         as of this date by the Reporter.).

19     Q.      Mr. Rivera, I'm going to show you

20 what has been marked as Exhibit G. What I'd

21 like you to do is to mark with an X where the

22 bottom of Alonzo's ladder was standing when you

23 began to climb it.

24              MR. EDELMAN: On that one?

25              MR. DECARLO: Yes.

                          Daniel Rivera

1

2       Q.      What I want to know is if the

3   bottom of the ladder was here or if it was

4   wedged up against here?

5               MR. EDELMAN: Objection to form.

6       He's asking a question or a mark? There is

7       two different things.

8               MR. DECARLO: Yeah, I'm explaining

9       why I'm asking the question.

10              MR. EDELMAN: So you're just asking

11      him to mark where the bottom of the ladder

12      is?

13              MR. DECARLO: Yes.

14      A.      Like a foot away from the wall.

15              MR. EDELMAN: A foot away from the

16      wall on the left side of the page Exhibit

17      G.

18      Q.      Let's what I wanted to know. Just

19  put an X where you say a foot from the wall is.

20              MR. DECARLO: Off the record.

21              (Whereupon, at this time, a

22      discussion was held off the record.).

23      Q.      When did you start working for

24  Bryan's Home Improvement Corp?

25      A.      Seven months before my accident.



1             Daniel Rivera

2        Q.        Can you give me an estimate as to

3   how many jobs you worked on before the day of

4   the accident?

5        A.        We did a lot of jobs. Two pay days

6   we would do a home or three days. There were

7   houses we would finish in a day. It was a lot.

8        Q.        When Alonzo's ladder shifted, did

9   it twist with the top of the ladder remaining

10  tied to the railing?

11            MR. EDELMAN: Objection to the

12        form.

13       A.        Yes because it's up there in the

14  process that's when it moved.

15       Q.        After the accident happened was

16  Alonzo's ladder still tied to the railing on

17  the flat roof?

18       A.        That's what I thought. I thought

19  it was tied because I saw the rope, but it was

20  not well.

21       Q.        Did Alonzo's ladder fall when the

22  accident happened?

23       A.        No, it only moved.

24       Q.        Did it remain on the railing after

25  the accident happened?

```
 1                    Daniel Rivera
 2         A.      Like everything happened in the
 3    moment. Yes, I stood there it just moved.
 4         Q.      When you fell off Alonzo's ladder
 5    did you fall on to the flat roof?
 6         A.      Yes.
 7         Q.      At the time that you fell off
 8    Alonzo's ladder were your feet above, below, or
 9    at the same level as the top of the railing
10    that was on the flat roof?
11         A.      I was in the process of the
12    railing.
13         Q.      Listen to my question. At the time
14    that you fell from Alonzo's ladder were your
15    feet above, below, or at the same level as the
16    top of the railing?
17         A.      Same level, but it was in the same
18    level but on top of the sense.
19         Q.      I'm asking you about your feet?
20         A.      Yes like the step was the ladder
21    was almost at the same level as the fence up
22    top.
23         Q.      You said that your feet were at
24    the same level as the top of the railing when
25    you fell from Alonzo's ladder; is that correct?
```



```
 1                 Daniel Rivera
 2             MR. EDELMAN: Objection to form.
 3      A.        Yes because the step was at the
 4  same level of the fence.
 5      Q.        How much of Alonzo's ladder
 6  extended above the top of the railing?
 7      A.        Alonzo's?
 8      Q.        Yes.
 9      A.        Approximately four feet or five.
10      Q.        Did you suffer any bone fractures
11  as a result of the accident?
12      A.        Yes, my knee. I had a lot of
13  movement in the fall that happened with the
14  electric shock everything I suffered damages,
15  pain in the back on my whole left side, my neck
16  was a lot of damages.
17      Q.        When you fell from Alonzo's ladder
18  did you fall from the left side or the right
19  hand side of the ladder?
20      A.        Left side.
21             MR. DIEUDONNE: Which side is that?
22             THE INTERPRETER: Left side.
23      Q.        Did you ever have treatment for
24  your left eye in El Salvador?
25      A.        Yes.
```

Daniel Rivera

1

2      Q.        What type of treatment for your

3  left eye did you have in El Salvador?

4      A.        Only when the garbage fell in my

5  eye and then they removed it.

6      Q.        They removed the garbage?

7      A.        Yes.

8      Q.        Was that the only time that you

9  treated for your left eye?

10     A.        Then when some doctors arrived

11 from Cuba with a candidate he used the word for

12 a party there said there was going to be a

13 doctor from Cuba there and send me to -- he

14 signed me up so that I can have a check up with

15 him.

16     Q.        Did you see that doctor?

17     A.        Yes, I saw him.

18     Q.        Did he give you any treatment or

19 did he just examine your eye?

20     A.        He told me that I had -- how do

21 you call this? Cataracts.

22     Q.        Aside from examining you did he

23 give you any treatment, did he do anything for

24 the eye?

25     A.        He just gave me drops for the

                    Daniel Rivera

1

2  vision, that's what he told me, that I had

3  70 percent from my vision on my left eye.

4       Q.      Did you have any other treatment

5  for eye in El Salvador?

6       A.      No.

7       Q.      Did you have any treatment for the

8  left eye in the United States before the date

9  of the accident?

10       A.      No.

11                    MR. EDELMAN: I'm sorry. Any

12            treatment for what?

13                    MR. DECARLO: The left eye.

14       Q.      Are you left handed or right

15  handed?

16       A.      Excuse me?

17       Q.      Are you left handed or right

18  handed?

19       A.      Right handed.

20       Q.      Approximately how much did the

21  second ladder weigh?

22       A.      Because it was half of a 32, it

23  didn't weigh too much. It would be like between

24  eight and ten pounds something like that.

25                    MR. DECARLO: I have nothing



1                    Daniel Rivera

2    further. Thank you.

3                    MR. DIEUDONNE: I have no

4         follow-ups.

5                    MR. EDELMAN: I have a couple.

6    EXAMINATION BY

7    MR. EDELMAN:

8         Q.      I see you have a cane here.

9         A.      Yes.

10        Q.      Do you use a cane regularly?

11        A.      Yes.

12        Q.      Which hand do you hold it with?

13        A.      Right hand.

14        Q.      Why do you use a cane?

15        A.      Because I don't have strength in

16   my foot. I have to recharge with my hand. I

17   have to recharge so I could walk.

18        Q.      You mean those pains to the left

19   foot you're indicating?

20        A.      No.

21        Q.      Do you feel any affects from

22   temperature or weather changes on the left side

23   your body?

24        A.      Yes. When I don't have this in the

25   knee it gets cold, my knee gets cold.



```
1                    Daniel Rivera
2         Q.       When you don't have what, a brace?
3         A.       Yes.
4              MR. EDELMAN: Off the record.
5              (Whereupon, at this time, a
6         discussion was held off the record.).
7         Q.       Sir, today you're wearing a brace
8    on the leg?
9         A.       Yes.
10        Q.       Where does it extend to on your
11   left leg?
12        A.       The brace?
13        Q.       Yes.
14        A.       It has a deposit like it ties in
15   the knee ending from here all the way below
16   here.
17        Q.       It looks like above the knee to
18   above the ankle?
19        A.       Yes.
20             THE INTERPRETER: Do you want him
21   to put it up?
22             MR. DIEUDONNE: If he could.
23             MR. DECARLO: Off the record.
24             (Whereupon, at this time, a
25        discussion was held off the record.).
```



```
1                     Daniel Rivera
2         Q.        Do you ever feel any tingling on
3    the left side of your body?
4         A.        All of this is not normal because
5    all my areas the tingling is permanent.
6                   MR. EDELMAN: Indicating from his
7              left arm down to his left leg.
8         Q.        What does it feel like, is it like
9    ants, sensation, or something else?
10        A.        Yes like ants. The doctor tells me
11   that it's possible because of the electric
12   shock.
13        Q.        Is your wife primarily handling
14   child care duties for the one year old in your
15   family?
16        A.        Yes.
17        Q.        How has this accident affected
18   your ability to take care of your children, if
19   at all?
20        A.        A lot because before I could carry
21   them not anymore.
22        Q.        Sir, I'm sorry. Should I continue?
23        A.        Give me a moment please. Let's
24   continue. I'm sorry, but when you remind me of
25   that it affects me a lot.
```

1                     Daniel Rivera

2          Q.        I understand. Please take all the

3    time you need.

4                     Sir, I noticed throughout the last

5    two days of the deposition that you've been

6    alternating between sitting in your chair and

7    standing as well. Do you find it difficult to

8    sit for too long of a period of time that you

9    need to stand?

10         A.        Yes.

11         Q.        How regular is that a feeling for

12   you; is that something on a daily basis that

13   you feel that it's hard to sit something else?

14         A.        It's always hard.

15         Q.        How about sleeping?

16         A.        It's the same always at night.

17         Q.        Do you wake up from your sleep?

18         A.        Yes, when I feel a lot of pain.

19         Q.        Are you taking medication to treat

20   for your pain, Sir?

21         A.        Yes.

22         Q.        Now, you mentioned it about of and

23   upon some observation I see your left leg

24   drags; is that correct?

25         A.        Yes.

1                    Daniel Rivera

2        Q.      Can you discuss that condition?

3        A.      Excuse me?

4        Q.      Can you discuss the dragging?

5        A.      Yes.

6        Q.      Is that something that is a daily

7    experience for you?

8        A.      Yes because before my accident I

9    never had that.

10       Q.      Has any doctor mentioned to you

11   that at some time in the future the dragging

12   condition will stop?

13       A.      ,Yes, he told me to continue

14   therapy, but there is no changes.

15       Q.      Sir, I believe you mentioned

16   earlier that you fell approximately seven foot

17   from Alonzo's ladder; is that correct?

18       A.      I fell -- excuse me?

19       Q.      Approximately seven feet?

20       A.      Yes.

21       Q.      Now, earlier that morning on the

22   accident date were you working on the right

23   side of the house?

24       A.      Yes.

25       Q.      When you went to climb up the

```
1                  Daniel Rivera
2       ladder Alonzo had placed was it the first time
3       that you were going to be working on the left
4       side of the house that day?
5            A.      Yes.
6                    MR. EDELMAN: Thank you. That's the
7            last question I have.
8                    MR. DECARLO: I have a few more
9            questions.
10      EXAMINATION BY
11      MR. DECARLO:
12           Q.      Sir, as a result of the surgery
13      that you had to your neck do you have any
14      scarring?
15           A.      Yes.
16           Q.      Can you point out the scarring?
17           A.      Right here.
18                   MR. EDELMAN: Indicating --
19           A.      In the neck.
20                   MR. EDELMAN: -- in the front left
21           section of his neck horizontal scar right
22           here.
23           Q.      When you fell from Alonzo's lap
24      did you fall on to the flat roof?
25           A.      Yes.
```

```
 1                    Daniel Rivera
 2        Q.        What was the first part of your
 3    body that came into contact with the flat roof?
 4        A.        It was in the moment that's when I
 5    fell the feeling of shock in my whole left
 6    side.
 7        Q.        With what part of your body did
 8    you first hit the flat roof?
 9        A.        I fell on my left side this left
10    side.
11             MR. DECARLO: I have nothing
12        further. Thank you.
13             (Whereupon, the deposition
14        concluded at 1:20 p.m.)
15
16        _____
17        DANIEL RIVERA

18    Signed and subscribed to
      before me, this_____day
      of _____ 2017.
19

20    _____
      Notary Public
21
22
23
24
25
```

```
 1

 2
                 I N D E X   O F   W I T N E S S E S
 3

      EXAMINATION BY                          PAGE
 4

      MR.  DIEUDONNE                           6
 5
      MR.  DECARLO                            20,59

      MR.  EDELMAN                            54
 6

 7               I N D E X   O F   E X H I B I T S
 8    DESCRIPTION                             PAGE

 9    Defendant's Exhibit G

      PHOTOGRAPH                              47
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1
 2                    C E R T I F I C A T E
 3      STATE OF NEW YORK    )
                                        :
 4      COUNTY OF RICHMOND
 5
 6           I, MARISSA EUGENIO, a Notary Public
 7      within and for  the State of New York, do
 8      hereby certify:
 9           THAT DANIEL RIVERA, the witness whose
10      deposition is hereinbefore set forth, was duly
11      sworn by me and that such deposition is a true
12      record of the testimony given by such witness.
13           I further certify that I am not related
14      to any of the parties to this action by blood
15      or marriage; and that I am in no way interested
16      in the outcome of this matter.
17           IN WITNESS WHEREOF, I have hereunto set
18      my hand this 28th of SEPTEMBER 2017.
19
20                          MARISSA EUGENIO
21
22
23
24
25
```

| A | | | | |
|---|---|---|---|---|
| **a.m** 1:15 | 47:9 59:2 | 21:14 | 40:11 51:15 | **bring** 37:13 |
| **ability** 56:18 | **Alonzo's** 35:2 | **ARAUJO/EI...** | **bar** 3:12 5:22 | 39:11 |
| **accident** 11:18 | 36:5 37:25 | 2:18 | **basis** 14:19 | **Broadway** 2:5 |
| 13:9,24 16:5 | 38:2,4,13,14 | **area** 26:6,8 | 57:12 | **brought** 6:21 |
| 16:19,24,25 | 39:24 40:3,12 | 28:9,13 31:11 | **bathing** 16:13 | **Bryan's** 1:12 |
| 17:5,23 21:15 | 40:15,24 41:8 | 42:7,7 | **bathroom** 16:8 | 2:13 13:10 |
| 21:18,19,19 | 41:10,16 | **areas** 56:5 | **beams** 19:9 | 20:14 48:24 |
| 21:23 23:16 | 42:21 43:11 | **arm** 8:8 9:8 | **beans** 18:7 | **build** 19:4 |
| 24:2,24 25:5 | 43:13,19,22 | 12:4,5 56:7 | **began** 31:14 | **building** 29:14 |
| 25:12,20 | 44:2,10,12,15 | **arrive** 25:4 | 32:13 35:24 | 29:23 30:20 |
| 26:13 27:13 | 44:22 45:2,5 | **arrived** 25:9,12 | 36:12 37:10 | 33:3,14 38:18 |
| 27:18,19 28:2 | 45:9 46:12,16 | 52:10 | 40:12 41:8 | **busy** 18:13 |
| 28:2,10 33:11 | 46:21,25 | **Aside** 52:22 | 42:21 43:12 | |
| 34:14 35:19 | 47:22 49:8,16 | **asked** 17:12 | 43:22 44:13 | C |
| 40:13 48:25 | 49:21 50:4,8 | 35:12 | 44:15,22 45:5 | **C** 2:2,10 6:2 |
| 49:4,15,22,25 | 50:14,25 51:5 | **asking** 48:6,9 | 45:10 47:23 | 62:2,2 |
| 51:11 53:9 | 51:7,17 58:17 | 48:10 50:19 | **beginning** 18:9 | **C.P.L.R** 3:6 |
| 56:17 58:8,22 | 59:23 | **assistance** 15:9 | 24:15 | 4:10,16 5:14 |
| **accurately** 6:5 | **alternating** | 15:14,18 | **begun** 4:5 | **call** 18:19 19:9 |
| **action** 3:14 | 57:6 | **attach** 19:20 | **believe** 58:15 | 52:21 |
| 5:24 62:14 | **aluminum** 23:3 | 22:21 | **belt** 22:16 | **called** 6:2,10 |
| **activities** 17:14 | 23:7,12,19 | **attached** 23:18 | **Benefits** 14:2 | **candidate** |
| **addition** 3:9 | **ambulance** | 29:22 30:7 | **between(amo...** | 52:11 |
| 5:20 | 17:9 | 31:17,24 | 3:4,16 4:13 | **cane** 54:8,10,14 |
| **additional** 10:6 | **ankle** 55:18 | 32:15 33:2,12 | 4:19 5:5,12 | **capacity** 17:22 |
| 10:13,19 | **answer** 12:2 | 33:13 | **bit** 12:11 | **care** 39:20 |
| **against-** 1:6,11 | 23:22,23 41:7 | **attorney** 16:22 | **biweekly** 13:13 | 56:14,18 |
| **ago** 20:3,4 | **answered** | **Attorneys** 2:5,9 | 14:8,18 15:4 | **carry** 17:18 |
| **AGREED** 3:3 | 11:25 31:20 | 2:13 | **block** 19:20 | 56:20 |
| 3:15 4:13,19 | **answering** 6:24 | **August** 11:18 | **blood** 62:14 | **carrying** 37:11 |
| 5:5,12 | **answers** 6:8 7:3 | 13:25 16:5 | **Board** 19:25 | 37:14,19,20 |
| **agricultural** | **ants** 56:9,10 | 17:15 18:10 | **bodily** 12:8 | 38:5,24 39:2 |
| 18:15 | **anymore** 56:21 | **Avenue** 2:14 | **body** 8:5,6 | 39:9,11,14,24 |
| **Alonzo** 21:20 | **apartment** | 22:19 25:9 | 12:11 22:12 | 40:2,4 46:4 |
| 24:9 28:8,19 | 12:24 13:5 | 32:24 | 22:15 29:9 | **cash** 13:10,12 |
| 28:25 29:11 | **apply** 6:23 | | 34:12 54:23 | **Castleton** 2:14 |
| 30:4,17 31:4 | **appointment** | B | 56:3 60:3,7 | **Cataracts** |
| 31:15,22 | 7:9,13,16 | **B** 61:7 | **bone** 51:10 | 52:21 |
| 32:14 33:8,23 | 8:18 9:9 | **back** 8:16,19 | **boss** 17:23 | **ceiling** 19:11 |
| 34:2,15 35:3 | **appointments** | 8:24 9:5,7 | **bottom** 28:22 | 25:15 27:10 |
| 35:6,24 36:11 | 8:15 19:24 | 10:16,17 | 33:20 34:20 | 30:8 |
| 36:25 37:10 | **approximately** | 18:14 19:13 | 34:25 47:22 | **cement** 19:21 |
| 37:15 38:11 | 25:3 29:4 | 22:6 24:6,7 | 48:3,11 | **centimeters** |
| 39:4,8 40:22 | 51:9 53:20 | 24:15,17,20 | **brace** 55:2,7,12 | 21:10 |
| 45:3 46:23 | 58:16,19 | 25:7,14 26:9 | **break** 7:7 | **certain** 24:12 |
| | **approximation** | 31:11 37:8 | 11:20 | **certification** |
| | | 38:17,18,19 | | 4:21 |

certify 62:8,13
chair 57:6
change 16:2
changed 7:15
changes 54:22
  58:14
charge 5:9
check 10:20
  13:10 14:5,11
  52:14
checks 14:7,16
  14:22 15:3
chest 22:9
child 56:14
children 16:10
  17:19 56:18
Civil 1:6
climb 13:6
  31:15 32:13
  37:10 40:3,12
  47:23 58:25
climbed 24:13
climbing 31:22
  38:14 44:9
  46:12
close 18:16
closer 33:20,21
  34:20,21,24
  34:25
co-worker
  30:14
co-workers
  30:18
cold 54:25,25
Colon 7:16,20
  7:25 8:13
  9:20,22 10:5
  10:12,18
  12:16 16:4
Colon's 10:25
come 15:6 18:8
  28:9
Comp 14:8,19
  14:22 15:3
compensation
  14:2,15 15:8

15:20 19:24
compensations
  14:5
complain 8:10
complained 8:4
  8:9
complaints 8:2
  9:2,18
concluded
  60:14
condition 58:2
  58:12
Conduct 5:16
confuse 6:25,25
connect 23:11
connected 23:6
Connors 2:12
  2:12 20:14,14
construction
  19:12,17
Cont'd 4:2 5:2
contact 60:3
contained
  21:24
CONTINUA...
  1:17
continue 10:14
  56:22,24
  58:13
continued
  22:25
continues 12:3
  19:10
continuing
  6:18
controlled 4:10
Cook 22:18
  25:9 32:24
cooks 16:11
copy 5:6
corn 18:7
corners 47:10
Corp 1:12 2:13
  20:15 48:24
correct 24:25
  32:23 33:5

37:16 42:9
45:22 46:14
46:19 50:25
57:24 58:17
counsel 3:4,16
  4:7,13,19 5:5
  5:8,12 23:23
country 18:5
  18:14 19:8
COUNTY 62:4
couple 54:5
COURT 1:3
Cuba 52:11,13
cushion 32:6,9
cut 18:24

— D —
D 42:3 61:2,7
D'Amato 2:8
  6:20
daily 57:12
  58:6
damages 51:14
  51:16
Daniel 1:4,18
  6:1,10 7:1 8:1
  9:1 10:1 11:1
  12:1 13:1
  14:1 15:1
  16:1 17:1
  18:1 19:1
  20:1,20,24,25
  21:1,2 22:1
  23:1 24:1
  25:1 26:1
  27:1 28:1
  29:1 30:1
  31:1 32:1
  33:1 34:1
  35:1 36:1
  37:1 38:1
  39:1 40:1
  41:1 42:1
  43:1 44:1
  45:1 46:1
  47:1 48:1
  49:1 50:1

51:1 52:1
53:1 54:1
55:1 56:1
57:1 58:1
59:1 60:1,16
62:9
dark 34:13
date 1:14 14:14
  47:18 53:8
  58:22
day 13:18
  21:18,19,21
  22:18,23,24
  24:2 25:12
  26:13 27:18
  49:3,7 59:4
  60:18
days 10:22,24
  11:2 13:15,17
  13:19,20,22
  13:23,23
  14:10,12 15:6
  49:5,6 57:5
DeCarlo 2:15
  20:11,13
  22:24 23:22
  42:8 47:15,25
  48:8,13,20
  53:13,25
  55:23 59:8,11
  60:11 61:5
December
  14:23 15:3
deemed 4:8
Defendant 1:8
  1:13 2:9,13
Defendant's
  42:2 47:16
  61:9
Defendants
  1:19
deposit 55:14
deposition 6:18
  57:5 60:13
  62:10,11
Depositions

5:16
Depot 1:7,9 2:9
  6:21 26:5,14
  26:17,21
describe 22:4
  46:24
DESCRIPTI...
  61:8
Dieudonne
  2:10 6:15,19
  20:7 35:10
  51:21 54:3
  55:22 61:4
different 23:8
  48:7
difficult 13:2
  35:13 57:7
diminished
  11:22
disabled 15:23
discuss 58:2,4
discussion 20:9
  48:22 55:6,25
DISTRICT 1:3
  1:3
doctor 7:10
  8:15,19,23
  9:10,16,24
  10:4,11,17
  52:13,16
  56:10 58:10
doctors 9:20
  52:10
doing 30:16
  38:20
domestic 16:6
doorman 32:10
Dr 7:10,14,16
  7:20,25 8:13
  9:20,22 10:5
  10:12,18,25
  12:16 16:4
drag 35:12,14
dragging 58:4
  58:11
drags 57:24

dressing 16:16
driven 21:20
drops 52:25
duly 6:3,11
  62:10
duties 56:14

**E**

E 2:2,2 6:2 61:2
  61:2,2,7,7
  62:2,2
earlier 24:23
  58:16,21
EDELMAN
  2:6 11:24
  22:23 23:20
  23:24 27:6,21
  28:5 30:10,22
  32:17 33:6,17
  34:16 35:2,16
  36:14 39:3,16
  40:6,17 41:12
  41:18 42:6,10
  43:6,24 44:1
  44:23 45:19
  46:2,15 47:24
  48:5,10,15
  49:11 51:2
  53:11 54:5,7
  55:4 56:6
  59:6,18,20
  61:5
eight 25:7
  53:24
either 10:4
  38:15
El 18:5,6 19:13
  51:24 52:3
  53:5
electric 29:8
  34:11 36:9
  37:6 41:5
  51:14 56:11
employer 13:10
  13:17
ends 19:9
English 6:7,9

7:3
equipment
  21:22 25:8,10
  25:11,19 26:2
  26:10,12,25
ESQ 2:6,10,15
estimate 21:11
  49:2
Eugenio 1:22
  62:6,20
exactly 21:9,10
  42:10
examination
  1:17 5:19,22
  6:14 20:10
  54:6 59:10
  61:3
examination(s)
  3:9,12,17 4:5
  4:7,15,22 5:7
examine 52:19
examined 3:19
  6:12
examining
  52:22
excuse 32:8
  33:22 53:16
  58:3,18
Exhibit 42:2,3
  47:16,20
  48:16 61:9
experience
  19:13 58:7
explained
  30:17 31:4
  32:7
explaining 30:5
  48:8
extend 55:10
extended 23:2
  25:14 29:19
  51:6
extension
  24:11
eye 51:24 52:3
  52:5,9,19,24

53:3,5,8,13
eyes 17:7

**F**

F 61:2,7 62:2
failure 3:10 4:6
  5:20
faithfully 6:5
fall 27:16 49:21
  50:5 51:13,18
  59:24
falling 30:9
  34:15 36:7
family 16:7,9
  56:15
far 11:22
father 19:4
Federal 15:18
feel 11:3 54:21
  56:2,8 57:13
  57:18
feeling 57:11
  60:5
feet 22:15
  24:11 29:5,6
  35:7,12,15,25
  37:2 41:9,14
  42:16 46:8
  50:8,15,19,23
  51:9 58:19
fell 29:2,5
  33:19 34:8,9
  34:10,11,19
  36:8 37:4,5,6
  40:23,25 41:4
  41:4 43:20
  50:4,7,14,25
  51:17 52:4
  58:16,18
  59:23 60:5,9
felt 29:7 34:11
felted 36:9
fence 28:24
  29:4,20 32:8
  33:25 34:3,7
  34:7,23 35:4
  35:5,6 36:4

36:17,19,23
  36:25 37:3
  40:21 41:21
  41:24 42:2,5
  42:7,23 43:2
  45:7 47:3
  50:21 51:4
fifteen 13:15
filing 4:20
fill 16:25
financial 15:8
find 57:7
fine 35:22
finish 6:24 49:7
firm 6:20 20:13
first 6:11 12:22
  13:3,5 14:21
  20:25 21:21
  22:18,24
  29:19 33:9
  37:9 59:2
  60:2,8
five 29:5 35:7
  51:9
flat 32:6 36:8
  38:16,16,24
  39:9,12,12,14
  40:4,16 41:4
  41:22 42:9,12
  42:13,20 43:3
  43:8 44:14
  45:12,16,24
  46:8,19,22
  47:5 49:17
  50:5,10 59:24
  60:3,8
float 47:8
floor 2:5 12:21
  12:21 13:3,5
  31:10 37:6
  41:4,4
follow-ups 54:4
follows 6:13
food 15:11 16:8
foot 8:7,7,10,11
  9:8 35:13,17

35:19 48:14
  48:15,19
  54:16,19
  58:16
form 3:7 5:18
  23:20 27:7,21
  28:6 30:23
  32:17 33:7,17
  34:17 36:15
  39:3,16 40:6
  40:18 41:19
  43:7,25 44:18
  46:3,15 48:5
  49:12 51:2
forth 62:10
foundation
  23:21 39:17
  40:7
four 9:25 18:20
  19:6 29:5
  35:7 51:9
fractures 51:10
Francesco 21:2
front 32:9
  59:20
full 20:20,23
furnished 5:7
further 3:15
  4:12,18 5:4
  5:11 54:2
  60:12 62:13
future 58:11

**G**

G 47:16,20
  48:17 61:9
Gallardo 1:21
  2:4
garbage 52:4,6
getting 15:4,8
  15:11,14,17
  36:13
Ginarte 1:20
  2:4
give 13:18 15:5
  21:11,14 49:2
  52:18,23

56:23
given 6:8 62:12
go 11:2 12:23
  16:8 20:24
  24:9,14 28:12
  28:12,13,13
  29:25 30:15
  30:20 31:3,6
  31:10 32:4
  33:14 37:8
  38:10 39:21
  39:22 40:11
  45:13
going 7:18
  15:25 24:9,10
  30:14,15 32:2
  32:4,4 33:4,9
  37:15,18,23
  38:2,13 41:6
  47:19 52:12
  59:3
Gonzalez 1:21
  2:4
Good 6:16,17
  20:12
Government
  15:18
grabbed 29:3
grabbing 28:16
  28:18 44:24
  47:10
great 17:24
ground 12:21
  29:16 30:21
  31:7 38:19
grow 18:7

**H**
H 61:7
half 24:11
  53:22
hand 28:16,18
  28:19 29:4
  34:9,9 37:5
  37:20,23 38:4
  38:5,6,9 41:3
  41:16 43:15

44:6,9,11,16
  44:21,22 45:4
  45:10,24 46:5
  51:19 54:12
  54:13,16
  62:18
handed 53:14
  53:15,17,18
  53:19
handling 56:13
hands 37:21,22
  38:12 43:12
  43:15,23 44:4
hanging 30:25
happen 34:10
happened
  16:20 21:18
  21:23 27:19
  28:3,10,20
  29:7 33:11
  34:4 36:5,18
  37:4 40:13,19
  40:22,25
  42:24 43:17
  43:19 44:7,19
  45:8 46:11
  49:15,22,25
  50:2 51:13
hard 57:13,14
harness 22:2,4
  22:5,7,8,10
  22:11,13,14
  22:17,21 23:7
  23:8,11,14,15
  25:16 26:19
  27:14,20,25
  28:3,4 29:22
  29:24 30:7,11
  31:2,6,10,16
  31:23 32:3,15
  32:18,20,20
  32:25 33:12
  33:16
harvest 18:12
hear 20:15
height 21:7

29:6
held 1:20 20:9
  38:9 48:22
  55:6,25
help 16:6,13,16
  19:14,16
  39:19
helper 19:15,16
helps 12:11
  16:7,9
Henry 2:10
  6:19
hereinbefore
  62:10
hereto 3:5,17
  4:14,20 5:6
  5:13
hereunto 62:17
hire 16:6
hit 60:8
hold 25:24
  38:12 54:12
holding 28:19
  37:24,25 38:3
  38:8 43:13
  44:2,6,10,11
home 1:7,9,12
  2:9,13 6:21
  11:3 12:20
  18:4,14 20:14
  26:5,14,17,21
  48:24 49:6
horizontal
  59:21
hospital 17:8
  17:11
hour 11:7
house 58:23
  59:4
houses 24:12
  49:7
hugging 47:9

**I**
identification
  47:17
identify 26:21

Improvement
  1:12 2:13
  20:15 48:24
including 3:6
  5:17
indicated 24:23
  26:24 44:12
indicating
  35:16 42:6
  54:19 56:6
  59:18
inheritance
  19:4
Initially 15:2
injections
  12:14,17
instructions
  6:22
interested
  62:15
interpretation
  6:24
interpreter
  2:18 6:3,23
  7:4 35:8
  36:22 51:22
  55:20
interrupt 25:25
involve 34:14
Island 2:14

**J**
J 6:2
Jersey 15:9,12
  15:15
job 17:21 21:23
  22:3,18 25:4
  25:19 26:22
  27:12 28:9
  39:18,20
jobs 49:3,5
JR 2:10

**K**
keep 7:3 18:13
knee 9:10,17
  9:21,24 10:4

10:5,7 51:12
  54:25,25
  55:15,17
know 7:7 8:22
  17:8 18:2
  19:14 20:17
  21:10 22:11
  25:25 26:2
  27:15 28:21
  30:4,11 38:7
  42:18 43:2,21
  48:2,18
known 21:4

**L**
L 3:2 4:2 5:2
  6:2
ladder 23:2
  24:9,13,14,17
  24:18 25:13
  25:21 28:10
  28:14,16,17
  28:22,24,25
  29:3,12,18
  30:6 31:12,15
  31:18,22 32:8
  32:14 33:8,20
  33:21,21,22
  33:23,25 34:4
  34:5,8,15,19
  34:20,21,25
  35:2,3,5,23
  36:2,3,5,6,11
  36:13,17,19
  36:24,25 37:2
  37:4,9,11,11
  37:12,14,15
  37:17,18,20
  37:25 38:3,3
  38:4,6,8,10
  38:10,13,15
  38:23,25 39:8
  39:10,14,21
  39:22,24,24
  40:2,3,4,12
  40:15,21,24
  41:3,8,10,15

41:15,16,20
41:24 42:11
42:13,14,19
42:20,21,23
43:2,3,4,10
43:11,14,18
43:20,22 44:3
44:9,10,11,13
44:14,15,20
44:22,25 45:2
45:5,7,10,11
45:16,17,18
45:23,25 46:8
46:9,11,13,13
46:14,16,17
46:19,21,25
47:3,4,7,22
48:3,11 49:8
49:9,16,21
50:4,8,14,20
50:25 51:5,17
51:19 53:21
58:17 59:2
**ladders** 26:10
 27:2,4 33:5
 33:14
**lap** 59:23
**lawsuit** 6:22
**leaned** 42:11
 44:13
**leaning** 42:14
 43:4 45:12
**leave** 26:8
**leaving** 18:4
**left** 8:6,7,7,11
 9:10,17,24
 10:3,5,7 12:6
 19:4 24:5,11
 28:11,16 29:3
 29:4,8 34:8,9
 34:12,12
 35:16,19 36:7
 36:10 37:5,23
 38:6,9 41:2,3
 41:15 42:4
 43:15 44:10

45:4,10,17,21
45:24,25 46:5
48:16 51:15
51:18,20,22
51:24 52:3,9
53:3,8,13,14
53:17 54:18
54:22 55:11
56:3,7,7
57:23 59:3,20
60:5,9,9
**leg** 55:8,11
 56:7 57:23
**legs** 40:15
 42:19
**Let's** 47:15
 48:18 56:23
**level** 34:7 35:5
 50:9,15,17,18
 50:21,24 51:4
**Liberty** 2:9
**limits** 17:22
**Listen** 50:13
**little** 12:4,11
**live** 12:20
**LLP** 1:21 2:4,8
**lock** 22:6,6
 23:5,8,12,19
 30:13
**locked** 23:7
 30:19,25 33:3
**long** 11:5,8
 15:25 57:8
**longer** 17:16
**look** 13:3 19:6
**looks** 55:17
**lot** 11:3 19:5
 49:5,7 51:12
 51:16 56:20
 56:25 57:18
**lunch** 24:25
**Lynch** 2:8 6:20

—————
**M**

**M** 6:2
**MARCIAL**
 2:18

**Marissa** 1:22
 62:6,20
**mark** 47:15,21
 48:6,11
**marked** 41:25
 47:17,20
**marriage** 62:15
**Martinez** 20:21
 21:3
**materials** 26:5
**matter** 6:3
 62:16
**mean** 13:21
 18:18,22
 54:18
**medication**
 57:19
**mention** 27:4
**mentioned**
 22:2 27:2,2,3
 57:22 58:10
 58:15
**mess** 35:14
**Michael** 2:6,15
 20:13
**middle** 24:12
 38:9 45:19
**mix** 19:20,21
**mixing** 19:18
 19:19
**moment** 11:10
 11:19 12:18
 18:2 20:2,5
 28:7,11,20
 34:5,10 36:4
 36:18 37:4
 40:19,23,25
 42:22,24
 43:16,17,19
 44:7,20 45:8
 47:13 50:3
 56:23 60:4
**month** 7:23,24
 8:21,25 9:14
 9:14,21 20:3
 20:4

**monthly** 13:14
 14:8
**months** 9:25
 48:25
**morning** 6:16
 6:17 20:12
 24:5,8 25:4,6
 25:17,20 27:9
 28:2 32:19
 58:21
**mornings**
 27:24
**motion** 3:13
 5:23
**move** 3:7,11
 5:18,21 12:4
 12:4,11 35:24
 36:12 43:12
 43:22 44:16
 44:22 46:5
**moved** 29:2
 34:4,6,18
 36:5,19 37:5
 40:24 43:10
 43:20 49:14
 49:23 50:3
**movement**
 51:13

—————
**N**

**N** 2:2 3:2 4:2
 5:2 61:2,2,7
**name** 6:19
 17:13 20:12
 20:20,23 21:2
**names** 21:5
**near** 41:25
**neck** 7:11 9:7
 10:13 51:15
 59:13,19,21
**need** 7:7 10:6
 10:13,18
 16:16 57:3,9
**never** 18:2 58:9
**new** 1:3,21,23
 2:6,6,10,10
 2:14 6:4,12

15:9,12,15
38:20,21 62:3
62:7
**night** 57:16
**normal** 22:11
 30:11 56:4
**Notary** 1:22
 3:19 4:4 6:4
 6:11 60:20
 62:6
**noticed** 57:4

—————
**O**

**O** 3:2 4:2 5:2
 6:2 42:2 61:2
 61:7
**O'Dwyer** 1:20
 2:4
**object** 3:6,10
 5:17,20
**objection** 11:24
 23:20,24 27:6
 27:21 28:5
 30:10,22
 32:17 33:6,17
 34:16 36:15
 39:3,16 40:6
 40:17 41:18
 43:6,24 44:17
 44:23 46:2,15
 48:5 49:11
 51:2
**observation**
 57:23
**occupy** 19:3
 38:12
**occurred** 24:24
**office** 10:25
**offices** 11:21
**Okay** 7:5,8
 20:19
**old** 27:17 56:14
**opened** 17:7
**operated** 9:21
**Order** 1:20
**original** 4:6,21
**outcome** 62:16

outside 42:16
overall 11:8,23
  12:7

**P**
P 2:2,2,15 3:2
  4:2 5:2
P.C 2:12
p.m 60:14
page 48:16
  61:3,8
paid 13:9,13,16
pain 8:3,4 9:4,5
  9:5,7 11:3,23
  12:3,8,12
  51:15 57:18
  57:20
pains 54:18
paper 26:6
part 5:14 8:5
  22:12 24:6,7
  24:16 26:7,9
  42:12,14 43:3
  46:24 60:2,7
parties 3:5,17
  4:14,20 5:6
  5:13 62:14
party 52:12
passed 8:25
  9:21
passing 36:4
  40:20
pay 13:22 49:5
payment 13:19
pending 7:9
  8:14 9:9
  19:23
people 26:9
percent 53:3
perform 17:15
  17:16
performed
  7:11 8:15,19
  8:24 9:10,17
  9:24 10:5,12
  10:17
period 57:8

permanent
  56:5
permanently
  15:22
person 17:10
photograph
  47:17 61:9
photos 16:23
physical 11:5,9
  11:12,17,21
  12:7 17:18
physicians
  15:22
pillow 32:5
place 24:12
  31:9
placed 32:14
  59:2
places 20:25
placing 45:11
  45:15
Plaintiff 1:5,10
  1:18 2:5
plant 18:9
plants 18:8
please 7:3
  11:19 24:20
  56:23 57:2
pocket 22:14
point 16:24
  17:5 37:9
  40:14 59:16
police 17:2,4,9
possible 38:22
  39:10 56:11
possibly 12:15
  24:10
pounds 53:24
prefer 17:24
present 2:16
  11:18 21:7,12
pretty 11:16
prevented 30:8
primarily
  56:13
problem 35:18

process 10:8
  11:14 13:22
  15:24 24:4
  28:23 30:16
  32:2,5,21
  33:24 34:5,22
  35:4 36:13,16
  37:3 40:20
  43:9,18 44:5
  45:6,11 46:10
  46:17,18
  49:14 50:11
propounded
  6:6
protect 27:15
provided 3:5
  4:9,16 5:14
Public 1:22
  3:19 4:4 6:4
  6:11 60:20
  62:6
pull 38:23
  39:13 40:3
purpose 19:2
Purposes 4:16
pursuant 1:19
put 19:10 22:15
  23:5 24:13,18
  28:15,17,19
  28:22,24,25
  29:19 30:24
  32:5,7,19
  33:9,22,23
  34:2,5 35:3,6
  36:17 38:11
  39:4,5,22
  40:15,22
  41:20,23 42:5
  42:23,25
  44:20 45:6
  46:11,23
  47:11 48:19
  55:21
puts 32:9
putting 29:18
  33:24 43:9,18

45:23 46:7,18

**Q**
question 3:7,10
  5:17,21 7:6
  13:4 20:15,16
  24:19 31:21
  31:21 39:17
  41:7,7 47:6
  48:6,9 50:13
  59:7
questions 6:6
  59:9

**R**
R 2:2 6:2,2
  62:2
rail 42:12
railing 40:16
  41:25 42:8,15
  42:17 43:5
  44:14 45:12
  46:22,25 47:5
  47:8 49:10,16
  49:24 50:9,12
  50:16,24 51:6
Ratzker 7:10
  7:14
reach 12:24
  40:14
reached 24:7
read 24:19,21
ready 35:21
  40:14
reason 16:21
  39:23,25
  40:10
recall 27:3
receive 13:19
  14:7,22
received 11:22
  13:25 14:4
receiving 11:17
  12:13,17
  14:15 15:3
recharge 54:16
  54:17

record 20:7,9
  24:21 48:20
  48:22 55:4,6
  55:23,25
  62:12
reduced 12:8
referring 41:25
regiment 11:6
  11:12,22
regular 57:11
regularly 54:10
related 62:13
remain 49:24
remained 31:8
remaining 49:9
remember 7:15
  7:17,22 10:2
  17:12,13 20:3
  21:9 29:9
  40:20,23
remind 56:24
remove 26:7
  31:2,5
removed 30:19
  52:5,6
rental 15:14
repeat 20:17
  47:6
rephrase 20:17
report 16:25
Reporter 47:18
represent 6:20
  20:14
represented
  26:17
representing
  5:8
requested
  24:22
reserved 3:9,13
  5:19,23
respect 10:3,16
respective 3:4
  3:16 4:14,20
  5:6,13
rest 17:13 24:8

September 28, 2017

Page 69

| | | | | |
|---|---|---|---|---|
| 43:4,8 | 49:1 50:1 | 51:24 52:3 | 48:25 58:16 | 56:22,24 |
| **result** 35:19 | 51:1 52:1 | 53:5 | 58:19 | **sort** 15:17 |
| 51:11 59:12 | 53:1 54:1 | **sand** 19:21 | **shift** 41:9 42:21 | **SOUTHERN** |
| **results** 36:2 | 55:1 56:1 | **saw** 7:19,25 | 44:13 45:5,10 | 1:3 |
| **resume** 35:21 | 57:1 58:1 | 8:12 9:3,16 | **shifted** 41:16 | **Spanish** 6:7,8 |
| **return** 4:6 | 59:1 60:1;16 | 9:23 49:19 | 46:13 49:8 | 7:3 |
| 16:19 | 62:9 | 52:17 | **shock** 29:8,8 | **speak** 7:2 14:14 |
| **RICHMOND** | **roof** 23:2,11,18 | **saying** 32:12,12 | 34:11 36:9 | 17:4 |
| 62:4 | 27:17 33:16 | **scar** 59:21 | 37:7 41:5 | **speaking** 29:17 |
| **right** 3:6 5:17 | 33:18 34:2 | **scarring** 59:14 | 51:14 56:12 | 30:4 |
| 24:6 28:18 | 36:8,9 38:16 | 59:16 | 60:5 | **special** 23:4,13 |
| 29:2 35:25 | 38:16,16,24 | **screw** 23:4 | **shoes** 35:14 | **spoke** 17:7 |
| 37:24,24 38:4 | 39:9,12,12,13 | **second** 12:21 | **shortly** 11:17 | 29:11,21 |
| 38:5 40:13,24 | 39:15 40:5,16 | 25:24 28:17 | **shovel** 27:2,5,8 | **stamps** 15:11 |
| 41:17 44:6,9 | 41:22 42:9,12 | 28:24 33:25 | **show** 47:19 | **stand** 35:22 |
| 44:16,21,22 | 42:13,20 43:3 | 36:6,17 37:13 | **showed** 28:10 | 57:9 |
| 45:14,17 | 43:8 44:15 | 37:18 38:8 | **showering** | **standing** 34:6 |
| 51:18 53:14 | 45:12,16,24 | 39:21 41:2,21 | 16:14 | 40:21 46:14 |
| 53:17,19 | 46:8,19,22 | 41:24 42:11 | **side** 8:6 24:6,6 | 47:22 57:7 |
| 54:13 58:22 | 47:5,8 49:17 | 42:14,19,19 | 24:16 29:2,3 | **start** 14:21 |
| 59:17,21 | 50:5,10 59:24 | 43:2 44:11,13 | 29:9 34:9,12 | 48:23 |
| **rights** 3:5 4:8 | 60:3,8 | 45:11,15,23 | 36:7,10 37:5 | **started** 15:2 |
| 5:13 | **roofing** 38:21 | 46:7,19 53:21 | 40:24 41:2 | 24:5 25:6 |
| **Rivera** 1:4,18 | **roofs** 29:13 | **section** 59:21 | 42:4 45:17,17 | **State** 1:23 6:4 |
| 6:1,10,16 7:1 | **room** 18:19 | **secure** 34:3 | 45:21,25 46:6 | 6:12 15:9,12 |
| 8:1 9:1 10:1 | **rope** 23:10 | 39:5,6 | 48:16 51:15 | 15:15 62:3,7 |
| 11:1 12:1 | 27:11,14 28:3 | **secured** 30:12 | 51:18,19,20 | **Staten** 2:14 |
| 13:1 14:1 | 30:12,13,14 | 47:11 | 51:21,22 | **States** 1:3 53:8 |
| 15:1 16:1 | 30:19,24 31:6 | **see** 8:20,23 | 54:22 56:3 | **step** 12:23 |
| 17:1 18:1 | 31:8,16,24 | 9:22,22 34:13 | 58:23 59:4 | 40:14 47:2,10 |
| 19:1 20:1,12 | 32:3,15,20,25 | 52:16 54:8 | 60:6,9,10 | 50:20 51:3 |
| 20:20,24,25 | 33:3,12,13 | 57:23 | **signed** 52:14 | **steps** 12:24 |
| 21:1,2 22:1 | 34:2 38:25 | **seen** 8:20 9:19 | 60:17 | 13:6 |
| 23:1 24:1,23 | 39:5,10,11 | **send** 17:25 | **Sir** 35:23 55:7 | **steroid** 12:13 |
| 25:1 26:1 | 40:2,10 46:22 | 52:13 | 56:22 57:4,20 | 12:17 |
| 27:1 28:1 | 46:23 49:19 | **sensation** 56:9 | 58:15 59:12 | **STIPULATED** |
| 29:1 30:1 | **ropes** 40:8 | **sense** 50:18 | **sit** 57:8,13 | 3:3,15 4:12 |
| 31:1 32:1 | **Rules** 4:9 5:16 | **September** | **site** 16:20 21:17 | 4:18 5:4,11 |
| 33:1 34:1 | **run** 46:9,14 | 1:14 62:18 | 25:12,19 26:3 | **stood** 50:3 |
| 35:1,18 36:1 | **rungs** 47:4,7 | **set** 13:6 29:13 | 26:25 | **stop** 11:11,12 |
| 37:1,8 38:1 | ————————— | 31:15 34:15 | **sites** 19:17 | 58:12 |
| 39:1,7 40:1 | **S** | 35:24 36:12 | **sitting** 57:6 | **stopped** 36:22 |
| 41:1,6 42:1 | **S** 2:2 3:2,2 4:2 | 37:10,16 | **sleep** 57:17 | **street** 2:9 12:25 |
| 43:1 44:1 | 4:2 5:2,2 61:2 | 62:10,17 | **sleeping** 57:15 | 13:5 |
| 45:1 46:1 | 61:2,2,7 | **setting** 30:6 | **soon** 7:18 8:21 | **strength** 35:13 |
| 47:1,19 48:1 | **Salvador** 18:5 | **seven** 29:6 | **sorry** 53:11 | 54:15 |
| | 18:6 19:13 | | | |

strike 3:8,11
  5:18,21
strip 24:7
subscribed
  60:17
suffer 51:10
suffered 51:14
supplied 26:13
Supposedly
  39:4
sure 20:6 31:20
  32:11 35:10
  47:14
surface 32:6
surgery 7:11
  8:16,19,24
  9:11,17,24
  10:5,6,12,13
  10:18,19
  59:12
sworn 3:18 6:3
  6:11 62:11

**T**

T 3:2,2 4:2,2
  5:2,2 61:2,7
  62:2,2
take 16:23
  18:11 28:14
  31:9,12,13
  40:10 56:18
  57:2
taken 1:19
  11:20 26:5
talk 17:10
talking 39:7,8
tell 25:18,23
tells 56:10
temperature
  54:22
ten 53:24
terms 14:5
testified 6:13
Testifying 5:9
testimony 3:8
  3:11 5:19,21
  62:12

Thank 54:2
  59:6 60:12
therapy 10:9
  10:15,21,23
  11:4,6,9,12
  11:17,21 12:8
  58:14
thing 12:10
  15:19 23:7
  32:7
things 16:8
  18:8 22:3
  48:7
think 14:23
  20:3
Third-Party
  1:10,13
this(these) 3:8
  3:11,17 4:4
  4:14,21
thought 47:11
  49:18,18
three 10:24
  42:16 49:6
throw 30:14
tie 22:7 39:10
tied 27:14 28:3
  28:4,8,23
  34:2 38:25
  39:25 46:21
  46:25 47:2,5
  47:8,9 49:10
  49:16,19
ties 55:14
time 1:15 7:19
  8:12 9:23
  11:14 13:8
  19:15 20:8
  21:15 23:16
  24:24,25 25:3
  27:22 31:14
  32:13 33:9,19
  35:23 36:6
  40:12 42:20
  43:11 44:12
  44:15 45:5,9

48:21 50:7,13
  52:8 55:5,24
  57:3,8 58:11
  59:2
tingling 8:7
  56:2,5
today 6:19 55:7
told 10:4,9,11
  10:17 11:13
  12:16 15:21
  15:24 16:3
  17:6 24:9,18
  28:8,13,14
  29:11,24
  31:12,12,22
  37:12,17
  41:11 43:18
  44:5 45:7
  52:20 53:2
  58:13
top 23:3,4,11
  23:18 27:8,9
  28:8 30:19
  32:5 33:3,13
  33:21 34:21
  34:24 36:3
  40:9 47:3
  49:9 50:9,16
  50:18,22,24
  51:6
translate 6:6
travel 21:17
treat 57:19
treated 52:9
treating 15:22
treatment
  51:23 52:2,18
  52:23 53:4,7
  53:12
tree 18:16
trees 18:24
trial 1:18 3:14
  5:24
true 32:16
  62:11
trust 28:21

trusted 28:21
trying 18:21
turn 6:25
twist 49:9
two 18:20 19:6
  24:12 35:25
  37:20,22
  41:14 43:12
  48:7 49:5
  57:5
type 18:5 26:16
  52:2

**U**

U 3:2 4:2 5:2
  6:2
U.S.A 1:7,9
understand 7:2
  18:21 20:16
  20:18,18 30:3
  32:12 38:7
  42:25 44:8
  57:2
undressing
  16:17
Uniform 5:16
United 1:3 53:8
unload 25:8
ups 10:20
use 19:5,7,8
  20:23 22:11
  22:17 23:13
  24:10,17
  25:22 27:9,23
  29:12,25
  31:19,23 32:3
  32:4,20 37:22
  38:11 54:10
  54:14
utilized 4:15

**V**

van 21:20,24
  21:25 25:9
vest 26:15,16
  26:17,18,20
vision 53:2,3

**W**

W 61:2
waived 4:23
waiver 3:12 4:8
  5:22
wake 57:17
walk 26:9
  35:14 54:17
wall 19:9 48:14
  48:16,19
want 16:7
  25:18,23,25
  26:2 30:3
  32:11 35:22
  37:8 40:11
  41:7 42:18
  43:2,21 48:2
  55:20
wanted 29:12
  30:5,18 31:5
  31:23 48:18
water 35:9
way 25:15
  55:15 62:15
We'll 18:19
we're 9:14
wear 22:13
  25:16 32:25
  33:12
wearing 27:19
  29:22 30:7
  31:16,23
  32:14 55:7
wears 30:12
weather 54:22
wedged 48:4
week 10:24
  15:5
weekly 10:22
  13:13 14:8,10
weigh 21:16
  53:21,23
weighed 21:13
weight 21:8,12
  21:15
went 16:22

20:2,4 26:9
28:15,16
58:25
**WHEREOF**
62:17
**wife** 16:10,11
56:13
**Winograd** 1:21
2:4
**winter** 18:10
18:12
**witness** 6:7,8
6:10 62:9,12
62:17
**witness(es)**
3:18 5:8
**woke** 17:6
**wood** 18:17
19:5,7
**word** 52:11
**wore** 22:8
33:16
**work** 14:19,22
15:3 18:5,15
22:25 24:5
27:14,16
31:12 32:9
33:18
**worked** 49:3
**worker** 17:24
26:6 30:25
**Worker's**
13:25 14:8,15
15:7 19:24
**workers** 38:15
38:23 39:13
**working** 18:13
22:7 25:7
32:22,24 33:4
33:15 48:23
58:22 59:3
**would've** 30:8

**X**
**x** 1:4,9,14
47:21 48:19
61:2,7,7

**Y**
**Yeah** 48:8
**year** 14:24
18:11 56:14
**yesterday** 6:23
11:25 17:6
26:24 32:7
**Yonkers** 13:9
16:20
**York** 1:3,21,23
2:6,6,10,10
2:14 6:5,12
62:3,7

**Z**

**0**

**1**
**1,200** 14:20
**1:20** 60:14
**10:58** 1:15
**10007** 2:6
**10281** 2:10
**10310** 2:14
**11** 13:23
**12** 13:20,23
24:10
**13th** 2:5
**15** 13:17,19,20
13:22 14:10
14:12 15:6
**150** 21:16
**16** 24:11
**165** 21:10
**16cv7552** 1:7
**180** 13:18

**2**
**2,160** 13:19
**20,59** 61:5
**2015** 11:18
13:25 14:25
15:4 16:6
17:15
**2017** 1:14
60:18 62:18

**22** 11:18 13:25
16:5 17:15
**221** 5:14
**225** 2:5,9
**27th** 7:17,21
**28** 1:14
**28th** 7:21 62:18

**3**
**3116** 4:9
**3117** 4:9
**32** 24:11 53:22

**4**
**47** 61:9

**5**
**533** 15:5
**54** 61:5
**58** 22:18 25:9
32:24

**6**
**6** 61:4

**7**
**70** 53:3
**766** 2:14

# CORRECTION / ERRATA SHEET

_____, being duly sworn, deposes and says: I have reviewed the transcript of my deposition / hearing taken on _____. The following changes are necessary to correct my testimony.

## CASE CAPTION:

| Page: | Line: | Should read / Corrected Testimony: | Reason for Change |
|-------|-------|-----------------------------------|-------------------|
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |

Sworn to before me this _____

Day of _____

_____
NOTARY PUBLIC

Testimony Deposition / Hearing Witness:

X _____

Print: _____



## Deitz Court Reporting ◉ 800-788-0166
**Administrative Offices** ◉   100 Merrick Road - Suite 320W   ◉   Rockville Centre, NY 11570