# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
DANIEL RIVERA,

                Plaintiff,

      -against-             Civil No.
                            16cv7552

HOME DEPOT U.S.A., INC.,

                Defendant.
----------------------------------------x
HOME DEPOT U.S.A., INC.,

        Third-Party Plaintiff

        -against-

BRYAN'S HOME IMPROVEMENT CORP.,

        Third-Party Defendant.
----------------------------------------x
                DATE: September 27, 2017
                TIME:  11:10 a.m.

        EXAMINATION BEFORE TRIAL of DANIEL
RIVERA, the Plaintiff herein, taken by the
Defendants, pursuant to Order, held at the
offices of Ginarte, O'Dwyer, Gonzalez,
Gallardo, & Winograd, LLP, 225 Broadway, 13th
Floor, New York, New York before Marissa
Eugenio, a Notary Public of the State of New
York.

```
 1

 2      A P P E A R A N C E S:

 3

 4         GINARTE, O'DWYER, GONZALEZ, GALLARDO, &
        WINOGRAD, LLP
 5              Attorneys for Plaintiff
                225 Broadway, 13th Floor
 6              New York, New York  10007
                BY: MICHAEL EDELMAN, ESQ.
 7

 8

 9         D'AMATO & LYNCH, LLP
                Attorneys for Defendant: Home Depot
                225 Liberty Street
10              New York, New York  10281
                BY: HENRY C. DIEUDONNE, JR., ESQ.

11

12

13         CONNORS & CONNORS, P.C.
                Attorneys for Defendant: Bryan's Home
                Improvement Corp.
14              766 Castleton Avenue
                Staten Island, New York  10310
15              BY: MICHAEL P. DECARLO, ESQ.

16

17      ALSO PRESENT:

        MARCIAL ARAUJO/SPANISH INTERPRETER/EIBER
18

19

20

21

22

23

24

25
```



1

2                    S T I P U L A T I O N S

3    IT   IS   HEREBY   STIPULATED   AND   AGREED by and

4    between(among) counsel for the respective

5    parties hereto, that: All rights provided by

6    the C.P.L.R., including the right to object to

7    any question, except as to form, or to move

8    To strike any testimony at this(these)

9    examination(s), are reserved, and, in addition,

10   the failure to object to any question or to

11   move to strike any testimony at this(these)

12   examination(s) shall not be a bar or waiver to

13   make such motion at, and is reserved for the

14   trial of this action;

15       IT   IS   FURTHER   STIPULATED   AND AGREED by

16   and between(among) counsel for the respective

17   parties hereto, that this(these) examination(s)

18   may be sworn to by the witness(es) being

19   examined, before a Notary Public other than the

20

21

22

23

24

25



1

2                    S T I P U L A T I O N S  (Cont'd)

3

4     Notary Public before whom this(these)

5     examination(s) was (were) begun; but the

6     Failure to do so, or to return the original

7     Of this (these) examination(s) to counsel,

8     Shall not be deemed a waiver of the rights

9     Provided by Rules 3116 and 3117 of the

10    C.P.L.R., and shall be controlled thereby;

11

12    IT   IS   FURTHER  STIPULATED   AND

13    AGREED by and between(among) counsel for the

14    Respective parties hereto, that this(these)

15    examination(s) may be utilized for all

16    Purposes as provided by the C.P.L.R.;

17

18    IT   IS   FURTHER  STIPULATED   AND

19    AGREED by and between(among) counsel for the

20    Respective parties hereto, that the filing and

21    certification of the original of this(these)

22    examination(s) shall be and the same hereby are

23    waived;

24

25



1

2          S T I P U L A T I O N S (Cont'd)

3

4      IT IS   FURTHER   STIPULATED   AND

5   AGREED by and between(among) counsel for the

6   Respective parties hereto, that a copy of the

7   Within examination(s) shall be furnished to

8   Counsel representing the witness(es)

9   Testifying, without charge.

10

11      IT   IS   FURTHER   STIPULATED   AND

12   AGREED by and between(among) counsel for the

13   respective parties hereto, that all rights

14   provided by the C.P.L.R., and Part 221 of the

15

16   Uniform Rules for the Conduct of Depositions,

17   including the right to object to any question,

18   except as to form, or to move to strike any

19   testimony at this examination is reserved; and

20   in addition, the failure to object to any

21   question or to move to strike any testimony at

22   this examination shall not be a bar or waiver

23   to make such motion at, and is reserved to, the

24   trial of this action.

25



1                        Daniel Rivera

2      M A R C I A L  A R A E U J O, called as the

3           interpreter in this matter, was duly sworn

4           by a Notary Public of the State of New

5           York to accurately and faithfully

6           translate the questions propounded to the

7           witness from English into Spanish and the

8           answers given by the witness from Spanish

9           into English.

10     D A N I E L   R I V E R A, called as a witness,

11          having been first duly sworn by a Notary

12          Public in and of the State of New York,

13          was examined and testified as follows:

14     EXAMINATION BY

15     MR. DIEUDONNE:

16          Q.        Would you please state your full

17     name for the record?

18          A.        Daniel Rivera.

19          Q.        What is your current address?

20          A.        501 East Jersey Street, Apartment

21     1, Elizabeth, New Jersey 07206.

22          Q.        Good morning, Mr. Rivera.

23          A.        Good morning.

24          Q.        My name is Henry Dieudonne. I'm an

25     attorney with D'Amato & Lynch. We represent



Daniel Rivera

1
2    Home Depot, the company against which you've
3    brought a lawsuit. I'm going to ask you some
4    questions this morning. I ask that you give me
5    verbal answers only in Spanish through your
6    interpreter. I ask that you allow the
7    interpreter to finish his interpretation so as
8    not to confuse him and in turn confuse me.
9    Even though you may understand some English
10   please keep all of your answers in Spanish. If
11   you do not understand a question please let the
12   interpreter know. If you need a break please
13   let the interpreter know.
14        A.        Okay.
15        Q.        Now, the address that you gave is
16   504 East Jersey Street; is that correct?
17        A.        Yes.
18        Q.        The apartment is it just Apartment
19   1 or is there a letter after the one?
20        A.        I think it's one because I don't
21   know how to read. I don't know.
22        Q.        Now, the city is Elizabeth in New
23   Jersey; is that correct?
24        A.        Yes.
25        Q.        The zip code is 07206?

1                    Daniel Rivera

2         A.      Yes.

3         Q.      How long have you lived at that

4    address for?

5         A.      I have three years and a half.

6         Q.      Now, is that apartment in a

7    building, a private house, a multi family

8    house, or something else?

9         A.      A house, two family.

10        Q.      How many floors does that house

11   have?

12        A.      Two.

13        Q.      On which floor do you live?

14        A.      First.

15        Q.      Now, the apartment where you live

16   is it a studio, a one bedroom, two bedroom

17   apartment, or something else?

18        A.      It's an apartment, three bedroom.

19        Q.      Now, do you live alone in that

20   apartment?

21        A.      No, with my family.

22        Q.      Are you a married man?

23        A.      I have company.

24        Q.      Who else lives in the apartment

25   with you?

Daniel Rivera

1

2      A.      My three children. Three of them

3  are mine legally and one -- I have four but one

4  is not mine. My wife after my accident in

5  Salvador they raped her there and --

6      Q.      If I understand you're married?

7      A.      Yes. Not married, I have company.

8      Q.      You're living at home with a

9  girlfriend?

10     A.      Yes, she's my partner, my wife.

11     Q.      Is she the mother of your three

12 children?

13     A.      Yes.

14     Q.      Other than your three children

15 there is another child that's not your child?

16     A.      Yes, there were a rape.

17     Q.      He's your wife's child?

18             MR. EDELMAN: Objection to form.

19     A.      Yes.

20     Q.      What were the names and ages of

21 those four children living with you?

22     A.      First is Josue Daniel, '99.

23     Q.      He was born in '99?

24     A.      Yes. The second one is Catherine

25 Vanessa, 2002, the third one Luz Emeralda,

1                    Daniel Rivera

2      2008. The other one that is not mine I know she

3      was born in 2016, May 5th, that's the last one.

4           Q.      What's her name?

5           A.      Her name is Luciana.

6           Q.      Now, the three children that are

7      your children the last name is Rivera?

8           A.      Rivera.

9           Q.      What is Luciana's last name?

10          A.      Rivera as well.

11          Q.      Now, your three children were born

12     in the State of New York?

13          A.      No, only Luciana.

14          Q.      Where were your three children

15     born?

16          A.      In El Salvador.

17          Q.      Where were you born?

18          A.      Salvador.

19          Q.      What is your date of birth?

20          A.      July 31, '78.

21          Q.      What was your highest level of

22     education in El Salvador?

23          A.      Are you talking about where I

24     study? I don't understand.

25          Q.      If he got up to the second grade,



1                    Daniel Rivera

2    fourth grade, high school, something else?

3         A.        I didn't go to school. My father

4    died. I was four years old when he died. Since

5    I was a smaller kid I dedicated myself to

6    working. I didn't have time to go to school

7    that's why I don't know how to read or write.

8         Q.        Now, were you ever convicted of a

9    crime in your home country of El Salvador?

10        A.        No.

11        Q.        When did you come to the states?

12        A.        I got here in 2012.

13                  MR. DECARLO: 2012?

14                  THE INTERPRETER: 2012.

15        Q.        How did you arrive in the United

16   States in 2012?

17        A.        Asking friends for help that's how

18   I crossed the board.

19        Q.        Did you cross the board from

20   Mexico?

21        A.        Yes.

22        Q.        Now, once you crossed the Mexican

23   border did you move to New York or did you

24   settle in another state?

25        A.        Freeport New York with my sister.

1                    Daniel Rivera

2        Q.       How long did you live in Freeport

3    New York for?

4        A.       A little bit of time, a year. I

5    didn't have a job. I worked in the grass for

6    two seasons. I came to Maryland, but I returned

7    the second year two seasons in the grass.

8        Q.       How long did you live in Maryland

9    for?

10       A.       I remember that it was a year and

11   a half.

12       Q.       Who did you live there with?

13       A.       A cousin.

14       Q.       After you left Maryland where did

15   you move to?

16       A.       That's when I came to Elizabeth.

17       Q.       Who did you initially move in with

18   in Elizabeth, New Jersey?

19       A.       I came in with a friend that used

20   to work in the company where I had the accident

21   regarding that he recommended me to the boss.

22       Q.       What is that friend's full name?

23       A.       He is Carlos. The last name I

24   don't remember because he's Ecuadorian.

25       Q.       How long did you know Carlos

1                         Daniel Rivera

2      before you moved in with him in Elizabeth?

3          A.        We met each other like that we

4      used to work together in the same company

5      before in Maryland.

6          Q.        Now, is it Carlos with an S or

7      Carlo?

8          A.        I cannot write it for you. I could

9      only say it because I don't know how to read.

10         Q.        I'll call him Carlos. Where does

11     Carlos presently live?

12         A.        He lives in Maryland.

13         Q.        When was the last time you saw

14     Carlos?

15         A.        The days around my accident after

16     a week I came I was living in Spring Valley, we

17     had almost two weeks there staying there.

18         Q.        When you say we you mean yourself

19     and Carlos?

20         A.        Yes because we shared a room

21     together.

22         Q.        How long did you live in Spring

23     Valley for?

24         A.        Living there?

25         Q.        Yes, in Spring Valley.



1                    Daniel Rivera

2          A.       I don't remember if it was three

3    weeks. The first week to look for an apartment

4    the lady Lanzo helped us find a hotel from

5    there we found a room.

6          Q.       You found a room in Spring Valley?

7          A.       Yes.

8          Q.       What was the address there at

9    Spring Valley where you found a room?

10         A.       I don't know. I was there for a

11   short time.

12         Q.       Now, when you had the accident for

13   which we're here for today did you live in

14   Spring Valley?

15         A.       Yes, I was staying there.

16         Q.       You were staying there with

17   Carlos; is that correct?

18         A.       Yes, at the beginning I lived in

19   Spring Valley. Then, we were travelling like

20   that but I couldn't take it anymore. We looked

21   for a room because of that because we would

22   come out at night for work and there was a lot

23   of traffic towards Elizabeth. We would get

24   there after 11:00 at night. That's when we

25   would look for rent in the apartment.



1              Daniel Rivera

2        Q.      You looked for a rental in Spring

3    Valley?

4        A.      Yes, Alonzo helped us look for it.

5        Q.      Who is Alonzo?

6        A.      The boss.

7        Q.      What's Alonzo's last name?

8        A.      I think it's Lojas I think. Could

9    I go to the bathroom?

10       Q.      Of course.

11               (Whereupon, an break was held at

12       this time.)

13       Q.      Have you ever been convicted of a

14   crime in the United States?

15       A.      No.

16       Q.      At the time of your accident what

17   company were you working for?

18       A.      Bryan's Construction.

19       Q.      Is it Bryan's Construction?

20       A.      I cannot say it very well.

21       Q.      What type of business was Bryan's

22   Construction involved in?

23       A.      I just know that that was the

24   company.

25       Q.      What did that company do in terms



                        Daniel Rivera

of work?

    A.        Roofing.

    Q.        Anything else?

    A.        The time I worked we only did

that.

    Q.        Who did you report to at Bryan's?

    A.        Report? I don't understand.

    Q.        Who was your boss at Bryan's?

    A.        Alonzo.

    Q.        Alonzo Lojas?

              THE INTERPRETER: I'm going to get

    some water if you don't mind.

              MR. DIEUDONNE: Sure.

              (Whereupon, at this time, a break

    took place.)

    Q.        Are you still employed by Bryan's

Construction?

    A.        At the time of the accident I

haven't returned -- I didn't return to the job.

    Q.        Immediately after the accident you

stopped working for Bryan's Construction?

    A.        Yes.

    Q.        Now, the accident for which we are

here for today when did it happen? I need the



1                    Daniel Rivera

2    date.

3         A.        August 22nd.

4         Q.        Of what year?

5         A.        2015.

6         Q.        Approximately what time of day was

7    it?

8         A.        It was before lunch, but I don't

9    remember the time.

10         Q.        What is the address of the

11    location where the accident happened?

12         A.        Yonkers.

13         Q.        On what street in Yonkers did the

14    accident happen?

15         A.        I cannot write it down because we

16    only had two days there.

17         Q.        Do you recall the house number?

18         A.        No.

19         Q.        I'm sorry. Did you say that you

20    had only been working there two days when the

21    accident happened?

22         A.        In the house, yes.

23         Q.        How many floors did that house

24    have?

25         A.        It appears to me that it was two.



1                     Daniel Rivera

2          Q.        The work that you were performing

3     at that house what did it consist of?

4          A.        The day before we were taking out

5     old roofs from the back.

6          Q.        What do you mean you were taking

7     out the old roof from the back?

8          A.        The old roof so we could replace

9     it with a new one.

10         Q.        The day before the accident had

11    you completely removed the old roof?

12         A.        One part the first day.

13         Q.        Other than yourself how many other

14    workers were engaged in removing the old roof?

15         A.        One moment please. Carlos was

16    there. Another Carlos that was the son of

17    Carlos as well, son of Alonzo, another one that

18    they picked him up I don't know him.

19         Q.        Now, Carlos the son of Carlos

20    where does he live?

21         A.        They went to Maryland. I think

22    they are always together.

23         Q.        You think they went to Maryland

24    with his father?

25         A.        I would think so.

```
1                        Daniel Rivera
2        Q.        When was the last time you saw
3   him?
4                  MR. EDELMAN: Which one?
5                  MR. DIEUDONNE: The son of Carlos.
6        A.        Since I stopped working there.
7        Q.        Now, the son of Alonzo is he the
8   son of Alonzo Lojas?
9        A.        Yes.
10       Q.        What is his full name?
11       A.        I don't know the name. They would
12   call me cousin.
13       Q.        Now is Alonzo Lojas also from the
14   country of El Salvador?
15       A.        No Equador.
16       Q.        Now, when you arrived at the job
17   site the first day who told you what to do?
18       A.        The first day I was going to work
19   in the company or what?
20       Q.        No, when a arrived at the job site
21   before the accident happened?
22                 MR. DECARLO: On the first day?
23                 MR. DIEUDONNE: On the first day.
24       Q.        Who told you what you had to do?
25       A.        Alonzo said we have to strip the
```



Daniel Rivera

1                         Daniel Rivera

2  old roof.

3       Q.     What materials did you use to

4  strip the old roof?

5       A.     Alonzo's son went up the ladder

6  the first one on the side of the back,

7  42 meters -- no, excuse me, 42 feet. We had

8  that so we could work the whole area in the

9  back.  We put that ladder on the side of the

10  back with that ladder. We would work.

11      Q.     Other than the ladder or ladders

12  what other instruments did you use what other

13  tools did you use to remove the old roof?

14      A.     We would use a harness so that we

15  could tie ourselves. We would use a shovel so

16  that we could strip.

17      Q.     The shovel was meant to strip the

18  old roof?

19      A.     Yes to strip the old roof.

20      Q.     Other than the ladders, the

21  harness, the shovel, what other tools did you

22  use to remove the old roof?

23      A.     To remove the old roof you only

24  use the shovel.

25      Q.     Now, the tools that you've told me

1                       Daniel Rivera

2    about the shovel, the harness, the ladders, who

3    provided those to you?

4         A.        That was given by Alonzo.

5         Q.        On the first day as you started to

6    work with the other workers was Alonzo also

7    present and supervising your work?

8         A.        He would only get there in the

9    mornings.

10        Q.        What do you mean by that?

11        A.        He would get there to leave us at

12   work and then he would do his errands and

13   things that he needed to do.

14        Q.        Alonzo Lojas would drop you off at

15   the work site?

16        A.        Yes.

17        Q.        Would he supervise your work?

18        A.        Another one from Home Depot.

19        Q.        What would the other one from Home

20   Depot do?

21        A.        Supervise.

22        Q.        What was the name of that

23   individual from Home Depot who supervised your

24   work?

25        A.        I don't know the name.

1                    Daniel Rivera

2        Q.        Was it a man or a woman?

3        A.        Man.

4        Q.        Would you describe that person as

5    an African American, a Latino, a black, a

6    Hispanic, white?

7        A.        Black guy, clear black guy.

8        Q.        I think he means light skin, a

9    black male?

10       A.        Not white, he spoke Spanish, but I

11   don't know if he was from what country. I don't

12   know.

13       Q.        Pursuant to his supervision what

14   did he do?

15       A.        He just got to supervise how the

16   job was going.

17       Q.        Would he talk to you and the other

18   workers as you worked?

19       A.        He would speak to the bosses.

20       Q.        Would he speak to the workers such

21   as yourself?

22       A.        No.

23       Q.        When you say he would speak to the

24   bosses who are you referring to?

25       A.        If Alonzo was not there he would



Daniel Rivera

1

2   speak to the other son that was in charge.

3       Q.      If Alonzo was not present he would

4   speak to Alonzo's son?

5       A.      Yes.

6       Q.      What would he say to them?

7       A.      I don't know what they would talk

8   about there.

9       Q.      Now, on August 22, 2015, what time

10  did you arrive at the work site where the

11  accident happen?

12      A.      The 22nd, August.

13      Q.      What time of day did you arrive at

14  the location where the accident happened?

15      A.      We got there before eight. We

16  started to work after eight.

17      Q.      How did you get to the work site

18  that day?

19      A.      They took us in the van.

20      Q.      Who drove the van?

21      A.      Alonzo.

22      Q.      The boss Alonzo Lojas?

23      A.      If he didn't drive us his son

24  drove us.

25      Q.      That day the date of the accident



```
 1                  Daniel Rivera
 2     the van was driven by Alonzo Lojas?
 3                  MR. EDELMAN: Objection of the
 4          form.
 5          A.      That day I don't remember if it
 6     was his son.
 7          Q.      Now, when you arrived at the work
 8     site on August 22, 2015, was the boss Alonzo
 9     Lojas present also?
10          A.      Excuse me. I said 22nd you said
11     the 27th.
12          Q.      No, the 22nd, August 27th?
13          A.      Yes.
14          Q.      Was Alonzo, the boss, also present
15     at the work site in the morning?
16          A.      He got there in the morning.
17          Q.      Yes. My question was was he
18     present. Was the boss present?
19          A.      No.
20          Q.      Was the son present?
21          A.      Yes.
22          Q.      Before you started to work did the
23     son of Alonzo have a talk with you and the
24     other workers regarding what had to be done?
25          A.      No.
```



1                    Daniel Rivera

2         Q.        When you started to work that day

3    or after you started to work that day did

4    Alonzo Lojas, the boss, have a talk with you or

5    the other workers regarding what had to be

6    done?

7                    MR. EDELMAN: Objection to form.

8         A.        Well the first day Alonzo always

9    arrived in the morning. The first day we

10   started to strip on this side. Then we reached

11   to strip in the front almost to doorman. We

12   reached the backside and we stripped.

13        Q.        But my question was on the date of

14   the accident did Alonzo Lojas have a talk with

15   you and the other workers regarding what had to

16   be done at the house either before you started

17   to work or while you were working?

18                   MR. EDELMAN: Objection to the

19        form.

20        A.        Yes, he would always talk to us in

21   the morning before leaving.

22        Q.        He did so before leaving on

23   August 22, 2015?

24        A.        Yes.

25        Q.        On August 22, 2015, what did

1               Daniel Rivera

2    Alonzo say to you and the other workers as to

3    what had to be done that day?

4        A.        Well he told one to put new

5    -roofing where it was prepared then I was

6    stripping Carlos, the son Carlos, then Alonzo

7    before leaving, there was a ladder, 12 or

8    16 feet. He told me to use that one I put the

9    ladders so that I could go up the strip and

10   then I took the ladder, I went down on the

11   backside because he had the ladder prepared, it

12   was on the levelled roofing to one side like

13   this in the two houses, then I came down, and I

14   went up to strip the part the doorman in the

15   front. Then in that process I took the second

16   ladder, I went up on the ladder that Alonzo had

17   put up, I took the second ladder with the left

18   hand, then the process to put the ladder, the

19   second one, the ladder Alonzo put up and moved

20   towards my right side. When I started to fall

21   on the left side when I was going on the floor

22   I took the ladder with my hand. When I was on

23   the floor I had electric shock through my whole

24   left side and everything happened at that

25   moment.

Daniel Rivera

1

2      Q.        Now, you just testified that

3  Alonzo told you which ladder to use?

4      A.        Yes.

5      Q.        Now, that ladder you gave the

6  measurements, I missed that. Could you describe

7  that ladder like how long it was?

8                MR. EDELMAN: Which ladder?

9                MR. DIEUDONNE: The ladder that

10     Alonzo told him to use. How long was it he

11     stated but it I missed it.

12                MR. EDELMAN: As of how many

13     ladders to use?

14                MR. DIEUDONNE: Well, the ladder --

15                MR. EDELMAN: Objection to form

16     sorry.

17     Q.        You stated that Alonzo pointed a

18  ladder to you and told you to use it.

19     A.        Yes.

20     Q.        Could you describe that ladder in

21  terms of measurements?

22     A.        The second one?

23     Q.        No, the one that he told you to

24  use?

25     A.        Well he put it up in the middle of



1                    Daniel Rivera

2    the two homes.

3         Q.        I just need the measurement. How

4    long it was?

5         A.        That's approximately 42 feet. He

6    extended it approximately five feet, five or

7    four yes.

8         Q.        Where did Alonzo place that

9    ladder?

10        A.        On the fence.

11        Q.        He placed the ladder on the fence?

12        A.        Yes.

13        Q.        I'm going to have some exhibits

14   marked. I think it would help us tremendously.

15                  (Whereupon, Defendant's Exhibit

16        A-F, photographs, were marked for

17        identification, as of this date by the

18        Reporter.).

19        Q.        I'm going to show you what's been

20   marked as Defendant's Exhibit A.

21        A.        That's the house where I had the

22   accident.

23        Q.        Now, looking at that picture

24   Defense Exhibit A do you see where the accident

25   happened?



1                    Daniel Rivera

2          A.      It was in between the two homes

3    inside.

4              MR. EDELMAN: Indicating with his

5    hand the left portion of this photograph that

6    side. This is all the left side.

7          Q.      I'm going to show you what has

8    been marked as Defendant's Exhibit D. Do you

9    see where the accident happened looking at D?

10         A.      Alonzo put the ladder he extended

11   it to second flat floor that's the first ladder

12   he put up.

13             MR. EDELMAN: The witness is

14        indicating his hand in the photograph.

15             MR. DIEUDONNE: Can we put this

16        down? I could stand that's okay.

17             MR. EDELMAN: You'll hold it. By

18        Counsel it looks like he was indicating

19        the base of the ladder. The bottom part

20        was up by the stairs there going all the

21        way up.

22         Q.      Now, looking at --

23             MR. DECARLO: Wait, the bases over

24        there?

25             MR. EDELMAN: You could clarify it.

```
1                    Daniel Rivera
2               MR. DIEUDONNE: I want to ask him.
3      Q.        Looking at exhibit D can you show
4  me where the base of the ladder was?
5      A.        It was here.
6               MR. DIEUDONNE: Indicating the top
7  step on the left of the exhibit.
8               MR. DECARLO: Can we have him mark
9  it with an X?
10              MR. DIEUDONNE: Yes.
11              MR. EDELMAN: You want him to mark
12 the base the bottom of the ladder?
13              MR. DIEUDONNE: The base, yes. An X
14 would be fine whatever he could do.
15              MR. EDELMAN: If he can do an X.
16     Q.        Now, where was the top of the
17 ladder looking at Exhibit D?
18     A.        It was closer to the corner here.
19              MR. EDELMAN: Over here?
20              THE WITNESS: On the flat roof
21 there.
22     Q.        Can he mark it?
23     A.        It would be over the fence he
24 extended over four, five feet over the fence.
25     Q.        When you say he extended it are
```

1                    Daniel Rivera

2    you referring to Alonzo?

3         A.       Yes.

4              MR. EDELMAN: Indicating with his

5         hand the portion of the roofing above the

6         black colored fence along the second

7         balcony or flat roof as he described it.

8              MR. DECARLO: Get some kind of a

9         marking.

10             MR. EDELMAN: By Counsel if you let

11        him. Can you indicate a part we'll make a

12        marking there just indicate where

13        approximately the top where the ladder is

14        we just want to mark it.

15        A.       Halfway of the fence.

16             MR. EDELMAN: Halfway above the

17   fence?

18             THE WITNESS: Yes because he

19        extended it like this so I could go up,

20        going up from the level of the fence four

21        feet, five feet over.

22             MR. EDELMAN: So four feet above

23        the fence?

24             THE WITNESS: Yes.

25             MR. DIEUDONNE: Can he do a



                        Daniel Rivera

1

2       marking?

3                       MR. EDELMAN: He can't really

4       write. Four feet above the fence. Do you

5       see this area?

6                       THE WITNESS: Yes.

7                       MR. EDELMAN: Want to put a circle?

8                       THE WITNESS: Yes.

9           Q.      Let me show you what's been marked

10      as Defendant's Exhibit E. Does this look

11      familiar to you?

12                      MR. EDELMAN: What on the

13      photograph, the photograph itself?

14                      MR. DIEUDONNE: Yes, the photograph

15      itself.

16          Q.      Does that ring a bell?

17          A.      That's different to what's in the

18      house. I don't remember.

19          Q.      Now, back to Exhibit D. At some

20      point that morning of August 22, 2015, you

21      started climbing on the ladder that was placed

22      by the lower X right here?

23          A.      Yes. I went up after Alonzo told

24      me to go up for the first time.

25          Q.      Now, first you went up those steps



Daniel Rivera

1
2    on the lower exhibit, right, the lower portion
3    of the exhibit?
4        A.      Yes, with the ones Alonzo told me
5    to pick up.
6        Q.      Now, as you climb the steps before
7    you get on the ladder were you carrying
8    anything?
9        A.      The second ladder Alonzo told me
10    to take up. I had it in the middle on my left
11    hand, with the other hand I was holding on.
12    When I was in the process of on the level of
13    the fence in the process was when Alonzo's
14    ladder had my foot, he moved like this towards
15    my right side and I fell on the left side.
16        Q.      I'm going to get to that. Now, the
17    ladder that you were carrying with your left
18    hand before you got on the other ladder. Now,
19    that ladder can you describe it for me in terms
20    of measurements the one that you were carrying
21    with your left hand?
22        A.      It would be 12, 16 feet half of a
23    piece of a 32 ladder.
24        Q.      Now, that ladder that you were
25    carrying with your left hand what type of

```
1                     Daniel Rivera
2     ladder was it, a ladder, just a straight
3     ladder, or something else?
4          A.     I don't understand.
5          Q.     Do you know what an A ladder is?
6          A.     One that extends like this?
7          Q.     Actually the A ladder looks like
8     this.
9          A.     No, it was a normal ladder.
10          Q.     So the ladder that you were
11    carrying with your left hand was a normal
12    ladder?
13          A.     Yes.
14          Q.     Now, at some point you started
15    climbing up the ladder that Alonzo had placed
16    against the house holding on to an A ladder
17    with your left hand; is that correct?
18                MR. EDELMAN: Objection of form,
19          you could answer.
20          A.     The mark. I don't understand what
21    you're saying.
22          Q.     When you started going up the
23    ladder which was placed right here?
24                MR. EDELMAN: Indicating by the X
25    on Exhibit D.
```



                        Daniel Rivera

1

2       Q.      You were also holding on to

3   another ladder with your left hand?

4       A.      The one Alonzo told me to take

5   out.

6       Q.      Yes. Now, what was your intended

7   destination as you were going up that ladder?

8       A.      Alonzo told me to go up. The

9   ladder on the flat roof, the second one, before

10  he left we put a pillow -- we call it cushion

11  like this, he threw it so that I could put it

12  right there against that pillow there so I

13  wouldn't screw the flat roof. That's what he

14  told me he was going to do.

15      Q.      Looking at Exhibit D and more

16  specifically the circle on top of the exhibit

17  that I'm pointing to is that where you intended

18  to go with the other ladder?

19      A.      Yes, he told me to go up the

20  ladder.

21      Q.      Now, did you make it to that area

22  where the circle is?

23              MR. EDELMAN: Objection to form.

24      A.      One level in the fence.

25      Q.      You made it one level?

                    Daniel Rivera

1

2       A.       Yes.

3       Q.       Did you actually make it up there

4    by the circle?

5       A.       No, I got to a process of the

6    level of the one.

7       Q.       What do you mean by that?

8       A.       A process of the second ladder so

9    I could put the second one -- all that happened

10   when that moved towards my right side in that

11   process I was in that process when I fell.

12      Q.       What process were you in the

13   middle of before you fell?

14      A.       The process of to put the ladder.

15      Q.       You were in the process of putting

16   the other ladder that you were holding on to

17   with your left hand somewhere else?

18      A.       Yes.

19      Q.       Where were you going to put that

20   ladder that you were holding on to with your

21   left hand?

22      A.       Where Alonzo told me.

23      Q.       Which is where? Can you show it to

24   me in the picture?

25      A.       Alonzo told me to do it mid the

1                      Daniel Rivera

2    flat roof so that I could strip the sides here

3    doorman.

4          Q.      So pretty much the same area?

5                MR. EDELMAN: He's saying the

6          ladder into that area of the flat roof

7          which is like the second -- it's at the

8          top of the page of Exhibit D. It looks

9          like a balcony or a flat roof. He's

10         indicating to where on the front section

11         of the roof.

12         Q.      Now, you indicated that you just

13   stated at some point that the ladder that

14   Alonzo had placed against the house started to

15   shift?

16         A.      Yes.

17         Q.      When that happened were you still

18   on the ladder holding on to the other ladder

19   with your left hand?

20         A.      No in the process. We were in the

21   levels of the second ladder like everything

22   happened in the moment. The other one moved. I

23   was falling, when I was going down I held on to

24   the second ladder, when I was on the floor I

25   felt the electric shock.

1              Daniel Rivera

2       Q.       Yes, I'm going to get to that like

3   I told you before. All that I'm trying to find

4   out when the ladder that you were climbing on

5   started to shift were you still on it?

6       A.       Yes, in the process of.

7       Q.       But were you still on the ladder?

8       A.       Alonzo's, yes.

9       Q.       Now, as you were still on the

10  ladder when it started to shift were you still

11  holding on to the other ladder with your left

12  hand?

13      A.       Like everything happened at the

14  moment.

15      Q.       I understand that, but as you were

16  on the ladder that Alonzo had placed against

17  the house when it started to shift were you

18  still holding on to the other ladder with your

19  left hand?

20      A.       Yes, that's what I told you. I was

21  in the process. Like everything happened at the

22  moment and another one moved and I fell.

23      Q.       Had the ladder that Alonzo placed

24  against the house not moved where would you

25  have placed the other ladder that you were

1                    Daniel Rivera

2    holding on to with your left hand?

3                    MR. EDELMAN: Objection to the

4    form?

5         A.       Where Alonzo told me.

6         Q.       Which is by the circle or --

7         A.       No. I was going to put it here so

8    that I could strip the part. This thing here.

9                    MR. EDELMAN: Indicating the center

10             of the upper roof, the flat roof area to

11             work on the top of the roof.

12        Q.        I'm going to show you what's been

13   marked as Defendant's Exhibit A. Now looking at

14   Defense Exhibit A, can you show me where you

15   would've placed the ladder that you were

16   holding on to with your left hand?

17        A.       Had the other ladder not shifted I

18   was in the process of putting it on the flat

19   roof.

20        Q.       Is that a flat roof or a balcony?

21                   MR. EDELMAN: Objection to form.

22        A.       Flat roof.

23        Q.       Now, can you put an X for me in

24   the area where the other ladder or two Xs?

25                   MR. EDELMAN: Can you read that

```
 1                     Daniel Rivera
 2        back?
 3                     (The record was read as
 4        requested.).
 5        A.      Where I was going to put it so
 6        that I could work?
 7        Q.      Yes.
 8                     MR. DIEUDONNE: Does it show?
 9                     MR. EDELMAN: By Counsel, I could
10        go over the base of it going over that.
11        Off the record.
12                     (Whereupon, at this time, a
13        discussion was held off the record.).
14        Q.      Now, you previously told me that
15        the ladder that you were on immediately before
16        your accident started to shift?
17        A.      Where I was, yes.
18        Q.      Now, what caused it to shift?
19                     MR. EDELMAN: Objection to form.
20        A.      Alonzo didn't secure it well.
21        Q.      When you say that the ladder
22        started to shift did it start to shift left, to
23        the right, or something else?
24        A.      Where I was in the right -- excuse
25        me, in the left.
```



1                    Daniel Rivera

2        Q.        Started shifting to the left?

3        A.        No, to the right where I was

4    standing, yes.

5        Q.        Now, immediately when the ladder

6    started to shift what was your reaction?

7        A.        I started to fall, I took the

8    stairs, the second stairs, with my hand and

9    everything happened in the moment. I was on the

10   floor of the flat roof. I thought the electric

11   shock.

12       Q.        You said that you took the second

13   stair with your left hand is it the second

14   stair or second ladder?

15       A.        Second ladder.

16            MR. EDELMAN: Off the record.

17            (Whereupon, at this time, a

18       discussion was held off the record.).

19       Q.        When you took the second ladder

20   with your left hand what happened next?

21       A.        Well, everything happened in the

22   moment. When the ladder moved where I was

23   standing that Alonzo put up I started to fall

24   on the left side and took the ladder when I was

25   going down to the left hand -- when I was on



Daniel Rivera

1

2      the floor, I felt the electric shock on my

3      whole left side.

4          Q.      Now, where did you fall on to?

5          A.      I fell on the flat roof.

6          Q.      Now, looking at what was

7      previously marked Defendant's Exhibit A do you

8      see where you fell?

9          A.      I was in the process of putting

10     the ladder, the second one. Everything was --

11     how do I tell you? Everything happened in the

12     moment. Where the ladder moved where I was

13     standing and all of sudden I went towards the

14     floor.

15         Q.      But looking at that Exhibit A do

16     you see where you fell, where you ended up

17     after you fell?

18         A.      Let's say because I was going up

19     in the front where I put the ladder Alonzo on

20     top of the fence that when I fell to the left

21     side, when I fell over the flat roof.

22         Q.      Yes, but my question was looking

23     at that photo Exhibit A do you see where you

24     ended up after you fell where your body ended

25     up after you fell?

1                    Daniel Rivera

2       A.      Right here on the flat roof the

3    front where I was.

4               MR. EDELMAN: He's indicating on

5       the flat roof.

6       Q.       Is that the area previously marked

7    with an X? Is it an X?

8       A.       Yes, like everything happened in

9    the moment. When you feel the electric shock I

10   blacked out and that's it.

11      Q.      Now, you've brought up a couple of

12   times electric shock, were you electrocuted?

13              MR. EDELMAN: Objection to the

14      form.

15      A.       In the moment I felt -- I felt it

16   when I was on the floor.

17      Q.      What caused your electrocution?

18              MR. EDELMAN: Objection to the

19      form.

20      A.       Everything was in the moment.

21   When I was on the floor I felt the electric

22   shock. I don't know where that came from.

23      Q.       Were you told by anyone afterwards

24   where the electric shock came from?

25      A.       A co-worker told me that when I

Daniel Rivera

1
2   went from the ladder hit the cable.

3        Q.        What is that co-worker's name?

4        A.        It was Carlos.

5        Q.        Which ladder he told you touched

6   the electrical cable?

7                  THE INTERPRETER: Say that again?

8        Q.        Which ladder he told you touched

9   the electrical cable?

10       A.        He didn't see it but he said it

11  might of touched because I was attaching roof

12  on the backside.

13       Q.        Now, did Carlos witness your fall?

14       A.        No, he didn't see. They saw smoke

15  they saw smoke and the explosion that day.

16       Q.        Who saw the smoke and the

17  explosion?

18       A.        Carlos, the son.

19       Q.        What caused the smoking explosion?

20       A.        When the ladder made contact and

21  like everything happened at the moment. I don't

22  remember.

23       Q.        When the ladder made contact with

24  what?

25       A.        With electricity.



Daniel Rivera

1

2    Q.       Did any of the other workers --

3    and I'm not referring to Carlos, witness your

4    fall?

5    A.       No, they didn't see. Some of them

6    were in the back and some of them were below.

7    Q.       Now, other than your co-workers

8    did anyone witness your fall?

9    A.       They saw the smoke, they came down

10   to the area where I was, and they said that I

11   was trembling. One of them I think carried me

12   and brought me down to the stairs and they told

13   me that they took me to the van.

14   Q.       Now, that person might of carried

15   you was that one of your co-workers?

16   A.       Yes.

17   Q.       What is that person's name, that

18   co-worker's name?

19   A.       I don't know. They just told me

20   that they brought me down but they didn't tell

21   me the name.

22          MR. EDELMAN: Before he said

23          stairs. Again, did you mean stairs or

24          ladders?

25          THE INTERPRETER: Brought me to the

                    Daniel Rivera

1

2     stairs. He meant brought me down to the

3     stairs.

4          Q.     You're saying that a co-worker

5     brought you down?

6          A.     Yes, that's what they told me.

7          Q.     They took you down to the ground

8     floor?

9          A.     They said they carried me here.

10                MR. EDELMAN: Left shoulder.

11         A.     They couldn't do it between the

12    two the ladder Alonzo put up.

13         Q.     You were carried back down to the

14    ground floor on the home staircase or the

15    ladder that Alonzo had against the house; which

16    is it?

17         A.     No, I'm referring to that. They

18    say that they brought me down after my

19    accident. I don't remember. They told me that

20    they carried me to go down and they took me to

21    the van.

22         Q.     Did they tell you if you were

23    taken down in the homes staircase through the

24    home staircase?

25         A.     Well, they just only told me that



```
 1                    Daniel Rivera
 2      they brought me down from then on. I don't
 3      know. I don't remember.
 4           Q.       You previously testified that
 5      after you fell you passed out?
 6           A.       Yes, I was in the dark.
 7           Q.       Did anyone tell you how long you
 8      had passed out for?
 9           A.       No. They told me that they wanted
10      to call the ambulance. Alonzo did not want
11      that.  He wanted someone to take me, someone in
12      particular to take me. They took a while for
13      them to call the ambulance.
14           Q.       Now, who told you that they wanted
15      to call an ambulance and that Alonzo said no?
16      Who is they?
17           A.       One of the workers.
18           Q.       What is that worker's name?
19           A.       One of the ones that he picked up
20      there.
21           Q.       What's his name?
22           A.       I don't know the name.
23           Q.       He said that Alonzo said no?
24           A.       Yes, they called him.
25           Q.       Did he tell you why Alonzo said
```

1                     Daniel Rivera

2      no?

3           A.        No, he didn't say. He only said

4      that he didn't want the ambulance to take me.

5      He wanted another car to take me.

6           Q.        He wanted another car to take you

7      to the hospital?

8           A.        Yes.

9           Q.        Now, you previously mentioned

10      smoke and explosion?

11           A.        That's what they told me.

12           Q.        Now, when you regained

13      consciousness did you notice smoke around you?

14           A.        No.

15           Q.        When you regained consciousness

16      did you notice that parts of your body were

17      burnt?

18           A.        Yes. I felt the pain on my chest,

19      on my part here.

20                     MR. EDELMAN: Indicating back of

21           left side of the neck.

22                     THE WITNESS: Neck.

23                     MR. EDELMAN: You said chest and

24           front left section?

25                     THE WITNESS: My whole left side



Daniel Rivera

1

2      towards the foot.

3          Q.      Now, I'm going to get to that. My

4      question was when you regained consciousness

5      did you notice burns in any part or parts of

6      your body?

7          A.      Well I felt I couldn't get up

8      anymore. I remember I was in the area of the

9      hospital because I had my eyes closed, at the

10     moment I started to regain consciousness and I

11     remember in the hospital someone spoke to me

12     and told me to open up my eyes. I don't know if

13     it was the police or it was the ambulance. I

14     don't know.

15         Q.      You have to listen to my questions

16     carefully. While you were at the hospital when

17     you opened up your eyes did you notice burns in

18     any part or parts of your body?

19         A.      I felt my skin numb, everything in

20     my whole arm was numb, on my left leg, and my

21     whole neck was hurting and chest and I couldn't

22     tighten my hands like this.

23              MR. EDELMAN: Indicating what he

24     was saying --

25         Q.      I'm going to discuss your pain,

```
                          Daniel Rivera
 1

 2    the hospital, et cetera, but you have to answer

 3    the question that I'm asking of you. Do you

 4    understand?

 5              MR. EDELMAN: For the record he was

 6         indicating top of the left hand and up his

 7         left arm. Again, back and neck, head, and

 8         left chest and just to get on the record.

 9              MR. DIEUDONNE: Yeah, but that was

10         not an answer to my question. I

11         understand.

12         Q.       You have to answer the question

13    I'm asking you. My question was when you opened

14    up your eyes at the hospital did you notice

15    burns on any part or parts of your body?

16    That's all that I'm asking you.

17              MR. EDELMAN: Did he see any burns

18    or observe any burns?

19              MR. DIEUDONNE: Yes.

20         A.       I felt my skin, I would squeeze

21    it, I would scratch it, I didn't feel anything

22    a lot of pain. That's all I felt.

23         Q.       You stated that you did not feel

24    your skin; is that correct?

25              MR. EDELMAN: Objection to form.
```

1                     Daniel Rivera

2          A.        Yes, I didn't feel it.

3          Q.        You did not feel your skin where

4    is that just in your left wrist or other parts

5    of your body?

6          A.        Yes, all this.

7          Q.        Indicating where?

8          A.        My whole arm.

9          Q.        Your left arm?

10         A.        Yes. Part of my back, a lot of

11   pain.

12         Q.        You stated that you did not feel

13   your skin. Did you not feel your skin in your

14   entire left arm?

15         A.        Yes.

16         Q.        Where else?

17         A.        On my whole left side.

18         Q.        Now, I'm going back to the house

19   where the accident happened. Immediately after

20   you regained consciousness while you were at

21   the house after the accident?

22         A.        No.

23         Q.        Where did you regain

24   consciousness?

25         A.        In the hospital.

1                     Daniel Rivera

2          Q.       When you regained consciousness

3     did you feel pain?

4          A.       Yes.

5          Q.       Where did you feel the pain?

6          A.       On my whole left side in the back,

7     neck, and then because he had the oxygen again

8     and stuff.

9                   MR. EDELMAN: Indicating mask on

10         his face.

11         Q.       So when you regained consciousness

12    you felt pain in your neck, back, and your

13    entire left side?

14         A.       Yes, on my whole left leg -- on my

15    left side the chest as well a lot of pain.

16         Q.       Now, back at the house when you

17    were falling did you feel the electrocution?

18                  MR. EDELMAN: Objection to form.

19         A.       When I was on the floor that's

20    when I felt the electric shock.

21         Q.       Did you feel the shock in your

22    entire body or just in certain parts of your

23    body?

24         A.       I felt the shock on my left side.

25    That's what I remember.

Daniel Rivera

1

2      Q.      Was it your entire left side that

3  you felt the shock in?

4      A.      Excuse me?

5      Q.      Did you feel the electrical shock

6  in your entire left side?

7      A.      Yes.

8      Q.      At that time when you felt the

9  electrical shock in your left side were you

10 bleeding?

11     A.      At the moment I don't remember. I

12 lost consciousness.

13     Q.      When you regained consciousness at

14 the hospital were you bleeding from any part or

15 parts of your body?

16     A.      I don't know. What I remember is

17 that I felt pain like I told you my whole skin

18 was numb and pain in the whole back.

19     Q.      What hospital were you taken to?

20     A.      I don't know. I don't know the

21 name of it. All I know is that it was in

22 Yonkers.

23     Q.      Were you taken there by ambulance,

24 by private car, or something else?

25     A.      Ambulance.



1                    Daniel Rivera

2        Q.        Now, when you regained

3    consciousness were you able to breathe on your

4    own?

5        A.        Very little because everything was

6    hurting.

7        Q.        Did you have an oxygen mask when

8    you gained consciousness?

9        A.        Yes.

10        Q.        How long were you in the hospital

11    for?

12        A.        Three days.

13                  MR. DECARLO: How many, two?

14                  THE INTERPRETER: Three days.

15        A.        Could I get up for a minute?

16        Q.        Yes, of course.

17                  (Whereupon, at this time, a lunch

18    break took place.)

19        Q.        While you were at the hospital for

20    three days immediately after your accident did

21    you have surgery?

22        A.        At the moment, no.

23        Q.        Were you given painkillers?

24        A.        Yes. At the moment they gave me

25    medicine.



```
1                    Daniel Rivera
2        Q.        What medicine were you given?
3        A.        For the pain and for the muscle
4    relaxer. They gave me other medication, but all
5    I understood for that was that it was for the
6    pain.
7        Q.        Now, once you regained
8    consciousness did you lose consciousness at any
9    point while at the hospital for the three days?
10       A.        Like my mind was not right, I was
11   like traumatized.
12       Q.        During those three days were there
13   any MRIs taken at the hospital?
14       A.        Yes.
15       Q.        Which parts of your body were
16   examined by an MRI?
17       A.        The head, my back, the whole body.
18       Q.        Were you told what the results of
19   those MRIs were?
20       A.        I don't remember. The doctor that
21   I went to see did not speak Spanish.
22       Q.        Were there any X-rays taken while
23   you were in the hospital for those three days?
24       A.        Yes, I think so.
25       Q.        Which parts of your body were
```

Daniel Rivera

1
2   X-rayed?

3       A.      They put me -- what is that called

4   when they do the MRI? They checked part of my

5   body.

6               MR. EDELMAN: Indicating the part

7       of your body or the fingertips.

8       A.      The whole body that's what they

9   did.

10      Q.      Was that a CAT scan machine?

11      A.      I could not describe it because I

12  don't know.

13      Q.      Was your entire body placed inside

14  a machine?

15      A.      Yes.

16      Q.      Were you told what the results of

17  that exam were?

18      A.      I don't remember.

19      Q.      Did you have a conversation with a

20  medical doctor or other healthcare professional

21  while at the hospital for those three days?

22      A.      All I know is that a lot of

23  doctors came to see me.

24      Q.      Yes, but did you have a

25  conversation with any of them while at the



```
 1                    Daniel Rivera
 2    hospital for those three days?
 3         A.      I don't remember.
 4         Q.      During those three days at the
 5    hospital were you visited by any of your
 6    co-workers?
 7         A.      No.
 8         Q.      Did Alonzo Lojas visit you?
 9         A.      He went for one day and the day
10    that they discharged me. I called him so he
11    could pick me up.
12         Q.      Did he pick you up?
13         A.      Yes.
14         Q.      When he arrived at the hospital
15    did have you a conversation with him?
16         A.      I don't remember.
17         Q.      When Alonzo Lojas picked you up
18    did you discuss the accident?
19         A.      When he told me for me not to
20    worry that he was going to pay all of the
21    medical expenses.
22         Q.      Did he say anything else?
23         A.      I don't remember anything else.
24         Q.      Now, while you were at the
25    hospital for those three days did a medical
```

Daniel Rivera

1
2  doctor or other healthcare professional tell

3  you that you would need surgery?

4       A.       They gave me an appointment. They

5  recommended some doctors, a little bit of that

6  I remember. Alonzo took the papers away for a

7  week, the ones they gave me in the hospital,

8  and I was without a prescription for a week,

9  buying Motrin the best way I can for the pain.

10  Then, he went to see me with his wife where I

11  was in the apartment. I was in fear of my life

12  because they mentioned immigration. I was in

13  fear the following day I wanted to leave Spring

14  Valley.

15       Q.       Who said anything about

16  immigration?

17       A.       His wife, Alonzo's.

18       Q.       What did she say about

19  immigration?

20       A.       Like trying to, you know, pressure

21  me with fear that she had an immigration

22  attorney and I have a brother-in-law that had

23  an accident in Houston that he called

24  immigration on my brother-in-law and then I had

25  fear when she mentioned immigration. I returned

1                    Daniel Rivera

2      to Elizabeth.

3          Q.      Now, you're saying that Alonzo has

4      your papers for a week?

5          A.      Yes, he took it away.

6          Q.      Were those your discharge

7      instructions and your prescriptions or

8      something else?

9          A.      Yes, because he said he was going

10     to buy the medicine but he did not do it.

11         Q.      Did you eventually get your

12     discharge papers back and your prescription

13     back?

14         A.      I don't know if he gave it to me,

15     if he gave me the whole thing. When I was in

16     Elizabeth I took the papers to a pharmacy, they

17     gave me medicine, one that was for inflammation

18     and pain.

19         Q.      When Alonzo picked you up at the

20     hospital in Yonkers where did he drive you to?

21         A.      Where I used to live.

22         Q.      In Spring Valley?

23         A.      Yes.

24         Q.      How long did you remain in Spring

25     Valley before you went to Elizabeth?



1                    Daniel Rivera

2         A.        For ten days.

3         Q.        Now, you previously stated that

4    you were at the time of discharge you were

5    referred to a medical doctor by the hospital?

6         A.        Excuse me?

7         Q.        Let me rephrase. Before being

8    discharged at the hospital did the hospital

9    refer you to an outside medical doctors or

10   outside medical doctors?

11        A.        Yes.

12        Q.        What is the name of the doctor or

13   doctors that you were referred to by the

14   hospital at the time of discharge?

15        A.        No, I don't know the name.

16        Q.        Was it one doctor or several

17   doctors?

18        A.        It was a doctor. I cannot tell you

19   but --

20        Q.        Was it only one doctor or several

21   doctors that you were referred to?

22        A.        At that day various doctors got

23   me.

24        Q.        Now, at the time of discharge from

25   the hospital were you still in pain?

1                      Daniel Rivera

2          A.        Yes.

3          Q.        Where did you have pain at the

4      time of discharge?

5          A.        My whole left side, the neck, the

6      back, the feet below, my vision was in pain as

7      well, a lot.

8          Q.        You said your feet, which foot?

9          A.        The left.

10         Q.        What was wrong with your vision?

11         A.        In El Salvador I had a small

12     accident in my vision. I would see 70 percent

13     and now after my accident I don't see anything.

14         Q.        The left eye incident that you had

15     in El Salvador can you tell me what that was,

16     about what happened?

17         A.        Small piece of garbage hit me and

18     messed me up.

19                   MR. EDELMAN: Which eye?

20                   THE WITNESS: Left.

21                   MR. EDELMAN: Off the record.

22                   (Whereupon, at this time, a

23         discussion was held off the record.).

24         Q.        When you say small piece of

25     garbage entered your left eye or made contact

Daniel Rivera

1

2    with your left eye can you describe that piece

3    of garbage; was it a piece of metal, piece of

4    wood, or something else?

5         A.     It was a piece of garbage from a

6    whole grain tree.

7         Q.     After that incident you still had

8    70 percent vision on in your left eye?

9         A.     Yes.

10        Q.     Who told you that you still had

11   70 percent of vision in your left eye after the

12   incident?

13        A.     A doctor.

14        Q.     Was it a doctor in El Salvador?

15        A.     Yes.

16        Q.     Now, immediately before the

17   accident of August 22, 2015, you still had

18   70 percent vision in your left eye?

19        A.     No, I don't see anything.

20        Q.     No, listen to my question. Before

21   the accident in Yonkers did you still have

22   70 percent vision in your left eye?

23        A.     Before, yes.

24        Q.     As I speak to you now how is your

25   vision in the left eye?

1                    Daniel Rivera

2        A.        It hurts. The pain after my

3   accident -- I need a check up in my vision.

4        Q.        As I speak to you now can you see

5   through the left eye?

6        A.        Nothing. I don't see anything.

7        Q.        Now, since the accident in Yonkers

8   have you been treated by an ophthalmologist eye

9   doctor?

10       A.        After that no. I told my doctor

11  that we are in the process. I need a doctor for

12  the vision.

13       Q.        What is that doctor's name?

14       A.        His name is Dr. Colon.

15       Q.        Is the name Dr. Jose Colon?

16       A.        I just know him as Colon.

17       Q.        Will Dr. Colon arrange for you to

18  see an eye doctor?

19       A.        Yes. He told me that he has to

20  confer with the doctors, then I told my doctor

21  that performed the surgery on my back as well

22  that was the same looking for treatment.

23       Q.        I'm only talking about your left

24  eye now.

25       A.        Yes.

Daniel Rivera

1

2      Q.      Do you have pain in your left eye

3   as I spoke to you now?

4      A.      Yes.

5      Q.      While you were at the hospital for

6   those three days did you also have pain in your

7   left eye?

8      A.      Yes.

9      Q.      Now, looking at your left eye I

10   see in the middle of your eye a white circle,

11   like a white spot circular in shape?

12      A.      Yes.

13      Q.      Now, was it like that in El

14   Salvador, your home country?

15      A.      It had a little less, but after my

16   accident I was left in the dark and then I felt

17   I had no vision on my left side.

18      Q.      What my question was that white

19   circle that you have in your left eye did you

20   also have it on your left eye in El Salvador?

21      A.      Yes, but it was less. My doctor

22   that I went to see told me because it was the

23   same injury.

24      Q.      Now, after your accident in

25   Yonkers did that white circle that I'm looking

Daniel Rivera

1
2   at ever increase in size?

3       A.      Yes because sometimes it gets red.
4   It burns.

5       Q.      As I look at you now do you have
6   pain in any part of your body any parts of your
7   body?

8       A.      Always.

9       Q.      Where do you feel the pain as I'm
10  talking to you now?

11      A.      I feel it on my left side, the
12  neck, the back, the left foot.

13      Q.      Any other place?

14      A.      The vision burns a lot.

15      Q.      When you say vision burns a lot
16  the left eye?

17      A.      Yes.

18      Q.      When you say pain in your back is
19  it your upper back, your mid back, or your
20  lower back?

21      A.      The whole back.

22      Q.      Now, looking at your left arm I
23  see some type of cast or splint. What exactly
24  is that you have now that I'm looking at?

25      A.      Like a glove because of my hand

```
 1                    Daniel Rivera
 2   here.
 3              MR. EDELMAN: Indicating left.
 4   A.      My hand was no strength.
 5   Q.      You're referring to the left arm?
 6   A.      Yes.
 7              MR. DIEUDONNE: Counsel, is that a
 8   brace would you say?
 9              MR. EDELMAN: I wouldn't consider
10       it as a brace. It has an elastic component
11       to, you know, keep it together.
12              MR. DIEUDONNE: Would you say a
13       brace? It looks like it goes up his left
14       thumb up the arm.
15              MR. EDELMAN: Velcro.
16              MR. DECARLO: Velcro up to the
17   elbow.
18   Q.      How high does that go? The black
19   brace that I'm looking at how high does that
20   go? You could just point?
21              MR. EDELMAN: Can you describe it?
22   Q.      Just point to how far?
23              MR. EDELMAN: Forearm covers the
24   forearm.
25   Q.      Are wearing that brace pursuant to
```

Daniel Rivera

1
2    a prescription?

3         A.      Yes, the doctor.

4         Q.      Which doctor prescribed that brace

5    that you're wearing on your left arm?

6         A.      Right there Dr. Colon.

7         Q.      How long have you been wearing

8    that brace for?

9         A.      Since I started therapy.

10        Q.      Do you also have a brace or a cast

11   in your left leg?

12        A.      Yes. I had one I don't have it now

13   because when I remove it I feel like my foot

14   gets cold and that helps me a lot.

15        Q.      You're not wearing it today?

16        A.      No, not now.

17        Q.      Do you wear it every day or have

18   you stopped using it completely?

19        A.      I always use it.

20        Q.      Why don't you have it on today?

21        A.      Because the taxi got to my house

22   very fast.

23        Q.      Who prescribed it to you that left

24   neck brace?

25        A.      My doctor.

1                    Daniel Rivera

2          Q.        Dr. Colon?

3          A.        Yes.

4          Q.        Why did he prescribe it to you?

5          A.        For the same thing because my knee

6     would move a lot.

7                    MR. EDELMAN: Indicating left knee.

8          A.        Before my surgery.

9          Q.        Now, you previously stated that

10    you were receiving therapy?

11         A.        Yes.

12         Q.        When did you start to receive

13    therapy?

14         A.        It was a month after my accident.

15         Q.        Who prescribed the physical

16    therapy regiment to you?

17         A.        When I went to the doctor to see

18    Dr. Colon he gave me a process of therapy.

19         Q.        What is Dr. Colon's specialty?

20         A.        At the beginning they started

21    treating me for a lot of pain, injections in

22    the back because of a lot of pain that I had,

23    on my left arm, and on my foot as well around

24    the knee left.

25         Q.        Now, where did you start to get

                    Daniel Rivera

1
2    that physical therapy?

3         A.      Dr. Colon right there in the

4    office.

5         Q.      What did the physical therapy

6    regiment consist of?

7         A.      Put something cold on the back and

8    the neck, in my arm, right here in my hand.

9         Q.      Is it the left arm or the right

10   arm?

11        A.      Left.

12        Q.      It was something electrical as

13   well?

14        A.      Cold.

15        Q.      As I spoke to you today are you

16   still receiving physical therapy?

17        A.      Yes.

18        Q.      When you initially started to

19   receive physical therapy did you have pain in

20   your body?

21        A.      Yes.

22        Q.      Where was the pain when you first

23   started to receive physical therapy, where did

24   you have the pain?

25        A.      Always on my left foot, my arm, my



1                    Daniel Rivera

2    neck, my back.

3          Q.      You said arm, your left arm?

4          A.      Left arm. Everything on the left

5    side.

6          Q.      Now, since you started physical

7    therapy to this day has the pain in your left

8    arm stayed the same, diminished, or something

9    else?

10         A.      The pain has always been there,

11   always, that's why I have to take medicine for

12   the pain.

13         Q.      But my question was has the pain

14   in your left arm since you started the therapy

15   diminished, stayed the same, or something else?

16         A.      Pain is not diminished, only thing

17   is I could now move the arm.

18         Q.      You could now move your left arm?

19         A.      Very little. I move it very little

20   because I feel a lot of pain and I can't do

21   this and I can't -- the therapy as well they

22   were having me pick up little rocks with my

23   hand, but it would be difficult.

24         Q.      Now, since you started therapy to

25   the present has the pain in your neck stayed

1                    Daniel Rivera

2     the same, diminished, or something else?

3                    THE INTERPRETER: Read the question

4         back.

5         Q.        I can repeat it. From the pain the

6     therapy has the pain in your neck stayed the

7     same or diminished?

8         A.        It has diminished after the

9     surgery of my neck, but a little bit. I always

10    have a lot of pain.

11        Q.        Now, since you started the

12    physical therapy to the present now has the

13    pain in your left foot stayed the same,

14    diminished, or something else?

15        A.        The pain always -- after the

16    surgery of my knee I felt like strong pinches

17    that went away, but pain always.

18        Q.        But my question was has the pain

19    diminished, increased, stayed the same since

20    physical therapy started?

21                   MR. EDELMAN: Foot or the knee,

22        which one?

23                   MR. DIEUDONNE: Left foot.

24        A.        Just the pinching that I felt

25    before the surgery that's the only thing that

1                    Daniel Rivera

2    left in movements that I had in the knee.

3         Q.       I was talking about your left

4    foot, not your left knee.

5         A.       Yes, my left foot, yes.

6         Q.       The pinching in the left foot went

7    away?

8         A.       The pinching yes, not the pain not

9    all the time. That's what I always have the

10   therapy when I hold on a little bit, I do the

11   therapy in a bed to do therapy like this to

12   bend my foot.

13        Q.       How about your left knee since the

14   therapy started to the present has the pain in

15   your left knee stayed the same, diminished, or

16   something else?

17        A.       After my accident I have like a

18   burn on my left foot and my arm. The doctor

19   told me that operated the back it could be

20   because of the electric shock.

21        Q.       I'm taking about your left knee

22   only. I want to know since the therapy started

23   if the pain in your left knee has stayed the

24   same or diminished?

25        A.       Not the pain, only the pinching.

                              Daniel Rivera

1

2        Q.        What has happened to the pinching?

3        A.        Something that I would feel before

4    my surgery, very strong pinching, very strong,

5    that's what left but the pain has always stayed

6    there.

7        Q.        Now, how long after you were

8    discharged from the hospital in Yonkers did you

9    see a medical doctor?

10       A.        The process was in the same month.

11       Q.        Who was the first medical doctor

12   that you saw following your discharge?

13       A.        Dr. Colon.

14       Q.        Where is Dr. Colon's office?

15       A.        The address I don't remember well.

16       Q.        Is it also in New Jersey?

17       A.        Yes, right here in New York.

18       Q.        For the first time that you went

19   to Dr. Colon's office that following the

20   discharge how did you get to his office?

21       A.        Someone recommended it.

22       Q.        Did you get there by train, by

23   cab, by car, or something else?

24       A.        By bus.

25       Q.        How far is his office from where

```
                        Daniel Rivera
1
2     you live in Elizabeth?
3          A.      The taxi brought me and told me
4     that it's 45 minutes.
5          Q.      Now, did Dr. Colon recommend that
6     you have surgery?
7          A.      Yes, he did an MRI.
8          Q.      He did an MRI of which part of
9     your body?
10         A.      The back first and then knee.
11         Q.      Which knee?
12         A.      The left.
13         Q.      Other than the back and the left
14    knee did Dr. Colon order an MRI for other parts
15    of your body?
16         A.      Yes from my neck.
17         Q.      Other than the neck what other
18    part of your body had an MRI?
19         A.      I had blood. They checked my
20    blood, how do you call this?
21              THE INTERPRETER: I don't
22    understand what he's saying, some word there I
23    can't understand it hold on. One second.
24         A.      Trinidad, it's the hospital.
25              MR. EDELMAN: Trinidad.
```

```
                        Daniel Rivera
 1
 2       Q.        Did you go to Trinidad Hospital?
 3       A.        Yes to do before the surgery of my
 4   neck to do blood work and something to check my
 5   body to see how I was doing.
 6       Q.        I was only asking you about the
 7   MRIs in Dr. Colon's office not the surgeries.
 8                 INTERPRETER: I'm telling him to
 9   respond to his question and then I can't hear
10   him.
11                 MR. DIEUDONNE: Sure.
12       Q.        Did Dr. Colon tell you the results
13   of the back MRI?
14       A.        Of the back he told me that I had
15   a nerve getting close to the bone right here in
16   the back when the nerve would get attached to
17   it I would jump -- my body would jump very
18   strongly. Even when I was sleeping I had the
19   strong jump and the nerve would hit the bone.
20   They had to scrape my bone so the nerve could
21   stop making contact.
22       Q.        Now, did Dr. Colon tell you what
23   the left knee MRI revealed?
24       A.        The left that I had the movements
25   in my knee like it would tingle.
```

Daniel Rivera

1

2      Q.      Did Dr. Colon tell you what the

3   MRI to your neck revealed?

4      A.      My neck, yes. When they did --

5   they sent me to get the MRI, that was to doctor

6   the one that I operated my neck.

7      Q.      What I'm asking you is if you were

8   told by Dr. Colon the results of the neck MRI?

9      A.      The doctor that operated the neck

10  that's who recommended the prescription so that

11  they can do the MRI.

12     Q.      Were you told what the MRI to the

13  neck revealed?

14     A.      Yes.

15     Q.      What were you told?

16     A.      I had a like a pinched nerve that

17  was giving me a lot of pain. I had to be

18  treated so the pain could calm down.

19             Hold on, one second. Give me a

20  second.

21     Q.      Sure. From the time of discharge

22  to the present have you received steroid

23  injections to your back?

24     A.      Yes, for the pain.

25     Q.      How many steroid injections have

```
1                    Daniel Rivera
2    you received for your back?
3         A.       It was a lot. I don't remember.
4         Q.       Who recommended that you receive
5    those steroid injections to your back?
6         A.       Dr. Colon.
7         Q.       Did those injections relieve pain
8    to your back?
9         A.       It would help me for two weeks
10   after the injection, not everything, but it
11   will help a little.
12        Q.       What would happen after those two
13   weeks?
14        A.       The pain will return.
15        Q.       Since your discharge at the
16   hospital in Yonkers did you receive steroid
17   injections to your neck?
18        A.       Neck, no. The surgery that was
19   done was on my left arm, the shoulder, and here
20   on my elbow.
21             MR. EDELMAN: Indicating left.
22        Q.       I'm going to clean up that since
23   your discharge in the hospital in Yonkers have
24   you received steroid injections in your left
25   elbow?
```

```
 1                    Daniel Rivera
 2       A.       Yes, when the doctor was treating
 3  me, Colon.
 4       Q.       Now, is Dr. Colon the physician
 5  who gave you those injections to your left
 6  elbow?
 7       A.       Yes.
 8       Q.       Is he the one who also gave those
 9  injections to the back?
10       A.       Yes.
11       Q.       How many injections did you
12  receive to your left elbow?
13       A.       It was various because the process
14  they'll put it here on the shoulder and the
15  elbow.
16       Q.       Did the injections to the left
17  elbow relieve your pain?
18       A.       For some time.
19       Q.       For how long?
20       A.       For two weeks.
21       Q.       What would happen after those two
22  weeks?
23       A.       The pain would always return the
24  same.
25       Q.       From time of your discharge at the
```



```
1                        Daniel Rivera
2    hospital to the present did you receive
3    injections to your left shoulder?
4         A.       Are you saying after the surgery?
5         Q.       At any time. Did you receive
6    injections to your left shoulder?
7         A.       Yes.
8         Q.       How many?
9         A.       They were various. I don't
10   remember.
11        Q.       Did the injection to your left
12   shoulder relieve your pain?
13        A.       Yes, it would help me a little.
14        Q.       Did Dr. Colon also give you those
15   injections to your left shoulder?
16        A.       Yes.
17        Q.       Other than your back, your left
18   elbow, your left shoulder, did you receive
19   steroid injections to any other part or parts
20   of your body?
21        A.       The knee as well.
22        Q.       Which knee?
23        A.       The left.
24        Q.       Was that also administered by
25   Dr. Colon?
```

1                    Daniel Rivera

2          A.       Yes.

3          Q.       Did that relieve the pain in your

4    left knee?

5          A.       The same, always a little.

6          Q.       Did Dr. Colon at any point

7    recommend that you have surgery?

8          A.       Yes. He sent me for the MRI.

9          Q.       Since your accident of August 22,

10   2015, have you had surgery?

11         A.       I had the one on the knee because

12   of the same treatment.

13                  MR. EDELMAN: Left knee.

14         A.       Left, yes left.

15         Q.       You had left knee surgery?

16         A.       Yes, that was the first one.

17         Q.       When was that approximately?

18         A.       I don't have the date ultimately.

19         Q.       Who recommended that you have

20   surgery to your left knee?

21         A.       Dr. Colon.

22         Q.       Who performed the surgery?

23         A.       It was a doctor there that will

24   treat the bone.

25         Q.       Does the name Dr. Seidenstein ring

```
1                    Daniel Rivera
2      a bell?
3           A.      I don't know.
4           Q.      Were you told by either Dr. Colon
5      or the doctor who performed the surgery to your
6      left knee why the surgery was necessary?
7           A.      Yes.
8           Q.      What were you told?
9           A.      To fix the movement that the knee
10     had.
11          Q.      When you say movement what do you
12     mean by that?
13          A.      Movement that my knee would move a
14     lot. It was not normal.
15          Q.      The knee, the left knee, would
16     move without you actually wanting it to move?
17          A.      Yes.
18          Q.      For that surgery to your left knee
19     were you admitted at the hospital or did you go
20     home the same day after the surgery?
21          A.      Yes, I was in the hospital the
22     whole day after the surgery.
23          Q.      Did you sleep over?
24          A.      No. The whole day yes, but the
25     same day.
```

1                    Daniel Rivera

2        Q.       After the surgery did you have a

3    conversation with the doctor who performed the

4    surgery to your left knee?

5        A.       Yes, before getting treated.

6        Q.       Or after the surgery did you have

7    a conversation with the surgeon?

8        A.       Yes, he would always give me

9    medical appointments so that I could get check

10   ups always.

11       Q.       Immediately after you had the left

12   knee surgery did the surgeon tell you how the

13   surgery went?

14       A.       Yes.

15       Q.       What did he tell you?

16       A.       What he told me was that the

17   movement had been reconstructed.

18       Q.       As I speak to you today do you

19   still have instability in your left knee?

20       A.       Yes.

21       Q.       Is it the same as before the

22   surgery or has it diminished?

23       A.       Like we spoke about before, it was

24   the strong pinching that's what I don't have

25   anymore, the movement that was the change.

```
 1                    Daniel Rivera
 2        Q.       Now, are you still being treated
 3   by that surgeon for your left knee?
 4        A.       I always go to get checked.
 5        Q.       That surgeon is it a he or a she?
 6        A.       It's a man.
 7        Q.       When was the last time he checked
 8   your left knee? He examined your left knee.
 9   I'm sorry.
10        A.       Excuse me. The ones that always
11   check parts is Dr. Colon always.
12        Q.       You told me that you're still
13   being treated by that surgeon who performed the
14   surgery on your left knee?
15        A.       Yes.
16        Q.       What does he do for you when he
17   works on your left knee?
18        A.       He checks how it is and he gives
19   me medicine for the pain.
20        Q.       Lately has he discussed the
21   overall condition of your left knee with you?
22        A.       Yes, he asks how I'm doing.
23        Q.       What do you tell him?
24        A.       A lot of pain always and the
25   tingling I feel in my feet after the accident,
```

Daniel Rivera

1

2     the electric shock that does not go away.

3          Q.     Your left knee?

4          A.     Yes, my left knee.

5          Q.     Has that surgeon told you that you

6     will need additional surgery to the left knee?

7          A.     Not for the moment no but to

8     continue the therapy always.

9          Q.     That surgeon has told you to

10    continue therapy for your left knee?

11         A.     Yes, the surgeon saw me for some

12    time but always when I go to Dr. Colon's office

13    they were always treating me.

14         Q.     Now, at some point you had back

15    surgery; is that correct?

16         A.     Yes.

17         Q.     When did you have back surgery?

18         A.     It was 2016, but I don't remember

19    the month.

20         Q.     Was that after your left knee

21    surgery?

22         A.     After.

23         Q.     Who recommended that you have

24    surgery to the back?

25         A.     Dr. Colon.

1                       Daniel Rivera

2          Q.       Did Dr. Colon tell you why surgery

3    to your back was necessary?

4          A.       Yes.

5          Q.       What did he tell you?

6          A.       He told me that I have the nerve

7    that made me move my body, it was necessary to

8    scrape the bone so that the nerve will not

9    stick.

10         Q.       Who performed the surgery to your

11   back?

12         A.       It was always Dr. Colon.

13         Q.       Dr. Colon performed the surgery to

14   your back?

15         A.       Yes.

16         Q.       Where was the surgery performed?

17         A.       I don't know the hospital where

18   they took me. I don't remember.

19         Q.       Were you admitted at that

20   hospital?

21         A.       Yes they took me to the area where

22   they did the surgeries.

23         Q.       Did you go to the same hospital

24   that he did the surgery or did you sleep over

25   night?

1                    Daniel Rivera

2        A.        The same day.

3        Q.        After the surgery were you told

4   how the surgery went?

5        A.        Yes.

6        Q.        What were you told?

7        A.        That the bone was scraped the area

8   of the bone so that that nerve would not make

9   contact with the bone.

10       Q.        Were you told to continue physical

11  therapy for your back?

12       A.        Yes, always.

13       Q.        Now, since the surgery to your

14  back has the overall condition of your back

15  improved?

16       A.        I don't have the pinching of the

17  nerve that would make me jump anymore that is

18  not there anymore the pain always continues.

19       Q.        Since the surgery to your left

20  knee has the overall condition of your left

21  knee improved?

22       A.        Just the movement that they

23  reconstructed and the pinching.

24       Q.        Now, following the surgery to your

25  back you got surgery to your neck?

                        Daniel Rivera
1
2          A.      After.
3          Q.      So the surgery to your neck was
4    because of the third surgery that you had?
5          A.      Yes.
6          Q.      When did you have surgery to your
7    neck?
8          A.      I don't remember the month.
9          Q.      Was it in 2017?
10         A.      I don't remember if it was three
11   months or four months.
12         Q.      But it was this year?
13         A.      Yes.
14               MR. EDELMAN: Three to four months
15         ago?
16               THE WITNESS: Yes.
17         Q.      Who performed the surgery to your
18   neck?
19         A.      Braskin.
20               MR. EDELMAN: Counsel, I think it's
21         Ratzker.
22               MR. DECARLO: Ratzer,
23         R-A-T-Z-K-E-R.
24         A.      I have a lot of pain. I'm tired.
25         Q.      Do you want to resume tomorrow at

```
1                          Daniel Rivera
2      10:30?
3             A.        Yes.
4             Q.        That will be fine. We will resume
5      the deposition here tomorrow morning at 10:30.
6             A.        Okay.
7                       (Whereupon, at this time, the
8      deposition ended for today at 3:40.) .
9
10      _____
        DANIEL RIVERA
11
       Signed and subscribed to
12     before me, this_____day
       of _____ 2017.
13
       _____
14     Notary Public
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2            I N D E X   O F   W I T N E S S E S
 3   EXAMINATION BY                           PAGE
 4   MR. DIEUDONNE                              6
 5
 6            I N D E X   O F   E X H I B I T S
 7   DESCRIPTION                              PAGE
 8   Defendant's Exhibits A-F
     PHOTOGRAPHS                               28
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
                    C E R T I F I C A T E
 3
          STATE OF NEW YORK    )
 4
                                      :
          COUNTY OF RICHMOND
 5
 6              I, MARISSA EUGENIO, a Notary Public
 7       within and for  the State of New York, do
 8       hereby certify:
 9              THAT DANIEL RIVERA, the witness whose
10       deposition is hereinbefore set forth, was duly
11       sworn by me and that such deposition is a true
12       record of the testimony given by such witness.
13              I further certify that I am not related
14       to any of the parties to this action by blood
15       or marriage; and that I am in no way interested
16       in the outcome of this matter.
17              IN WITNESS WHEREOF, I have hereunto set
18       my hand this 28th of SEPTEMBER 2017.
19
20                              _____
                                MARISSA EUGENIO
21
22
23
24
25
```

| A | | | | |
|---|---|---|---|---|
| **A-F** 28:16 89:8 | 19:13,25 21:4 | 17:6 28:5,6 | 48:20 50:7 | 22:9 31:6 |
| **a.m** 1:15 | 21:6,14 22:25 | 31:13 80:17 | 51:10,18 52:6 | 66:18 |
| **able** 54:3 | 23:3,21,22 | **ARAUJO/SP...** | 52:12,16 | **blacked** 43:10 |
| **accident** 9:4 | 24:2,8,14,23 | 2:17 | 53:18 55:17 | **bleeding** 53:10 |
| 12:20 13:15 | 25:4,8,14 | **area** 20:8 32:5 | 59:12,13 61:6 | 53:14 |
| 14:12 15:16 | 26:2,6,16,19 | 35:21 37:4,6 | 63:21 65:12 | **blood** 74:19,20 |
| 16:19,21,24 | 27:3,10,17 | 39:10,24 43:6 | 65:18,19,19 | 75:4 90:14 |
| 17:11,14,21 | 28:8 29:10 | 45:10 49:8 | 65:20,21 | **board** 11:18,19 |
| 18:10 19:21 | 31:2 32:23 | 85:21 86:7 | 68:22 69:7 | **body** 42:24 |
| 23:11,14,25 | 33:4,9 34:15 | **arm** 49:20 50:7 | 70:2 71:4 | 48:16 49:6,18 |
| 25:14 28:22 | 35:4,8 36:22 | 51:8,9,14 | 72:19 74:10 | 50:15 51:5 |
| 28:24 29:9 | 36:25 37:14 | 65:22 66:5,14 | 74:13 75:13 | 52:22,23 |
| 40:16 46:19 | 38:16,23 39:5 | 67:5 68:23 | 75:14,16 | 53:15 55:15 |
| 51:19,21 | 40:20 41:23 | 69:8,9,10,25 | 76:23 77:2,5 | 55:17,25 56:5 |
| 54:20 57:18 | 42:19 46:12 | 70:3,3,4,8,14 | 77:8 78:9 | 56:7,8,13 |
| 58:23 61:12 | 46:15 47:10 | 70:17,18 | 79:17 84:14 | 65:6,7 69:20 |
| 61:13 62:17 | 47:15,23,25 | 72:18 77:19 | 84:17,24 85:3 | 74:9,15,18 |
| 62:21 63:3,7 | 57:8,17 58:6 | **arrange** 63:17 | 85:11,14 | 75:5,17 79:20 |
| 64:16,24 | 59:3,19 | **arrive** 11:15 | 86:11,14,14 | 85:7 |
| 68:14 72:17 | **Alonzo's** 15:7 | 23:10,13 | 86:25 | **bone** 75:15,19 |
| 80:9 83:25 | 20:5 23:4 | **arrived** 19:16 | **backside** 25:12 | 75:20 80:24 |
| **accurately** 6:5 | 33:13 38:8 | 19:20 24:7 | 26:11 44:12 | 85:8 86:7,8,9 |
| **action** 3:14 | 58:17 | 25:9 57:14 | **balcony** 31:7 | **border** 11:23 |
| 5:24 90:14 | **ambulance** | **asking** 11:17 | 37:9 39:20 | **born** 9:23 10:3 |
| **addition** 3:9 | 47:10,13,15 | 50:3,13,16 | **bar** 3:12 5:22 | 10:11,15,17 |
| 5:20 | 48:4 49:13 | 75:6 76:7 | **base** 29:19 30:4 | **boss** 12:21 15:6 |
| **additional** 84:6 | 53:23,25 | **asks** 83:22 | 30:12,13 | 16:9 23:22 |
| **address** 6:19 | **American** 22:5 | **attached** 75:16 | 40:10 | 24:8,14,18 |
| 7:15 8:4 14:8 | **answer** 34:19 | **attaching** | **bases** 29:23 | 25:4 |
| 17:10 73:15 | 50:2,10,12 | 44:11 | **bathroom** 15:9 | **bosses** 22:19,24 |
| **administered** | **answers** 6:8 7:5 | **attorney** 6:25 | **bed** 72:11 | **bottom** 29:19 |
| 79:24 | 7:10 | 58:22 | **bedroom** 8:16 | 30:12 |
| **admitted** 81:19 | **anymore** 14:20 | **Attorneys** 2:5,9 | 8:16,18 | **brace** 66:8,10 |
| 85:19 | 49:8 82:25 | 2:13 | **beginning** | 66:13,19,25 |
| **African** 22:5 | 86:17,18 | **August** 17:3 | 14:18 68:20 | 67:4,8,10,24 |
| **against-** 1:6,11 | **apartment** 6:20 | 23:9,12 24:8 | **begun** 4:5 | **Braskin** 87:19 |
| **ages** 9:20 | 7:18,18 8:6 | 24:12 25:23 | **bell** 32:16 81:2 | **break** 7:12 |
| **ago** 87:15 | 8:15,17,18,20 | 25:25 32:20 | **bend** 72:12 | 15:11 16:15 |
| **AGREED** 3:3 | 8:24 14:3,25 | 62:17 80:9 | **best** 58:9 | 54:18 |
| 3:15 4:13,19 | 58:11 | **Avenue** 2:14 | **between(amo...** | **breathe** 54:3 |
| 5:5,12 | **appears** 17:25 | | 3:4,16 4:13 | **Broadway** 1:21 |
| **allow** 7:6 | **appointment** | **B** | 4:19 5:5,12 | 2:5 |
| **Alonzo** 15:4,5 | 58:4 | **B** 89:6 | **birth** 10:19 | **brother-in-law** |
| 16:10,11 | **appointments** | **back** 18:5,7 | **bit** 12:4 58:5 | 58:22,24 |
| 18:17 19:7,8 | 82:9 | 20:6,9,10 | 71:9 72:10 | **brought** 7:3 |
| | **approximately** | 32:19 40:2 | **black** 22:5,7,7 | 43:11 45:12 |
| | | 45:6 46:13 | | |

45:20,25 46:2
46:5,18 47:2
74:3
**Bryan's** 1:12
2:13 15:18,19
15:21 16:7,9
16:17,22
**building** 8:7
**burn** 72:18
**burns** 49:5,17
50:15,17,18
65:4,14,15
**burnt** 48:17
**bus** 73:24
**business** 15:21
**buy** 59:10
**buying** 58:9

**C**

**C** 2:2,10 6:2
90:2,2
**C.P.L.R** 3:6
4:10,16 5:14
**cab** 73:23
**cable** 44:2,6,9
**call** 13:10
19:12 35:10
47:10,13,15
74:20
**called** 6:2,10
47:24 56:3
57:10 58:23
**calm** 76:18
**car** 48:5,6
53:24 73:23
**carefully** 49:16
**Carlo** 13:7
**Carlos** 12:23
12:25 13:6,10
13:11,14,19
14:17 18:15
18:16,17,19
18:19 19:5
26:6,6 44:4
44:13,18 45:3
**carried** 45:11
45:14 46:9,13

46:20
**carrying** 33:7
33:17,20,25
34:11
**cast** 65:23
67:10
**Castleton** 2:14
**CAT** 56:10
**Catherine** 9:24
**caused** 40:18
43:17 44:19
**center** 39:9
**certain** 52:22
**certification**
4:21
**certify** 90:8,13
**cetera** 50:2
**change** 82:25
**charge** 5:9 23:2
**check** 63:3 75:4
82:9 83:11
**checked** 56:4
74:19 83:4,7
**checks** 83:18
**chest** 48:18,23
49:21 50:8
52:15
**child** 9:15,15
9:17
**children** 9:2,12
9:14,21 10:6
10:7,11,14
**circle** 32:7
35:16,22 36:4
39:6 64:10,19
64:25
**circular** 64:11
**city** 7:22
**Civil** 1:6
**clarify** 29:25
**clean** 77:22
**clear** 22:7
**climb** 33:6
**climbing** 32:21
34:15 38:4
**close** 75:15

**closed** 49:9
**closer** 30:18
**co-worker**
43:25 46:4
**co-worker's**
44:3 45:18
**co-workers**
45:7,15 57:6
**code** 7:25
**cold** 67:14 69:7
69:14
**Colon** 63:14,15
63:16,17 67:6
68:2,18 69:3
73:13 74:5,14
75:12,22 76:2
76:8 77:6
78:3,4 79:14
79:25 80:6,21
81:4 83:11
84:25 85:2,12
85:13
**Colon's** 68:19
73:14,19 75:7
84:12
**colored** 31:6
**come** 11:11
14:22
**company** 7:2
8:23 9:7
12:20 13:4
15:17,24,25
19:19
**completely**
18:11 67:18
**component**
66:10
**condition**
83:21 86:14
86:20
**Conduct** 5:16
**confer** 63:20
**confuse** 7:8,8
**CONNORS**
2:12,12
**consciousness**

48:13,15 49:4
49:10 51:20
51:24 52:2,11
53:12,13 54:3
54:8 55:8,8
**consider** 66:9
**consist** 18:3
69:6
**Construction**
15:18,19,22
16:18,22
**Cont'd** 4:2 5:2
**contact** 44:20
44:23 61:25
75:21 86:9
**continue** 84:8
84:10 86:10
**continues**
86:18
**controlled** 4:10
**conversation**
56:19,25
57:15 82:3,7
**convicted** 11:8
15:13
**copy** 5:6
**corner** 30:18
**Corp** 1:12 2:13
**correct** 7:16,23
14:17 34:17
50:24 84:15
**counsel** 3:4,16
4:7,13,19 5:5
5:8,12 29:18
31:10 40:9
66:7 87:20
**country** 11:9
19:14 22:11
64:14
**COUNTY** 90:4
**couple** 43:11
**course** 15:10
54:16
**COURT** 1:3
**cousin** 12:13
19:12

**covers** 66:23
**crime** 11:9
15:14
**cross** 11:19
**crossed** 11:18
11:22
**current** 6:19
**cushion** 35:10

**D**

**D** 6:10 29:8,9
30:3,17 32:19
34:25 35:15
37:8 89:2,6
**D'Amato** 2:8
6:25
**Daniel** 1:4,17
6:1,18 7:1 8:1
9:1,22 10:1
11:1 12:1
13:1 14:1
15:1 16:1
17:1 18:1
19:1 20:1
21:1 22:1
23:1 24:1
25:1 26:1
27:1 28:1
29:1 30:1
31:1 32:1
33:1 34:1
35:1 36:1
37:1 38:1
39:1 40:1
41:1 42:1
43:1 44:1
45:1 46:1
47:1 48:1
49:1 50:1
51:1 52:1
53:1 54:1
55:1 56:1
57:1 58:1
59:1 60:1
61:1 62:1
63:1 64:1
65:1 66:1

67:1 68:1
69:1 70:1
71:1 72:1
73:1 74:1
75:1 76:1
77:1 78:1
79:1 80:1
81:1 82:1
83:1 84:1
85:1 86:1
87:1 88:1,10
90:9
**dark** 47:6
64:16
**date** 1:15 10:19
17:2 23:25
25:13 28:17
80:18
**day** 17:6 18:4
18:10,12
19:17,18,22
19:23 21:5
23:13,18,25
24:5 25:2,3,8
25:9 26:3
44:15 57:9,9
58:13 60:22
67:17 70:7
81:20,22,24
81:25 86:2
88:12
**days** 13:15
17:16,20
54:12,14,20
55:9,12,23
56:21 57:2,4
57:25 60:2
64:6
**DECARLO**
2:15 11:13
19:22 29:23
30:8 31:8
54:13 66:16
87:22
**dedicated** 11:5
**deemed** 4:8

**Defendant** 1:8
1:13 2:9,13
**Defendant's**
28:15,20 29:8
32:10 39:13
42:7 89:8
**Defendants**
1:19
**Defense** 28:24
39:14
**deposition** 88:5
88:8 90:10,11
**Depositions**
5:16
**Depot** 1:7,9 2:9
7:2 21:18,20
21:23
**describe** 22:4
27:6,20 33:19
56:11 62:2
66:21
**described** 31:7
**DESCRIPTI...**
89:7
**destination**
35:7
**died** 11:4,4
**Dieudonne**
2:10 6:15,24
16:14 19:5,23
27:9,14 29:15
30:2,6,10,13
31:25 32:14
40:8 50:9,19
66:7,12 71:23
75:11 89:4
**different** 32:17
**difficult** 70:23
**diminished**
70:8,15,16
71:2,7,8,14
71:19 72:15
72:24 82:22
**discharge** 59:6
59:12 60:4,14
60:24 61:4

73:12,20
76:21 77:15
77:23 78:25
**discharged**
57:10 60:8
73:8
**discuss** 49:25
57:18
**discussed**
83:20
**discussion**
40:13 41:18
61:23
**DISTRICT** 1:3
1:3
**doctor** 55:20
56:20 58:2
60:5,12,16,18
60:20 62:13
62:14 63:9,10
63:11,18,20
64:21 67:3,4
67:25 68:17
72:18 73:9,11
76:5,9 78:2
80:23 81:5
82:3
**doctor's** 63:13
**doctors** 56:23
58:5 60:9,10
60:13,17,21
60:22 63:20
**doing** 75:5
83:22
**doorman** 25:11
26:14 37:3
**Dr** 63:14,15,17
67:6 68:2,18
68:19 69:3
73:13,14,19
74:5,14 75:7
75:12,22 76:2
76:8 77:6
78:4 79:14,25
80:6,21,25
81:4 83:11

84:12,25 85:2
85:12,13
**drive** 23:23
59:20
**driven** 24:2
**drop** 21:14
**drove** 23:20,24
**duly** 6:3,11
90:10

_____
**E**
**E** 2:2,2 6:2,10
6:10 32:10
89:2,2,2,6,6
90:2,2
**East** 6:20 7:16
**Ecuadorian**
12:24
**EDELMAN**
2:6 9:18 19:4
24:3 25:7,18
27:8,12,15
29:4,13,17,25
30:11,15,19
31:4,10,16,22
32:3,7,12
34:18,24
35:23 37:5
39:3,9,21,25
40:9,19 41:16
43:4,13,18
45:22 46:10
48:20,23
49:23 50:5,17
50:25 52:9,18
56:6 61:19,21
66:3,9,15,21
66:23 68:7
71:21 74:25
77:21 80:13
87:14,20
**education**
10:22
**eight** 23:15,16
**either** 25:16
81:4
**El** 10:16,22

11:9 19:14
61:11,15
62:14 64:13
64:20
**elastic** 66:10
**elbow** 66:17
77:20,25 78:6
78:12,15,17
79:18
**electric** 26:23
37:25 41:10
42:2 43:9,12
43:21,24
52:20 72:20
84:2
**electrical** 44:6
44:9 53:5,9
69:12
**electricity**
44:25
**electrocuted**
43:12
**electrocution**
43:17 52:17
**Elizabeth** 6:21
7:22 12:16,18
13:2 14:23
59:2,16,25
74:2
**Emeralda** 9:25
**employed**
16:17
**ended** 42:16,24
42:24 88:8
**engaged** 18:14
**English** 6:7,9
7:9
**entered** 61:25
**entire** 51:14
52:13,22 53:2
53:6 56:13
**Equador** 19:15
**errands** 21:12
**ESQ** 2:6,10,15
et 50:2
**Eugenio** 1:23



90:6,20
eventually
  59:11
exactly 65:23
exam 56:17
examination
  1:17 5:19,22
  6:14 89:3
examination(s)
  3:9,12,17 4:5
  4:7,15,22 5:7
examined 3:19
  6:13 55:16
  83:8
excuse 20:7
  24:10 40:24
  53:4 60:6
  83:10
exhibit 28:15
  28:20,24 29:8
  30:3,7,17
  32:10,19 33:2
  33:3 34:25
  35:15,16 37:8
  39:13,14 42:7
  42:15,23
exhibits 28:13
  89:8
expenses 57:21
explosion
  44:15,17,19
  48:10
extended 28:6
  29:10 30:24
  30:25 31:19
extends 34:6
eye 61:14,19,25
  62:2,8,11,18
  62:22,25 63:5
  63:8,18,24
  64:2,7,9,10
  64:19,20
  65:16
eyes 49:9,12,17
  50:14

**F**

F 89:2,6 90:2
face 52:10
failure 3:10 4:6
  5:20
faithfully 6:5
fall 26:20 41:7
  41:23 42:4
  44:13 45:4,8
falling 37:23
  52:17
familiar 32:11
family 8:7,9,21
far 66:22 73:25
fast 67:22
father 11:3
  18:24
fear 58:11,13
  58:21,25
feel 43:9 50:21
  50:23 51:2,3
  51:12,13 52:3
  52:5,17,21
  53:5 65:9,11
  67:13 70:20
  73:3 83:25
feet 20:7 26:8
  28:5,6 30:24
  31:21,21,22
  32:4 33:22
  61:6,8 83:25
fell 33:15 36:11
  36:13 38:22
  42:5,8,16,17
  42:20,21,24
  42:25 47:5
felt 37:25 42:2
  43:15,15,21
  48:18 49:7,19
  50:20,22
  52:12,20,24
  53:3,8,17
  64:16 71:16
  71:24
fence 28:10,11
  30:23,24 31:6
  31:15,17,20

31:23 32:4
33:13 35:24
42:20
filing 4:20
find 14:4 38:3
fine 30:14 88:4
fingertips 56:7
finish 7:7
first 6:11 8:14
  9:22 14:3
  18:12 19:17
  19:18,22,23
  20:6 21:5
  25:8,9 29:11
  32:24,25
  69:22 73:11
  73:18 74:10
  80:16
five 28:6,6
  30:24 31:21
fix 81:9
flat 29:11 30:20
  31:7 35:9,13
  37:2,6,9
  39:10,18,20
  39:22 41:10
  42:5,21 43:2
  43:5
floor 1:22 2:5
  8:13 26:21,23
  29:11 37:24
  41:10 42:2,14
  43:16,21 46:8
  46:14 52:19
floors 8:10
  17:23
following 58:13
  73:12,19
  86:24
follows 6:13
foot 33:14 49:2
  61:8 65:12
  67:13 68:23
  69:25 71:13
  71:21,23 72:4
  72:5,6,12,18

forearm 66:23
  66:24
form 3:7 5:18
  9:18 24:4
  25:7,19 27:15
  34:18 35:23
  39:4,21 40:19
  43:14,19
  50:25 52:18
forth 90:10
found 14:5,6,9
four 9:3,21
  11:4 28:7
  30:24 31:20
  31:22 32:4
  87:11,14
fourth 11:2
Freeport 11:25
  12:2
friend 12:19
friend's 12:22
friends 11:17.
front 25:11
  26:15 37:10
  42:19 43:3
  48:24
full 6:16 12:22
  19:10
furnished 5:7
further 3:15
  4:12,18 5:4
  5:11 90:13

**G**

gained 54:8
Gallardo 1:21
  2:4
garbage 61:17
  61:25 62:3,5
getting 75:15
  82:5
Ginarte 1:20
  2:4
girlfriend 9:9
give 7:4 76:19
  79:14 82:8
given 6:8 21:4

54:23 55:2
  90:12
gives 83:18
giving 76:17
glove 65:25
go 11:3,6 15:9
  26:9 31:19
  32:24 35:8,18
  35:19 40:10
  46:20 66:18
  66:20 75:2
  81:19 83:4
  84:2,12 85:23
goes 66:13
going 7:3 16:12
  19:18 22:16
  26:21 28:13
  28:19 29:7,20
  31:20 33:16
  34:22 35:7,14
  36:19 37:23
  38:2 39:7,12
  40:5,10 41:25
  42:18 49:3,25
  51:18 57:20
  59:9 77:22
Gonzalez 1:20
  2:4
Good 6:22,23
grade 10:25
  11:2
grain 62:6
grass 12:5,7
ground 46:7,14
guy 22:7,7

**H**

H 89:6
half 8:5 12:11
  33:22
Halfway 31:15
  31:16
hand 26:18,22
  29:5,14 31:5
  33:11,11,18
  33:21,25
  34:11,17 35:3

36:17,21
37:19 38:12
38:19 39:2,16
41:8,13,20,25
50:6 65:25
66:4 69:8
70:23 90:18
**hands** 49:22
**happen** 16:25
17:14 23:11
77:12 78:21
**happened**
17:11,21
19:21 23:14
26:24 28:25
29:9 36:9
37:17,22
38:13,21 41:9
41:20,21
42:11 43:8
44:21 51:19
61:16 73:2
**harness** 20:14
20:21 21:2
**head** 50:7
55:17
**healthcare**
56:20 58:2
**hear** 75:9
**held** 1:19 15:11
37:23 40:13
41:18 61:23
**help** 11:17
28:14 77:9,11
79:13
**helped** 14:4
15:4
**helps** 67:14
**Henry** 2:10
6:24
**hereinbefore**
90:10
**hereto** 3:5,17
4:14,20 5:6
5:13
**hereunto** 90:17

**high** 11:2 66:18
66:19
**highest** 10:21
**Hispanic** 22:6
**hit** 44:2 61:17
75:19
**hold** 29:17
72:10 74:23
76:19
**holding** 33:11
34:16 35:2
36:16,20
37:18 38:11
38:18 39:2,16
**home** 1:7,9,12
2:9,13 7:2 9:8
11:9 21:18,19
21:23 46:14
46:24 64:14
81:20
**homes** 28:2
29:2 46:23
**hospital** 48:7
49:9,11,16
50:2,14 51:25
53:14,19
54:10,19 55:9
55:13,23
56:21 57:2,5
57:14,25 58:7
59:20 60:5,8
60:8,14,25
64:5 73:8
74:24 75:2
77:16,23 79:2
81:19,21
85:17,20,23
**hotel** 14:4
**house** 8:7,8,9
8:10 17:17,22
17:23 18:3
25:16 28:21
32:18 34:16
37:14 38:17
38:24 46:15
51:18,21

52:16 67:21
**houses** 26:13
**Houston** 58:23
**hurting** 49:21
54:6
**hurts** 63:2

_____
**I**

**identification**
28:17
**immediately**
16:21 40:15
41:5 51:19
54:20 62:16
82:11
**immigration**
58:12,16,19
58:21,24,25
**improved**
86:15,21
**Improvement**
1:12 2:13
**incident** 61:14
62:7,12
**including** 3:6
5:17
**increase** 65:2
**increased**
71:19
**indicate** 31:11
31:12
**indicated** 37:12
**indicating** 29:4
29:14,18 30:6
31:4 34:24
37:10 39:9
43:4 48:20
49:23 50:6
51:7 52:9
56:6 66:3
68:7 77:21
**individual**
21:23
**inflammation**
59:17
**initially** 12:17
69:18

**injection** 77:10
79:11
**injections**
68:21 76:23
76:25 77:5,7
77:17,24 78:5
78:9,11,16
79:3,6,15,19
**injury** 64:23
**inside** 29:3
56:13
**instability**
82:19
**instructions**
59:7
**instruments**
20:12
**intended** 35:6
35:17
**interested**
90:15
**interpretation**
7:7
**interpreter** 6:3
7:6,7,12,13
11:14 16:12
44:7 45:25
54:14 71:3
74:21 75:8
**INTERPRE...**
2:17
**involved** 15:22
**Island** 2:14

_____
**J**

**J** 6:2
**Jersey** 6:20,21
7:16,23 12:18
73:16
**job** 12:5 16:20
19:16,20
22:16
**Jose** 63:15
**Josue** 9:22
**JR** 2:10
**July** 10:20
**jump** 75:17,17

75:19 86:17

_____
**K**

**keep** 7:10
66:11
**kid** 11:5
**kind** 31:8
**knee** 68:5,7,24
71:16,21 72:2
72:4,13,15,21
72:23 74:10
74:11,14
75:23,25
79:21,22 80:4
80:11,13,15
80:20 81:6,9
81:13,15,15
81:18 82:4,12
82:19 83:3,8
83:8,14,17,21
84:3,4,6,10
84:20 86:20
86:21
**know** 7:12,13
7:21,21 10:2
11:7 12:25
13:9 14:10
15:23 18:18
19:11 21:25
22:11,12 23:7
34:5 43:22
45:19 47:3,22
49:12,14
53:16,20,20
53:21 56:12
56:22 58:20
59:14 60:15
63:16 66:11
72:22 81:3
85:17

_____
**L**

**L** 3:2 4:2 5:2
6:2,10
**ladder** 20:5,9
20:10,11 26:7
26:10,11,16

September 27, 2017

26:16,17,18
26:19,22 27:3
27:5,7,8,9,14
27:18,20 28:9
28:11 29:10
29:11,19 30:4
30:12,17
31:13 32:21
33:7,9,14,17
33:18,19,23
33:24 34:2,2
34:3,5,7,9,10
34:12,15,16
34:23 35:3,7
35:9,18,20
36:8,14,16,20
37:6,13,18,18
37:21,24 38:4
38:7,10,11,16
38:18,23,25
39:15,17,24
40:15,21 41:5
41:14,15,19
41:22,24
42:10,12,19
44:2,5,8,20
44:23 46:12
46:15
**ladders** 20:11
20:20 21:2
26:9 27:13
45:24
**lady** 14:4
**Lanzo** 14:4
**Lately** 83:20
**Latino** 22:5
**lawsuit** 7:3
**leave** 21:11
58:13
**leaving** 25:21
25:22 26:7
**left** 12:14 26:17
26:21,24 29:5
29:6 30:7
33:10,15,17
33:21,25

34:11,17 35:3
35:10 36:17
36:21 37:19
38:11,19 39:2
39:16 40:22
40:25 41:2,13
41:20,24,25
42:3,20 46:10
48:21,24,25
49:20 50:6,7
50:8 51:4,9
51:14,17 52:6
52:13,14,15
52:24 53:2,6
53:9 61:5,9
61:14,20,25
62:2,8,11,18
62:22,25 63:5
63:23 64:2,7
64:9,16,17,19
64:20 65:11
65:12,16,22
66:3,5,13
67:5,11,23
68:7,23,24
69:9,11,25
70:3,4,4,7,14
70:18 71:13
71:23 72:2,3
72:4,5,6,13
72:15,18,21
72:23 73:5
74:12,13
75:23,24
77:19,21,24
78:5,12,16
79:3,6,11,15
79:17,18,23
80:4,13,14,14
80:15,20 81:6
81:15,18 82:4
82:11,19 83:3
83:8,8,14,17
83:21 84:3,4
84:6,10,20
86:19,20

**leg** 49:20 52:14
67:11
**legally** 9:3
**Let's** 42:18
**letter** 7:19
**level** 10:21
31:20 33:12
35:24,25 36:6
**levelled** 26:12
**levels** 37:21
**Liberty** 2:9
**life** 58:11
**light** 22:8
**listen** 49:15
62:20
**little** 12:4 54:5
58:5 64:15
70:19,19,22
71:9 72:10
77:11 79:13
80:5
**live** 8:13,15,19
12:2,8,12
13:11,22
14:13 18:20
59:21 74:2
**lived** 8:3 14:18
**lives** 8:24 13:12
**living** 9:8,21
13:16,24
**LLP** 1:21 2:4,8
**location** 17:11
23:14
**Lojas** 15:8
16:11 19:8,13
21:14 23:22
24:2,9 25:4
25:14 57:8,17
12:25 13:22
27:7,10 28:4
47:7 54:10
59:24 67:7
73:7 78:19
**look** 14:3,25
15:4 32:10

65:5
**looked** 14:20
15:2
**looking** 28:23
29:9,22 30:3
30:17 35:15
39:13 42:6,15
42:22 63:22
64:9,25 65:22
65:24 66:19
**looks** 29:18
34:7 37:8
66:13
**lose** 55:8
**lost** 53:12
**lot** 14:22 50:22
51:10 52:15
56:22 61:7
65:14,15
67:14 68:6,21
68:22 70:20
71:10 76:17
77:3 81:14
83:24 87:24
**lower** 32:22
33:2,2 65:20
**Luciana** 10:5
10:13
**Luciana's** 10:9
**lunch** 17:8
54:17
**Luz** 9:25
**Lynch** 2:8 6:25

**―――― M ――――**

**M** 6:2
**machine** 56:10
56:14
**making** 75:21
**male** 22:9
**man** 8:22 22:2
22:3 83:6
**MARCIAL**
2:17
**Marissa** 1:22
90:6,20
**mark** 30:8,11

30:22 31:14
34:20
**marked** 28:14
28:16,20 29:8
32:9 39:13
42:7 43:6
**marking** 31:9
31:12 32:2
**marriage** 90:15
**married** 8:22
9:6,7
**Maryland** 12:6
12:8,14 13:5
13:12 18:21
18:23
**mask** 52:9 54:7
**materials** 20:3
**matter** 6:3
90:16
**mean** 13:18
18:6 21:10
36:7 45:23
81:12
**means** 22:8
**meant** 20:17
46:2
**measurement**
28:3
**measurements**
27:6,21 33:20
**medical** 56:20
57:21,25 60:5
60:9,10 73:9
73:11 82:9
**medication**
55:4
**medicine** 54:25
55:2 59:10,17
70:11 83:19
**mentioned**
48:9 58:12,25
**messed** 61:18
**met** 13:3
**metal** 62:3
**meters** 20:7
**Mexican** 11:22

| | | | | |
|---|---|---|---|---|
| **Mexico** 11:20 | 38:22,24 | 87:3,7,18 | **observe** 50:18 | 65:18 68:21 |
| **MICHAEL** 2:6 | 41:22 42:12 | **need** 7:12 | **office** 69:4 | 68:22 69:19 |
| 2:15 | **movement** 81:9 | 16:25 28:3 | 73:14,19,20 | 69:22,24 70:7 |
| **mid** 36:25 | 81:11,13 | 58:3 63:3,11 | 73:25 75:7 | 70:10,12,13 |
| 65:19 | 82:17,25 | 84:6 | 84:12 | 70:16,20,25 |
| **middle** 27:25 | 86:22 | **needed** 21:13 | **offices** 1:20 | 71:5,6,10,13 |
| 33:10 36:13 | **movements** | **nerve** 75:15,16 | **okay** 7:14 | 71:15,17,18 |
| 64:10 | 72:2 75:24 | 75:19,20 | 29:16 88:6 | 72:8,14,23,25 |
| **mind** 16:13 | **MRI** 55:16 | 76:16 85:6,8 | **old** 11:4 18:5,7 | 73:5 76:17,18 |
| 55:10 | 56:4 74:7,8 | 86:8,17 | 18:8,11,14 | 76:24 77:7,14 |
| **mine** 9:3,4 10:2 | 74:14,18 | **new** 1:3,22,22 | 20:2,4,13,18 | 78:17,23 |
| **minute** 54:15 | 75:13,23 76:3 | 1:23 2:6,6,10 | 20:19,22,23 | 79:12 80:3 |
| **minutes** 74:4 | 76:5,8,11,12 | 2:10,14 6:4 | **once** 11:22 55:7 | 83:19,24 |
| **missed** 27:6,11 | 80:8 | 6:12,21 7:22 | **ones** 33:4 47:19 | 86:18 87:24 |
| **moment** 18:15 | **MRIs** 55:13,19 | 10:12 11:23 | 58:7 83:10 | **painkillers** |
| 26:25 37:22 | 75:7 | 11:25 12:3,18 | **open** 49:12 | 54:23 |
| 38:14,22 41:9 | **multi** 8:7 | 18:9 26:4 | **opened** 49:17 | **papers** 58:6 |
| 41:22 42:12 | **muscle** 55:3 | 73:16,17 90:3 | 50:13 | 59:4,12,16 |
| 43:9,15,20 | | 90:7 | **operated** 72:19 | **part** 5:14 18:12 |
| 44:21 49:10 | **N** | **night** 14:22,24 | 76:6,9 | 26:14 29:19 |
| 53:11 54:22 | **N** 2:2 3:2 4:2 | 85:25 | **ophthalmolo...** | 31:11 39:8 |
| 54:24 84:7 | 5:2 6:10 89:2 | **normal** 34:9,11 | 63:8 | 48:19 49:5,18 |
| **month** 68:14 | 89:2,6 | 81:14 | **order** 1:19 | 50:15 51:10 |
| 73:10 84:19 | **name** 6:17,24 | **Notary** 1:23 | 74:14 | 53:14 56:4,6 |
| 87:8 | 10:4,5,7,9 | 3:19 4:4 6:4 | **original** 4:6,21 | 65:6 74:8,18 |
| **months** 87:11 | 12:22,23 15:7 | 6:11 88:14 | **outcome** 90:16 | 79:19 |
| 87:11,14 | 19:10,11 | 90:6 | **outside** 60:9,10 | **particular** |
| **morning** 6:22 | 21:22,25 44:3 | **notice** 48:13,16 | **overall** 83:21 | 47:12 |
| 6:23 7:4 | 45:17,18,21 | 49:5,17 50:14 | 86:14,20 | **parties** 3:5,17 |
| 24:15,16 25:9 | 47:18,21,22 | **numb** 49:19,20 | **oxygen** 52:7 | 4:14,20 5:6 |
| 25:21 32:20 | 53:21 60:12 | 53:18 | 54:7 | 5:13 90:14 |
| 88:5 | 60:15 63:13 | **number** 17:17 | | **partner** 9:10 |
| **mornings** 21:9 | 63:14,15 | | **P** | **parts** 48:16 |
| **mother** 9:11 | 80:25 | **O** | **P** 2:2,2,15 3:2 | 49:5,18 50:15 |
| **motion** 3:13 | **names** 9:20 | **O** 3:2 4:2 5:2 | 4:2 5:2 | 51:4 52:22 |
| 5:23 | **necessary** 81:6 | 6:2 89:2,6 | **P.C** 2:12 | 53:15 55:15 |
| **Motrin** 58:9 | 85:3,7 | **O'Dwyer** 1:20 | **page** 37:8 89:3 | 55:25 65:6 |
| **move** 3:7,11 | **neck** 48:21,22 | 2:4 | 89:7 | 74:14 79:19 |
| 5:18,21 11:23 | 49:21 50:7 | **object** 3:6,10 | **pain** 48:18 | 83:11 |
| 12:15,17 68:6 | 52:7,12 61:5 | 5:17,20 | 49:25 50:22 | **passed** 47:5,8 |
| 70:17,18,19 | 65:12 67:24 | **Objection** 9:18 | 51:11 52:3,5 | **pay** 57:20 |
| 81:13,16,16 | 69:8 70:2,25 | 24:3 25:7,18 | 52:12,15 | **percent** 61:12 |
| 85:7 | 71:6,9 74:16 | 27:15 34:18 | 53:17,18 55:3 | 62:8,11,18,22 |
| **moved** 13:2 | 74:17 75:4 | 35:23 39:3,21 | 55:6 58:9 | **performed** |
| 26:19 33:14 | 76:3,4,6,8,9 | 40:19 43:13 | 59:18 60:25 | 63:21 80:22 |
| 36:10 37:22 | 76:13 77:17 | 43:18 50:25 | 61:3,6 63:2 | 81:5 82:3 |
| | 77:18 86:25 | 52:18 | 64:2,6 65:6,9 | |

September 27, 2017

Page 98

83:13 85:10
85:13,16
87:17
**performing**
18:2
**person** 22:4
45:14
**person's** 45:17
**pharmacy**
59:16
**photo** 42:23
**photograph**
29:5,14 32:13
32:13,14
**photographs**
28:16 89:8
**physical** 68:15
69:2,5,16,19
69:23 70:6
71:12,20
86:10
**physician** 78:4
**pick** 33:5 57:11
57:12 70:22
**picked** 18:18
47:19 57:17
59:19
**picture** 28:23
36:24
**piece** 33:23
61:17,24 62:2
62:3,3,5
**pillow** 35:10,12
**pinched** 76:16
**pinches** 71:16
**pinching** 71:24
72:6,8,25
73:2,4 82:24
86:16,23
**place** 16:16
28:8 54:18
65:13
**placed** 28:11
32:21 34:15
34:23 37:14
38:16,23,25

39:15 56:13
**Plaintiff** 1:5,10
1:18 2:5
**please** 6:16
7:10,11,12
18:15
**point** 32:20
34:14 37:13
55:9 66:20,22
80:6 84:14
**pointed** 27:17
**pointing** 35:17
**police** 49:13
**portion** 29:5
31:5 33:2
**prepared** 26:5
26:11
**prescribe** 68:4
**prescribed**
67:4,23 68:15
**prescription**
58:8 59:12
67:2 76:10
**prescriptions**
59:7
**present** 2:16
21:7 23:3
24:9,14,18,18
24:20 70:25
71:12 72:14
76:22 79:2
**presently** 13:11
**pressure** 58:20
**pretty** 37:4
**previously**
40:14 42:7
43:6 47:4
48:9 60:3
68:9
**private** 8:7
53:24
**process** 26:15
26:18 33:12
33:13 36:5,8
36:11,11,12
36:14,15

37:20 38:6,21
39:18 42:9
63:11 68:18
73:10 78:13
**professional**
56:20 58:2
**propounded**
6:6
**provided** 3:5
4:9,16 5:14
21:3
**Public** 1:23
3:19 4:4 6:4
6:12 88:14
90:6
**Purposes** 4:16
**pursuant** 1:19
22:13 66:25
**put** 20:9 26:4,8
26:17,18,19
27:25 29:10
29:12,15 32:7
35:10,11 36:9
36:14,19 39:7
39:23 40:5
41:23 42:19
46:12 56:3
69:7 78:14
**putting** 36:15
39:18 42:9

_____
**Q**
_____
**question** 3:7,10
5:17,21 7:11
24:17 25:13
42:22 49:4
50:3,10,12,13
62:20 64:18
70:13 71:3,18
75:9
**questions** 6:6
7:4 49:15

_____
**R**
_____
**R** 2:2 6:2,2,10
6:10 90:2
**R-A-T-Z-K-...**

87:23
**rape** 9:16
**raped** 9:5
**Ratzer** 87:22
**Ratzker** 87:21
**reached** 25:10
25:12
**reaction** 41:6
**read** 7:21 11:7
13:9 39:25
40:3 71:3
**really** 32:3
**recall** 17:17
**receive** 68:12
69:19,23 77:4
77:16 78:12
79:2,5,18
**received** 76:22
77:2,24
**receiving** 68:10
69:16
**recommend**
74:5 80:7
**recommended**
12:21 58:5
73:21 76:10
77:4 80:19
84:23
**reconstructed**
82:17 86:23
**record** 6:17
40:3,11,13
41:16,18 50:5
50:8 61:21,23
90:12
**red** 65:3
**refer** 60:9
**referred** 60:5
60:13,21
**referring** 22:24
31:2 45:3
46:17 66:5
**regain** 49:10
51:23
**regained** 48:12
48:15 49:4

51:20 52:2,11
53:13 54:2
55:7
**regarding**
12:21 24:24
25:5,15
**regiment** 68:16
69:6
**related** 90:13
**relaxer** 55:4
**relieve** 77:7
78:17 79:12
80:3
**remain** 59:24
**remember**
12:10,24 14:2
17:9 24:5
32:18 44:22
46:19 47:3
49:8,11 52:25
53:11,16
55:20 56:18
57:3,16,23
58:6 73:15
77:3 79:10
84:18 85:18
87:8,10
**remove** 20:13
20:22,23
67:13
**removed** 18:11
**removing**
18:14
**rent** 14:25
**rental** 15:2
**repeat** 71:5
**rephrase** 60:7
**replace** 18:8
**report** 16:7,8
**Reporter** 28:18
**represent** 6:25
**representing**
5:8
**requested** 40:4
**reserved** 3:9,13
5:19,23

**respective** 3:4
  3:16 4:14,20
  5:6,13
**respond** 75:9
**results** 55:18
  56:16 75:12
  76:8
**resume** 87:25
  88:4
**return** 4:6
  16:20 77:14
  78:23
**returned** 12:6
  16:20 58:25
**revealed** 75:23
  76:3,13
**RICHMOND**
  90:4
**right** 3:6 5:17
  26:20 32:22
  33:2,15 34:23
  35:12 36:10
  40:23,24 41:3
  43:2 55:10
  67:6 69:3,8,9
  73:17 75:15
**rights** 3:5 4:8
  5:13
**ring** 32:16
  80:25
**Rivera** 1:4,18
  6:1,18,22 7:1
  8:1 9:1 10:1,7
  10:8,10 11:1
  12:1 13:1
  14:1 15:1
  16:1 17:1
  18:1 19:1
  20:1 21:1
  22:1 23:1
  24:1 25:1
  26:1 27:1
  28:1 29:1
  30:1 31:1
  32:1 33:1
  34:1 35:1

36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1
80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1,10 90:9
**rocks** 70:22
**roof** 18:7,8,11
  18:14 20:2,4
  20:13,18,19
  20:22,23
  30:20 31:7
  35:9,13 37:2
  37:6,9,11
  39:10,10,11
  39:19,20,22
  41:10 42:5,21
  43:2,5 44:11
**roofing** 16:3
  26:5,12 31:5
**roofs** 18:5
**room** 13:20
  14:5,6,9,21
**Rules** 4:9 5:16

**S**

**S** 2:2 3:2,2 4:2
  4:2 5:2,2 13:6
  89:2,2,2,6
**Salvador** 9:5
  10:16,18,22
  11:9 19:14
  61:11,15
  62:14 64:14
  64:20
**saw** 13:13 19:2
  44:14,15,16
  45:9 73:12
  84:11
**saying** 34:21
  37:5 46:4
  49:24 59:3
  74:22 79:4
**scan** 56:10
**school** 11:2,3,6
**scrape** 75:20
  85:8
**scraped** 86:7
**scratch** 50:21
**screw** 35:13
**seasons** 12:6,7
**second** 9:24
  10:25 12:7
  26:15,17,19
  27:22 29:11
  31:6 33:9
  35:9 36:8,9
  37:7,21,24
  41:8,12,13,14
  41:15,19
  42:10 74:23
  76:19,20
**section** 37:10
  48:24
**secure** 40:20
**see** 28:24 29:9
  32:5 42:8,16
  42:23 44:10
  44:14 45:5
  50:17 55:21
  56:23 58:10
  61:12,13

62:19 63:4,6
63:18 64:10
64:22 65:23
68:17 73:9
75:5
**Seidenstein**
  80:25
**sent** 76:5 80:8
**September**
  1:15 90:18
**set** 90:10,17
**settle** 11:24
**shape** 64:11
**shared** 13:20
**shift** 37:15 38:5
  38:10,17
  40:16,18,22
  40:22 41:6
**shifted** 39:17
**shifting** 41:2
**shock** 26:23
  37:25 41:11
  42:2 43:9,12
  43:22,24
  52:20,21,24
  53:3,5,9
  72:20 84:2
**short** 14:11
**shoulder** 46:10
  77:19 78:14
  79:3,6,12,15
  79:18
**shovel** 20:15,17
  20:21,24 21:2
**show** 28:19
  29:7 30:3
  32:9 36:23
  39:12,14 40:8
**side** 20:6,9
  25:10 26:12
  26:20,21,24
  29:6,6 33:15
  33:15 36:10
  41:24 42:3,21
  48:21,25
  51:17 52:6,13

52:15,24 53:2
53:6,9 61:5
64:17 65:11
70:5
**sides** 37:2
**Signed** 88:11
**sister** 11:25
**site** 19:17,20
  21:15 23:10
  23:17 24:8,15
**size** 65:2
**skin** 22:8 49:19
  50:20,24 51:3
  51:13,13
  53:17
**sleep** 81:23
  85:24
**sleeping** 75:18
**small** 61:11,17
  61:24
**smaller** 11:5
**smoke** 44:14,15
  44:16 45:9
  48:10,13
**smoking** 44:19
**son** 18:16,17,19
  19:5,7,8 20:5
  23:2,4,23
  24:6,20,23
  26:6 44:18
**sorry** 17:19
  27:16 83:9
**SOUTHERN**
  1:3
**Spanish** 6:7,8
  7:5,10 22:10
  55:21
**speak** 22:19,20
  22:23 23:2,4
  55:21 62:24
  63:4 82:18
**specialty** 68:19
**specifically**
  35:16
**splint** 65:23
**spoke** 22:10

September 27, 2017

Page 100

| | | | | |
|---|---|---|---|---|
| 49:11 64:3 | 70:25 71:6,13 | **supervising** | 25:20 | **thought** 41:10 |
| 69:15 82:23 | 71:19 72:15 | 21:7 | **talking** 10:23 | **three** 8:5,18 |
| **spot** 64:11 | 72:23 73:5 | **supervision** | 63:23 65:10 | 9:2,2,11,14 |
| **Spring** 13:16 | **staying** 13:17 | 22:13 | 72:3 | 10:6,11,14 |
| 13:22,25 14:6 | 14:15,16 | **Sure** 16:14 | **taxi** 67:21 74:3 | 14:2 54:12,14 |
| 14:9,14,19 | **step** 30:7 | 75:11 76:21 | **tell** 42:11 45:20 | 54:20 55:9,12 |
| 15:2 58:13 | **steps** 32:25 | **surgeon** 82:7 | 46:22 47:7,25 | 55:23 56:21 |
| 59:22,24 | 33:6 | 82:12 83:3,5 | 58:2 60:18 | 57:2,4,25 |
| **squeeze** 50:20 | **steroid** 76:22 | 83:13 84:5,9 | 61:15 75:12 | 64:6 87:10,14 |
| **stair** 41:13,14 | 76:25 77:5,16 | 84:11 | 75:22 76:2 | **threw** 35:11 |
| **staircase** 46:14 | 77:24 79:19 | **surgeries** 75:7 | 82:12,15 | **thumb** 66:14 |
| 46:23,24 | **stick** 85:9 | 85:22 | 83:23 85:2,5 | **tie** 20:15 |
| **stairs** 29:20 | **STIPULATED** | **surgery** 54:21 | **telling** 75:8 | **tighten** 49:22 |
| 41:8,8 45:12 | 3:3,15 4:12 | 58:3 63:21 | **ten** 60:2 | **time** 11:5 11:6 |
| 45:23,23 46:2 | 4:18 5:4,11 | 68:8 71:9,16 | **terms** 15:25 | 12:4 13:13 |
| 46:3 | **stop** 75:21 | 71:25 73:4 | 27:21 33:19 | 14:11 15:12 |
| **stand** 29:16 | **stopped** 16:22 | 74:6 75:3 | **testified** 6:13 | 15:16 16:5,15 |
| **standing** 41:4 | 19:6 67:18 | 77:18 79:4 | 27:2 47:4 | 16:19 17:6,9 |
| 41:23 42:13 | **straight** 34:2 | 80:7,10,15,20 | **Testifying** 5:9 | 19:2 23:9,13 |
| **start** 40:22 | **street** 2:9 6:20 | 80:22 81:5,6 | **testimony** 3:8 | 32:24 40:12 |
| 68:12,25 | 7:16 17:13 | 81:18,20,22 | 3:11 5:19,21 | 41:17 53:8 |
| **started** 21:5 | **strength** 66:4 | 82:2,4,6,12 | 90:12 | 54:17 60:4,14 |
| 23:16 24:22 | **strike** 3:8,11 | 82:13,22 | **therapy** 67:9 | 60:24 61:4,22 |
| 25:2,3,10,16 | 5:18,21 | 83:14 84:6,15 | 68:10,13,16 | 72:9 73:18 |
| 26:20 32:21 | **strip** 19:25 | 84:17,21,24 | 68:18 69:2,5 | 76:21 78:18 |
| 34:14,22 | 20:4,16,17,19 | 85:2,10,13,16 | 69:16,19,23 | 78:25 79:5 |
| 37:14 38:5,10 | 25:10,11 26:9 | 85:24 86:3,4 | 70:7,14,21,24 | 83:7 84:12 |
| 38:17 40:16 | 26:14 37:2 | 86:13,19,24 | 71:6,12,20 | 88:7 |
| 40:22 41:2,6 | 39:8 | 86:25 87:3,4 | 72:10,11,11 | **times** 43:12 |
| 41:7,23 49:10 | **stripped** 25:12 | 87:6,17 | 72:14,22 84:8 | **tingle** 75:25 |
| 67:9 68:20 | **stripping** 26:6 | **sworn** 3:18 6:3 | 84:10 86:11 | **tingling** 83:25 |
| 69:18,23 70:6 | **strong** 71:16 | 6:11 90:11 | **thing** 39:8 | **tired** 87:24 |
| 70:14,24 | 73:4,4 75:19 | | 59:15 68:5 | **today** 14:13 |
| 71:11,20 | 82:24 | **T** | 70:16 71:25 | 16:25 67:15 |
| 72:14,22 | **strongly** 75:18 | **T** 3:2,2 4:2,2 | **things** 21:13 | 67:20 69:15 |
| **state** 1:23 6:4 | **studio** 8:16 | 5:2,2 89:2,6 | **think** 7:20 15:8 | 82:18 88:8 |
| 6:12,16 10:12 | **study** 10:24 | 90:2,2 | 15:8 18:21,23 | **told** 19:17,24 |
| 11:24 90:3,7 | **stuff** 52:8 | **take** 14:20 | 18:25 22:8 | 20:25 26:4,8 |
| **stated** 27:11,17 | **subscribed** | 33:10 35:4 | 28:14 45:11 | 27:3,10,18,23 |
| 37:13 50:23 | 88:11 | 47:11,12 48:4 | 55:24 87:20 | 32:23 33:4,9 |
| 51:12 60:3 | **sudden** 42:13 | 48:5,6 70:11 | **third** 9:25 87:4 | 35:4,8,14,19 |
| 68:9 | **supervise** | **taken** 1:18 | **Third-Party** | 36:22,25 38:3 |
| **Staten** 2:14 | 21:17,21 | 46:23 53:19 | 1:10,13 | 38:20 39:5 |
| **states** 1:3 11:11 | 22:15 | 53:23 55:13 | **this(these)** 3:8 | 40:14 43:23 |
| 11:16 15:14 | **supervised** | 55:22 | 3:11,17 4:4 | 43:25 44:5,8 |
| **stayed** 70:8,15 | 21:23 | **talk** 22:17 23:7 | 4:14,21 | 45:12,19 46:6 |
| | | 24:23 25:4,14 | | |

46:19,25 47:9
47:14 48:11
49:12 53:17
55:18 56:16
57:19 62:10
63:10,19,20
64:22 72:19
74:3 75:14
76:8,12,15
81:4,8 82:16
83:12 84:5,9
85:6 86:3,6
86:10
**tomorrow**
87:25 88:5
**tools** 20:13,21
20:25
**top** 30:6,16
31:13 35:16
37:8 39:11
42:20 50:6
**touched** 44:5,8
44:11
**traffic** 14:23
**train** 73:22
**translate** 6:6
**traumatized**
55:11
**travelling**
14:19
**treat** 80:24
**treated** 63:8
76:18 82:5
83:2,13
**treating** 68:21
78:2 84:13
**treatment**
63:22 80:12
**tree** 62:6
**trembling**
45:11
**tremendously**
28:14
**trial** 1:17 3:14
5:24
**Trinidad** 74:24

**true** 90:11
**trying** 38:3
58:20
**turn** 7:8
**two** 8:9,12,16
12:6,7 13:17
17:16,20,25
26:13 28:2
29:2 39:24
46:12 54:13
77:9,12 78:20
78:21
**type** 15:21
33:25 65:23

---
**U**

**U** 3:2 4:2 5:2
6:2
**U.S.A** 1:7,9
**ultimately**
80:18
**understand** 7:9
7:11 9:6
10:24 16:8
34:4,20 38:15
50:4,11 74:22
74:23
**understood**
55:5
**Uniform** 5:16
**United** 1:3
11:15 15:14
**upper** 39:10
65:19
**ups** 82:10
**use** 20:3,12,13
20:14,15,22
20:24 26:8
27:3,10,13,18
27:24 67:19
**utilized** 4:15

---
**V**

**V** 6:10
**Valley** 13:16,23
13:25 14:6,9

14:14,19 15:3
58:14 59:22
59:25
**van** 23:19,20
24:2 45:13
46:21
**Vanessa** 9:25
**various** 60:22
78:13 79:9
**Velcro** 66:15
66:16
**verbal** 7:5
**vision** 61:6,10
61:12 62:8,11
62:18,22,25
63:3,12 64:17
65:14,15
**visit** 57:8
**visited** 57:5

---
**W**

**W** 89:2
**Wait** 29:23
**waived** 4:23
**waiver** 3:12 4:8
5:22
**want** 30:2,11
31:14 32:7
47:10 48:4
72:22 87:25
**wanted** 47:9,11
47:14 48:5,6
58:13
**wanting** 81:16
**water** 16:13
**way** 29:21 58:9
90:15
**we'll** 31:11
**we're** 14:13
**wear** 67:17
**wearing** 66:25
67:5,7,15
**week** 13:16
14:3 58:7,8
59:4
**weeks** 13:17
14:3 77:9,13

78:20,22
**went** 18:21,23
20:5 26:10,14
26:16 32:23
32:25 42:13
44:2 55:21
57:9 58:10
59:25 64:22
68:17 71:17
72:6 73:18
82:13 86:4
**WHEREOF**
90:17
**white** 22:6,10
64:10,11,18
64:25
**wife** 9:4,10
58:10,17
**wife's** 9:17
**Winograd** 1:21
2:4
**witness** 6:7,8
6:10 29:13
30:20 31:18
31:24 32:6,8
44:13 45:3,8
48:22,25
61:20 87:16
90:9,12,17
**witness(es)**
3:18 5:8
**woman** 22:2
**wood** 62:4
**word** 74:22
**work** 12:20
13:4 14:22
16:2 18:2
19:18 20:8,10
21:6,7,12,15
21:17,24
23:10,16,17
24:7,15,22
25:2,3,17
39:11 40:6
75:4
**worked** 12:5

16:5 22:18
**worker's** 47:18
**workers** 18:14
21:6 22:18,20
24:24 25:5,15
26:2 45:2
47:17
**working** 11:6
15:17 16:22
17:20 19:6
25:17
**works** 83:17
**worry** 57:20
**would've** 39:15
**wouldn't** 35:13
66:9
**wrist** 51:4
**write** 11:7 13:8
17:15 32:4
**wrong** 61:10

---
**X**

**x** 1:4,9,14 30:9
30:13,15
32:22 34:24
39:23 43:7,7
89:2,6,6
**X-rayed** 56:2
**X-rays** 55:22
**Xs** 39:24

---
**Y**

**Yeah** 50:9
**year** 12:4,7,10
17:4 87:12
**years** 8:5 11:4
**Yonkers** 17:12
17:13 53:22
59:20 62:21
63:7 64:25
73:8 77:16,23
**York** 1:3,22,22
1:24 2:6,6,10
2:10,14 6:5
6:12 10:12
11:23,25 12:3
73:17 90:3,7

**Z**

zip 7:25

**0**

07206 6:21
   7:25

**1**

1 6:21 7:19
10:30 88:2,5
10007 2:6
10281 2:10
10310 2:14
11:00 14:24
11:10 1:15
12 26:7 33:22
13th 1:21 2:5
16 26:8 33:22
16cv7552 1:7

**2**

2002 9:25
2008 10:2
2012 11:12,13
   11:14,16
2015 17:5 23:9
   24:8 25:23,25
   32:20 62:17
   80:10
2016 10:3
   84:18
2017 1:15 87:9
   88:12 90:18
22 23:9 24:8
   25:23,25
   32:20 62:17
   80:9
221 5:14
225 1:21 2:5,9
22nd 17:3
   23:12 24:10
   24:12
27 1:15
27th 24:11,12
28 89:8
28th 90:18

**3**

3:40 88:8
31 10:20
3116 4:9
3117 4:9
32 33:23

**4**

42 20:7,7 28:5
45 74:4

**5**

501 6:20
504 7:16
5th 10:3

**6**

6 89:4

**7**

70 61:12 62:8
   62:11,18,22
766 2:14
78 10:20

**8**

**9**

99 9:22,23

# CORRECTION / ERRATA SHEET

_____, being duly sworn, deposes and says: I have reviewed the transcript of my deposition / hearing taken on _____. The following changes are necessary to correct my testimony.

## CASE CAPTION:

| Page: | Line: | Should read / Corrected Testimony: | Reason for Change |
|-------|-------|-----------------------------------|-------------------|
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |
|       |       |                                   |                   |

Sworn to before me this _____

Day of _____

_____
NOTARY PUBLIC

Testimony Deposition / Hearing Witness:

X_____

Print: _____



**Deitz Court Reporting** ◉ **800-788-0166**

Administrative Offices ◉   100 Merrick Road - Suite 320W   ◉   Rockville Centre, NY 11570