# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL RIVERA,

                        Plaintiff,

        -against-

HOME DEPOT U.S.A., INC.,

                    Defendant.

HOME DEPOT U.S.A., INC.,

                    Third-Party Plaintiff,

        -against-

BRYAN'S HOME IMPROVEMENT CORP.,

                    Third-Party Defendant.

**Civil No.: 16cv7552**

**AFFIDAVIT OF BLANCA**
**NUVIA RODRIGUEZ**

STATE OF NEW YORK    }

COUNTY OF NEW YORK  }

        **BLANCA NUVIA RODRIGUEZ,** being duly sworn deposes and says:

    1.      I am over the age of 18 years and reside at 504 E. Jersey Street 1st floor in Elizabeth, New Jersey. I have personal knowledge of the facts contained herein.

    2.      I am the domestic partner of Daniel Rivera.

    3.      Daniel and I come from Limon SenSen Bra a village of 200 families in El Salvador.

    4.      I have known Daniel since I was twelve years old.

    5.      Daniel's father passed away when he was two. He had to go to work in the fields at a very early age and could not attend school. Daniel does not read or write.

    6.      Daniel and I began living together twenty years ago. We have three

children together; Josue Daniel 19, Catherine 15, and Luz 10. My daughter Luciana is 18 months old. She was conceived as a result of my rape by gang members. We now live together as a family in New Jersey.

       7.    Daniel came to the United States in May 2012. At the time Daniel left our village he was in perfect physical health. Daniel was a very active and physically strong man. He was known as 'one of the strongest' in our village for being able to carry large heavy sacks of cotton and beans over his back. He was also a midfielder on the village's soccer team.

       8.    Prior to this accident, Daniel never had any issues or difficulties in using his left hand for any of his construction or household tasks. Since the accident Daniel has not been able to use his left hand for anything. He cannot pick up anything; he cannot carry anything; he cannot bathe; he cannot dress himself; he cannot use a washcloth; he cannot brush his teeth; he cannot prepare food; he cannot cut his food.

       9.    He has also been unable to raise his left arm since the accident.

      10.    Since the accident Daniel cannot use his left leg. He cannot get out of bed without assistance; he cannot go up or down stairs; he cannot stand without assistance of either a cane or someone's help.

      11.    I physically assist Daniel by picking him up out of bed each morning and bringing him over to the shower where I seat him on a shower seat and bathe his body.

      12.    I physically dress Daniel each day as he cannot use his left hand to put on his clothes, button/fasten shirts or pants or belts, or tie his shoelaces.

      13.    I physically prepare all of the bottles for the baby as he is unable to use his left hand to perform this basic task. Daniel also cannot change the baby's diapers or lift her as he would drop her since he cannot use his left hand.

      14.    I physically prepare all of the meals for Daniel as he cannot use his left hand to operate the stove, handle cooking tools, cut meat, or wash dishes.



15.     Daniel is unable to stand without assistance of the cane he carries for support and requires physical assistance from his family in ascending/descending brief sets of stairs when presented with them as his left leg drags behind him and has no strength.

16.     Due to his back and neck pain, sleeping is very difficult for Daniel as well.

17.     Since Daniel's accident, he often exhibits memory deficiencies in that he forgets people whom we have known for years and the locations of basic items in our household which had been previously been familiar to him.

18.     In addition to the memory loss, Daniel has trouble concentrating.

19.     He is irritable, expresses sensitivity to light and noise, he has mood swings, stress, anxiety and depression, and he is delayed in responding to questions.

20.     Prior to this accident, Daniel never experienced any issues with processing his thoughts or memory and was a happy and cheerful man.

21.     Daniel has become a changed man due to his physical and mental ailments. Daniel has become very depressed and angry and 'feels useless' in that he cannot physically or financially support our family and is completely reliant upon us for his daily survival and upkeep.

22.     I have reviewed the foregoing and know its contents to be true. I know that if any of the statements made by me are made willfully false that I am subject to punishment.

Dated:  New York, New York
        February 1, 2018

                                    BLANCA NUVIA RODRIGUEZ

STATE OF NEW YORK      )
COUNTY OF _New York_   )

        On this __1__ day of _Febru___ 2018, before me personally came Blanca Nuvia Rodriguez, known to me and known to me to be the individual described in, and who executed the foregoing affidavit and duly acknowledged to me that he executed the same.

                                    IVAN RODRIGUEZ
                                    Notary Public, State of New York
                                    No. 01RO6116071
                                    Qualified in Richmond County
                                    Commission Expires September 20, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL RIVERA,

               Plaintiff,

      -against-

HOME DEPOT U.S.A., INC.,

               Defendant.

**Civil No.: 16cv7552**

**AFFIDAVIT OF**
**TRANSLATION**

---

HOME DEPOT U.S.A., INC.,

               Third-Party Plaintiff,

      -against-

BRYAN'S HOME IMPROVEMENT CORP.,

               Third-Party Defendant.

---

STATE OF NEW YORK    }
                    ss:
COUNTY OF NEW YORK  }

      RAQUEL DAVY, being duly sworn, deposes and says:

      1. This Affidavit is made pursuant to CPLR §2101(b), 17 CFR §232.306; 17 CFR §230.403(c)(1).

      2. I am an employee of Ginarte, Gallardo Gonzalez Winograd, L.L.P. attorneys for the Plaintiff DANIEL RIVERA.

      3. I am bilingual in Spanish and English.

      4. I speak and write fluently in the Spanish language, and I have translated dozens of documents over the past six (6) years of my employment at Ginarte, Gallardo Gonzalez Winograd, L.L.P.

      5. I sat with the Plaintiff's domestic partner, BLANCA NUVIA RODRIGUEZ, and read to her the Affidavit attached herewith.

6. I accurately translated the document and read it to BLANCA in her native language, Spanish.

7. She told me that she fully understood it and agreed to the content of the Affidavit.

_____
RAQUEL DAVY

Sworn to before me
This 1st day of February, 2018

_____
NOTARY PUBLIC

ERIKA M. VALLADARES
NOTARY PUBLIC-STATE OF NEW YORK
No. 01VA6366502
Qualified in Richmond County
My Commission Expires 10-30-2021

TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
DISTRITO SUR DE NUEVA YORK

DANIEL RIVERA,                                    Civil No.: 16cv7552

              Demandante,

            -contra-              **DECLARACIÓN JURADA
                                        DE BLANCANUVIA
                                        RODRIGUEZ**

HOME DEPOT U.S.A., INC.,

              Demandado.

HOME DEPOT U.S.A., INC.,

              Demandante de Tercera Parte,

            -contra-

BRYAN'S HOME IMPROVEMENT CORP.,

              Demandado de Tercera Parte.

ESTADO DE NUEVA YORK          }

CONDADO DE NUEVA YORK        }

BLANCA NUVIA RODRIGUEZ, siendo juramentada debidamente declara y dice:

    1. Tengo más de 18 años y resido en 504 E. Jersey Street 1er Piso, en

Elizabeth, Nueva Jersey. Tengo conocimiento personal de los hechos aquí contenidos.

    2. Soy la compañera doméstica de Daniel Rivera.

    3. Daniel y yo venimos de Limon SenSen Bra, un pueblo de 200 familias en El

El Salvador.

    4. Conozco a Daniel desde que tenía doce años.

    5. El padre de Daniel falleció cuando el tenía dos años. Tuvo que ir a trabajar en



los campos a una edad muy temprana y no pudo asistir a la escuela. Daniel no lee ni escribe.

6. Daniel y yo comenzamos a vivir juntos hace veinte años. Tenemos tres niños juntos; Josue Daniel 19, Catherine 15 y Luz 10. Mi hija Luciana tiene 18 meses de edad. Ella fue concebida como resultado de mi violación por miembros de pandillas. Ahora vivimos juntos como un familia en Nueva Jersey.

7. Daniel vino a los Estados Unidos en Mayo del 2012. En el momento en que Daniel dejó nuestra aldea, el estaba en perfecta salud física. Daniel era un hombre muy activo y físicamente fuerte.

Era conocido como "uno de los más fuertes" en nuestra aldea por ser capaz de llevar grandes sacos pesados de algodón y frijoles sobre su espalda. También fue un mediocampista en el equipo de fútbol de la aldea.

8. Antes de este accidente, Daniel nunca tuvo problemas o dificultades para usar su mano izquierda para cualquiera de sus tareas de construcción o oficios domésticos. Desde el accidente, Daniel no ha podido usar su mano izquierda para nada. Él no puede recoger nada; él no puede cargar nada; él no puede bañarse; él no puede vestirse solo; él no puede usar una toallita; él no puede cepillarse los dientes; él no puede preparar la comida; él no puede cortar su comida.

9. Tampoco ha podido levantar su brazo izquierdo desde el accidente.

10. Desde el accidente, Daniel no puede usar su pierna izquierda. Él no puede levantarse de la cama sin ayuda; él no puede subir ni bajar escaleras; él no puede pararse sin ayuda de un bastón o de la ayuda de alguien.

11. Yo físicamente ayudo a Daniel levantándolo de la cama cada mañana y llevándolo a la ducha donde lo asiento en un asiento de la ducha y baño su cuerpo.



12. Yo físicamente visto a Daniel todos los días ya que no puede usar su mano izquierda para ponerse su ropa, abotonar camisas o pantalones o cinturones, o atar los cordones de sus zapatos.

13. Yo físicamente preparo todas las botellas para la bebé ya que el no puede usar su mano izquierda para realizar esta tarea básica. Daniel tampoco puede cambiar los pañales de la bebé ni levantarla, ya que la dejaría caer como no puede usar su mano izquierda.

14. Yo físicamente preparo todas las comidas para Daniel ya que el no puede usar su mano izquierda para operar la estufa, manipular utensilios de cocina, cortar carne o lavar los platos.

15. Daniel no puede pararse sin ayuda del bastón que lleva para apoyo y requiere asistencia física de su familia para subir / bajar breves series de escaleras cuando se presentan con él ya que su pierna izquierda se arrastra detrás de él y no tiene fuerzas.

16. Debido a su dolor de espalda y cuello, dormir también es muy difícil para Daniel.

17. Desde el accidente de Daniel, a menudo muestra deficiencias de memoria en que se le olvida a las personas a quienes conocemos desde hace años y las ubicaciones de artículos básicos en nuestro hogar que anteriormente le eran familiares.

18. Además de la pérdida de memoria, Daniel tiene problemas para concentrarse.

19. Él es irritable, expresa sensibilidad a la luz y al ruido, tiene cambios de humor, estrés, ansiedad y depresión, y se demora en responder a las preguntas.

20. Antes de este accidente, Daniel nunca tuvo problemas con procesando sus pensamientos o su memoria y era un hombre feliz y alegre.

21. Daniel se ha convertido en un hombre cambiado debido a sus dolencias físicas y mentales. Daniel se ha vuelto muy deprimido y enojado y "se siente inútil" en el sentido de que

no puede apoyar física o financieramente a nuestra familia y depende por completo de nosotros para su supervivencia y mantenimiento diario.

       22. He revisado lo anterior y sé que su contenido es verdadero. Yo sé que si alguna de las declaraciones hechas por mí se hacen a sabiendas falsas que estoy sujeto al castigo.

Fecha:     Nueva York, Nueva York
            1 de Febrero de 2018

_____
BLANCA NUVIA RODRIGUEZ

ESTADO DE NUEVA YORK    }

CONDADO DE NUEVA YORK    }

En este __1__ día de _Febrero_ 2018, delante de mí personalmente vino BLANCA NUVIA RODRIGUEZ, conocida por mí y conocida por ser la persona descrita en, y quien ejecutó la declaración jurada anterior y debidamente reconoció que ella ejecutó la misma.

_____
NOTARIO PUBLICO

IVAN RODRIGUEZ
Notary Public, State of New York
No. 01RO6116071
Qualified in Richmond County
Commission Expires September 20, 20__2__