UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 28, 2018

------------------------------------------------------------X

DANIEL RIVERA,

                Plaintiff,

-v-

HOME DEPOT U.S.A. INC.,                 16-cv-7552 (KBF)

    Defendant and Third-Party Plaintiff,         ORDER

-v-

BRYAN'S HOME IMPROVEMENT CORP.,

                Third-Party Defendant.

------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

By Opinion & Order dated February 28, 2017, the Court granted plaintiff's motion for partial summary judgment as to liability. (ECF No. 70.) The parties are hereby directed to meet and confer regarding the following issues:

1. What issues remain open for trial; and

2. Whether the parties can adjust their pretrial submissions and maintain the current trial date of Monday, March 12, 2018.

The parties are directed to submit a joint letter answering these questions not later than **Friday, March 2, 2018 at 5:00 p.m.**

    SO ORDERED.

Dated:     New York, New York
             February 28, 2018

                                            _____
                                            KATHERINE B. FORREST
                                            United States District Judge