UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL RIVERA,

           Plaintiff,

-against-

HOME DEPOT U.S.A., INC.,

           Defendant.

HOME DEPOT U.S.A., INC.,

           Third-Party Plaintiff,

-against-

BRYAN'S HOME IMPROVEMENT CORP.,

           Third-Party Defendant.

Civil No.: 16cv7552

**JOINT PRE-TRIAL ORDER**

## I. FULL CAPTION

See above.

## II. TRIAL COUNSEL

For Plaintiff DANIEL RIVERA:

    Steven Payne, Esq.
    **GINARTE GALLARDO**
    **GONZALEZ WINOGRAD, LLP**
    225 Broadway, 13th Floor
    New York, New York 10007
    Tel.: (212) 601-9700
    Fax: (212) 267-4185

For Defendant HOME DEPOT U.S.A., INC.:

    **D'AMATO & LYNCH, LLP**
    225 Liberty Street
    New York, New York 10281

Tel.: (212) 269-0927
Fax: (212) 269-3559

For Third-Party Defendant BRYAN'S HOME IMPROVEMENT CORP.:

**CONNORS & CONNORS, P.C.**
766 Castleton Avenue
Staten Island, New York 10310
Tel.: (718) 442-1700
Fax: (718) 442-1717

### III. NUMBER OF TRIAL DAYS REQUESTED

Eight to ten (8-10) days.

### IV. JOINTLY AGREED STIPULATIONS OR STATEMENTS OF FACT OR LAW

The court has original jurisdiction of this case under Diversity of Citizenship 28 U.S.C. §1332:

The plaintiff, DANIEL F. RIVERA is a resident of the State of New Jersey being domiciled at 504 East Jersey Street, 1st Floor, Newark, New Jersey.

The defendant HOME DEPOT U.S.A., INC., is a Delaware Corporation with its principal place of business located at 2455 Paces Ferry Road, Atlanta, Georgia.

Third-party defendant BRYAN'S HOME IMPROVEMENT CORP., is a New York Corporation with its principal place of business located at 2 Franka Place, Apt#9, Spring Valley, New York.

The incident giving rise to matter occurred at 58 Cooks Avenue in Yonkers, New York. The controversy exceeds the sum of $75,000.00 exclusive if interest and costs.

V. **<u>WITNESSES</u>**

| WITNESSES FOR PLAINTIFF ||||||
|---|---|---|---|---|
| **WITNESS** | **Method of Testimony** | **Estimated Time for Direct Examination** | **Estimated Time for Cross-Examination** | **Total Estimated Time of Testimony** |
| DANIEL F. RIVERA | In person | 2.5 Hours | 1 Hour | 3.5 Hours |
| BLANCA N. RODRIGUEZ | In person | 1 Hour | | 1 Hour |
| HAROLD BIALSKY D.C.,M.A.,C.R.C.,C.L.C.P. | In person | 1 Hour | .5 Hours | 1.5 Hours |
| VALERIE PENNINGTON-REYES | In person | 30 Minutes | | 30 Minutes |
| JURACI DA SILVA, PH.D., | In person | 45 Mins to 1 Hour | .5 Hours | 1.5 Hours |
| PAUL K. RATZKER, M.D. | In person | 2 Hours | .5 Hours | 2.5 Hours |
| MICHAEL K. SEIDENSTEIN, M.D. | In person | 2 Hours | .5 Hours | 2.5 Hour |
| OMOWUNMI OSINUBI, M.D. | In person | 2.5 Hours | 1.0 Hours | 3.5 Hours |
| HARVEY ROSENBLUM, M.D. | In Person | .5 Hours | .25 Hours | 45 Minutes |
| RONALD E. MISSUN, PH.D | In Person | 1 Hour | .5 Hours | 1.5 Hours |
| JORGE PALACIOS | In Person | 1 Hour | .5 Hours | 1.5 Hours |
| RECORDS WITNESS – BERGENFIELD SURGICAL CENTER | In Person | 20 Minutes | | 20 Minutes |
| RECORDS WITNESS – INTERGRATIVE NEUROTHERAPY | In Person | 20 Minutes | | 20 Minutes |
| RECORDS WITNESS – IRONBOUND MRI | In Person | 20 Minutes | | 20 Minutes |
| RECORDS WITNESS – NJ IMAGING NETWORK | In Person | 20 Minutes | | 20 Minutes |
| RECORDS WITNESS – SPECIALTY SURGERY OF SECAUCUS | In Person | 20 Minutes | | 20 Minutes |
| RECORDS WITNESS – ST. JOSEPH'S MEDICAL CENTER BILLING DEPT. | In Person | 20 Minutes | | 20 Minutes |
| RECORDS WITNESS – ST. JOSEPH'S MEDICAL CENTER RADIOLOGY DEPT. | In Person | 20 Minutes | | 20 Minutes |

| | | | | |
|---|---|---|---|---|
| RECORDS WITNESS – SURGICORE OF JERSEY CITY | In Person | 20 Minutes | | 20 Minutes |
| RECORDS WITNESS – ST. JOSEPH'S MEDICAL CENTER MEDICAL RECORDS DEPT. | In Person | 20 Minutes | | 20 Minutes |
| **WITNESSES FOR DEFENDANT** | | | | |
| | | | | |
| | | | | |
| | | | | |
| **WITNESS FOR THIRD-PARTY DEFENDANT** | | | | |
| | | | | |
| | | | | |
| | | | | |

**VI.    DESIGNATION OF DEPOSITION TESTIMONY**

Not necessary as all witnesses will be testifying live.

**VII.   EXHIBITS TO BE OFFERED INTO EVIDENCE**

(See attached spreadsheet)

**VIII.  EXHIBITS OBJECTED TO**

(See attached binder)

**IX.    MOTIONS IN LIMINE**

Copies of the following motions in limine are attached hereto:

- Plaintiff's Motion in Limine to preclude plaintiff's immigration status
- Third-Party Defendant's Motion in Limine to preclude testimony or evidence relating to Quantitative Electroencephalography.

**X.     REQUESTS TO CHARGE, JOINT VERDICT FORMS, JOINT PROPOSED VOIRE DIRE QUESTIONS**

(See attached forms)