# EXHIBITS TO BE OFFERED INTO EVIDENCE

| Exhibit No. | Description | Basis/Legal Support for Objection | Offering Party Response | COURT RULING |
|---|---|---|---|---|
| PX1 | Photo of house | | | |
| PX2 | Photo of Defendant's Exhibit D | | | |
| PX3 | Photo of Defendant's Exhibit A | | | |
| PX4 | Photo of house to be enlarged at trial | | | |
| PX5 | Photo of Defendant's Exhibit D to be enlarged at trial | | | |
| PX6 | Photo of Defendant's Exhibit A to be enlarged at trial | | | |
| PX7 | Medical Records from St. Joseph's Medical Center | | | |
| PX8 | Medical Records from Dr. Jose Colon | | | |
| PX9 | Medical Records from Dr. Michael Seidenstein | | | |
| PX10 | Medical Records from Dr. Alexandru Burducea | | | |
| PX11 | Medical Records from Dr. Paul Ratzker | | | |
| PX12 | Medical Records from Dr. Juracl Da Silva | | | |
| PX13 | Medical Records from Ironbound MRI, LLC | | | |
| PX14 | Medical Records from New Jersey Imaging Network | | | |
| PX15 | Medical Records from Surgicore of Jersey City | | | |
| PX16 | Medical Records from Bergenfield Surgical Center | | | |
| PX17 | Narrative Report from Dr. Michael Seidenstein | | | |
| PX18 | Narrative Report from Dr. Paul Ratzker | | | |
| PX19 | Narrative Report from Dr. Harvey Rosenblum | | | |
| PX20 | Narrative Report from Dr. Omowunmi Osinubi | | | |
| PX21 | Life Care Plan/Vocational Assesment by Harold Bialsky | | | |
| PX22 | Economist Report by Ronal E. Missun | | | |
| PX23 | Cervical Spine MRI Image | | | |
| PX24 | Cervical Spine MRI Image to be enlarged at trial | | | |
| PX25 | CD with Cervical Spine MRI Film | | | |
| PX26 | Image of Post Op Cervical Spine X-Ray (Side View) | | | |
| PX27 | Image of Post Op Cervical Spine X-Ray (Front View) | | | |
| PX28 | Views of Post Op Cervical Spine X-Rays to be enlarged at trial | | | |
| PX29 | CD with Post Op Cervical Spine X-Ray Films | | | |
| PX30 | Image with Surgical Procedures to be enlarged at trial | | | |
| PX31 | CD with MRI Films of Left Knee and Lumbar Spine | | | |
| PX32 | Image with injuries to be enlarged at trial | | | |
| PX33 | Image with injuries to be enlarged at trial | | | |
| PX34 | Image with injuries to be enlarged at trial | | | |
| PX35 | Image with injuries to be enlarged at trial | | | |
| PX36 | EEG Testings by Dr. Richard McAlister | | | |
| PX37 | CD of Day In The Life Video | See Third-party defendant's Motion in Limine | | |
| DXA | Plaintiff's Deposition Transcript dated Sept. 27, 2017 | | | |
| | Pltf's Response to 3d-Party Deft's Interrogatories and Supplemental Disclosures | | | |
| DXB | Deposition Transcript of Defendant | | | |
| DXC | OSHA Report | | | |
| DXD | | Plaintiff Objects – Hearsay | | |
| DXE | Contract between Defendant and Third-Party Defendant | | | |