| Exhibit No. | Description | Basis/Legal Support for Objection | Offering Party Response | COURT RULING |
|---|---|---|---|---|
| PX1 | Medical Records from St. Joseph's Medical Center | | | |
| PX2 | Medical Records from Newark Rehabilitation Center (Drs. Jose Colon; Michael Seidenstein; Alexandru Burducea) | | | |
| PX3 | Medical Records from Dr. Paul Ratzker | | | |
| PX4 | Medical Records from Dr. Juraci Da Silva | | | |
| PX5 | Medical Records from Ironbound MRI, LLC | | | |
| PX6 | Medical Records from New Jersey Imaging Network | | | |
| PX7 | Medical Records from Surgicore of Jersey City | | | |
| PX8 | Medical Records from Bergenfield Surgical Center | | | |
| PX9 | Medical Records from Specialty Surgery | | | |
| PX10 | Narrative Report from Dr. Michael Seidenstein | See Third-party defendant's attached objection to the introduction of the narrative report (same objection raised for all of Plaintiff's narrative reports) | Plaintiff asserts they are admissible as Business Records and that the doctor will be providing live testimony | |
| PX11 | Narrative Report from Dr. Paul Ratzker | See Third-party defendant's attached objection to the introduction of the narrative report (same objection raised for all of Plaintiff's narrative reports) | Plaintiff asserts they are admissible as Business Records and that the doctor will be providing live testimony | |
| PX12 | Narrative Report from Dr. Harvey Rosenblum | See Third-party defendant's attached objection to the introduction of the narrative report (same objection raised for all of Plaintiff's narrative reports) | Plaintiff asserts they are admissible as Business Records and that the doctor will be providing live testimony | |
| PX13 | Narrative Report from Dr. Omowunmi Osinubi | See Third-party defendant's attached objection to the introduction of the narrative report (same objection raised for all of Plaintiff's narrative reports) | Plaintiff asserts they are admissible as Business Records and that the doctor will be providing live testimony | |
| PX14 | Life Care Plan/Vocational Assesment by Harold Bialsky | See Third-party defendant's attached objection to the introduction of the narrative report (same objection raised for all of Plaintiff's narrative reports) | Plaintiff asserts they are admissible as Business Records and that the doctor will be providing live testimony | |
| PX15 | Home Care Costs Chart - To be enlarged at trial | | | |
| PX16 | Future Medical Cost - Routine Chart - To be enlarged at trial | | | |
| PX17 | Future Medical Cost - Routine Continued Chart - To be enlarged at trial | | | |
| PX18 | Prescription Medications Cost Chart - To be enlarged at trial | | | |
| PX19 | Therapeutic Modalities Cost Chart - To be enlarged at trial | | | |
| PX20 | Wheelchair Accessible Van Cost Chart - To be enlarged at trial | | | |
| PX21 | Wheelchair Cost Chart - To be enlarged at trial | | | |
| PX22 | Wheelchair Cost Continued Chart - To be enlarged at trial | | | |
| PX23 | Mobility Aid Cost Chart - To be enlarged at trial | | | |
| PX24 | Home Furnishings Cost Chart - To be enlarged at trial | | | |
| PX25 | Home Furnishings Cost Continued Chart - To be enlarged at trial | | | |
| PX26 | Home Furnishings Cost Continued Chart - To be enlarged at trial | | | |
| PX27 | Aids for Independent Living Cost Chart - To be enlarged at trial | | | |
| PX28 | Aids for Independent Living Continued Cost Chart - To be enlarged at trial | | | |
| PX29 | Economist Report by Ronald E. Missun | | | |
| PX30 | Images from Economist Report by Ronald E. Missun - To be enlarged at trial | | | |
| PX31 | Cervical Spine MRI Image | | | |
| PX32 | Cervical Spine MRI Image to be enlarged at trial | | | |
| PX33 | CD with Cervical Spine MRI Film | | | |
| PX34 | Image of Post Op Cervical Spine X-Ray (Side View) | | | |
| PX35 | Image of Post Op Cervical Spine X-Ray (Front View) | | | |
| PX36 | Views of Post Op Cervical Spine X-Rays to be enlarged at trial | | | |
| PX37 | CD with Post Op Cervical Spine X-Ray Films | | | |
| PX38 | Image with Surgical Procedures to be enlarged at trial | | | |
| PX39 | CD with MRI Films of Left Knee and Lumbar Spine | | | |
| PX40 | Demonstrative image of Anterior Decompression and Fusion - To be enlarged | | | |
| PX41 | Demonstrative image of Lumbar Epidural Injection - To be enlarged | | | |
| PX42 | Image with injuries to be enlarged at trial | | | |
| PX43 | Image with injuries to be enlarged at trial | | | |
| PX44 | Image with injuries to be enlarged at trial | | | |
| PX45 | qEEG Testings by Dr. Richard McAlister | See Third-party defendant's Motion in Limine | See Plaintiff's Opposition to the Motion in Limine | |
| PX46 | CD of Day In The Life Video | | | |
| PX47 | Pltf's Response to 3d-Party Deft's Interrogatories and Supplemental Disclosures | | | |

**List of Proposed Exhibits from Third-Party Defendant, Bryan's Home Improvement**

| Exhibit No. | Description | Basis/Legal Support for Objection |
|---|---|---|
| DX1 | Final Consent Order and Settlement Agrement by NJ State Board of Medical Examiners (re: Dr. Raztker) | Plaintiff objects pursuant to Rule 401 and Rule 403. |
| DX2 | Statement of Charges of NY State Board for Professional Misconduct (re: Dr. Ratzker) | Plaintiff objects pursuant to Rule 401 and Rule 403. |
| DX3 | Consent Agreement of NY State Board for Professional Misconduct (re: Dr. Ratzker) | Plaintiff objects pursuant to Rule 401 and Rule 403. |
| DX4 | Consent Order of NY State Board for Professional Misconduct | Plaintiff objects pursuant to Rule 401 and Rule 403. |
| DX5 | Federal Court filing against Dr. Burducea | Plaintiff objects pursuant to Rule 401 and Rule 403. |
| DX6 | Federal Court filing against Dr. Burducea | Plaintiff objects pursuant to Rule 401 and Rule 403. |