UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DANIEL RIVERA,
                        Plaintiff,

            -v-
                                                      16-cv-7552 (KBF)

HOME DEPOT U.S.A. INC.,
    Defendant and Third-Party Plaintiff,         **VERDICT**

                                                      *Plaintiff,*
            -v-                                                 *Daniel Rivera*

BRYAN'S HOME IMPROVEMENT CORP.,
               Third-Party Defendant.
------------------------------------------------------------- X

**1. With regard to Daniel Rivera, state separately the amount of damages, if any, to be awarded.**

        a. Pain and suffering to date?    $ _135,000_

        b. Future pain and suffering?    $ _1,710,000_

            i. Number of years    _38_

After completing the form, each juror who agrees with the verdict must sign below:

___[signature]___                     ___Nehakumar___
FOREPERSON

___[signature]___                     ___Jenny Martin___

___[signature] Keene___            ___[signature]___

___Sanfred Kelly___

_4/11/18_
DATE

1