UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
DANIEL RIVERA,                                              :
                              Plaintiff,                    :
                                                            :
              -v-                                           :
                                                            :
HOME DEPOT U.S.A. INC.,                                     :     16-cv-7552 (KBF)
       Defendant and Third-Party Plaintiff,                 :
                                                            :          ORDER
                                                            :
              -v-                                           :
                                                            :
BRYAN'S HOME IMPROVEMENT CORP.,                             :
              Third-Party Defendant.                        :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 11, 2018

KATHERINE B. FORREST, District Judge:

The Court held trial in this matter from April 9-11, 2018. The attached notes were submitted to the Court by the jury on April 11, 2018.

    SO ORDERED.

Dated:    New York, New York
           April 11, 2018

                                            _____
                                              KATHERINE B. FORREST
                                              United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
DANIEL RIVERA,

                      Plaintiff,

    -v-

HOME DEPOT U.S.A. INC.,
    Defendant and Third-Party Plaintiff,      1:16 civ. 7552 (KBF)

    -v-

BRYAN'S HOME IMPROVEMENT CORP.,
    Third-Party Defendant.
-------------------------------------------------X

## NOTE FROM JURY

## PLEASE PRINT

Message: ① Does Pain + Suffering include compensation loss?
② We see that he lives in Spring Valley, why did he go to Newark Rehab Center as his treatment location

Print Name: Amanda Smith
Sign Name: [signature]
Date: 4/11/18
Time: 12:35

## THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 1
RECEIVED ON: April, 11 2018
TIME RECEIVED: 12:40 [ ] a.m. / [✓] p.m.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
DANIEL RIVERA,
                      Plaintiff,

      -v-

HOME DEPOT U.S.A. INC.,
    Defendant and Third-Party Plaintiff,      1:16 civ. 7552 (KBF)

      -v-

BRYAN'S HOME IMPROVEMENT CORP.,
        Third-Party Defendant.
-------------------------------------------------X

## NOTE FROM JURY

## PLEASE PRINT

Message: We reached a verdict

Print Name: Amanda Smith
Sign Name: [signature]
Date: 4/11/18
Time: 2:05

## THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 2
RECEIVED ON: April, 11 2018
TIME RECEIVED: 2:10   [ ] a.m. / [✓] p.m.