THE LAW FIRM OF

# CONNORS & CONNORS
### PC
766 CASTLETON AVENUE
STATEN ISLAND, NEW YORK 10310-9003
TEL: 718-442-1700 FAX: 718-442-1717

John P. Connors (1955-2003)
John P. Connors, Jr.*

Susan E. O'Shaughnessy
Robert J. Pfuhler**

Michael P. DeCarlo
Tara P. Mandelbaum
Irwin D. Miller
Gavin C. Fields
Erik J. McKenna
Michael J. Hemway**
Anthony R. Maddaluno**

600 Third Avenue
New York, New York 10016

New Jersey Office
Morris Brook Commons
Suite 6
422 Morris Avenue
Long Branch, New Jersey 07740

Of Counsel
William J. Russo

April 18, 2018

**VIA ECF**

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY  10007-1312

Re:   Rivera v. Home Depot USA, Inc. v. Bryan's Home Improvement
      Docket No.: 16cv7552
      Our File No.: SIF 26263

Honorable Judge Forrest:

Our law firm, Connors & Connors, P.C. represents the third-party defendant, Bryan's Home Improvement Corp. in the above named case which was tried to verdict on April 11, 2018 before this Honorable Court.

We have submitted a proposed Judgment (ECF-138) on behalf of our client, after it became apparent, upon conferring with counsel for the plaintiff and counsel for defendant/third-party plaintiff, Home Depot U.S.A., Inc., that the parties are unable to agree on the form of judgment to be entered in this case.

Under New York law, a plaintiff may not recover directly from a third-party defendant against which he has no direct claim Klinger v. Dudley, 421 N.Y.2d 362, 361 N.E.2d 074, 393 N.Y.S.2d 323 (1977). The Workers' Compensation Law is plaintiff's exclusive remedy as against his employer. The only legally enforceable judgment is one in which plaintiff has a direct judgment against Home Depot, and once Home Depot pays that judgment, Home Depot has judgment over against Bryan's Home Improvement Corp.

* Member NY, NJ & DC Bars         ** Member NY, NJ Bars

THE LAW FIRM OF
## CONNORS & CONNORS
PC

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
Re:     <u>Rivera v. Home Depot USA, Inc. v. Bryan's Home Improvement</u>
April 18, 2018
Page 2


    I am attaching copies of the New York Court of Appeals decisions in <u>Klinger</u> and <u>Reich v. Manhattan Barber & Equipment Corp.</u>, 91 N.Y.2d 772, 698 N.E.2d 939, 676 N.Y.S.2d 110, in support of Bryan's position for the Court's review and consideration.

                                   Respectfully submitted,

By: _____
     Michael P. De Carlo
     mdecarlo@connorslaw.com

MPD:IDM/mr
Enclosures

By: _____
     Irwin D. Miller, Esq.
     imiller@connorslaw.com

cc:    Ginarte, O'Dwyer, Gonzalez, Gallardo & Winograd, LLP
        (Via Fax No.: 212-267-4262)

        D'Amato & Lynch, LLP
        (Via Fax No.: 212-269-3559)