

# Ginarte Gallardo
# González Winograd L.L.P.

JOSEPH A. GINARTE ✱
MICHAEL A. GALLARDO ☐
RICHARD M. WINOGRAD ▽ ☐
MANUEL GONZALEZ ⌂
ELLEN RADIN ⌂ 3
MARK MAURER ☐
LEWIS ROSENBERG ◊ 3
STEVEN R. PAYNE ☐ ∘
ROBERT H. BAUMGARTEN ☐
JOHN J. RATKOWITZ ⌂ 3
PATRICK M. QUINN +
JAMES P. KRUPKA ⌂
MATTHEW V. VILLANI ⌂
RICHARD J. ISOLDE ☐
JOHN M. PIRO ☐
JAMES M. MERENDINO ▽ 3
TIMOTHY NORTON +
CHRISTOPHER IAVARONE ⌂
DANIEL L. MAISEL ⌂
MICHAEL L. EDELMAN ☐
TIMOTHY BARTZOS ⌂
DENNIS M. BAPTISTA 2⌂ 3
JACQUELINE CLEVELAND SANDY⌂
NICHOLAS BLATTI +
JONATHAN SAKS +
DOREEN E. WINN ☐ 3

ATTORNEYS AT LAW
225 BROADWAY, 13th FLOOR
NEW YORK, NY 10007

(212) 601-9700
FAX: (212) 267-4262

WWW.GINARTE.COM
Ginarte ® is a registered trademark in the U.S. Patent and Trademark Office

NEWARK
NEW YORK
UNION CITY
ELIZABETH
CLIFTON
PERTH AMBOY
QUEENS

1 CERTIFIED CIVIL TRIAL ATTORNEY
2 CERTIFIED WORKERS COMPENSATION ATTORNEY
3 OF COUNSEL
+ ADMITTED TO NY
☐ ADMITTED TO NJ & NY
✱ ADMITTED TO NJ, NY & DC
◊ ADMITTED TO NY & MA
⌂ ADMITTED TO NJ
∘ ADMITTED TO CALIFORNIA
◁ ADMITTED TO NY, TX & DC

ROGER GUARDA, CLAIMS MGR.

EDELMAN & EDELMAN 3
JOSEPH P. CARFORA 3

April 18, 2018

ECF and Via Email: forrestnysdchambers@nysd.uscourts.gov
Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007-1312

  Re: **Daniel Rivera v. Home Depot USA, Inc. v. Bryan's Home Improvement, et al.**
    **Docket No.: 16cv7552**
    **Our File No.: SIF 26263**

Honorable Judge Forrest:

  Enclosed is Plaintiff's proposed Judgment in connection with the above matter. Mr. Miller's submitted Judgment contained a mathematical error in the amount owed Plaintiff.

  In addition, Plaintiff has added that Your Honor had granted Summary Judgment on the issue of liability between Plaintiff and Defendant.

  Finally, we have inserted that the amount of the judgment would include allowable interest and costs.

              Respectfully submitted,

              Steven R. Payne (SRP8013)

SRP/rd