UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 4, 2018

-------------------------------------------------------------X
DANIEL RIVERA,                                     :
                              Plaintiff,           :
                                                   :
          -v-                                      :
                                                   :
HOME DEPOT U.S.A. INC.,                            :          16-cv-7552 (KBF)
          Defendant and Third-Party Plaintiff,     :
                                                   :          JUDGMENT
                                                   :
          -v-                                      :
                                                   :
BRYAN'S HOME IMPROVEMENT CORP.,                    :
                    Third-Party Defendant.         :
-------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

This action having been commenced September 27, 2016 by the filing of the Complaint (ECF No. 1); and

The Court having granted, in part, the Motion for Summary Judgment filed by plaintiff Daniel Rivera on March 23, 2018 (ECF No. 104) in the amount of $6,593,495.00 (ECF No. 120); and

Plaintiff having subsequently withdrawn his request for future economic damages related to potential surgical interventions (ECF No. 122); and

The parties having agreed on the quantum of plaintiff's past economic damages already incurred in the amount of $230,631.44 by Stipulation dated August 9, 2018 (ECF No. 143 at 5); and

The issues of past and future pain and suffering having come on for trial, and a jury having returned a verdict on April 11, 2018 on behalf of the plaintiff in the

aggregate amount of $1,845,000 ($135,000 of which is attributable to past pain and suffering) (ECF No. 136), it is hereby

**ORDERED, ADJUDGED, AND DECREED** that plaintiff shall have judgment against defendant/third-party plaintiff Home Depot U.S.A., Inc. in accordance with the Court's prior rulings and in the following amounts:

1. Economic Damages (past)      −      $230,631.44

2. Economic Damages (future)      −      $6,593,495.00

3. Pain and suffering (past)      −      $135,000.00

4. Pain and suffering (future)      −      $1,710,000.00

The parties retain all rights to appeal the Court's prior rulings existing as of this date.

SO ORDERED.

Dated:      New York, New York
            May 4, 2018

_____
         KATHERINE B. FORREST
         United States District Judge