UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 4, 2018
```

-----------------------------------------------------------------X

DANIEL RIVERA,                                    :

                        Plaintiff,      :

                                    :

              -v-                         :

                                      :

HOME DEPOT U.S.A. INC.,                          :         16-cv-7552 (KBF)
     Defendant and Third-Party Plaintiff,      :

                                    :          <u>JUDGMENT</u>

                                    :

              -v-                         :

                                    :

BRYAN'S HOME IMPROVEMENT CORP.,                  :
                Third-Party Defendant.      :

-----------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

      This action having been commenced September 27, 2016 by the filing of the Complaint (ECF No. 1); and

      The Court having granted, in part, the Motion for Summary Judgment filed by plaintiff Daniel Rivera on March 23, 2018 (ECF No. 104) in the amount of $6,593,495.00 (ECF No. 120); and

      Plaintiff having subsequently withdrawn his request for future economic damages related to potential surgical interventions (ECF No. 122); and

      The parties having agreed on the quantum of plaintiff's past economic damages already incurred in the amount of $230,631.44 by Stipulation dated August 9, 2018 (ECF No. 143 at 5); and

      The issues of past and future pain and suffering having come on for trial, and a jury having returned a verdict on April 11, 2018 on behalf of the plaintiff in the aggregate amount of $1,845,000 ($135,000 of which is attributable to past pain and suffering) (ECF No. 136); and

The Court, simultaneous to entry of this Judgment, having entered judgment in favor of plaintiff and against defendant/third-party plaintiff Home Depot U.S.A., Inc. in accordance with the Court's prior rulings and in the following amounts:

1. Economic Damages (past)   &ndash;   $230,631.44

2. Economic Damages (future)   &ndash;   $6,593,495.00

3. Pain and suffering (past)   &ndash;   $135,000.00

4. Pain and suffering (future)   &ndash;   $1,710,000.00; and

The Court having granted defendant/third-party plaintiff Home Depot U.S.A., Inc.'s motion for summary judgment on its contractual and common law indemnification claims as against third-party defendant Bryan's Home Improvement Corp. prior to trial (ECF No. 75), it is hereby

**ORDERED, ADJUDGED, AND DECREED** that defendant/third-party plaintiff Home Depot U.S.A., Inc. shall have judgment against third-party defendant Bryan's Home Improvement Corp. in accordance with the Court's prior rulings and in the amount of $8,669,126.44 plus allowable interests and costs.

The parties retain all rights to appeal the Court's prior rulings existing as of this date.

SO ORDERED.

Dated:     New York, New York
           May 4, 2018

                                      _____
                                         KATHERINE B. FORREST
                                       United States District Judge