```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DANIEL RIVERA,                                  :
                                 Plaintiff,     :
                                                :
          -v-                                   :
                                                :
HOME DEPOT U.S.A. INC.,                         :      16-cv-7552 (KBF)
     Defendant and Third-Party Plaintiff,       :
                                                :         ORDER
                                                :
          -v-                                   :
                                                :
BRYAN'S HOME IMPROVEMENT CORP.,                 :
                 Third-Party Defendant.         :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 18, 2018

KATHERINE B. FORREST, District Judge:

The Court is in receipt of plaintiff's motion to amend the judgment at ECF No. 151 to include the language "plus allowable interest and costs." (ECF No. 153.) Subsequent to plaintiff's motion, third-party defendant Bryan's Home Improvement Corp. filed a notice of appeal from the judgment at ECF No. 151. (ECF No. 155.) Accordingly, plaintiff's motion is DENIED with leave to refile pending resolution of that appeal.

The Clerk of Court is directed to terminate the open motion at ECF No. 153.

SO ORDERED.

Dated:   New York, New York
         May 18, 2018

                                   _____
                                        KATHERINE B. FORREST
                                      United States District Judge