UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

DANIEL RIVERA,

                Plaintiff,        **Index No.: 16-CV-7552**

    -against-

HOME DEPOT U.S.A., INC.,

                Defendant.

-------------------------------------------------------------- X

HOME DEPOT U.S.A., INC.,

                Third-Party Plaintiff,

    -against-

BRYAN'S HOME IMPROVEMENT CORP.,

                Third-Party Defendant.

-------------------------------------------------------------- X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the ___ day of May, 2018, at ___ a.m. or as soon thereafter as counsel may be heard, attorneys for defendant/third-party plaintiff HOME DEPOT U.S.A., INC. ("HOME DEPOT"), shall move, before the Honorable Judge Katherine B. Forrest, U.S.D.J., United State Courthouse, , 500 Pearl Street, New York, New York, 100007, pursuant to Federal Rules of Civil Procedure ("FRCP") Section 62, for an order granting defendant/third party plaintiff a stay from the enforcement of the judgment entered on May 4, 2018, without the requisite supersedas bond., and such other and further relief as the Court may deem just and proper.

#1673003v1

**PLEASE TAKE FUTHER NOTICE** that in support of this motion, HOME DEPOT shall rely upon this Notice of Motion, Memorandum of Law in Support of Defendant/Third-party Plaintiff Home Depot U.S.A., Inc.'s motion and the affidavit in support of the motion for a Stay of Execution or any proceedings to enforce the Judgment pursuant to FRCP Rule 62.

**PLEASE TAKE FURTHER NOTICE** that counsel for HOME DEPOT hereby requests oral argument.

Dated: New York, New York
May 18, 2018

                                                        Respectfully submitted,

                                                        D'AMATO & LYNCH, LLP

                                    By: _____
                                               ARTURO M. BOUTIN
                                               Attorneys for Defendant/
                                               Third-Party Plaintiff
                                               HOME DEPOT U.S.A., INC.
                                               225 Liberty Street
                                               New York, New York 10281
                                               (212) 269-0927

TO: *Via ecf*

      GINART GALLARDO GONZALEZ
       WINOGRAD, LLP
      Attorneys for Plaintiff
      DANIEL RIVERA
      225 Broadway, 13th Floor
      New York, New York 10007-3772
      (212) 601-9700

      CONNORS & CONNORS, P.C.
      Attorneys for Third-Party Defendant
      BRYAN'S HOME IMPROVEMENT CORP.
      766 Castleton Avenue
      Staten Island, New York 10310
      (718) 442-1700

#1673003v1

HERZFELD & RUBIN
Attorneys for Third Party Defendant
BRYAN'S HOME IMPROVEMENT CORP.
125 Broad Street
New York, New York 10004

#1673003v1