UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

DANIEL RIVERA,

                         Plaintiff,

      -against-

HOME DEPOT U.S.A., INC.,

                         Defendant.

-------------------------------------------------------------- X

HOME DEPOT U.S.A., INC.,

                Third-Party Plaintiff,

      -against-

BRYAN'S HOME IMPROVEMENT CORP.,

                Third-Party Defendant.

-------------------------------------------------------------- X

Civil No.: 16-CV-7552

**Hon. Katherine B. Forrest**

**DECLARATION OF ARTURO M. BOUTIN SUPPORT OF DEFENDANT/THIRD-PARTY PLAINTIFF'S HOME DEPOT'S U.S.A., INC.'S MOTION FOR ATTORNEY'S FEES AND COSTS**

Third-Party Index
Civ. No.:

      ARTURO M. BOUTIN, an attorney duly licensed to practice law in the State of New York, hereby declares, under penalty of perjury, that the foregoing is true and correct:

      1.    I am a member with the firm of D'AMATO & LYNCH, LLP attorneys for defendant/third-party plaintiff HOME DEPOT U.S.A., INC. ("HOME DEPOT").

      2.    Annexed to the memorandum of law are the following exhibits that come from our file. All annexed documents are maintained by our office and are true and correct copies of the documents described.

      3.    The exhibits submitted in support of Home Depot's instant motion are as follows:

#1672974v1

**Exhibit A:**   Master Service Provider Agreement between defendant/third-party plaintiff and third party defendant.

**Exhibit B:**   Order dated March 16, 2018.

**Exhibit C:**   Memorandum Decision & Order dated March 8, 2018.

**Exhibit D:**   Billing Summary with supporting Invoices.

Date: May 18, 2018

Respectfully submitted,

*/s/ Arturo M. Boutin/*
ARTURO M. BOUTIN, ESQ.
D'AMATO & LYNCH, LLP
Attorneys for Defendant/
Third-Party Plaintiff
HOME DEPOT U.S.A., INC.
225 Liberty Street
New York, New York 10281
(212) 269-0927

To:   Steven R. Payne, Esq.
      GINARTE GALLARDO
      GONZALEZ WINOGRAD LLP
      Attorneys for Plaintiff
      **DANIEL RIVERA**
      225 Broadway, 13th Floor
      New York, New York 10007-3772
      (212) 601-9700

      Miriam Skolnik, Esq.
      HERZFELD & RUBIN, P.C.
      Attorneys for Third-Party Defendant
      BRYAN'S HOME IMPROVEMENT CORP.
      125 Broad Street
      New York, NY 10004
      (212) 471-5500

#1672974v1