UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DANIEL RIVERA,

                Plaintiff,                Docket No.: 16-CV-7552 (KBF)

    -against-                  **NOTICE OF APPEARANCE**

HOME DEPOT, U.S.A., INC.
                Defendant.
------------------------------------------------------------------------X
HOME DEPOT U.S.A., INC.,

                Third-Party Plaintiff,

    -against-

BRYAN'S HOME IMPROVEMENT CORP.,

                Third-Party Defendant.
------------------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that LEWIS BRISBOIS BISGAARD & SMITH LLP hereby appears as attorneys for Defendant/Third-Party Plaintiff, HOME DEPOT, U.S.A., INC. in the above-entitled action.

    Demand is hereby made that this office be included and copied on all notices, exchanges, disclosures, etc., and all correspondence relating to this action.

Dated:  New York, New York
          June 26, 2019

                                  LEWIS BRISBOIS BISGAARD & SMITH LLP

                                  *David Pollack*

          By:  _____
                David M. Pollack
                Attorneys for Defendant/Third-Party Plaintiff
                HOME DEPOT, U.S.A., INC.
                77 Water Street, Suite 2100
                New York, New York 10005
                212.232.1300

4847-6791-9259.1

2

TO:

All Parties via ECF