

# Ginarte Gallardo González Winograd L.L.P.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __6·28·19__

JOSEPH A. GINARTE ✶
MICHAEL A. GALLARDO ☐
RICHARD M. WINOGRAD ▽ ☐
MANUEL GONZALEZ ◊
ELLEN RADIN ▲ 3
MARK MAURER ☐
LEWIS ROSENBERG ◊ 3
STEVEN R. PAYNE ☐ •
ROBERT H. BAUMGARTEN ☐ ▽ 3
JOHN J. RATKOWITZ ▲ 3
JEFFREY M. KADISH ☐ ▽ 3
PATRICK M QUINN +
JAMES P. KRUPKA ▲
JOHN M. PIRO ☐
TIMOTHY NORTON +
CHRISTOPHER IAVARONE ▲
DANIEL L. MAISEL ▲
MICHAEL L. EDELMAN ☐
ALAN T GRENING ▷
NICHOLAS BLATTI +
BRADLEY R. LAWRENCE ☐
JOEL M. CELSO •
PAUL D. FILE ✶
JONATHAN SAKS +
SEAN T PAYNE ☐
DOREEN E. WINN ☐ 3

ATTORNEYS AT LAW

The Woolworth Building
233 Broadway, 24th Floor
NEW YORK, NY 10279

(212) 601-9700
FAX. (212) 267-4262

WWW.GINARTE.COM
Ginarte ® is a registered trademark in the U.S. Patent and Trademark Office

NEWARK
NEW YORK
UNION CITY
ELIZABETH
CLIFTON
PERTH AMBOY
QUEENS

▽ CERTIFIED CIVIL TRIAL
ATTORNEY
3 OF COUNSEL
+ ADMITTED TO NY
☐ ADMITTED TO NJ & NY
✶ ADMITTED TO NJ, NY & DC
◊ ADMITTED TO NY & MA
▲ ADMITTED TO NJ
• ADMITTED TO CALIFORNIA
▷ ADMITTED TO NJ & PA
■ ADMITTED TO NY & MD

ROGER GUARDA, CLAIMS MGR.

EDELMAN & EDELMAN 3
JOSEPH P CARFORA 3
DARREN T SUELTO 3

June 27, 2019
VIA ECF

Hon John G. Koeltl, USDCJ
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Attention: Mr. Don Fletcher

*[Handwritten note: The Defendant should respond to this letter by July 2, 2019. So ordered. /s/ John G. Koeltl U.S.D.J. 6/28/19]*

Re: Rivera v. Home Depot U.S.A, Inc. & Third Party Action
1:16-cv-07552-JGK

Dear Mr. Fletcher:

In connection with our telephone conversation of this date, I represent the planitff in this case which has just been reassigned to Judge Koeltl. This case was tried to verdict last year before Judge Forrest. The Second Circut affirmed same and that decision has been mandated. There are two issues that remain outstanding.

The first concerns my proposed amendment to the judgment which was filed on May 8, 2018. (ECF No. 153.1) Judge Forrest treated the application as a motion which she denied with leave to refile pending the resolution of the appeal (ECF No. 156) I would like to renew this application. The second issue concerns the lifting of the stay that Judge Forrest issued pending the resolution of the appeal. (ECF No. 180) Will the court require a motion to lift the stay or has it dissolved on its own with the affirmance of the verdict.

Thank you for your time and consideration in this regard.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __6·28·19__

Respectfully submitted,

Steven R. Payne (SRP 8013)

CC Via ECF

David M. Pollack Esq.
Attorney for Home depot USA, Inc.

Miriam Skolnik, Esq.
Attorney for Bryan's Home Improvement Corp.