

# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

Howard S. Edinburgh
Direct Line (212) 471-3373
hedinburghh@herzfeld-rubin.com

July 10, 2019

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> *Adjourned to Thursday, August 8, 2019, at 4:30pm*
> *So Ordered.*
> *[signature]*
> *7/11/19    USDJ*

Re:   *Rivera v. Home Depot, U.S.A., Inc v. Bryan's Home Improvement Corp.*
       **Case No.: 16 CV 07552 (JGK)**

Dear Judge Koeltl:

Our firm represents the third-party defendant Bryan's Home Improvement Corp ("BHIC") in the above action. The Court, at the request of defendant/third-party plaintiff Home Depot, U.S.A., Inc. ("Home Depot"), has scheduled a conference in this matter for July 23, 2019 at 4:30 p.m. However, on July 23, I will be visiting my brother in Minneapolis (having already purchased airplane tickets). I cannot change the date as he is a physician and it is the only week he has off for the rest of the summer. Accordingly, I request, with the consent of counsel for plaintiff and Home Depot, that the July 23 conference be adjourned. After consulting with counsel for plaintiff and Home Depot, the parties are available on either July 29 or August 6, 2019 for the rescheduled court conference, and, hopefully, the Court will have time on one of these dates. This is the first request to adjourn and there are no other scheduled dates in this action. I thank the Court for favorably considering the request to adjourn.

Respectfully yours,

*[signature]*
Howard S. Edinburgh

HSE:mb

cc:   All Counsel (Via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7-12-19

**AFFILIATES**

LIVINGSTON, NEW JERSEY      BUCHAREST, ROMANIA      LOS ANGELES, CALIFORNIA