UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DANIEL RIVERA,

                        Plaintiff,          16-cv-7552 (JGK)

        - against -                         ORDER

HOME DEPOT U.S.A, INC.,

                        Defendant.
_____

JOHN G. KOELTL, District Judge:

        The conference scheduled for August 8, 2019 at 4:30 PM is

adjourned to **September 11, 2019 at 4:30 PM.**

SO ORDERED.

Dated:    New York, New York
          August 2, 2019

                                        John G. Koeltl
                                        United States District Judge