

# HERZFELD & RUBIN, P.C.
### ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

Howard S. Edinburgh
Direct Line (212) 471-3373
hedinburghh@herzfeld-rubin.com

**MEMO ENDORSED**

August 28, 2019

> **Application Granted.** BHIC's opposition due Sept. 6, 2019; Home Depot's Reply due Sept. 13, 2019.
>
> Home Depot shall also file a response, not to exceed 3 pages, to BHIC's pre-motion conference letter, ECF 203, by Sept. 3, 2019.
>
> **SO ORDERED.**
>
> _____
> Ona T. Wang                8/28/19
> U.S. Magistrate Judge

**VIA ECF**
Hon. Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street – Courtroom 20D
New York, New York 10007-1312

    Re:   *Rivera v. Home Depot, U.S.A., Inc v. Bryan's Home Improvement Corp.*
            **Case No.: 16 CV 07552 (JGK)**

Dear Magistrate Judge Wang:

    Our firm represents the third-party defendant Bryan's Home Improvement Corp. ("BHIC") in the above action. I make this letter motion for a one week extension to September 6, 2019 to submit opposition to defendant\third-party plaintiff Home Depot, U.S.A., Inc. ("Home Depot") motion for attorney fees (ECF. No. 196). Home Depot's attorneys consent to this application. The Court previously set August 30, 2019 as the due date for BHIC's opposition and September 6, 2019 for Home Depot's reply (ECF No. 202). With this adjournment, Home Depot's reply will be due by September 13, 2019. This is the first request to adjourn and there are no other scheduled dates in this action [the Court has cancelled the prior scheduled September 11, 2019 court conference (ECF No. 206) upon the transfer of all post-judgment proceedings to Your Honor (ECF No. 207)]. I thank the Court for favorably considering our request to extend the due date for our opposition.

                                                 Respectfully yours,

                                                 Howard S. Edinburgh

HSE:mb

cc:    All Counsel (Via ECF)

---

AFFILIATES

LIVINGSTON, NEW JERSEY          BUCHAREST, ROMANIA          LOS ANGELES, CALIFORNIA