UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

DANIEL RIVERA,

                Plaintiff,

-against-

HOME DEPOT U.S.A. INC.,

    Defendant and Third-Party Plaintiff,

-against-

BRYAN'S HOME IMPROVEMENT CORP.,

           Third-Party Defendant.

-----------------------------------------------------------x

No. 16-CV-7552 (JGK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' joint status letter regarding post-judgment discovery. (ECF 228). A conference is unnecessary at this time. Home Depot shall first meet and confer with BHIC regarding (1) BHIC's previously-served discovery responses and objections and (2) any supplemental documents to be produced, if any, following BHIC's expected meeting with Mr. Loja. If the parties are unable to reach a resolution on their own after this meet and confer, Home Depot may brief its motion to compel on the following schedule: motion to compel due October 29, 2019; opposition due November 12, 2019. No replies permitted.

    SO ORDERED.

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: October 7, 2019
       New York, New York