# HERZFELD + RUBIN
## PC

125 BROAD STREET
NEW YORK, NY 10004
TEL (212) 471-8500  FAX (212) 344-3333
WWW.HERZFELD-RUBIN.COM

Howard S. Edinburgh
**Direct Dial**  (212) 471-3373
hedinburgh@herzfeld-rubin.com

March 20, 2020

**VIA ECF**
Hon. Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street – Courtroom 20D
New York, New York 10007-1312

> Re:   *Rivera v. Home Depot, U.S.A., Inc v. Bryan's Home Improvement Corp.*
> Case No.: 16 CV 07552 (JGK)

Dear Magistrate Judge Wang:

    Our firm represents the third-party defendant Bryan's Home Improvement Corp. ("BHIC") in the above action. I make this letter motion for a further two-week extension to April 9, 2020 to submit opposition to defendant\third-party plaintiff Home Depot, U.S.A., Inc.'s ("Home Depot") February 13, 2020 motion to appoint Home Depot as Receiver of BHIC's Causes of Action (ECF No. 242).  Home Depot's reply will be filed by April 23, 2020.  Home Depot's attorneys consent to this application.  This is the third request to adjourn and there are no other scheduled dates in this action.  The first request was made on February 26, 2020 for a two-week extension.  The second request was made on March 11, 2020.  The reason for the current request for additional time is that the attorneys for the parties have reached a tentative written agreement resolving the issues raised in the motion. However, in light of the extraordinary current environment and the related difficulties in reaching Jesus Loja, the owner of Bryan's (which is out of business), who has no e-mail and has limited English comprehension (his native language is Spanish) we need additional time to reach him, explain the proposed Agreement, and have him travel to our office (which itself will be very difficult) to sign the Agreement.

AFFILIATES

LIVINGSTON, NEW JERSEY      BUCHAREST, ROMANIA      LOS ANGELES, CALIFORNIA

**HERZFELD + RUBIN** PC

Hon. Ona T. Wang
March 20, 2020
Page 2

      I thank the Court for favorably considering our request to extend the due date for our opposition and Home Depot's reply.

                                                         Respectfully yours,

                                                         *Howard Edinburgh*

HSE:mb                                                     Howard S. Edinburgh
cc:    All Counsel (Via ECF)