**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

DANIEL RIVERA,

                       Plaintiff,

     -against-

HOME DEPOT U.S.A. INC.,

    Defendant and Third-Party Plaintiff,

     -against-

BRYAN'S HOME IMPROVEMENT CORP.,

              Third-Party Defendant.

------------------------------------------------------------x

No. 16-CV-7552 (JGK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Per Defendant/Third-Party Plaintiff Home Depot, U.S.A., Inc.'s notice of withdrawal of its motion to compel and receivership motion (ECF 251), it withdrew the motions at ECF 233 and ECF 242. ECF 234 is the memorandum of law in support of the motion at ECF 233. The Clerk of Court is directed to close ECF 234.

    **SO ORDERED.**

Dated: May 12, 2020
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge