```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

DANIEL RIVERA,

       Plaintiff,                            16-cv-7552 (JGK)

       - against -                        ORDER

HOME DEPOT U.S.A., INC.,

       Defendant.

─────────────────────────────────────

HOME DEPOT U.S.A., INC.,

       Third-Party Plaintiff,

       - against -

BRYAN'S HOME IMPROVEMENT CORP.,

       Third-Party Defendant.

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    Any response to the objections should be filed by March 5, 2021, and any reply should be filed by March 12, 2021.

SO ORDERED.

Dated:    New York, New York
          February 25, 2021

                                          /s/ John G. Koeltl
                                              John G. Koeltl
                                    United States District Judge