UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL RIVERA,

                Plaintiff,                16 **CIVIL** 7552 (JGK) (OTW)

      -against-                               **JUDGMENT**

HOME DEPOT, U.S.A., INC.,

                Defendant.
------------------------------------------------------------X
HOME DEPOT, U.S.A., INC.,

        Third-Party Plaintiff,

-against-

BRYAN'S HOME IMPROVEMENT CORP.,

        Third-Party Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 19, 2021, The Court has considered all of the arguments of the parties. To the extent not specifically addressed above, the remaining arguments are either moot or without merit. For the reasons explained in the Memorandum Opinion and Order, the Report is adopted in full and Home Depot's motion for fees and costs is granted, in the amount of. $256,239.65, reflecting $254,736.25 in attorney's fees and $1,503.40 in costs, and this case is closed.

**Dated:**  New York, New York
       April 20, 2021

                                                      **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                  **BY:** _____
                                                          **Deputy Clerk**